United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: June 05, 2015
Docket #: 15-1815cr
Short Title: United States of America v. Ulbricht

DC Docket #: 1:14-cr-68-1
DC Court: SDNY (NEW YORK CITY)
DC Judge: Forrest

# NOTICE OF RECORD ON APPEAL FILED

In the above referenced case the document indicated below has been filed in the Court.

\____ Record on Appeal - Certified List

\____ Record on Appeal - CD ROM

\____ Record on Appeal - Paper Documents

_X___ Record on Appeal - Electronic Index

\____ Record on Appeal - Paper Index

Inquiries regarding this case may be directed to 212-857-8541.