UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of June, two thousand and fifteen,

United States of America,

Appellee,

v.

Ross William Ulbricht, AKA Dread Pirate Roberts, AKA Silk Road, AKA Sealed Defendant 1, AKA DPR,

Defendant - Appellant.

**ORDER**
Docket Number: 15-1815

A notice of appeal was filed on June 4, 2015. Appellant's Form B was due. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective July 6, 2015 if the Form B is not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court