CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

| | |
|---|---|
| CASE NAME: | United States v. Ross Ulbricht |
| DOCKET NUMBER: | 14 Cr. 68 (KBF) |
| COUNSEL'S NAME: | Joshua L. Dratel, Esq. |
| COUNSEL'S ADDRESS: | Joshua L. Dratel, P.C. |
| | 29 Broadway, Suite 1412 |
| COUNSEL'S PHONE: | New York, New York 10006 |

## QUESTIONNAIRE

[✓] I am ordering a transcript.

[ ] I am not ordering a transcript. Reason: [ ] Daily copy available [ ] U.S. Atty. placed order [ ] Other (attach explanation)

## TRANSCRIPT ORDER

Prepare transcript of

[✓] Pre-trial proceedings: June 2, 2014, Pretrial Conference
(Description & Dates)

[✓] Trial: 1/13/15(p. 15-28 & 118-119); 1/20/15 (p. 594-614); 1/28/15 (p. 1440-1442); 2/3/15 (p.2084-2097)
(Description & Dates)

[ ] Sentencing: May 29, 2015, Sentencing Hearing Transcript before J. Forrest
(Description & Dates)

[ ] Post-trial proceedings: _____
(Description & Dates)

I, Joshua L. Dratel, Esq. _____, hereby certify that I will make satisfactory arrangements with
(counsel's name)

the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [✓] Funds [ ] CJA Form 24

_____  6/24/15
Counsel's Signature       Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

## ACKNOWLEDGMENT

Date order received: _____    Estimated Number of Pages: _____

Estimated completion date: _____

_____    _____
Court Reporter's Signature    Date

After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.