UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of June, two thousand and fifteen,

_____

| | |
|---|---|
| United States of America, | ORDER |
| | Docket Number: 15-1815 |
|    Appellee, | |
| | |
| v. | |
| | |
| Ross William Ulbricht, AKA Dread Pirate Roberts, AKA Silk Road, AKA Sealed Defendant 1, AKA DPR, | |
| | |
|    Defendant - Appellant. | |

_____

    A notice of appeal was filed on June 4, 2015. The Appellant's Acknowledgment and Notice of Appearance Form was due. The case is deemed in default of FRAP 12(b), and LR 12.3.

    IT IS HEREBY ORDERED that the appeal will be dismissed effective July 8, 2015 if the Acknowledgment and Notice of Appearance Form is not filed by that date.

    For The Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

