## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: United States of America v. Ulbricht     Docket No.: 15-1815

Lead Counsel of Record (name/firm) or Pro se Party (name): Joshua L. Dratel, Esq., Joshua L. Dratel, P.C.

Appearance for (party/designation): Ross William Ulbricht

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect. The following parties do not wish to participate in this appeal:
   Parties: _____
[ ] Incorrect. Please change the following parties' designations:
   Party                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[ ] Correct
[✓] Incorrect or Incomplete, and should be amended as follows:

Name: Joshua L. Dratel, Esq.
Firm: Joshua L. Dratel, P.C.
Address: 29 Broadway, Suite 1412, New York, New York 10006
Telephone: 212-732-0707        Fax: 212-571-3792
Email: jdratel@joshuadratel.com

### RELATED CASES

[✓] This case has not been before this Court previously.
[ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on May 10, 2015 OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Joshua L. Dratel
Type or Print Name: Joshua L. Dratel
   OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.