LAW OFFICES OF

# JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL          STEVEN WRIGHT
—         *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

July 10, 2015

**BY ECF**

Ms. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
for the Second Circuit
United States Courthouse
40 Foley Square
New York, NY 10007

       Re:    *United States v. Ross Ulbricht*
                Docket No. 15-1815

Dear Ms. Wolfe:

      This letter is submitted on behalf of Defendant-Appellant Ross Ulbricht, whom I represent in the above-entitled appeal, and, for the reasons stated below, respectfully requests an extended briefing schedule for the appeal. *See* 2d Cir. Local Rule 31.2(a)(1)(D). Mr. Ulbricht respectfully requests **six months** in which to perfect the appeal, which would make his opening Brief on Appeal due **December 11, 2015**.

      Mr. Ulbricht was charged in a seven-count Superseding Indictment alleging a Continuing Criminal Eenterprise (21 U.S.C. §848), narcotics trafficking (21 U.S.C. §841), and distribution of narcotics via the Internet [21 U.S.C. §841(h)], and conspiracies to commit narcotics trafficking (21 U.S.C. §846), computer hacking (18 U.S.C. §1030), trafficking in fraudulent identification documents (18 U.S.C. §1028), and money laundering (18 U.S.C. §1956). Following Mr. Ulbricht's conviction on all counts at trial, The Honorable Katherine B. Forrest, United States District Court Judge for the Southern District of New York, sentenced Mr. Ulbricht to life imprisonment and imposed a forfeiture judgment in the amount of $183,961,921.00.

| | |
|---|---|
| LAW OFFICES OF<br>**JOSHUA L. DRATEL, P.C.** | Ms. Catherine O'Hagan Wolfe<br>Clerk of the Court<br>United States Court of Appeals<br>for the Second Circuit<br>July 10, 2015<br>Page 2 of 2 |

      Although not a prototypical "mega-case," Mr. Ulbricht's appeal does involve a massive and dense pre-trial, trial, and post-trial record, including the specialized review of substantial amounts of forensic evidence, review of hundreds of government exhibits – a large proportion of which were modified or amended in some way during the course of the litigation – a lengthy trial, pre-trial proceedings including extensive motion practice, and sentencing hearing transcript(s), as well as extensive pre-trial motions and post-trial motions involving evidentiary issues that were sealed until after trial (and which relate to the post-trial criminal charges instituted against two federal law enforcement agents who participated in the investigation of Mr. Ulbricht, and whose misconduct was directly related to their activities in the investigation).

      Also, Mr. Ulbricht's case involves four different categories of offenses (as well as two sub-categories – the Continuing Criminal Enterprise and distributing narcotics via the Internet), and suppression and statutory issues of first impression in this Circuit. Deciding which issues to raise, and the space allotted to each, will also require time to determine.

      Accordingly, given not only the voluminous record that must be reviewed in preparation of the instant appeal, but also the stakes for Mr. Ulbricht – a life sentence – as well as the additional complication of the post-trial public disclosure of criminal activity by government agents involved in the investigation, it is respectfully requested that this Court schedule **December 11, 2015,** as the deadline upon which Defendant-Appellant Ross Ulbricht's opening Brief on Appeal must be filed.

                                                                    Respectfully Submitted,

                                                                    Joshua L. Dratel

JLD/wgs

cc:     Serrin Turner
         Assistant United States Attorney