# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of July, two thousand and fifteen.

_____

United States of America,

        Appellee,

v.

Ross William Ulbricht,

        Defendant-Appellant.

_____

**ORDER**
Docket No.  15-1815

Counsel for Appellant has filed a scheduling notification pursuant to the Court's Local Rule 31.2, requesting an extended briefing deadline of December 11, 2015.

The scheduling notification is hereby so ordered.  No further extensions will be granted.

FOR THE COURT:

Catherine O'Hagan Wolfe,
Clerk of Court

