NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **United States of America v. Ulbricht**  Docket No.: **15-1815**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Lindsay A. Lewis, Esq.**

Firm: **Joshua L. Dratel, P.C.**

Address: **29 Broadway, Suite 1412, New York, New York, 10006**

Telephone: **212-732-0707**   Fax: **212-571-3792**

E-mail: **llewis@joshuadratel.com**

Appearance for: **Ross William Ulbricht**
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Joshua L. Dratel, Esq., Joshua L. Dratel, P.C.** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **July 15, 2015**   OR

☐ I applied for admission on _____ .

Signature of Counsel: _[signature]_

Type or Print Name: **Lindsay A. Lewis**