UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket No. 15-1815 |
| Appellee, | DECLARATION IN SUPPORT OF ROSS ULBRICHT'S MOTION |
| - against - | FOR AN EXTENSION OF TIME IN WHICH TO FILE HIS BRIEF |
| ROSS WILLIAM ULBRICHT, | AND APPENDIX ON APPEAL |
| Appellant. | |

-------------------------------------------------------X

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK )

  JOSHUA L. DRATEL, pursuant to 28 U.S.C. §1746, hereby declares under penalty of perjury:

  1.  I am an attorney and represent Defendant-Appellant Ross Ulbricht in his appeal from his sentence in Docket No. 15-1815 (14 Cr. 68 (KBF) in the District Court). I make this declaration in support of Mr. Ulbricht's motion for a extension of time until January 12, 2016, in which to file his Brief and Appendix on Appeal, with a corresponding extension for the government. As set forth below, the government, through Assistant United States Attorney Serrin Turner, consents to this request.

  2.  Mr. Ulbricht's sentencing occurred on May 29, 2015, and judgment was entered June 1, 2015. He received a life sentence after being convicted at trial.

  3.  Presently, Mr. Ulbricht's Brief and Appendix are due December 11, 2015. This is Mr. Ulbricht's first motion for an extension for the Brief and Appendix. For the reasons detailed

1

below, it is respectfully submitted that the requested extension is appropriate to enable counsel to prepare the Brief on Mr. Ulbricht's behalf in this complex and detailed case that included substantial pretrial motions, a four-week trial, and a sentence that resulted in a term of life imprisonment.

  4. The extension is requested in order to permit counsel to prepare the Brief and Appendix on Mr. Ulbricht's behalf fully and effectively. The reasons are as follows:

   (a) extraordinary and unanticipated medical issues have recently afflicted my office. I am undergoing a medical procedure December 9, 2015, which will render me unavailable that entire day. In addition, I have a preliminary doctor's office visit December 7, 2015, in preparation for that procedure, and which will consume part of that day. Also, my associate, Lindsay A. Lewis, Esq., who tried this case with me and is participating in writing the brief as well, was recently diagnosed with an iron and vitamin B-12 deficiency which, in addition to requiring appointments with her physician and treatment, causes fatigue and requires rest. My other associate, Whitney G. Schlimbach, Esq., who has also been involved in researching and drafting the brief, just yesterday was fitted with an orthopedic boot due to a foot injury she suffered ten days ago. She, too, has had to visit doctors, and is scheduled to undergo an MRI as well as follow-up visits within the next few weeks;

   (b) the issues to be raised on appeal in this case include complex Fourth Amendment issues that have been subject recently to court opinions that have changed the legal landscape of those issues. For example, in *United States v. Graham*, 796

F.3d 332 (4th Cir. 2015), *reh'g en banc granted*, ___ Fed.Appx.___, 2015 WL 6531272 (4th Cir. 2015), two weeks ago the Fourth Circuit decided to hear *en banc* a case involving whether a warrant is required to obtain cell site location information. Similarly, this Fall this Court, in *United States v. Ganias*, 755 F.3d 125 (2d Cir. 2014), *reh'g en banc granted*, 791 F.3d 290 (2d Cir., June 29, 2015), decided to hear – and heard oral argument – *en banc* a case in which the panel opinion addressed the Fourth Amendment's "particularity" requirement, an important issue in this case. Also, last week, in *Klayman v. Obama*, 957 F. Supp.2d 1 (D.D.C.2013), *vacated and remanded*, ___ F.3d ___, 2015 WL 5058403 (D.C. Cir. August 28, 2015), *after remand*, ___ F. Supp.3d ___, 2015 WL 6873127 (D.D.C. November 9, 2015), the District Court upon remand held that plaintiffs possessed standing to challenge a government metadata collection program, and has established a likelihood on the merits that the program violated the Fourth Amendment. Again, that bears on the issues to be presented in this appeal. All of these developments have had an impact on the content, structure, and direction of the Brief in this case, and were not anticipated;

(c)  two weeks ago, in *United States v. Moalin*, Docket No. 13-50572 (9th Circuit), a case in which the appellate brief was filed October 29, 2015, the Ninth Circuit, and in which I represent the lead defendant (who was convicted after trial), directed that the Brief (filed jointly on behalf of all four defendants in that case) be shortened by 9,000 words by December 14, 2015. Co-appellants' counsel and I are in the process of endeavoring to edit the Brief to comply with that order from

3

    the Ninth Circuit. Again, that additional responsibility was not anticipated; and

(d) while the District Court ordered that Mr. Ulbricht remain at the Metropolitan Correctional Center ("MCC") during the course of his appeal, and have access to a laptop to review case materials to assist in the appeal, due to difficulties with respect to coordinating and resolving issues related to the extent and logistics of Mr. Ulbricht's access, it was several weeks before – and only recently that – Mr. Ulbricht was permitted adequate time and access to the materials.

  5. The time requested, from December 11, 2015, until January 12, 2016, is requested because I have two sentencings scheduled for December 14, 2015, another December 16, 2015, and another January 8, 2016. Also, I will be out of town December 17 and December 18, 2015, for an arraignment in a federal case. In addition, I would like to accommodate my staff's desire to be with their families during the holiday season at the end of December.

  6. In addition to involving complex and somewhat novel issues and a lengthy record, this case, as noted above, also resulted in a life sentence for Mr. Ulbricht. As a result, it is respectfully requested that counsel be afforded the additional time to prepare a Brief that addresses the issues in the most effective and concise manner possible.

  7. As set forth **ante** at ¶ 1, AUSA Serrin Turner has informed counsel that the government does not object to this motion.

  WHEREFORE, it is respectfully requested that the Court grant this application in its entirety, and grant an extension of time until January 12, 2016, to file the Brief and Appendix on Appeal and for any other such relief as this Court deems just and proper.

  I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge and belief.  28 U.S.C. §1746.  November 30, 2015.

    /s/ Joshua L. Dratel
JOSHUA L. DRATEL