# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of December, two thousand and fifteen.

Before:      Ralph K. Winter,
                 *Circuit Judge.*

_____

United States of America,

     Appellee,                       **ORDER**
                                              Docket No. 15-1815

v.

Ross William Ulbricht,

     Defendant-Appellant.

_____

Counsel for Appellant moves for an extension until January 12, 2016 to file the principal brief and appendix.

IT IS HEREBY ORDERED that the motion is GRANTED; no further extensions.

                               FOR THE COURT:

                               Catherine O'Hagan Wolfe,
                               Clerk of Court

