**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s)**: 15-1815

**Motion for:** leave to file an oversized brief and to file this motion out of time

**Caption [use short title]**

United States

v.

Ross Ulbricht

Set forth below precise, complete statement of relief sought:

This motion requests leave to file an oversized brief pursuant to Local Rule 27(g), and to file this motion out of time

**MOVING PARTY:** Ross Ulbricht
☐ Plaintiff  ☐ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

**OPPOSING PARTY:** United States of America

**MOVING ATTORNEY:** Joshua L. Dratel
**OPPOSING ATTORNEY:** Michael A. Levy; Serrin A. Turner
[name of attorney, with firm, address, phone number and e-mail]

Joshua L. Dratel, JOSHUA L. DRATEL, PC
29 Broadway, Suite 1412, New York, New York 10006
(212) 732 - 0707; jdratel@joshuadratel.com

Michael A. Levy/Serrin A. Turner, United States Attorneys Office, SDNY
1 St. Andrews Plaza, New York, New York 10007
(212) 637 - 2346/1946; michael.levy@usdoj.gov/serrin.turner@usdoj.gov

Court-Judge/Agency appealed from:

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☑ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this Court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  ☐ Yes  ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ Joshua L. Dratel   **Date:** January 12, 2016   Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)