# 15-1815-CR

IN THE

# United States Court of Appeals

FOR THE SECOND CIRCUIT



UNITED STATES OF AMERICA,

*Appellee,*

*v.*

ROSS WILLIAM ULBRICHT, AKA DREAD PIRATE ROBERTS, AKA SILK ROAD,
AKA SEALED DEFENDANT 1, AKA DPR,

*Defendant-Appellant.*

———————

*On Appeal from the United States District Court
for the Southern District of New York (New York City)*

## APPENDIX
## VOLUME I OF VI
## Pages A1 to A261

MICHAEL A. LEVY
SERRIN A. TURNER
  ASSISTANT UNITED STATES ATTORNEYS
UNITED STATES ATTORNEY'S OFFICE FOR THE
  SOUTHERN DISTRICT OF NEW YORK
*Attorneys for Appellee*
1 Saint Andrew's Plaza
New York, New York 10007
212-637-2346

JOSHUA L. DRATEL, P.C.
*Attorneys for Defendant-Appellant*
29 Broadway, Suite 1412
New York, New York 10006
212-732-0707

# **Table of Contents**

**Page**

## **Volume I**

District Court Docket Entries ................................................................ A1

Sealed Complaint, dated September 27, 2013 ...................................... A48

    Exhibit A to Complaint -
    Printout of Silk Road Anonymous Market Search ................... A81

    Exhibit B to Complaint -
    Printout of Silk Road Anonymous Market High
    Quality #4 Heroin All Rock ..................................................... A83

Indictment, entered February 4, 2014 .................................................. A87

Opinion and Order of the Honorable Katherine B. Forrest,
    dated July 9, 2014 ......................................................... A99

Superseding Indictment, entered August 21, 2014 ............................. A150

Order of the Honorable Katherine B. Forrest,
    dated October 7, 2014 ................................................... A167

Letter from Joshua L. Dratel to the Honorable
    Katherine B. Forrest, dated October 7, 2014 ................ A169

Endorsed Letter from Joshua L. Dratel to the Honorable
    Katherine B. Forrest, dated October 8, 2014,
    with Handwritten Notes ................................................ A172

Letter from Serrin Turner to the Honorable
    Katherine B. Forrest, dated October 8, 2014 ................ A175

Opinion and Order of the Honorable Katherine B. Forrest,
    dated October 10, 2014 ................................................. A176

Opinion and Order of the Honorable Katherine B. Forrest,
    dated October 24, 2014 ................................................. A214

# Table of Contents
## (Continued)

**Page**

Excerpts from the Pre-Trial Conference,
    dated December 15, 2014 ................................................................ A224

## Volume II

Opinion and Order of the Honorable Katherine B. Forrest,
    dated January 7, 2015 .................................................... A262

Letter from Serrin Turner to the Honorable
    Katherine B. Forrest, dated January 19, 2015 ............................... A307

        Exhibit A to Letter -
        Printout from Silk Road Anonymous Marketplace ................. A320

        Exhibit B to Letter -
        Email, dated March 18, 2011 .................................................... A321

        Exhibit C to Letter -
        Printout from silkroadmarket.org ............................................. A322

        Exhibit D to Letter -
        Printout from AccessData FTK Imager 3.0.0.1443 ................ A323

        Exhibit E to Letter -
        Various Emails ........................................................................ A324

Letter from Joshua L. Dratel to the Honorable
    Katherine B. Forrest, dated January 19, 2015 ............................... A326

Endorsed Letter from Serrin Turner to the Honorable
    Katherine B. Forrest, dated January 21, 2015 ............................... A334

        Annexed to Letter -
        Highlighted Excerpts of Transcript .......................................... A336

Letter from Serrin Turner to the Honorable
    Katherine B. Forrest, dated January 29, 2015 ............................... A342

## **Table of Contents**
### **(Continued)**

**Page**

Letter from Lindsay A. Lewis to Serrin Turner and
Timothy T. Howard, dated January 26, 2015 ................................ A349

Annexed to Letter -
*Curriculum Vitae* of Andreas Antonopoulos ........................... A351

Letter from Timothy T. Howard to the Honorable
Katherine B. Forrest, dated January 31, 2015 ................................ A354

Letter from Joshua L. Dratel to Serrin Turner and
Timothy T. Howard, dated January 30, 2015 ................................ A360

Opinion and Order of the Honorable Katherine B. Forrest,
dated February 1, 2015 ................................................................. A362

Letter from Joshua L. Dratel to the Honorable
Katherine B. Forrest, dated January 31, 2015 ................................ A380

Letter from Joshua L. Dratel to the Honorable
Katherine B. Forrest, dated February 1, 2015 ................................ A385

Opinion and Order of the Honorable Katherine B. Forrest,
dated January 31, 2015 ................................................................. A390

Order of the Honorable Katherine B. Forrest,
dated January 31, 2015 ................................................................. A391

Opinion and Order of the Honorable Katherine B. Forrest,
dated January 31, 2015 ................................................................. A392

Opinion and Order of the Honorable Katherine B. Forrest,
dated January 31, 2015 ................................................................. A394

Letter from Joshua L Dratel to the Honorable
Katherine B. Forrest, dated February 2, 2015 ................................ A395

Letter from Serrin Turner to Joshua L. Dratel,
dated December 29, 2014 ............................................................. A397

**Table of Contents**
**(Continued)**

**Page**

Annexed to Letter -
Proposed Stipulation ................................................................ A399

Excerpts from Trial Transcript, dated January 14, 2015
[pages 121 and 125] ....................................................... A402

Excerpts from Trial Transcript, dated January 15, 2015
[pages 347, 509, 531-537, 545-547 and 554-555] ......................... A404

Excerpts from Trial Transcript, dated January 20, 2015
[pages 562, 567-591, 594-614, 619, 642-649, 652,
656-657, 663, 669, 671, 677, 681, 684, 712, 714, 717,
719 and 723-725] ....................................................... A418

Excerpts from Trial Transcript, dated January 21, 2015
[pages 780, 844, 873, 890-891, 895 and 1017] ............................ A490

Excerpts from Trial Transcript, dated January 22, 2015
[pages 1011, 1064-1068, 1071-1073, 1084 and 1089] ................. A497

Excerpts from Trial Transcript, dated January 28, 2015
[pages 1314, 1403-1404, 1435-1436 and 1449-1450] ................. A508

**Volume III**

Excerpts from Trial Transcript, dated January 29, 2015
[pages 1562, 1661-1664, 1669-1677, 1680-1687, 1690-1705,
1733-1734, 1738-1740, 1743 and 1834-1836] ............................ A515

Excerpts from Trial Transcript, dated February 2, 2015
[pages 1843, 1855-1860, 1866-1873 and 1985] ........................... A562

Excerpts from Trial Transcript, dated February 3, 2015
[pages 2050, 2052-2066 and 2084-2097] ...................................... A578

Defendant's Exhibit C -
Conversation from East India Traitor on Forum ........................... A608

**Table of Contents**
**(Continued)**

                                                                    **Page**

Defendant's Exhibit J -
    Printout from Support.php ...............................................  A624

Excerpts of Notice of Motion for a New Trial,
    dated March 6, 2015 ....................................................  A628

Memorandum of Law in Support of Motion,
    dated March 6, 2015 ....................................................  A630

Declaration of Joshua L. Dratel, in Support of Motion,
    dated March 6, 2015 (Omitted Herein)

      Exhibit 1 to Dratel Declaration -
      3500 Material Chart ..............................................  A643

Letter from Serrin Turner to the Honorable
    Katherine B. Forrest, dated March 31, 2015 (Omitted Herein)

      Annexed to Letter -
      (i) Letter from Serrin Turner to the Honorable
      Katherine B. Forrest, dated November 21, 2014,
      with Attachment ......................................................  A649
      (ii) Sealed Order of the Honorable Katherine B. Forrest,
      dated December 12, 2014 .........................................  A657
      (iii) Letter from Timothy T. Howard to the Honorable
      Katherine B. Forrest, dated December 12, 2014 ...............  A659
      (iv) Endorsed Letter from Serrin Turner to the Honorable
      Katherine B. Forrest, dated December 17, 2014 ...............  A661
      (v) Letter from Timothy T. Howard to the Honorable
      Katherine B. Forrest, dated December 18, 2014 ...............  A663
      (vi) Endorsed Letter from Lindsay A. Lewis to the
      Honorable Katherine B. Forrest, dated December 18, 2014 ....  A669
      (vii) Redacted Memorandum and Decision of the
      Honorable Katherine B. Forrest, dated December 22, 2014 ....  A673
      (viii) Letter from Joshua L. Dratel to the Honorable
      Katherine B. Forrest, dated December 30, 2014 ...............  A701
      (ix) Endorsed Letter from Serrin Turner to the Honorable
      Katherine B. Forrest, dated December 31, 2014 ...............  A704

**Table of Contents**
**(Continued)**

**Page**

Annexed to Letter - (cont'd)
(x) Letter from Timothy T. Howard to the
Honorable Katherine B. Forrest, dated February 1, 2015,
with Exhibits .......................................................................... A707

Excerpts from Reply Memorandum of Law, dated April 16, 2015 ...... A722

**Volume IV**

Exhibit 1 to Reply Memorandum of Law -
Email from Jared DerYeghiayan to Marc Krickbaum,
dated May 29, 2013, with Attachments .................................... A769

Exhibit 2 to Reply Memorandum of Law -
Various Emails, with Attachments ........................................... A780

Exhibit 3 to Reply Memorandum of Law -
Redacted History of Anand Nathan Athavale ........................ A812

Exhibit 4 to Reply Memorandum of Law -
Immigration and Customs Enforcement (ICE)
Details of Investigation ........................................................... A823

Exhibit 5 to Reply Memorandum of Law -
Email from Jared DerYeghiayan to Phillip Osborn,
dated May 15, 2013 ................................................................. A842

Exhibit 6 to Reply Memorandum of Law -
Redacted Silk Road Investigation Report .............................. A846

Exhibit 7 to Reply Memorandum of Law -
Various Redacted Emails ........................................................ A854

Exhibit 8 to Reply Memorandum of Law -
Statement from East India Traitor on Forum ......................... A857

Exhibit 9 to Reply Memorandum of Law -
Redacted Personal History Information .................................. A874

**Table of Contents**
**(Continued)**

**Page**

Opinion and Order of the Honorable Katherine B. Forrest,
    dated April 27, 2015 ...................................................................... A876

Letter from Serrin Turner to the Honorable Katherine B. Forrest,
    dated April 28, 2015 ...................................................................... A901

Letter from Joshua L. Dratel to the Honorable
    Katherine B. Forrest, dated May 15, 2015 ..................................... A903

Declaration of Lindsay A. Lewis, in Support of Defendant
    Ross Ulbricht's Pre-Sentencing Submission,
    entered May 15, 2015 .................................................................... A916

        Exhibit 11 to Lewis Declaration -
        Declaration of Tim Bingham, dated May 14, 2015 ................. A929

        Exhibit 12 to Lewis Declaration -
        Declaration of Dr. Fernando Caudevilla,
        dated May 14, 2015 .................................................................. A940

        Exhibit 13 to Lewis Declaration -
        Declaration of Dr. Monica J. Barratt,
        dated May 14, 2015 .................................................................. A946

        Exhibit 14 to Lewis Declaration -
        Declaration of Meghan Ralston, dated May 14, 2015 ............. A951

        Exhibit 15 to Lewis Declaration -
        *Curriculum Vitae* of Mark L. Taff, M.D. ................................ A956

Order of the Honorable Katherine B. Forrest,
    dated May 20, 2015 ........................................................................ A971

Letter from Joshua L. Dratel to the Honorable
    Katherine B. Forrest, dated May 22, 2015 ..................................... A973

**Table of Contents**
**(Continued)**

**Page**

**Volume V**

Exhibit 1 to Letter -
Letter from Ross Ulbricht to the Honorable
Katherine B. Forrest ................................................................ A1051

Exhibit 2 to Letter -
Letters in Support of Defendant Ross Ulbricht ...................... A1054

Exhibit 3 to Letter -
Email to Joshua Dratel, dated May 21, 2015 ......................... A1291

Exhibit 4 to Letter -
Various Photographs ................................................................ A1293

**Volume VI**

Government Sentencing Submission, dated May 26, 2015 ................. A1314

Exhibit A to Sentencing Submission -
Fake Identification of Different States ................................... A1332

Exhibit B to Sentencing Submission -
Printout from The Armory ...................................................... A1340

Exhibit C to Sentencing Submission -
Photograph of Computer Printout .......................................... A1344

Exhibit D to Sentencing Submission -
Photograph of Needle and Razor ........................................... A1346

Exhibit E to Sentencing Submission -
Photograph ............................................................................. A1347

Exhibit F to Sentencing Submission -
Photograph of Insulin Syringes ............................................. A1348

Exhibit G to Sentencing Submission -
Text Messages ........................................................................ A1349

**Table of Contents**
(Continued)

**Page**

Exhibit H to Sentencing Submission -
Redacted Email from Ross Ulbricht,
dated February 10, 2013 .......................................................... A1351

Exhibit I to Sentencing Submission -
Printouts of the Cost of Drugs ................................................ A1352

Exhibit J to Sentencing Submission -
Printouts of the Cost of Drugs ................................................ A1360

Letter from Serrin Turner to the Honorable
Katherine B. Forrest, dated May 26, 2015 ................................... A1362

Annexed to Letter -
(i) Redacted Letter to the Honorable
Katherine B. Forrest, dated April 20, 2015 ............................. A1363
(ii) Redacted Letter to the Honorable
Katherine B. Forrest, dated April 23, 2015 ............................. A1366
(iii) Redacted Victim Impact Statement,
dated February 2013 ............................................................... A1368
(iv) Redacted Story titled "Our Perfect Life" ........................ A1372
(v) Redacted Statement of Witness, dated April 8, 2015 ........ A1379

Letter from Lindsay A. Lewis to the Honorable
Katherine B. Forrest, dated May 27, 2015 ................................... A1386

Exhibit 1 to Letter -
Weekly Report to DPR ........................................................... A1392

Exhibit 2 to Letter -
Buyer Questionnaire ............................................................... A1397

Exhibit 3 to Letter -
Vendor Questionnaire ............................................................. A1399

Exhibit 4 to Letter -
Dr. X Thread Excerpts ............................................................ A1401

## **Table of Contents**
### **(Continued)**

**Page**

Letter from Joshua L. Dratel to the Honorable
    Katherine B. Forrest, dated May 28, 2015 .................................... A1414

    Exhibit 5 to Letter -
    Statement from Michael Van Praagh,
    dated May 21, 2015 ................................................................. A1428

    Exhibit 6 to Letter -
    Letter from Joseph Ernst to the Honorable
    Katherine B. Forrest ............................................................... A1432

Letter from Lindsay A. Lewis to the Honorable
    Katherine B. Forrest, dated May 29, 2015 .................................... A1435

    Exhibit 1 to Letter -
    Excerpt from Torchat Log gx5 ................................................. A1436

    Exhibit 2 to Letter -
    Excerpts from Torchat Log tv32 .............................................. A1437

Sentencing Hearing, dated May 29, 2015 ............................................. A1447

Judgment of the United States District Court, Southern District
    of New York, entered May 29, 2015, Appealed From ................. A1545

Notice of Appeal, entered June 4, 2015 ................................................ A1554

A1

CLOSED,APPEAL,ECF,PRIOR

# U.S. District Court
## Southern District of New York (Foley Square)
## CRIMINAL DOCKET FOR CASE #: 1:14-cr-00068-KBF-1

Case title: USA v. Ulbricht

Magistrate judge case number: 1:13-mj-02328-UA

Date Filed: 02/04/2014

Date Terminated: 06/01/2015

Assigned to: Judge Katherine B. Forrest

### Defendant (1)

**Ross William Ulbricht**
*TERMINATED: 06/01/2015*
*also known as*
Dread Pirate Roberts
*TERMINATED: 06/01/2015*
*also known as*
Silk Road
*TERMINATED: 06/01/2015*
*also known as*
Sealed Defendant 1
*TERMINATED: 06/01/2015*
*also known as*
DPR
*TERMINATED: 06/01/2015*

represented by **Joshua Lewis Dratel**
Law Offices of Joshua L. Dratel, P.C.
29 Broadway, Suite 1412
New York, NY 10006
(212) 732-0707
Fax: (212) 571-6341
Email: jdratel@joshuadratel.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Joshua Jacob Horowitz**
Tech Law Ny
225 Broadway
New York, NY 10007
(212)-203-9011
Email: joshua.horowitz@techlawny.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lindsay Anne Lewis**
Law Offices of Joshua Dratel, P.C(2
Wall St.)
2 Wall Street, 3rd Floor
New York, NY 10005
(212)-732-3141
Fax: (212)-571-3792
Email: llewis@joshuadratel.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

### Disposition

The defendant is hereby committed to the
custody of the United States Bureau of
Prisons to be imprisoned for a total term

21:841A=CD.F AIDING AND
ABETTING DISTRIBUTION OF
DRUGS OVER INTERNET
(2s)

of: Counts Two (2) and Four (4): Life to
run concurrently; Count (5): Five (5)
Years to run concurrently; Count Six (6):
Fifteen (15) Years to run concurrently;
Count Seven (7): Twenty (20) Years to
run concurrently. Upon release from
imprisonment, the defendant shall be on
supervised release for a term of: Life on
Counts Two (2) and Four (4) to run
concurrently; Three (3) Years on Counts
Five (5), Six (6) and Seven (7) to run
concurrently.

The defendant is hereby committed to the
custody of the United States Bureau of
Prisons to be imprisoned for a total term
of: Counts Two (2) and Four (4): Life to
run concurrently; Count (5): Five (5)
Years to run concurrently; Count Six (6):
Fifteen (15) Years to run concurrently;
Count Seven (7): Twenty (20) Years to
run concurrently. Upon release from
imprisonment, the defendant shall be on
supervised release for a term of: Life on
Counts Two (2) and Four (4) to run
concurrently; Three (3) Years on Counts
Five (5), Six (6) and Seven (7) to run
concurrently.

21:848.F CONTINUING CRIMINAL
ENTERPRISE
(4s)

The defendant is hereby committed to the
custody of the United States Bureau of
Prisons to be imprisoned for a total term
of: Counts Two (2) and Four (4): Life to
run concurrently; Count (5): Five (5)
Years to run concurrently; Count Six (6):
Fifteen (15) Years to run concurrently;
Count Seven (7): Twenty (20) Years to
run concurrently. Upon release from
imprisonment, the defendant shall be on
supervised release for a term of: Life on
Counts Two (2) and Four (4) to run
concurrently; Three (3) Years on Counts
Five (5), Six (6) and Seven (7) to run
concurrently.

18:1030A.F COMPUTER HACKING
CONSPIRACY
(5s)

The defendant is hereby committed to the
custody of the United States Bureau of
Prisons to be imprisoned for a total term
of: Counts Two (2) and Four (4): Life to
run concurrently; Count (5): Five (5)
Years to run concurrently; Count Six (6):
Fifteen (15) Years to run concurrently;

18:1028A.F FRAUD WITH

| | |
|---|---|
| IDENTIFICATION DOCUMENTS (6s) | Count Seven (7): Twenty (20) Years to run concurrently. Upon release from imprisonment, the defendant shall be on supervised release for a term of: Life on Counts Two (2) and Four (4) to run concurrently; Three (3) Years on Counts Five (5), Six (6) and Seven (7) to run concurrently. |
| 18:1956-4999.F MONEY LAUNDERING CONSPIRACY (7s) | The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: Counts Two (2) and Four (4): Life to run concurrently; Count (5): Five (5) Years to run concurrently; Count Six (6): Fifteen (15) Years to run concurrently; Count Seven (7): Twenty (20) Years to run concurrently. Upon release from imprisonment, the defendant shall be on supervised release for a term of: Life on Counts Two (2) and Four (4) to run concurrently; Three (3) Years on Counts Five (5), Six (6) and Seven (7) to run concurrently. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846=CD.F DRUG TRAFFICKING CONSPIRACY (1) | Count is dismissed on the motion of the United States. |
| 21:841G=CI.F DRUG TRAFFICKING (1s) | Count is dismissed on the motion of the United States. |
| 21:848.F CONTINUING CRIMINAL ENTERPRISE (2) | Count is dismissed on the motion of the United States. |
| 18:1030B.F COMPUTER HACKING CONSPIRACY (3) | Count is dismissed on the motion of the United States. |
| 21:846=CD.F DRUG TRAFFICKING CONSPIRACY (3s) | Count is dismissed on the motion of the United States. |
| 18:1956-6801.F MONEY LAUNDERING (DRUG TRAFFICKING CONSPIRACY) (4) | Count is dismissed on the motion of the United States. |

A4

## Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE, 18:1030A.F FRAUD ACTIVITY CONNECTED WITH COMPUTERS, , 18:1956-4999.F MONEY LAUNDERING- FRAUD, OTHER | |

## Plaintiff

| USA | represented by | **Serrin Andrew Turner** |
|---|---|---|

U.S. Attorney's Office, SDNY
(Chambers Street)
86 Chambers Street
New York, NY 10007
(212)-637-2701
Fax: (212)-637-2686
Email: serrin.turner@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Timothy Turner Howard**
U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2308
Fax: (212) 637-2387
Email: timothy.howard@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/27/2013 | | SEALED ORAL ORDER as to Sealed Defendant 1. (Signed by Magistrate Judge Frank Maas on 9/27/2013)(dif) [1:13-mj-02328-UA] (Entered: 10/22/2013) |
| 09/27/2013 | 1 | COMPLAINT as to Sealed Defendant 1 (1). In Violation of 21 U.S.C. 846, 18 U.S.C. 1030 & 1956 (Signed by Magistrate Judge Frank Maas) (dif) [1:13-mj-02328-UA] (Entered: 10/22/2013) |
| 10/01/2013 | | Arrest of Ross William Ulbright in the United States District Court - Northern District of California. (dif) [1:13-mj-02328-UA] (Entered: 10/22/2013) |
| 10/18/2013 | 3 | Rule 5(c)(3) Documents Received as to Ross William Ulbright from the United States District Court - Northern District of California. (dif) [1:13-mj-02328-UA] (Entered: 10/22/2013) |

| 11/05/2013 | | Arrest of Ross William Ulbright. (dif) [1:13-mj-02328-UA] (Entered: 11/06/2013) |
|---|---|---|
| 11/06/2013 | 4 | NOTICE OF ATTORNEY APPEARANCE: Retained Attorney Joshua Lewis Dratel appearing for Ross William Ulbright. (dif) [1:13-mj-02328-UA] (Entered: 11/06/2013) |
| 11/06/2013 | | Minute Entry for proceedings held before Magistrate Judge Ronald L. Ellis: Initial Appearance as to Ross William Ulbright held on 11/6/2013., Deft Appears with Retained Attorney Joshua Dratel and AUSA Serrin Turner for the government. Detention Hearing Scheduled for 11/21/13 at 11:00 AM; ( Preliminary Hearing set for 12/6/2013 at 10:00 AM before Judge Unassigned.) (dif) [1:13-mj-02328-UA] (Entered: 11/06/2013) |
| 11/21/2013 | | Minute Entry for proceedings held before Magistrate Judge Kevin Nathaniel Fox: Detention Hearing as to Ross William Ulbright held on 11/21/2013. Deft Appears with Retained Attorney Joshua Dratel and AUSA Serrin Turner for the government. Detention. The Defendant Did Not Overcome The Presumption That There Are No Conditions That Can Be Fashioned to Permit Him To Be At Liberty While The Criminal Action is Pending. Clear and Convincing Evid That The Defendant Sought To Have Several Persons Murdered Was Presented To The Court Which Demonstrate The Defendant Presents As A Danger To The Community. In Addition Considerable Un-Rebutted Evid Was Presented That The Defendant Has The Resources To Flee and Previously Acquired Many False Identification Documents That Would Permit Him to Flee. Furthermore He Has Used an Alias Previously. (dif) [1:13-mj-02328-UA] (Entered: 11/21/2013) |
| 11/22/2013 | 5 | SEALED DOCUMENTS FILED as to Ross William Ulbright.. (Signed by Magistrate Judge Kevin Nathaniel Fox on 11/22/2013)(dif) [1:13-mj-02328-UA] (Entered: 11/26/2013) |
| 11/22/2013 | 6 | LETTER as to Ross William Ulbright addressed to Magistrate Judge Kevin Nathaniel Fox from Joshua Dratel, Esq dated 11/19/2013 re: USA v Ross William Ulbright, 13 Mag 2328.. (Signed by Magistrate Judge Kevin Nathaniel Fox on 11/22/2013) (Docket and File(dif) [1:13-mj-02328-UA] (Entered: 11/26/2013) |
| 11/22/2013 | 7 | LETTER as to Ross William Ulbright addressed to Magistrate Judge Kevin Nathaniel Fox from Joshua Dratel, Esq dated 11/20/2013 re: USA v Ross William Ulbright, 13 Mag 2328.. (Signed by Magistrate Judge Kevin Nathaniel Fox on 11/22/2013) (Docket and File)(dif) [1:13-mj-02328-UA] (Entered: 11/26/2013) |
| 11/22/2013 | 8 | LETTER as to Ross William Ulbright addressed to Magistrate Judge Kevin Nathaniel Fox from AUSA Serrin Turner dated 11/20/2013 re: USA v Ross William Ulbright, 13 Mag 2328.. (Signed by Magistrate Judge Kevin Nathaniel Fox on 11/22/2013) (Docket and File)(dif) Modified on 12/4/2013 (jm). [1:13-mj-02328-UA] (Entered: 11/26/2013) |
| 12/06/2013 | 9 | AFFIRMATION of Serrin Turner in Support by USA as to Ross William Ulbright, the government is requesting a 30-day continuance until 1/6/14.(jbo) [1:13-mj-02328-UA] (Entered: 12/09/2013) |
| 12/06/2013 | 10 | ORDER TO CONTINUE IN THE INTEREST OF JUSTICE as to Ross William Ulbright. Time excluded from 12/6/13 until 1/6/14. (Signed by Magistrate Judge James C. Francis on 12/6/13)(jbo) [1:13-mj-02328-UA] (Entered: 12/09/2013) |

| 01/06/2014 | 11 | AFFIRMATION of AUSA Serrin Turner in Support by USA as to Ross William Ulbright, the Government is requesting a 30 continuance until 2/4/2014. (ajc) [1:13-mj-02328-UA] (Entered: 01/07/2014) |
|---|---|---|
| 01/06/2014 | | ORDER TO CONTINUE IN THE INTEREST OF JUSTICE as to Ross William Ulbricht re: 10 Order to Continue - Interest of Justice. Time excluded from 1/6/2014 until 2/4/2014. Follows oral order of 1/6/2014. (Signed by Magistrate Judge Sarah Netburn on 1/6/2014) (ajc) [1:13-mj-02328-UA] (Entered: 01/07/2014) |
| 02/04/2014 | | Case Designated ECF as to Ross William Ulbright. (jbo) (Entered: 02/04/2014) |
| 02/04/2014 | 12 | INDICTMENT FILED as to Ross William Ulbricht (1) count(s) 1, 2, 3, 4. (jbo) (Entered: 02/04/2014) |
| 02/07/2014 | | Minute Entry for proceedings held before Judge Katherine B. Forrest:Arraignment as to Ross William Ulbricht (1) Count 1,2,3,4Ross William Ulbricht (1) Count 1,2,3,4 held on 2/7/2014., Plea entered by Ross William Ulbricht (1) Count 1,2,3,4Ross William Ulbricht (1) Count 1,2,3,4 Not Guilty. Defendant present with attorneys Joshua Dratel and Lindsay Lewis. AUSA Serrin Turner present. Special Agent Ilh Wan Yum and Special Agent Gary Alfred present. Court Reporter present. Defendant arraigned on the Indictment and enters a plea of not guilty. Order to follow. Defendant remand continued. (jp) (Entered: 02/10/2014) |
| 02/10/2014 | 13 | ORDER as to Ross William Ulbricht ( Discovery due by 2/27/2014., Motions due by 3/10/2014., Replies due by 3/31/2014., Responses due by 3/24/2014, Jury Trial set for 11/3/2014 at 09:00 AM before Judge Katherine B. Forrest., Status Conference set for 4/30/2014 at 01:00 PM before Judge Katherine B. Forrest.) Time excluded from 2/7/14 until 4/30/14. Not later than 2113/2014, defense counsel shall provide the Government with hard drives of sufficient storage size so that the Government can copy the electronic discovery and turn it over to the defendant. Not later than 2/27/2014, the Government shall provide to the defendant the above electronic discovery. Non electronic discovery shall be provided to the defendant not later than 2/20/2014. All discovery is to be completed not later than 2/27/2014. Motions relating to the Indictment are to be filed not later than 3/10/2014. Responses are due not later than 3/24/2014. Replies, if any, are due 3/31/2014. Trial is scheduled to commence on 11/3/2014, at 9:00 a.m. Six weeks have been allocated at this time. A final pretrial conference will be held on 10/28/2014, at 1:00 p.m. Upon application of the Government and consented to by defendant, and as set forth on the record, time pursuant to 18 U.S.C. 3161 (h)(7)(A) of the Speedy Trial Act, is hereby excluded from 2/7/2014, to 4130/2014. The Court finds the ends of justice are served by such an exclusion and that these ends outweigh the interests of the public and defendant in a speedy trial (Signed by Judge Katherine B. Forrest on 2/10/14)(jw) (Entered: 02/10/2014) |
| 02/24/2014 | 14 | PROTECTIVE ORDER as to Ross William Ulbricht...regarding procedures to be followed that shall govern the handling of confidential material.... (Signed by Judge Katherine B. Forrest on 2/24/14)(jw) (Entered: 02/24/2014) |
| 02/24/2014 | 15 | SEALED DOCUMENT placed in vault. (nm) (Entered: 02/24/2014) |
| 02/25/2014 | 16 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Serrin Turner dated 2/25/2014 re: To request that the discovery |

|            |    | deadline set by the Court in this matter for February 27, 2014 be extended by 12 days until March 11, 2014.ENDORSEMENT: SO ORDERED ( Discovery due by 3/11/2014.) (Signed by Judge Katherine B. Forrest on 2/25/14)(jw) (Entered: 02/25/2014) |
|------------|----|---|
| 03/10/2014 | 17 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Attorney Joshua L. Dratel dated March 7, 2014 re: For the reasons set forth in this letter, counsel requested that the Court grant a ten-day extension until Thursday, March 20, 2014, for the filing of the Defendant's Pre-Trial Motions. Assistant United States Attorney Serrin Turner has informed me that the government consents to this request as long as the government's time to respond is extended until April 10, 2014, which includes an additional week beyond the mere adjustment of the motion schedule because AUSA Turner will not be available the week of March 24th. ENDORSEMENT: Application granted. Dates adjusted as set forth above. (Signed by Judge Katherine B. Forrest on 3/7/2014)(bw) (Entered: 03/10/2014) |
| 03/19/2014 | 18 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Joshua L. Dratel dated 3/19/14 re: For the reasons set forth below, it is respectfully requested that the Court grant an additional eight-day extension until Friday, March 28, 2014, for the filing of the Defendant's Pretrial Motions. Assistant United States Attorney Serrin Turner has informed me that the government consents to this request as long as a corresponding extension, until April 18, 2014, is provided for the government..ENDORSEMENT: Application Granted. SO ORDERED. (Signed by Judge Katherine B. Forrest on 3/19/14)(jw) (Entered: 03/19/2014) |
| 03/28/2014 | 19 | FIRST MOTION to Dismiss *Challenging the Face of the Indictment*. Document filed by Ross William Ulbricht. (Dratel, Joshua) (Entered: 03/28/2014) |
| 03/28/2014 | 20 | DECLARATION of Joshua L. Dratel, Esq. in Support as to Ross William Ulbricht re: 19 FIRST MOTION to Dismiss *Challenging the Face of the Indictment*.. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2)(Dratel, Joshua) (Entered: 03/28/2014) |
| 03/29/2014 | 21 | MEMORANDUM in Support by Ross William Ulbricht re 19 FIRST MOTION to Dismiss *Challenging the Face of the Indictment*.. (Dratel, Joshua) (Entered: 03/29/2014) |
| 03/31/2014 | 22 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Serrin Turner dated 3/28/14 re: The Government therefore respectfully requests that the Court extend the time for the Government to file any superseding indictment by 60 days, i.e., until May 30, 2014..ENDORSEMENT: Application granted (Signed by Judge Katherine B. Forrest on 3/31/14)(jw) (Entered: 03/31/2014) |
| 04/10/2014 | 23 | TRANSCRIPT of Proceedings as to Ross William Ulbricht re: Conference held on 2/7/14 before Judge Katherine B. Forrest. Court Reporter/Transcriber: Eve Giniger, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/5/2014. Redacted Transcript Deadline set for 5/15/2014. Release of Transcript Restriction set for 7/14/2014. (Rodriguez, Somari) (Entered: |

1/6/2016                                          SDNY CM/ECF Version 5.1.1

| | | 04/10/2014) |
|---|---|---|
| 04/10/2014 | 24 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ross William Ulbricht. Notice is hereby given that an official transcript of a Conference proceeding held on 2/7/14 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Rodriguez, Somari) (Entered: 04/10/2014) |
| 04/16/2014 | 25 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Serrin Turner dated 4/16/14 re: The Government requests that the briefing schedule for the motion to dismiss be extended.ENDORSEMENT: Application granted. (I did not use the Govt's proposed order because it has the Court's signature line of a page by itself -- causing certain concerns) (Defendant Replies due by 5/5/2014., Government Responses due by 4/28/2014) (Signed by Judge Katherine B. Forrest on 4/16/14)(jw) (Entered: 04/16/2014) |
| 04/28/2014 | 26 | MEMORANDUM in Opposition by USA as to Ross William Ulbricht re 19 FIRST MOTION to Dismiss *Challenging the Face of the Indictment*.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Turner, Serrin) (Entered: 04/28/2014) |
| 04/29/2014 | 27 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Joshua L. Dratel dated 4/25/2014 re: For the reasons stated in this letter, defense counsel writes to request an adjournment of the pretrial conference scheduled for February 19, 2014. ENDORSEMENT: Adjourned to 6/2/2014 at 2:00 p.m. (Signed by Judge Katherine B. Forrest on 4/28/2014)(dnd) . (Entered: 04/29/2014) |
| 05/09/2014 | 28 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Attorney Joshua L. Dratel dated May 9, 2014 re: submitted to request an extension until May 23, 2014, for the filing of Mr. Ulbricht's Reply to the Government's Response to the Defendant's Pre-Trial Motions challenging the face of the Indictment. This adjustment in the briefingschedule will not impact the next pre-trial conference in this case, which is currently scheduled for June 2, 2014, at 2 p.m., and at which time the motions will be fully briefed. ENDORSEMENT: Application granted. (Signed by Judge Katherine B. Forrest on 5/9/2014)(bw) (Entered: 05/12/2014) |
| 05/22/2014 | 29 | LETTER by Ross William Ulbricht addressed to Judge Katherine B. Forrest from Joshua L. Dratel, Esq. dated May 22, 2014 re: Extension of Time for File of Reply (Dratel, Joshua) (Entered: 05/22/2014) |
| 05/22/2014 | 30 | NOTICE OF ATTORNEY APPEARANCE Timothy Turner Howard appearing for USA. (Howard, Timothy) (Entered: 05/22/2014) |
| 05/23/2014 | 31 | MEMO ENDORSEMENT as to Ross William Ulbricht on re: 29 Letter filed by Ross William Ulbricht. ENDORSEMENT: ORDERED: Application Granted. (Signed by Judge Katherine B. Forrest on 5/23/2014)(ft) (Entered: 05/23/2014) |
| 05/23/2014 | | Set/Reset Deadlines/Hearings as to Ross William Ulbricht: Replies due by 5/27/2014. (ft) (Entered: 05/23/2014) |

| 05/27/2014 | 32 | REPLY MEMORANDUM OF LAW in Support as to Ross William Ulbricht re: 19 FIRST MOTION to Dismiss *Challenging the Face of the Indictment.* . (Dratel, Joshua) (Entered: 05/27/2014) |
| --- | --- | --- |
| 06/02/2014 | 33 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Serrin Turner dated 5/30/14 re: The Government is continuing to investigate other charges against the defendant and requires additional time to pursue its investigation before determining whether to seek a superseding indictment. The Government therefore respectfully requests that the Court extend the time for the Government to file any superseding indictment by 30 additional days, i.e., until June 30, 2014. The Government does not anticipate that any further extension will be needed after June 30, 2014. The Government submits that this schedule will still afford the defense ample time to review any additional discovery and prepare for trial, which is set to begin on November 4, 2014.ENDORSEMENT: SO ORDERED. (Signed by Judge Katherine B. Forrest on 6/2/14)(jw) (Entered: 06/02/2014) |
| 06/02/2014 | | Minute Entry for proceedings held before Judge Katherine B. Forrest:Status Conference as to Ross William Ulbricht held on 6/2/2014. Defendant present with attorneys Joshua Dratel and Lindsay Lewis. AUSAs Serrin Turner and Tim Howard present. Conference held. Order to follow. Detention continued. (jp) (Entered: 06/02/2014) |
| 06/03/2014 | 34 | ORDER as to Ross William Ulbricht ( Motions due by 7/15/2014., Replies due by 8/27/2014., Responses due by 8/15/2014, Status Conference set for 9/5/2014 at 12:00 PM before Judge Katherine B. Forrest.) The Court hereby ORDERS the parties to comply with the following schedule for the remainder of this litigation: Dispositive motions shall be filed by July 15, 2014; oppositions are due August 15, 2014, and replies, if any, shall be filed by August 27, 2014; The parties shall together determine the date by which trial exhibits are to be exchanged to allow adequate time for objections to be interposed (if a date cannot be agreed upon, the Court will set one at the next status conference); The parties shall confer as to whether they believe juror questionnaires would be helpful in this case. They shall submit a joint letter setting forth their views on this topic by August 1, 2014 (if they believe questionnaires would be helpful, the August 1 letter should contain a proposed date for submission of a draft to the Court); A status conference shall occur on September 5, 2014 at 12:00 p.m. Rule 404(b) motions shall be submitted by October 3, 2014; Motions in Limine shall be submitted by October 17, 2014; oppositions are due October 24, 2014. 3500 material shall be submitted not later than October 31, 2014; and A final pretrial conference shall occur on October 29, 2014 at 2:00 p.m. (the Court has reserved three hours). (Signed by Judge Katherine B. Forrest on 6/3/14)(jw) (Entered: 06/03/2014) |
| 06/26/2014 | 35 | MOTION To Intervene Solely For The Purpose right To Access Judicial Proceeding Records. Document filed by Intervenors. (dnd) (Entered: 06/26/2014) |
| 06/27/2014 | | Minute Entry for proceedings held before Judge Katherine B. Forrest: Conference as to Ross William Ulbricht held on 6/27/2014. Defendant waives his appearance. Counsel for defendant, Joshua Dratel and Lindsay Lewis present. AUSAs Serrin Turner and Tim Howard present. Court Reporter present. Conference held. (jp) (Entered: 06/27/2014) |
| 06/27/2014 | 36 | Waiver of Appearance as to Ross William Ulbricht. I have spoken with my |

| | | |
|---|---|---|
| | | attorney, Joshua L. Dratel, Esq., and he has advised me of the nature of the June 27, 2014, Court conference scheduled in the above-captioned matter. I hereby knowingly waive my right to appear in person June 27, 2014, at 2:30 p.m., before the Honorable Katherine B. Forrest, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, in the above-captioned matter. I authorize my attorneys Joshua L. Dratel, Esq., and Lindsay A. Lewis, Esq., to appear on my behalf at that conference. (jw) (Entered: 06/27/2014) |
| 06/27/2014 | 37 | ORDER as to Ross William Ulbricht. On June 27, 2014, a status conference was held in the above-referenced matter. (Mr. Ulbricht was not in attendance; he waived his right to appear in person. That waiver has been filed electronically.) As was discussed, the Court hereby ORDERS the following: -The parties shall submit a letter (jointly, if possible) that sets forth the status of Mr. Ulbricht' s access to discovery by the close of business on July 7, 2014. In particular, the letter shall set forth the number of hours Mr. Ulbricht requested to view the electronic discovery and the number of hours he actually had such access from June 28, 2014 through July 6, 2014. -Defendant's counsel shall notify the Court no later than the close of business on July 2, 2014 if Mr. Ulbricht has not yet received access to the hard drives. -The schedule has been adjusted as follows: defendant shall file any dispositive motion by July 29, 2014; the Government's response is due by August 26, 2014; and the reply, if any, shall be filed by September 12, 2014. Separately, the Court notes that on June 26, 2014, it received a letter motion from four incarcerated individuals seeking permission to intervene in this action (the letter is included herein). Because there is no provision that allows for such intervention in criminal actions, the Court DENIES the request.(See Footnote 1). SO ORDERED. (Signed by Judge Katherine B. Forrest on 6/27/2014) [*** FOOTNOTE 1: The Court notes that as a matter of policy and practice, the proceedings that occur and the submissions that are made in this matter are, generally speaking, publicly available - it is an open courtroom and a public docket. ***] (bw) (Entered: 06/30/2014) |
| 07/02/2014 | 38 | TRANSCRIPT of Proceedings as to Ross William Ulbricht re: Conference held on 6/2/14 before Judge Katherine B. Forrest. Court Reporter/Transcriber: William Richards, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/28/2014. Redacted Transcript Deadline set for 8/7/2014. Release of Transcript Restriction set for 10/3/2014. (Rodriguez, Somari) (Entered: 07/02/2014) |
| 07/02/2014 | 39 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ross William Ulbricht. Notice is hereby given that an official transcript of a Conference proceeding held on 6/2/14 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Rodriguez, Somari) (Entered: 07/02/2014) |
| 07/07/2014 | 40 | ORDER as to Ross William Ulbricht. On July 3, 2014, the Court sent the attached letter via email to Nicole McFarland, Senior Staff Attorney at the Metropolitan |

| | | |
|---|---|---|
| | | Detention Center. (Signed by Judge Katherine B. Forrest on 7/7/14)(jw) (Entered: 07/07/2014) |
| 07/08/2014 | 41 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Timothy T. Howard dated 7/7/2014 re: Status Update. ENDORSEMENT: Ordered: Post to docket. (Signed by Judge Katherine B. Forrest on 7/8/2014)(ft) (Entered: 07/08/2014) |
| 07/09/2014 | 42 | OPINION AND ORDER #104494: as to Ross William Ulbricht re: 19 FIRST MOTION to Dismiss *Challenging the Face of the Indictment.* filed by Ross William Ulbricht. For the reasons set forth on this Opinion and Order, the defendant's motion to dismiss is DENIED in its entirety. The clerk of the Court is directed to terminate the motion at ECFNo. 19. (Signed by Judge Katherine B. Forrest on 7/9/2014)(jp) Modified on 7/11/2014 (ca). (Entered: 07/09/2014) |
| 07/15/2014 | 43 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Serrin Turner dated 7/14/2014 re: Status Update. ENDORSEMENT: Ordered: Post to docket. (Signed by Judge Katherine B. Forrest on 7/14/2014)(ft) (Entered: 07/15/2014) |
| 07/25/2014 | 44 | ENDORSED LETTER: As to Ross William Ulbricht addressed to Magistrate Judge Kevin Nathaniel Fox from Joshua L. Dratel dated 7/24/2014 re: Defense counsel writes to request a two day extension until July 31, 2014 to file the defendant's motions. ENDORSEMENT: Application Granted. SO ORDERED. (Signed by Magistrate Judge Kevin Nathaniel Fox on 7/25/2014)(dnd) (Entered: 07/25/2014) |
| 07/31/2014 | 45 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Joshua L. Dratel dated 7/30/2014 re: Extension of Time to File Motion. ENDORSEMENT: Ordered: Application granted. (Motions due by 8/1/2014.) (Signed by Judge Katherine B. Forrest on 7/31/2014)(ft) (Entered: 07/31/2014) |
| 08/01/2014 | 46 | MOTION to Suppress *Certain Evidence.*, MOTION for Discovery ., MOTION for Bill of Particulars . Document filed by Ross William Ulbricht. (Dratel, Joshua) (Entered: 08/01/2014) |
| 08/01/2014 | 47 | DECLARATION of Joshua L. Dratel in Support as to Ross William Ulbricht re: 46 MOTION to Suppress *Certain Evidence.* MOTION for Discovery . MOTION for Bill of Particulars .. (Dratel, Joshua) (Entered: 08/01/2014) |
| 08/01/2014 | 48 | MEMORANDUM in Support by Ross William Ulbricht re 46 MOTION to Suppress *Certain Evidence.* MOTION for Discovery . MOTION for Bill of Particulars .. (Dratel, Joshua) (Entered: 08/01/2014) |
| 08/04/2014 | 49 | LETTER by Ross William Ulbricht addressed to Judge Katherine B. Forrest from Joshua L. Dratel, Esq. dated August 4, 2014 re: Juror Questionnaire (Dratel, Joshua) (Entered: 08/04/2014) |
| 08/05/2014 | 50 | ORDER as to Ross William Ulbricht. The Court has received defendant's application for an extension of time to subject a proposed juror questionnaire and accompanying letter motion. Without taking a position on the ultimately utility, if any, of a juror questionnaire in this action, the Court hereby GRANTS defendant's request. The Government is ORDERED to respond to any submission by |

| | | defendant not later than September 5, 2014 at 8:30 a.m. SO ORDERED. (Signed by Judge Katherine B. Forrest on 8/5/2014)(bw) (Entered: 08/05/2014) |
|---|---|---|
| 08/08/2014 | 51 | NOTICE OF ATTORNEY APPEARANCE: Lindsay Anne Lewis appearing for Ross William Ulbricht. Appearance Type: Retained. (Lewis, Lindsay) (Entered: 08/08/2014) |
| 08/21/2014 | 52 | (S1) SUPERSEDING INDICTMENT FILED as to Ross William Ulbricht (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s. (jbo) (Entered: 08/21/2014) |
| 08/22/2014 | 53 | LETTER MOTION addressed to Judge Katherine B. Forrest from Joshua L. Dratel, Esq. dated August 22, 2014 re: Respectfully Requesting that the Court Order the Use of a Juror Questionnaire . Document filed by Ross William Ulbricht. (Attachments: # 1 Exhibit Defendant's Proposed Questionnaire)(Dratel, Joshua) (Entered: 08/22/2014) |
| 08/29/2014 | 54 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Serrin Turner dated 8/29/2014 re: On August 1, 2014, the defendant filed a 90-page suppression motion. The Governments opposition is presently due today, August 29, 2014... the Government respectfully requests that the briefing schedule for the motion to dismiss be extended by one week, as follows: Governments opposition due: September 5, 2014. Defendants reply due: September 23, 2014. ENDORSEMENT: Application Granted. SO ORDERED. (Signed by Judge Katherine B. Forrest on 8/29/2014)(dnd) (Entered: 08/29/2014) |
| 09/03/2014 | 55 | LETTER by Ross William Ulbricht addressed to Judge Katherine B. Forrest from Joshua L. Dratel, Esq. dated September 3, 2014 re: Update To the Court on the Discovery Review Process (Dratel, Joshua) (Entered: 09/03/2014) |
| 09/05/2014 | | Minute Entry for proceedings held before Judge Katherine B. Forrest:Arraignment as to Ross William Ulbricht (1) Count 1s,2s,3s,4s,5s,6s,7sRoss William Ulbricht (1) Count 1s,2s,3s,4s,5s,6s,7s held on 9/5/2014., Plea entered by Ross William Ulbricht (1) Count 1s,2s,3s,4s,5s,6s,7sRoss William Ulbricht (1) Count 1s,2s,3s,4s,5s,6s,7s Not Guilty. Defendant present with attorneys Joshua Dratel, Lindsay Lewis, and Joshua Horowitz. AUSA Serrin Turner present. Court Reporter present. Defendant arraigned on the Superseding Indictment and enters a plea of not guilty to all counts. Order to follow. Pretrial detention continued. (jp). (Entered: 09/05/2014) |
| 09/05/2014 | 56 | MEMORANDUM in Opposition by USA as to Ross William Ulbricht re 46 MOTION to Suppress *Certain Evidence*. MOTION for Discovery . MOTION for Bill of Particulars .. (Turner, Serrin) (Entered: 09/05/2014) |
| 09/05/2014 | 57 | DECLARATION of Christopher Tarbell in Opposition by USA as to Ross William Ulbricht re: 46 MOTION to Suppress *Certain Evidence*. MOTION for Discovery . MOTION for Bill of Particulars .. (Turner, Serrin) (Entered: 09/05/2014) |
| 09/08/2014 | 58 | ORDER as to Ross William Ulbricht ( Motions due by 9/26/2014., Replies due by 9/23/2014., Responses due by 9/9/2014, Status Conference set for 10/17/2014 at 11:00 AM before Judge Katherine B. Forrest.) The Government shall submit a response to defendant's submission regarding a proposed juror questionnaire not later than Tuesday, September 9, 2014. Any motion by defendant regarding additional counts in the Superseding Indictment shall be made by letter not later |

| | | |
|---|---|---|
| | | than Friday, September 26, 2014. The Government shall respond as soon as practicable, but not later than Tuesday, September 30, 2014. The government shall provide a proposed exhibit list to defendant not later than Tuesday, October 21, 2014. Defendant shall provide a proposed exhibit list to the Government not later than Friday, October 24, 2014, indicating any objections to the Government's exhibits. Parties shall submit final pretrial materials by Friday, October 31, 2014. Those materials include (a) trial witness lists; (b) joint proposed voir dire; (c) joint proposed requests to charge, and verdict form; (d) exhibit lists; (e) objections to proposed exhibits; and (f) a list of stipulations. The final pretrial conference is now scheduled to occur on Wednesday November 5, 2014 at 2:00pm. The parties shall set aside three hours. The trial is now scheduled to commence Monday, November 10, 2014. (Signed by Judge Katherine B. Forrest on 9/8/14)(jw) (Entered: 09/08/2014) |
| 09/08/2014 | 59 | NOTICE OF ATTORNEY APPEARANCE: Joshua Jacob Horowitz appearing for Ross William Ulbricht. Appearance Type: Retained. (Horowitz, Joshua) (Entered: 09/08/2014) |
| 09/09/2014 | 60 | LETTER RESPONSE in Opposition by USA as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from AUSA Serrin Turner dated 09/09/2014 re: 53 LETTER MOTION addressed to Judge Katherine B. Forrest from Joshua L. Dratel, Esq. dated August 22, 2014 re: Respectfully Requesting that the Court Order the Use of a Juror Questionnaire .. (Turner, Serrin) (Entered: 09/09/2014) |
| 09/15/2014 | 61 | MEMO ENDORSEMENT granting 53 LETTER MOTION Respectfully Requesting that the Court Order the Use of a Juror Questionnaire as to Ross William Ulbricht (1). ENDORSEMENT: Ordered: Defendant's application for a questionnaire is granted. However, the Court does not all of defendant's questions and will put out a revised questionnaire and schedule for use of such shortly. (Signed by Judge Katherine B. Forrest on 9/15/2014) (ft) (Entered: 09/15/2014) |
| 09/16/2014 | 62 | ORDER as to Ross William Ulbricht. In accordance with the Court's Order on September 15, 2014 granting the use of a juror questionnaire (ECF No. 61), defendant shall provide by Friday, September 19, 2014 one Excel spreadsheet (using a template similar to that employed in United States v. Mostafa) with columns corresponding to those questions the Court has indicated it is considering including. The Court plans to finalize the juror questionnaire by Friday, September 26, 2014. The process shall be as follows: Potential jurors will be given the questionnaire on Wednesday, November 5, 2014. 2. It is anticipated that the parties will have access to the questionnaires by 1:00 p.m. on that day. 3. The parties shall agree as between themselves which side shall take the laboring oar of filling in the spreadsheet based on juror responses. Both sides must agree that the Excel spreadsheet properly reflects the questionnaire responses. The parties shall then confer and present the Court with a list of jointly agreed strikes as well as a list of non-agreed requested strikes not later thanThursday, November 6, 2014 at 7:00p.m. (The Court must call prospective jurors who do not need to appear.). The Court shall review all agreed cause-strikes and those proposed by one side but not agreed by the other. The Court may determine that it is appropriate to strike one or more of these (or other) potential jurors. The Court will then separate the remaining jurors into two waves: the first wave will be those jurors who do not have potential or likely cause issues, and the second wave will be all others. The |

| | | |
|---|---|---|
| | | Court intends to proceed with voir dire initially using the first wave of potential jurors. The second wave of potential jurors shall only be called to the courtroom if necessary. (Signed by Judge Katherine B. Forrest on 9/16/14)(jw) (Entered: 09/16/2014) |
| 09/16/2014 | 63 | MEMORANDUM in Opposition by USA as to Ross William Ulbricht re 46 MOTION to Suppress *Certain Evidence*. MOTION for Discovery . MOTION for Bill of Particulars .. *(Supplemental Memorandum)* (Turner, Serrin) (Entered: 09/16/2014) |
| 09/19/2014 | 64 | ORDER as to Ross William Ulbricht. The Court has attached Version 1 of the juror questionnaire spreadsheet. The parties shall submit additional questions (not already proposed) and changes by Wednesday September 24, 2014. The Government shall provide its summary of the case by Wednesday, October 8, 2014. SO ORDERED. (Signed by Judge Katherine B. Forrest on 9/19/2014)(bw) (Entered: 09/22/2014) |
| 09/22/2014 | 65 | SEALED DOCUMENT placed in vault. (mps) (Entered: 09/22/2014) |
| 09/22/2014 | 66 | SEALED DOCUMENT placed in vault. (mps) (Entered: 09/22/2014) |
| 09/23/2014 | 67 | LETTER by Ross William Ulbricht addressed to Judge Katherine B. Forrest from Joshua L. Dratel, Esq. dated September 23, 2014 re: Request for an Extension of Time for Filing Mr. Ulbrict's Reply motion (Dratel, Joshua) (Entered: 09/23/2014) |
| 09/24/2014 | 68 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Joshua L. Dratel dated 9/23/2014 re: This letter is in regard to the Reply papers on behalf of defendant Ross Ulbricht, whom I represent, and that are due today, September 23, 2014. For the reasons set forth below, it is respectfully requested that the due date be adjourned until September 30, 2014. It is also respectfully requested that the due date for the motions challenging the Superseding Indictment be extended from this Friday, September 26, 2014, until next Thursday, October 2, 2014. ENDORSEMENT: Application Granted. SO ORDERED. (Signed by Judge Katherine B. Forrest on 9/24/2014)(dnd) (Entered: 09/24/2014) |
| 10/01/2014 | 69 | REPLY MEMORANDUM OF LAW in Support as to Ross William Ulbricht re: 46 MOTION to Suppress *Certain Evidence*. MOTION for Discovery . MOTION for Bill of Particulars . . (Dratel, Joshua) (Entered: 10/01/2014) |
| 10/01/2014 | 70 | DECLARATION of Joshua J. Horowitz, Esq. in Support as to Ross William Ulbricht re: 46 MOTION to Suppress *Certain Evidence*. MOTION for Discovery . MOTION for Bill of Particulars .. (Attachments: # 1 Exhibit Government's March 21, 2014, Discovery Production Letter, # 2 Exhibit Mtime and Sites-Enabled Directory For Item 1 of March 21, 2014, Discovery Production, # 3 Exhibit Defense Counsel's September 17, 2014, Letter Demand for Discovery, # 4 Exhibit Government's September 23, 2014 Reponse to Defense Counsel's September 17, 2014, Letter, # 5 Exhibit Nginx Logs, Attachment 1 to the Government's September 23, 2014, Letter, # 6 Exhibit Full Text of live-ssl Configuration File, # 7 Exhibit Full Text of phpmyadmin Configuration File, # 8 Exhibit phpmyadmin Login Page, # 9 Exhibit Silk Road Login Page, # 10 Exhibit Example of Wireshark Packet Capture, # 11 Exhibit Screenshot of Wireshark Exit Prompt) (Dratel, Joshua) (Entered: 10/01/2014) |

| | | |
|---|---|---|
| 10/02/2014 | <u>71</u> | MOTION to Dismiss *Counts One through Four of hte Superseding Indictment.*, SUPPLEMENTAL MOTION for Bill of Particulars *as to the New Charges and Allegations Contained in the Superseding Indictment*. Document filed by Ross William Ulbricht. (Lewis, Lindsay) (Entered: 10/02/2014) |
| 10/02/2014 | <u>72</u> | MEMORANDUM in Support by Ross William Ulbricht re <u>71</u> MOTION to Dismiss *Counts One through Four of hte Superseding Indictment*.SUPPLEMENTAL MOTION for Bill of Particulars *as to the New Charges and Allegations Contained in the Superseding Indictment*.. (Lewis, Lindsay) (Entered: 10/02/2014) |
| 10/03/2014 | <u>73</u> | ORDER as to Ross William Ulbricht. Defendant has submitted a declaration from Joshua Horowitz in support of his motion and request for an evidentiary hearing.If the Government has any response to the factual statements (and/or relevance of the factual statements) asserted therein, it should file such response by C.O.B., October 6, 2014 (if possible). (Signed by Judge Katherine B. Forrest on 10/3/14) (jw) (Entered: 10/03/2014) |
| 10/03/2014 | <u>74</u> | ORDER as to Ross William Ulbricht. Defendant has submitted a motion dismissing Counts One through Four of the Superseding Indictment and a motion directing the Government to produce the requested Bill of Particulars. The Government shall respond to these motions not later than Tuesday, October 7, 2014. SO ORDERED. (Signed by Judge Katherine B. Forrest on 10/3/2014)(bw) (Entered: 10/03/2014) |
| 10/06/2014 | <u>75</u> | RESPONSE in Opposition by USA as to Ross William Ulbricht re: <u>46</u> MOTION to Suppress *Certain Evidence*. MOTION for Discovery . MOTION for Bill of Particulars .. *(Response to Declaration of Joshua Horowitz)* (Turner, Serrin) (Entered: 10/06/2014) |
| 10/07/2014 | <u>76</u> | ORDER as to Ross William Ulbricht: The Court has not received a declaration or affidavit from defendant Ross Ulbricht, demonstrating that he had a subjective expectation of privacy in any of the items seized and as to which his suppression motion relates. The Court has read his counsel's argument as to the order in which they assert that decisions should be made. The potential rationale for not submitting a declaration or affidavit may, however, be different for the servers located in premises operated by third parties, versus the wireless router located on Montgomery Street, the laptop, the Gmail and Facebook accounts. The Court will give Mr. Ulbricht one final opportunity to submit a declaration or affidavit in support of his motion (which would of course need to have sufficient specificity to establish a subjective expectation of privacy in items to which it relates). However, given that the defendant has had quite a long time already to make such a submission, if he now decides to submit one, the Court must be so notified by 5pm today (October 7) that one shall be forthcoming by tomorrow, and to specify the particular items it will cover. (Signed by Judge Katherine B. Forrest on 10/7/2014)(jp) (Entered: 10/07/2014) |
| 10/07/2014 | <u>77</u> | ORDER: As to Ross William Ulbricht. The Court has not received a declaration or affidavit from defendant Ross Ulbricht, demonstrating that he had a subjective expectation of privacy in any of the items seized and as to which his suppression motion relates. The Court has read his counsel's argument as to the order in which they assert that decisions should be made. The potential rationale for not |

submitting a declaration or affidavit may, however, be different for the servers located in premises operated by third parties, versus the wireless router located on Montgomery Street, the laptop, the Gmail and Facebook accounts. The Court will give Mr. Ulbricht one final opportunity to submit a declaration or affidavit in support of his motion (which would of course need to have sufficient specificity to establish a subjective expectation of privacy in items to which it relates). However, given that the defendant has had quite a long time already to make such a submission, if he now decides to submit one, the Court must be so notified by 5pm today (October 7) that one shall be forthcoming by tomorrow, and to specify the particular items it will cover. SO ORDERED. (Signed by Judge Katherine B. Forrest on 10/7/2014)(dnd) (Entered: 10/07/2014)

| 10/07/2014 | 78 | TRANSCRIPT of Proceedings as to Ross William Ulbricht re: Conference held on 9/5/2014 before Judge Katherine B. Forrest. Court Reporter/Transcriber: Kristen Carannante, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/31/2014. Redacted Transcript Deadline set for 11/10/2014. Release of Transcript Restriction set for 1/8/2015. (McGuirk, Kelly) (Entered: 10/07/2014) |
| 10/07/2014 | 79 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ross William Ulbricht. Notice is hereby given that an official transcript of a Conference proceeding held on 9/5/2014 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 10/07/2014) |
| 10/07/2014 | 80 | LETTER by Ross William Ulbricht addressed to Judge Katherine B. Forrest from Lindsay A. Lewis, Esq. dated October 7, 2014 re: the Court's October 7, 2014, Order (Lewis, Lindsay) (Entered: 10/07/2014) |
| 10/07/2014 | 81 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Lindsay A. Lewis dated 10/7/2014 re: Accordingly, it is respectfully requested that defense counsel be pem1itted to respond to the Court's Order after Mr. Dratel's trial is concluded.ENDORSEMENT: The Court intends to rule on the suppression motion before Thurs. -- since you represent Mr. Ulbricht, perhaps you should meet with him. Ultimately, I assume you folks have considered the various issues relating to the declaration as an accommodation, the Court is providing you a last clear chance. (Signed by Judge Katherine B. Forrest on 10/7/14)(jw) (Entered: 10/07/2014) |
| 10/07/2014 | 82 | MEMORANDUM in Opposition by USA as to Ross William Ulbricht re 71 MOTION to Dismiss *Counts One through Four of hte Superseding Indictment.*SUPPLEMENTAL MOTION for Bill of Particulars *as to the New Charges and Allegations Contained in the Superseding Indictment..* (Turner, Serrin) (Entered: 10/07/2014) |
| 10/07/2014 | 83 | LETTER by Ross William Ulbricht addressed to Judge Katherine B. Forrest from Joshua L. Dratel, Esq. dated October 7, 2014 re: the government's October 6, 2014, filing and the Court's October 7, 2014, Order (Lewis, Lindsay) (Entered: 10/07/2014) |

| | | |
|---|---|---|
| 10/08/2014 | 84 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Joshua L. Dratel dated 10/7/14 re: This letter is submitted on behalf of defendant Ross Ulbricht, in response to the government's October 6, 2014, filing pursuant to the Court's October 3, 2014, Order inviting the government to respond to the factual statements contained in the Declaration of Joshua J. Horowitz, Esq..ENDORSEMENT: Does the Government agree that no declaration is required is this case with regard to establishing Ulbricht's privacy interest in his Facebook, GMAIL accounts, and laptop? (Could you let me know today " yes" or "no" will do.) (Signed by Judge Katherine B. Forrest on 10/8/14) (jw) (Entered: 10/08/2014) |
| 10/08/2014 | 85 | LETTER by USA as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from AUSA Serrin Turner dated 10/08/2014 re: Defendant's Motion to Suppress Document filed by USA. (Turner, Serrin) (Entered: 10/08/2014) |
| 10/08/2014 | 86 | ORDER as to Ross William Ulbricht. Understanding that Mr. Dratel is currently on trial, the Court would like the parties to meet and confer, and inform the Court as soon as practicable, but in any event, not later than C.O.B., October 13, 2014 on the following: 1. What is the best estimate of the total trial duration -- real estimate -- including both direct and cross of witnesses. 2. Will the trial likely run into the Christmas holidays? 3. If it does seem that we will run into the holidays, without in any way suggesting the trial will be delayed, what is the soonest after January 1, 2015, the parties would be able to try the case? SO ORDERED. (Signed by Judge Katherine B. Forrest on 10/8/2014)(bw) (Entered: 10/08/2014) |
| 10/08/2014 | 87 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** Proposed Voir Dire Questions by USA as to Ross William Ulbricht. (Attachments: # 1 proposed case summary)(Turner, Serrin) Modified on 10/9/2014 (ka). (Entered: 10/08/2014) |
| 10/09/2014 | | **NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DOCUMENT TYPE ERROR. Note to Attorney Serrin Andrew Turner as to Ross William Ulbricht: to RE-FILE Document 87 Proposed Voir Dire Questions. Use the document type Letter found under the document list Other Documents. (ka)** (Entered: 10/09/2014) |
| 10/09/2014 | 88 | LETTER by USA as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from AUSA Serrin Turner dated 10/08/2014 re: Proposed Case Summary for Voir Dire Document filed by USA. (Attachments: # 1 Proposed Case Summary)(Turner, Serrin) (Entered: 10/09/2014) |
| 10/10/2014 | 89 | OPINION AND ORDER #104893 as to Ross William Ulbricht re: 46 MOTION to Suppress *Certain Evidence*. MOTION for Discovery . MOTION for Bill of Particulars . filed by Ross William Ulbricht: For the reasons set forth above, defendant's motion to suppress, for a bill of particulars and to strike surplusage is DENIED. The Clerk of Court is directed to close the motion at ECF No. 46. (Signed by Judge Katherine B. Forrest on 10/10/2014)(jp) Modified on 10/16/2014 (ca). (Entered: 10/10/2014) |
| 10/15/2014 | 90 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Joshua L.. Dratel dated October 13, 2014 re: This letter is submitted on behalf of defendant Ross Ulbricht in conjunction with a corresponding letter submitted today by the government in response to the |

| | | |
|---|---|---|
| | | questions posed in the Court's October 8, 2014, Order. This letter is being transmitted via electronic mail to the Court, but can filed via ECF if the Court wishes.ENDORSEMENT: Trial adjourned to January 5, 2015. We will discuss other dates and logistics of jury selection at the conference on Friday (10/17/14) (Signed by Judge Katherine B. Forrest on 10/15/14)(jw) (Entered: 10/15/2014) |
| 10/15/2014 | 91 | SEALED DOCUMENT placed in vault. (rz) (Entered: 10/15/2014) |
| 10/16/2014 | 92 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Serrin Turner and Timothy Howard dated 10/8/2014 re: Please find attached a proposed summary of the case to be used in connection with voir dire at trial..ENDORSEMENT: Defendant shall provide any proposed modifications to the summary attached no later than 10/23/14. (Signed by Judge Katherine B. Forrest on 10/16/14)(jw) (Entered: 10/16/2014) |
| 10/17/2014 | 93 | ORDER as to Ross William Ulbricht ( Motions due by 12/3/2014., Responses due by 12/10/2014, Pretrial Conference set for 12/17/2014 at 02:00 PM before Judge Katherine B. Forrest.) The Government shall provide a proposed exhibit list to defendant not later than Monday, December 1, 2014 at 4:00 p.m. Defendant shall provide a proposed exhibit list to the Government not later than Friday, December 5, 2014 at 4:00 p.m., indicating any objections to the Government's exhibits and setting forth any known exhibits defendant intends to offer. Parties shall file any motions in limine by Wednesday, December 3, 2014; opposition briefs are due by Wednesday, December 10, 2014; no replies. Parties shall submit final pretrial materials by Wednesday, December 10, 2014. Those materials include (a) trial witness lists, in approximate order, with names and expected duration of direct examination; (b) joint proposed voir dire (taking into account the juror questionnaire); (c) joint proposed requests to charge; (d) joint proposed verdict form; (e) exhibit lists; (f) objections to proposed exhibits; and (g) a list of stipulations. The final pretrial conference is now scheduled to occur on Wednesday December 17, 2014 at 2:00 p.m. The parties shall set aside three hours. The juror questionnaire shall be filled out by the potential jurors the weeks of December 22 and 29, 2014. 3500 materials for non-cooperating witnesses shall be submitted by Monday, December 29, 2014. 3500 materials for all other witnesses shall be submitted by Friday, January 2, 2015. Upon receipt from the Jury Department, the Government shall work with defense counsel to copy/scan the questionnaires, fill out the juror questionnaire summary spreadsheet, and confer on joint strikes. Not later than Friday, January 2, 2015 at 10:00 a.m., the parties shall file the spreadsheet in both hard copy and electronic format (Excel) and a letter containing (1) jointly agreed-upon strikes; (2) proposed but not agreed-upon strikes. The trial shall commence on Monday, January 5, 2015. (Signed by Judge Katherine B. Forrest on 10/17/14)(jw) (Entered: 10/20/2014) |
| 10/17/2014 | | Minute Entry for proceedings held before Judge Katherine B. Forrest:Status Conference as to Ross William Ulbricht held on 10/17/2014. Defendant present with attys Joshua Dratel, Lindsay Lewis, and Joshua Horowitz. AUSAs Serrin Turner and Tim Howard present. Court Reporter present. Conference held. Order to follow. Remand continued. (jp) (Entered: 10/20/2014) |
| 10/24/2014 | 94 | OPINION & ORDER #104931: as to (14-Cr-68-01) Ross William Ulbricht. On February 4, 2014, a federal grand jury returned Indictment 14 Cr. 68 (the "Original Indictment"), charging Ross Ulbricht ("defendant" or "Ulbricht") on |

| | | |
|---|---|---|
| | | four counts---all stemming from the creation, administration, and operations of an online marketplace known as "Silk Road." (ECF No. 12 ("Orig. Ind.").) On March 28, 2014, Ulbricht moved to dismiss the Original Indictment in its entirety. (ECF No. 19.) That motion became fully briefed on May 27, 2014 (ECF No. 32), and on July 9, 2014, the Court denied the motion (ECF No. 42). On August 21, 2014, the Government filed Superseding Indictment S1 14 Cr. 68 (KBF) (the "Superseding Indictment") containing three additional charges. (ECF No. 52 ("Sup. Ind.").) Ulbricht's trial is scheduled to begin on January 5, 2015. Pending before the Court is defendant's motion to dismiss Counts One through Four of the Superseding Indictment, for a bill of particulars, and "for any such other and further relief... which to the Court seems just and proper." (ECF No. 71.) For the reasons set forth below, the motion is DENIED....[See this Opinion And Order]... IV. CONCLUSION: For the reasons set forth above, defendant's motion is DENIED. The Clerk of the Court is directed to terminate the motion at ECF No. 71. SO ORDERED. (Signed by Judge Katherine B. Forrest on 10/24/2014)(bw) Modified on 11/4/2014 (ca). (Entered: 10/24/2014) |
| 11/04/2014 | 95 | SEALED DOCUMENT placed in vault. (nm) (Entered: 11/04/2014) |
| 11/18/2014 | 96 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from AUSA Serrin Turner dated November 17, 2014 re: The Government respectfully requests that the deadline for the Government's disclosure of trial exhibits be extended by two days to December 3, 2014, and that the deadline for defense exhibits be correspondingly extended by two days to December 9, 2014. ENDORSEMENT: Application granted. (Signed by Judge Katherine B. Forrest on 11/18/2014)(bw) (Entered: 11/18/2014) |
| 11/25/2014 | 97 | TRANSCRIPT of Proceedings as to Ross William Ulbricht re: Conference held on 10/17/14 before Judge Katherine B. Forrest. Court Reporter/Transcriber: Sonya Ketter Huggins, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/19/2014. Redacted Transcript Deadline set for 12/29/2014. Release of Transcript Restriction set for 2/26/2015. (Rodriguez, Somari) (Entered: 11/25/2014) |
| 11/25/2014 | 98 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ross William Ulbricht. Notice is hereby given that an official transcript of a Conference proceeding held on 10/17/14 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Rodriguez, Somari) (Entered: 11/25/2014) |
| 12/01/2014 | 99 | SEALED DOCUMENT placed in vault. (nm) (Entered: 12/01/2014) |
| 12/01/2014 | 100 | ORDER as to Ross William Ulbricht. The Court has conferred with the Jury Department to implement a process for calling potential jurors to be given the juror questionnaire. The process shall be as follows: Potential jurors will be given the questionnaire on Monday, December 29, 2014. It is anticipated that the parties will have access to the questionnaires by 1:00 p.m. on that day. The parties shall agree as between themselves which side shall take the laboring oar of filling in the spreadsheet based on juror responses. Both sides must agree that the Excel |

| | | |
|---|---|---|
| | | spreadsheet properly reflects the questionnaire responses. The parties shall then confer and present the Court with a list of jointly agreed strikes as well as a list of non-agreed requested strikes not later than Thursday, January 1, 2015 at 5:00p.m. (The Court must call prospective jurors who do not need to appear.) The Court shall review all agreed cause- strikes and those proposed by one side but not agreed by the other. The Court may determine that it is appropriate to strike one or more of these (or other) potential jurors. The Court will then separate the remaining jurors into two waves: the first wave will be those jurors who do not have potential or likely cause issues, and the second wave will be all others. The Court intends to proceed with voir dire initially using the first wave of potential jurors. The second wave of potential jurors shall only be called to the courtroom if necessary. (Signed by Judge Katherine B. Forrest on 12/1/2014)(jw) (Entered: 12/01/2014) |
| 12/01/2014 | 101 | ORDER as to Ross William Ulbricht. The Court hereby notifies the parties that it intends to provide the enclosed Juror Questionnaire to the Clerk's Office on December 4, 2014. If either party has concerns, it should let the Court know not later than December 3, 2014. (Signed by Judge Katherine B. Forrest on 12/1/2014)(jw) (Entered: 12/01/2014) |
| 12/03/2014 | 102 | LETTER by USA as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from AUSA Timothy T. Howard dated 12/3/2014 re: Court's proposed jury questionnaire Document filed by USA. (Howard, Timothy) (Entered: 12/03/2014) |
| 12/03/2014 | 103 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Joshua L. Dratel dated 12/3/2014 re: This letter is submitted on behalf of defendant Ross Ulbricht in response to the Court's December 1, 2014, Order requesting that the parties convey any concerns with the existing questionnaire to the Court by today, December 3, 2014. This letter is being transmitted via electronic mail to the Court, but can filed via ECF if the Court wishes. ENDORSEMENT: Does the Government object to the changes noted in PP 1-5 above? Please inform the court by 5:00 p.m. 12/4/2014. SO ORDERED. (Signed by Judge Katherine B. Forrest on 12/3/2014)(dnd) (Entered: 12/03/2014) |
| 12/04/2014 | 104 | SEALED DOCUMENT placed in vault. (nm) (Entered: 12/04/2014) |
| 12/05/2014 | 105 | ORDER as to Ross William Ulbricht. Attached as Exhibit A is the juror questionnaire, as provided to the Jury Department. SO ORDERED (Signed by Judge Katherine B. Forrest on 12/5/14)(jw) (Entered: 12/05/2014) |
| 12/05/2014 | 106 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Attorney Joshua L. Dratel dated December 5, 2014 re: This letter is submitted on behalf of defendant Ross Ulbricht, and respectfully requests that the Court permit the motions in limine, the deadline for which the Court graciously extended until Monday, December 8, 2014, to be filed Tuesday, December 9, 2014, while leaving the time for any replies - due December 12, 2014 - unchanged. ENDORSEMENT: SO ORDERED. (Signed by Judge Katherine B. Forrest on 12/5/2014)(bw) (Entered: 12/08/2014) |
| 12/09/2014 | 107 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from AUSAs Timothy T. Howard / Serrin Turner, dated December 9, 2014 re: On October 17, 2014, the Court ordered that the parties submit final |

|            |     | pretrial materials by Wednesday, December 10, 2014, to include trial witness lists. The Government submits this letter to respectfully request leave from the Court to redact the names of cooperating witnesses from the list of Government witnesses. ENDORSEMENT: Defendant to respond to the instant letter request as soon as practicable (not later than 12/11 at 10am). (Signed by Judge Katherine B. Forrest on 12/9/2014)(bw) (Entered: 12/09/2014) |
|------------|-----|------------------------------------------------------------------------------------------------------------------|
| 12/09/2014 | 108 | MOTION in Limine - *Government's Pretrial Motions in Limine*. Document filed by USA as to Ross William Ulbricht. (Howard, Timothy) (Entered: 12/09/2014) |
| 12/10/2014 | 110 | ENDORSED LETTER as to Ross William Ulbricht addressed to Former Chambers from Lindsay Lewis dated 12/10/14 re: Motion in Limine & Objections to Government Exhibits...ENDORSEMENT...Post to docket. Redacted versions of all docs, which can be filed possibly in such form should be. File redacted versions by COB today. (Signed by Judge Katherine B. Forrest on 12/10/14)(jw) (Entered: 12/10/2014) |
| 12/10/2014 | 111 | ORDER as to Ross William Ulbricht ( Status Conference set for 12/15/2014 at 10:00 AM before Judge Katherine B. Forrest.) One of the issues defendant raises in his motion in limine relates to a currently non-public matter. To discuss and resolve this issue requires receipt of the Government's response, and a conference dedicated to that issue. Accordingly, the Court has set a conference for Monday, December 15, 2014 at 10:00a.m. for this purpose. In advance of that conference, the parties shall confer regarding whether (1) the Courtroom should be sealed, or (2) the matter can/should be taken up in the robing room. The parties shall inform the Court not later than C.O.B. Friday, December 12, 2014, as to their views regarding the same. (Signed by Judge Katherine B. Forrest on 12/10/14)(jw) (Entered: 12/10/2014) |
| 12/10/2014 | 112 | FIRST MOTION in Limine *to Preclude Certain Evidence and Proposed Government Exhibits*. Document filed by Ross William Ulbricht. (Dratel, Joshua) (Entered: 12/10/2014) |
| 12/10/2014 | 113 | DECLARATION of Joshua L. Dratel in Support as to Ross William Ulbricht re: 112 FIRST MOTION in Limine *to Preclude Certain Evidence and Proposed Government Exhibits.*. (Dratel, Joshua) (Entered: 12/10/2014) |
| 12/10/2014 | 114 | MEMORANDUM in Support by Ross William Ulbricht re 112 FIRST MOTION in Limine *to Preclude Certain Evidence and Proposed Government Exhibits.*. (Dratel, Joshua) (Entered: 12/10/2014) |
| 12/10/2014 | 115 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** Proposed Voir Dire Questions by Ross William Ulbricht. (Dratel, Joshua) Modified on 12/10/2014 (ka). (Entered: 12/10/2014) |
| 12/10/2014 |     | **NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DOCUMENT TYPE ERROR. Note to Attorney Joshua Lewis Dratel as to Ross William Ulbricht: to RE-FILE Document 115 Proposed Voir Dire Questions. Use the document type Letter found under the document list Other Documents. (ka)** (Entered: 12/10/2014) |
| 12/10/2014 | 116 | LETTER by Ross William Ulbricht addressed to Judge Katherine B. Forrest from Lindsay A. Lewis, Esq. dated December 10, 2014 re: Defendant's Proposed Voir |

|  |  | Dire (Lewis, Lindsay) (Entered: 12/10/2014) |
|---|---|---|
| 12/10/2014 | 117 | LETTER by USA as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from AUSAs Serrin Turner and Tim Howard dated 12/10/2014 re: Pre-trial Order Document filed by USA. (Turner, Serrin) (Entered: 12/10/2014) |
| 12/10/2014 | 118 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Joshua L. Dratel dated 12/10/2014 re: This letter is submitted on behalf of defendant Ross Ulbricht, in regard to the Joint Proposed Request to Charge, due today, December 10, 2014. We are currently finishing our redlining of the governments proposed Request to Charge. After consulting with the government, two options exist: we can either send the redlined version of the Request to Charge to the court tonight, or we can send it to the government to see if there are any additional areas in which we are able to reach agreement. ENDORSEMENT: Submit tonight to the Government. SO ORDERED. (Signed by Judge Katherine B. Forrest on 12/10/2014)(dnd) (Entered: 12/11/2014) |
| 12/10/2014 |  | ***DELETED DOCUMENT. Deleted document number 109 Endorsed Letter, as to Ross William Ulbricht. The document was incorrectly filed in this case. (dnd) (Entered: 12/18/2014) |
| 12/11/2014 | 119 | MEMO ENDORSEMENT as to Ross William Ulbricht on E-Mail sent to Joseph Pecorino of Judge Forrest's Chambers from Attorney Lindsay Lewis on 12/10/2014 7:45PM re: Attached please find a letter to the Court in opposition to the government's December 9, 2014, letter requesting leave from the Court to redact the names of the cooperating witnesses from the list of government witnesses. ENDORSEMENT: All letters and filings with the Court must be filed via ECF unless there is some truly important reason not to. If something cannot be filed publicly, then it must be filed in redacted form simultaneously on within the same business day. (Signed by Judge Katherine B. Forrest on 12/11/2014)(bw) (Entered: 12/11/2014) |
| 12/11/2014 | 120 | MEMORANDUM DECISION & ORDER as to Ross William Ulbricht. Ross Ulbricht ("defendant" or "Ulbricht") is charged with a variety of crimes relating to his alleged design, administration, and operation of an online marketplace known as "Silk Road." (ECF No. 52.) Trial is scheduled to commence on January 5, 2015. Before the Court is the Government's request for leave to redact the names of cooperating witnesses from the list of witnesses provided as part of the Government's final pretrial materials. (ECF No. 107.) The Government has agreed to provide the identities of such witnesses on January 2, 2015. According to theGovernment, disclosure on that date will provide at least ten days' notice regarding the witnesses' identities prior to their testimony at trial. Defendant has opposed this application. (ECF No. 119.). The Government has represented that it will provide the identities of thecooperating witnesses on January 2, 2015, and it has disclosed the identities of itsfirst two witnesses, both of whom are multi-day witnesses. The Court weighsdefendant's need to prepare for trial against the Government's proffered reason for withholding the identities of its cooperating witnesses until January 2, 2015. And while the Court currently has no view as to the merit of the Government's contention regarding defendant's alleged solicitations of murders-for-hire, it is in no position to find that they are baseless or that witnesses who are known to be preparing to testify against defendant would not be at risk of some retaliatory act. While defendant has limited access to |

| | | the outside world, that has been true of many defendants in many cases who have creatively managed around such limitations. (Signed by Judge Katherine B. Forrest on 12/11/14)(jw) (Entered: 12/11/2014) |
|---|---|---|
| 12/11/2014 | 121 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** Request To Charge by USA as to Ross William Ulbricht. (Attachments: # 1 Joint RTCs (redline))(Turner, Serrin) Modified on 12/12/2014 (ka). (Entered: 12/11/2014) |
| 12/12/2014 | 122 | LETTER by USA as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Government dated 12/12/2014 re: Joint Proposed Verdict Form Document filed by USA. (Attachments: # 1 Joint Proposed Verdict Form - Redline)(Turner, Serrin) (Entered: 12/12/2014) |
| 12/12/2014 | 123 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** Request To Charge by USA as to Ross William Ulbricht. (Attachments: # 1 Joint RTCs - revised redline)(Turner, Serrin) Modified on 12/12/2014 (ka). (Entered: 12/12/2014) |
| 12/12/2014 | | **NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DOCUMENT TYPE ERROR. Note to Attorney Serrin Andrew Turner as to Ross William Ulbricht: to RE-FILE Document 121 Request to Charge. Use the document type Letter found under the document list Other Documents.\*\*\*NOTE: Proposed Jury Instructions must be filed individually. Use event code Proposed Jury Instructions located under Trial Documents. (ka)** (Entered: 12/12/2014) |
| 12/12/2014 | | **NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DOCUMENT TYPE ERROR. Note to Attorney Serrin Andrew Turner as to Ross William Ulbricht: to RE-FILE Document 123 Request to Charge. Use the document type Letter found under the document list Other Documents.\*\*\*NOTE: Proposed Jury Instructions must be filed individually. Use event code Proposed Jury Instructions located under Trial Documents. (ka)** (Entered: 12/12/2014) |
| 12/12/2014 | 124 | ORDER as to Ross William Ulbricht. It is hereby ORDERED that in advance of, but to be discussed at the final pretrial conference, the parties shall confer on a list of terms likely to arise and determine whether there is any likelihood of stipulations as to definitions. In prior trials involving complex matters, the Court has requested the parties to confer on definitions of terms and a handout has sometimes been provided to the jury with those terms. A witness in the ordinary course has then explained the terms. The Court has allowed the jury to retain the handout at their seats throughout the trial. Among the types of terminology the parties will want to consider including in such a "glossary" are the following: Online chats, Application(s), Log, Browser, Tor, IP address, Servers, Server side, Bitcoin, bitcoin process: ledger, bitcoin value, PIN, PTH, Codebase, Configuration files, Controllers, Support controllers, Administrator, administrative/administrator privileges, Path, Scripting language. SO ORDERED. (Signed by Judge Katherine B. Forrest on 12/12/2014)(ft) (Entered: 12/12/2014) |
| 12/12/2014 | 125 | CORRECTED MEMORANDUM DECISION & ORDER as to Ross William Ulbricht. Ross Ulbricht ("defendant" or "Ulbricht") is charged with a variety of crimes relating to his alleged design, administration, and operation of an online |

marketplace known as "Silk Road." (ECF No. 52.) Trial is scheduled to commence on January 5, 2015. Before the Court is the Government's request for leave to redact the names of cooperating witnesses from the list of witnesses provided as part of the Government's final pretrial materials. (ECF No. 107.) The Government has agreed to provide the identities of such witnesses on January 2, 2015. According to the Government, disclosure on that date will provide at least ten days' notice regarding the witnesses' identities prior to their testimony at trial. Defendant has opposed this application. (ECF No. 119.) The Government has represented that it will provide the identities of the cooperating witnesses on January 2, 2015, and it has disclosed the identities of its first two witnesses, both of whom are multi-day witnesses. The Court weighs defendant's need to prepare for trial against the Government's proffered reason for withholding the identities of its cooperating witnesses until January 2, 2015. And while the Court currently has no view as to the merit of the Government's contention regarding defendant's alleged solicitations of murders-for-hire, it is in no position to find that they are baseless or that witnesses who are known to be preparing to testify against defendant would not be at risk of some retaliatory act. While defendant has limited access to the outside world, that has been true of many defendants in many cases who have creatively managed around such limitations. Disclosure on January 2, 2015 is sufficient. (Signed by Judge Katherine B. Forrest on 12/12/2014)(ft) (Entered: 12/12/2014)

| 12/12/2014 | 126 | MEMORANDUM in Opposition by Ross William Ulbricht re 108 MOTION in Limine - *Government's Pretrial Motions in Limine*.. (Dratel, Joshua) (Entered: 12/12/2014) |
| 12/12/2014 | 127 | MEMORANDUM in Opposition by USA as to Ross William Ulbricht re 112 FIRST MOTION in Limine *to Preclude Certain Evidence and Proposed Government Exhibits*.. (Howard, Timothy) (Entered: 12/12/2014) |
| 12/15/2014 | | Minute Entry for proceedings held before Judge Katherine B. Forrest: Conference as to Ross William Ulbricht held on 12/15/2014. Defendant present with attys Joshua Dratel, Lindsay Lewis, and Joshua Horowitz. AUSAs Serrin Turner and TImothy Howard present. Court Reporter present. Conference held. Detention continued. (jp) (Entered: 12/15/2014) |
| 12/15/2014 | 128 | ORDER as to Ross William Ulbricht. The Court has made several minor non-substantive edits to the juror questionnaire. The revised version, as provided to the Jury Department, is attached as Exhibit A. The Court will email the parties a revised version of the Excel spreadsheet, which the parties shall fill in and provide to the Court as set forth in the Court's December 1, 2014 order. (ECF No. 100.) SO ORDERED. (Signed by Judge Katherine B. Forrest on 12/15/2014)(dnd) (Entered: 12/15/2014) |
| 12/16/2014 | 129 | ORDER as to Ross William Ulbricht. Further to the Court's questions and concerns as expressed on the record on December 15, the court needs to further understand the government's legal theory as to the following: 1. Does the government contend that the defendant was the hub in a hub and spoke conspiracy -- or would the government characterize his alleged position otherwise? 2. If the defendant is alleged to be at the center of the conspiracy as a hub or occupying a position akin to a hub, does the government agree that it must prove the existence of a rim to connect the various co-conspirators to each other? If not, please |

| | | |
|---|---|---|
| | | provide case law support for the government's position. 3. Does the government contend that all sellers of all types of drugs during the entire conspiracy timeframe were part of a single conspiracy? If so, please provide case law support. 4. What does "mutual dependence" mean as a matter of law and what must the government prove to demonstrate this? Put another way, apart from asserting mutual dependence, must the government show that a seller of LSD on day one of the launch was mutually dependent on a seller of heroin on day 250? 5. How does mutual dependence work when buyers and sellers are targeting particular drugs only? (That is, why does a seller of LSD care about the vibrancy of the marketplace for heroin? What type of proof could establish any necessary inference?) The court would like to have the government's responses before or at the final pre-trial conference. SO ORDERED. (Signed by Judge Katherine B. Forrest on 12/16/2014)(bw) (Entered: 12/16/2014) |
| 12/16/2014 | 130 | LETTER by USA as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from AUSA Timothy T. Howard dated 12/16/2014 re: Court's Order Regarding List of Defined Terms Document filed by USA. (Howard, Timothy) (Entered: 12/16/2014) |
| 12/17/2014 | 131 | LETTER MOTION addressed to Judge Katherine B. Forrest from the Government dated 12/17/2014 re: 129 Order,,,,,, re: Response to the Court's December 16 Order . Document filed by USA as to Ross William Ulbricht. (Turner, Serrin) (Entered: 12/17/2014) |
| 12/17/2014 | 132 | MEMO ENDORSEMENT as to Ross William Ulbricht on re: 130 Letter filed by USA. ENDORSEMENT: Ordered: Fine. I just want us to discuss the concept at the FPTC today. I don;t need the stip. before 12/30. (Signed by Judge Katherine B. Forrest on 12/17/2014)(ft) (Entered: 12/17/2014) |
| 12/17/2014 | | Minute Entry for proceedings held before Judge Katherine B. Forrest: FinalPretrial Conference as to Ross William Ulbricht held on 12/17/2014. Defendant present with attys Joshua Dratel, Lindsay Lewis, and Joshua Horowitz. AUSAs Serrin Turner and Timothy Howard present. Court Reporter present. Conference held. Detention continued. (jp) (Entered: 12/18/2014) |
| 12/18/2014 | 133 | ENDORSED LETTER as to Ross William Ulbricht addressed to Forrest NYSD Chambers from NYSD Help Desk dated 12/10/2014 re: Letter received from attorney Joshua Dratel to have document number 109 removed from docket. Document was inadvertently filed on the CM/ECF system, and should have instead been filed under seal. ENDORSEMENT: ECF No. 109 to be removed from the public docket. SO ORDERED. (Signed by Judge Katherine B. Forrest on 12/17/2014)(dnd) (Entered: 12/18/2014) |
| 12/19/2014 | 134 | LETTER MOTION addressed to Judge Katherine B. Forrest from the Government dated 12/19/2014 re: Request for One-Week Adjournment of Trial . Document filed by USA as to Ross William Ulbricht. (Turner, Serrin) (Entered: 12/19/2014) |
| 12/19/2014 | 135 | SEALED DOCUMENT placed in vault. (nm) (Entered: 12/19/2014) |
| 12/19/2014 | 136 | SEALED DOCUMENT placed in vault. (nm) (Entered: 12/19/2014) |
| 12/19/2014 | 137 | SEALED DOCUMENT placed in vault. (nm) (Entered: 12/19/2014) |

| 12/19/2014 | 138 | SEALED DOCUMENT placed in vault. (nm) (Entered: 12/19/2014) |
|---|---|---|
| 12/19/2014 | 139 | ORDER as to Ross William Ulbricht. Potential jurors will be given the questionnaire on Monday, January 5, 2015. It is anticipated that the parties will have access to the questionnaires by 3:00 p.m. on that day. The parties shall agree as between themselves which side shall take the laboring oar of filling in the spreadsheet based on juror responses. Both sides must agree that the Excel spreadsheet properly reflects the questionnaire responses. The parties shall then confer and present the Court with a list of jointly agreed strikes as well as a list of non-agreed requested strikes not later than Thursday, January 8, 2015 at 5:00 p.m. (The Court must call prospective jurors who do not need to appear.) The Court shall review all agreed cause-strikes and those proposed by one side but not agreed by the other. The Court may determine that it is appropriate to strike one or more of these (or other) potential jurors. The Court will then separate the remaining jurors into two waves: the first wave will be those jurors who do not have potential or likely cause issues, and the second wave will be all others. The Court intends to proceed with voir dire initially using the first wave of potential jurors. The second wave of potential jurors shall only be called to the courtroom if necessary. The updated juror questionnaire (reflecting the change in trial start date) is attached. SO ORDERED. (Signed by Judge Katherine B. Forrest on 12/19/2014)(ft) (Entered: 12/19/2014) |
| 12/19/2014 | 140 | MEMO ENDORSEMENT as to Ross William Ulbricht on re: 134 LETTER MOTION addressed to Judge Katherine B. Forrest from the Government dated 12/19/2014 re: Request for One-Week Adjournment of Trial filed by USA. ENDORSEMENT: ORDERED: Application Granted. Trial adjourned to Tuesday, January 13, 2015, at 9:00 am. Order re jury selection process to follow. (Jury Trial set for 1/13/2015 at 09:00 AM before Judge Katherine B. Forrest.) (Signed by Judge Katherine B. Forrest on 12/19/2014)(ft) Modified on 12/19/2014 (ft). (Entered: 12/19/2014) |
| 12/29/2014 | 141 | SEALED DOCUMENT placed in vault. (rz) (Entered: 12/29/2014) |
| 01/07/2015 | 142 | OPINION & ORDER as to Ross William Ulbricht. Defendant's motion to preclude certain evidence regarding Silk Road product listings and transactions is DENIED, subject to the ruling in subpart F. Defendant's motions to preclude evidence of defendant's murder-for-hire solicitations and to strike references to such solicitations as surplusage are DENIED. The Government's corresponding motion to allow the murder-for-hire evidence is GRANTED. Defendant's motion to preclude certain Government exhibits as insufficiently authenticated is DENIED. Defendant can renew this motion as to any particular exhibit when it is offered at trial. Defendant's motion to preclude evidence that he ordered fraudulent identification documents from Silk Road is DENIED. The Government's corresponding motion to allow this evidence is GRANTED. Defendant's motion to preclude a variety of government exhibits not covered by the other motions in limine is GRANTED in part and DENIED in part. The specific rulings are set forth above. DENIED. The Government's motions to preclude argument and evidenceregarding (1) any potential consequences of conviction, and (2) defendant's political views or other excuses is DENIED as moot. The Clerk of Court is directed to terminate the motions at ECF Nos. 108 and 112. (Signed by Judge Katherine B. Forrest on 1/7/2015)(ft) (Entered: 01/07/2015) |

| 01/08/2015 | 143 | SEALED DOCUMENT placed in vault. (rz) (Entered: 01/08/2015) |
|---|---|---|
| 01/09/2015 | 144 | ORDER as to Ross William Ulbricht. The Court has reviewed the list of strikes to which both parties have consented. The Court agrees, and hereby strikes the following prospective jurors: 3, 9, 13, 18, 22, 24, 25, 34, 35, 36, 40, 42, 44, 47, 48, 54, 57, 67, 68, 69, 71, 72, 74, 76, 78, 79, 80, 82, 83, 84, 88, 94, 95, 96, 99, 100, 103, 105, 108, 109, 125, 126, 128, 129, 131, 132, 133, 142, 145, 147, 149, 150, 151, 161, 172, 174, 177, 179, 182. Based on its review of the questionnaires, the Court also strikes the following prospective jurors: 6, 7, 8, 14, 16, 20, 31, 37, 39, 45, 46, 56, 58, 60, 62, 64, 86, 91, 117, 118, 120,122, 123, 130, 139, 144, 148, 152, 157, 158, 160, 167, 183. The parties shall provide the Court with printed copies of all filled-out juror questionnaires, marked with each jurors number, as soon as is practicable, but not later than Saturday, January 10, 2015. (Signed by Judge Katherine B. Forrest on 1/9/15)(jw) (Entered: 01/09/2015) |
| 01/09/2015 | 145 | TRANSCRIPT of Proceedings as to Ross William Ulbricht re: Conference held on 12/17/2014 before Judge Katherine B. Forrest. Court Reporter/Transcriber: Andrew Walker, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/2/2015. Redacted Transcript Deadline set for 2/12/2015. Release of Transcript Restriction set for 4/13/2015. (McGuirk, Kelly) (Entered: 01/09/2015) |
| 01/09/2015 | 146 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ross William Ulbricht. Notice is hereby given that an official transcript of a Conference proceeding held on 12/17/2014 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 01/09/2015) |
| 01/09/2015 | 147 | LETTER by Ross William Ulbricht addressed to Judge Katherine B. Forrest from Joshua L. Dratel, Esq. dated January 9, 2015 re: the reading of internet communications during trial (Dratel, Joshua) (Entered: 01/09/2015) |
| 01/12/2015 | 148 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Serkin Turner dated 10/13/2014 re: The Government respectfully submits this letter in response to the Court's order dated October 8, 2014. ENDORSEMENT: Ordered: Post to docket. (Signed by Judge Katherine B. Forrest on 1/12/2015)(ft) (Entered: 01/12/2015) |
| 01/12/2015 | 149 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Lindsay Lewis dated 1/8/2015 re: As per the Court's September 16, 2014, Order, attached please find (1) the Excel spreadsheet prepared from the juror questionnaire submitted on behalf of Mr. Ulbricht in the above-captioned case; and (2) s a cover letter explaining the contents of the spreadsheet. ENDORSEMENT: Ordered: Post to docket. (Signed by Judge Katherine B. Forrest on 1/12/2015)(ft) (Entered: 01/12/2015) |
| 01/12/2015 | 150 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Serkin Turner dated 8/21/2014 re: The Government respectfully |

1/6/2016　　　　　　　　　　　　　　SDNY CM/ECF Version 5.1.1

| | | |
|---|---|---|
| | | requests that the defendant's arraignment on the Superseding Indictment be scheduled for the same time as the upcoming pretrial conference presently scheduled for September 5, 2014, at 12:00 p.m. ENDORSEMENT: Ordered: Post to docket. Dealt with in ordinary course. (Signed by Judge Katherine B. Forrest on 1/12/2015)(ft) (Entered: 01/12/2015) |
| 01/12/2015 | 151 | SEALED DOCUMENT placed in vault. (nm) (Entered: 01/13/2015) |
| 01/12/2015 | 152 | SEALED DOCUMENT placed in vault. (nm) (Entered: 01/13/2015) |
| 01/12/2015 | 153 | SEALED DOCUMENT placed in vault. (nm) (Entered: 01/13/2015) |
| 01/13/2015 | | Minute Entry for proceedings held before Judge Katherine B. Forrest:Voir Dire held and Jury Trial begun on 1/13/2015 as to Ross William Ulbricht. (jp) (Entered: 02/05/2015) |
| 01/14/2015 | | Minute Entry for proceedings held before Judge Katherine B. Forrest:Jury Trial as to Ross William Ulbricht held on 1/14/2015. (jp) (Entered: 02/05/2015) |
| 01/15/2015 | | Minute Entry for proceedings held before Judge Katherine B. Forrest:Jury Trial as to Ross William Ulbricht held on 1/15/2015. (jp) (Entered: 02/05/2015) |
| 01/19/2015 | 154 | LETTER MOTION addressed to Judge Katherine B. Forrest from the Government dated 01/19/2015 re: Striking/Preclusion of Testimony . Document filed by USA as to Ross William Ulbricht. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Turner, Serrin) (Entered: 01/19/2015) |
| 01/19/2015 | 155 | LETTER MOTION addressed to Judge Katherine B. Forrest from Joshua L. Dratel, Esq. dated January 19, 2015 re: 154 LETTER MOTION addressed to Judge Katherine B. Forrest from the Government dated 01/19/2015 re: Striking/Preclusion of Testimony . re: the governments January 19, 2015, letter seeking preclusion of certain questioning of Homeland Security Investigations Special Agent Jared Der-Yeghiayan . Document filed by Ross William Ulbricht. (Lewis, Lindsay) (Entered: 01/19/2015) |
| 01/20/2015 | 156 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Joshua L. Dratel dated 1/19/15 re: About twenty minutes ago, while eating dinner, I broke a tooth. Obviously, I would very much like to get to the dentist as quickly as possible but of course there's the ongoing trial. I'm confident I could get in to see my dentist tomorrow morning at 9 a.m. but don't know anything beyond that. I also don't know how I would feel in the morning. If anyone (including AUSA's) sees this e-mail tonight, please let me know everyone's position on how to proceed..ENDORSEMENT: It is too late to have the jury stay home so they will be here. Go to the dentist and let us know ASAP what your schedule/status is. (Signed by Judge Katherine B. Forrest on 1/20/15) (jw) (Entered: 01/20/2015) |
| 01/20/2015 | | Minute Entry for proceedings held before Judge Katherine B. Forrest:Jury Trial as to Ross William Ulbricht held on 1/20/2015. (jp) (Entered: 02/05/2015) |
| 01/21/2015 | 157 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Serrin Turner dated 1/20/15 re: Please find attached highlighted excerpts of SA Der-Yeghiayan's testimony that the Government respectfully |

| | | requests be stricken from the record in accordance with the Court's ruling from this morning...ENDORSEMENT...Post to docket. (Signed by Judge Katherine B. Forrest on 1/21/15)(jw) (Entered: 01/21/2015) |
|---|---|---|
| 01/21/2015 | 158 | SEALED DOCUMENT placed in vault. (nm) (Entered: 01/21/2015) |
| 01/21/2015 | 159 | SEALED DOCUMENT placed in vault. (nm) (Entered: 01/21/2015) |
| 01/21/2015 | 160 | SEALED DOCUMENT placed in vault. (nm) (Entered: 01/21/2015) |
| 01/21/2015 | 161 | SEALED DOCUMENT placed in vault. (nm) (Entered: 01/21/2015) |
| 01/21/2015 | | Minute Entry for proceedings held before Judge Katherine B. Forrest:Jury Trial as to Ross William Ulbricht held on 1/21/2015. (jp) (Entered: 02/05/2015) |
| 01/22/2015 | | Minute Entry for proceedings held before Judge Katherine B. Forrest:Jury Trial as to Ross William Ulbricht held on 1/22/2015. (jp) (Entered: 02/05/2015) |
| 01/23/2015 | 162 | ORDER as to Ross William Ulbricht. Attached to this Order are draft jury instructions. The Court will separately e-mail a Word version of these instructions to the parties. The parties shall submit any proposed revisions to the instructions not later than Monday evening, January 26, 2015. The Court will hold the first charging conference on Tuesday, January 27, 2015, at 9 a.m. (Signed by Judge Katherine B. Forrest on 1/23/2015)(bw) (Entered: 01/23/2015) |
| 01/26/2015 | 163 | ENDORSED LETTER as to Ross William Ulbricht on E-Mail addressed to Judge Forrest's Chambers from AUSA Serrin Turner dated 1/22/2015 08:40 AM re: Please see the attached letter concerning the admissibility of the statement from the Complaint that was raised yesterday morning. The Government will plan to file the letter later today on ECF. Also attached is a relevant case. ENDORSEMENT: Post to docket. (Signed by Judge Katherine B. Forrest on 1/23/2015)(bw) (Entered: 01/26/2015) |
| 01/26/2015 | | Minute Entry for proceedings held before Judge Katherine B. Forrest:Jury Trial as to Ross William Ulbricht held on 1/26/2015. (jp) (Entered: 02/05/2015) |
| 01/28/2015 | 164 | LETTER MOTION addressed to Judge Katherine B. Forrest from the Government dated 01/28/2015 re: 162 Order, Set Deadlines/Hearings,, re: Modification of Jury Charges . Document filed by USA as to Ross William Ulbricht. (Turner, Serrin) (Entered: 01/28/2015) |
| 01/28/2015 | | Minute Entry for proceedings held before Judge Katherine B. Forrest:Jury Trial as to Ross William Ulbricht held on 1/28/2015. (jp) (Entered: 02/05/2015) |
| 01/29/2015 | 165 | LETTER MOTION addressed to Judge Katherine B. Forrest from the Government dated 01/29/2015 re: Preclusion of Expert Testimony . Document filed by USA as to Ross William Ulbricht. (Attachments: # 1 Exhibit A)(Turner, Serrin) (Entered: 01/29/2015) |
| 01/29/2015 | | Minute Entry for proceedings held before Judge Katherine B. Forrest:Jury Trial as to Ross William Ulbricht held on 1/29/2015. (jp) (Entered: 02/05/2015) |
| 01/30/2015 | 166 | ORDER as to Ross William Ulbricht. Any party wishing to submit additional materials regarding the jury instructions shall do so not later than 5 p.m. today, January 30, 2015. This applies to all proposed changes except those that cannot be reasonably anticipated because the evidentiary record has not yet been closed. SO |

| | | ORDERED. (Signed by Judge Katherine B. Forrest on 1/30/2015)(ft) (Entered: 01/30/2015) |
|---|---|---|
| 01/30/2015 | 167 | LETTER by USA as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from AUSA Timothy T. Howard dated 1/30/2015 re: Requests to Charge and Defense Exhibits Document filed by USA. (Howard, Timothy) (Entered: 01/30/2015) |
| 01/30/2015 | 168 | LETTER by Ross William Ulbricht addressed to Judge Katherine B. Forrest from Joshua L. Dratel dated January 30, 2015 re: Requests to Charge (Dratel, Joshua) (Entered: 01/30/2015) |
| 01/30/2015 | 169 | LETTER by USA as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from the Government dated 01/30/2015 re: Defense Letter re: Requests to Charge Document filed by USA. (Turner, Serrin) (Entered: 01/30/2015) |
| 01/31/2015 | 170 | LETTER MOTION addressed to Judge Katherine B. Forrest from AUSA Timothy T. Howard dated 1/31/2015 re: Motion to Preclude Expert Testimony of Dr. Steven M. Bellovin . Document filed by USA as to Ross William Ulbricht. (Attachments: # 1 Exhibit A)(Howard, Timothy) (Entered: 01/31/2015) |
| 01/31/2015 | 171 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** LETTER MOTION addressed to Judge Katherine B. Forrest from Joshua L. Dratel, Esq. dated January 31, 2015 re: 165 LETTER MOTION addressed to Judge Katherine B. Forrest from the Government dated 01/29/2015 re: Preclusion of Expert Testimony . re: To Permit the Expert Testimony of Defense Witness Andreas Antonopoulos . Document filed by Ross William Ulbricht. (Dratel, Joshua) Modified on 2/3/2015 (ka). (Entered: 01/31/2015) |
| 01/31/2015 | 178 | OPINION & ORDER as to Ross William Ulbricht. Any further submissions regarding defendants proposed expert witness Andreas M. Antonopoulos shall be submitted not later than 2:00 p.m. today, January 31, 2015. Any other motions regarding experts must be received by 4:00 p.m. today, January 31, 2015. Any response to any such new motions shall be submitted not later than 12:00 p.m. tomorrow, February 1, 2015. SO ORDERED. (Signed by Judge Katherine B. Forrest on 1/31/2015)(ft) (Entered: 02/05/2015) |
| 01/31/2015 | | Set/Reset Deadlines/Hearings as to Ross William Ulbricht: Motions due by 1/31/2015. Responses due by 2/2/2015. (ft) (Entered: 02/05/2015) |
| 01/31/2015 | 179 | ORDER as to Ross William Ulbricht. The defense shall disclose any exhibits it proposes to use with experts or otherwise to the Government not later than 5 p.m. today, January 31, 2015. SO ORDERED. (Signed by Judge Katherine B. Forrest on 1/31/2015)(ft) (Entered: 02/05/2015) |
| 01/31/2015 | 180 | OPINION & ORDER as to Ross William Ulbricht. The Court is unclear as to whether there is an additional expert who has been disclosed. Any additional expert would have to have been disclosed before nowif such a disclosure has not been made by now, it is untimely and shall not be allowed. All exhibits relating to defense witnesses shall be made not later than 10:00 p.m. this evening, January 31, 2015. SO ORDERED. (Signed by Judge Katherine B. Forrest on 1/31/2015) (ft) (Entered: 02/05/2015) |
| 01/31/2015 | 181 | OPINION & ORDER as to Ross William Ulbricht. The Court has just learned that |

|  |  | on January 30, 2015, defendant noticed an additional expert witness, Mr. Steven M. Bellovin. The Government has moved to preclude Bellovin from testifying. (ECF No. 70.) Defendant shall respond to the Government's motion to preclude Bellovin's testimony not later than Sunday, February 1, 2015 at 9:00 a.m. Today's 10:00 p.m. deadline for defendant's response to the Government's motion to preclude the testimony of Andreas M. Antonopoulos (ECF No. 165) remains in place. SO ORDERED. (Responses due by 2/1/2015) (Signed by Judge Katherine B. Forrest on 1/31/2015)(ft) (Entered: 02/05/2015) |
|---|---|---|
| 02/01/2015 | 172 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** LETTER MOTION addressed to Judge Katherine B. Forrest from Joshua L. Dratel, Esq. dated February 1, 2015 re: 170 LETTER MOTION addressed to Judge Katherine B. Forrest from AUSA Timothy T. Howard dated 1/31/2015 re: Motion to Preclude Expert Testimony of Dr. Steven M. Bellovin . re: To Admit the Expert Testimony of Defense Witness Dr. Steven Bellovin . Document filed by Ross William Ulbricht. (Dratel, Joshua) Modified on 2/3/2015 (ka). (Entered: 02/01/2015) |
| 02/01/2015 | 173 | OPINION & ORDER as to Ross William Ulbricht. Lawyers and clients make tactical decisions. The Court cannot always understand why certain decisions are made, nor need it. But when tactical decisions run contrary to established rules and case law, the Court's duty is clear. The Court is duty-bound to apply the law as it exists, not as any party wishes it to be....[See this Opinion & Order]... Why did the defense choose to proceed as it has? This Court cannot know.Perhaps a tactical choice not to show the defenses hand; perhaps to try andaccumulate appeal points; perhaps something else. In any event, the outcome ofthese choices is that the Court hereby GRANTS the Government's motions topreclude the testimony of both experts. (ECF Nos. 165, 170.)...[See this Opinion & Order]... II. CONCLUSION: For the reasons set forth above, the Government's motions to preclude are GRANTED. The Clerk of Court is directed to close the motions at ECF Nos. 165 and 170. SO ORDERED. (Signed by Judge Katherine B. Forrest on 2/1/2015)(bw) (Entered: 02/02/2015) |
| 02/02/2015 | 174 | OPINION & ORDER as to (14-Cr-68-1) Ross William Ulbricht. Pending before the Court are several applications by the parties to modify the proposed jury instructions circulated by the Court on January 23, 2015. (ECF No. 162.) This Opinion & Order sets forth the Court's determinations as to several proposed modifications.(See Footnote 1 on page 1 of this Opinion & Order)....[See Opinion & Order]... The Clerk of Court is directed to terminate the motion at ECF No. 164. SO ORDERED. (Signed by Judge Katherine B. Forrest on 2/2/2015)(bw) (Entered: 02/02/2015) |
| 02/02/2015 |  | Minute Entry for proceedings held before Judge Katherine B. Forrest:Jury Trial as to Ross William Ulbricht held on 2/2/2015. (jp) (Entered: 02/05/2015) |
| 02/03/2015 |  | **NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DOCUMENT TYPE ERROR. Note to Attorney Joshua Lewis Dratel as to Ross William Ulbricht: to RE-FILE Document 172 LETTER MOTION addressed to Judge Katherine B. Forrest from Joshua L. Dratel, Esq. dated February 1, 2015 re: 170 LETTER MOTION addressed to Judge Katherine B. Forrest from AUSA Timothy T. Howard dated 1/31/2015 re: Motion to Preclude Ex. Use the document type Response to Motion found under the document list** |

| | | Replies, Opposition and Supporting Documents. (ka) (Entered: 02/03/2015) |
|---|---|---|
| 02/03/2015 | | **NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DOCUMENT TYPE ERROR. Note to Attorney Joshua Lewis Dratel as to Ross William Ulbricht: to RE-FILE Document [171] LETTER MOTION addressed to Judge Katherine B. Forrest from Joshua L. Dratel, Esq. dated January 31, 2015 re: [165] LETTER MOTION addressed to Judge Katherine B. Forrest from the Government dated 01/29/2015 re: Preclusion of Expert Testimo. Use the document type Response to Motion found under the document list Replies, Opposition and Supporting Documents. (ka)** (Entered: 02/03/2015) |
| 02/03/2015 | | Minute Entry for proceedings held before Judge Katherine B. Forrest:Jury Trial as to Ross William Ulbricht held on 2/3/2015. (jp) (Entered: 02/05/2015) |
| 02/04/2015 | 175 | LETTER RESPONSE to Motion by Ross William Ulbricht addressed to Judge Katherine B. Forrest from Joshua L. Dratel dated January 31, 2015 re: [165] LETTER MOTION addressed to Judge Katherine B. Forrest from the Government dated 01/29/2015 re: Preclusion of Expert Testimony .. (Dratel, Joshua) (Entered: 02/04/2015) |
| 02/04/2015 | 176 | LETTER RESPONSE to Motion by Ross William Ulbricht addressed to Judge Katherine B. Forrest from Joshua L. Dratel dated February 1, 2015 re: [170] LETTER MOTION addressed to Judge Katherine B. Forrest from AUSA Timothy T. Howard dated 1/31/2015 re: Motion to Preclude Expert Testimony of Dr. Steven M. Bellovin .. (Dratel, Joshua) (Entered: 02/04/2015) |
| 02/04/2015 | 177 | ORDER as to Ross William Ulbricht. Attached are the jury instructions as delivered on February 4, 2015. SO ORDERED. (Signed by Judge Katherine B. Forrest on 2/4/2015)(bw) (Entered: 02/04/2015) |
| 02/04/2015 | | Minute Entry for proceedings held before Judge Katherine B. Forrest:Jury Trial as to Ross William Ulbricht held and concluded on 2/4/2015. (jp) (Entered: 02/05/2015) |
| 02/05/2015 | 182 | Jury Note docketed as Court Exhibit 1 as to Ross William Ulbricht filed. (jp) (Entered: 02/05/2015) |
| 02/05/2015 | 183 | JURY VERDICT as to Ross William Ulbricht (1) Guilty on Count 1s,2s,3s,4s,5s,6s,7s. (jp) (Entered: 02/05/2015) |
| 02/05/2015 | 184 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Serrin Turner dated 2/2/2015 re: Statement by Andrew Jones. ENDORSEMENT: Ordered: Post to Docket. (Signed by Judge Katherine B. Forrest on 2/5/2015)(ft) (Entered: 02/05/2015) |
| 02/05/2015 | 185 | ORDER as to Ross William Ulbricht. Attached to this order as Exhibit A is the resume of Steven M. Bellovin, which was submitted by the Government in connection with their motion to preclude him from testifying as an expert. (ECF No. 170.). SO ORDERED. (Signed by Judge Katherine B. Forrest on 2/5/2015)(ft) (Entered: 02/05/2015) |
| 02/05/2015 | 186 | MEMO ENDORSEMENT on DEFENDANT'S SUPPLEMENTAL REQUESTS TO CHARGE as to Ross William Ulbricht. ENDORSEMENT: Ordered: Post to docket. All handwriting is the Court's. (Signed by Judge Katherine B. Forrest on 2/5/2015)(ft) (Entered: 02/05/2015) |

| 02/06/2015 | 187 | ORDER as to Ross William Ulbricht. This Order recites and, where necessary, attaches the various drafts and requests in connection with the jury instructions. 1. The parties' initial joint requests to charge, filed on December 12, 2014, are at ECF No. 123. 2. The draft jury charge provided to the parties on January 23, 2015, is at ECF No. 162. 3. The blackline draft jury charge provided to the Court by the parties on January 27, 2015 is attached as Exhibit A. This blackline reflects the parties' proposed edits to the January 23, 2015 draft jury charge. Appended to the blackline is a list specifying who made each change. 4. The draft jury charge provided to the parties on February 1, 2015 is attached as Exhibit B. 5. Defendant's Supplemental Requests to Charge and proposed jury instruction with respect to character evidence, both submitted to the Court on February 2, 2015, are attached as Exhibit C. 6. The jury charge as delivered is at ECF No. 177.(See Footnote 1 on page 2 of Order). 7. The verdict form provided to the jury is attached as Exhibit D. SO ORDERED. (Signed by Judge Katherine B. Forrest on 2/6/2015)(bw) (Entered: 02/06/2015) |
| 02/06/2015 | 188 | ORDER as to Ross William Ulbricht. The Court requires that post-trial motions be fully briefed one (1) month prior to sentencing, which is currently scheduled for May 15, 2015, at 10:00 a.m. The parties are directed to confer and not later than February 10, 2015, submit to the Court a schedule in which to accomplish the above. In the absence of a proposed schedule from the parties, the Court will set one (Signed by Judge Katherine B. Forrest on 2/6/15)(jw) (Entered: 02/06/2015) |
| 02/06/2015 | 189 | ENDORSED LETTER as to Ross William Ulbricht re: You have reputation evidence about the defendant's character trait for peacefulness and non-violence. You should consider character evidence together with and in the same way as all the other evidence in the case..ENDORSEMENT: Requested by defendant. Post to docket. (Signed by Judge Katherine B. Forrest on 2/6/15)(jw) (Entered: 02/06/2015) |
| 02/09/2015 | 190 | **FILING ERROR - DEFICIENT DOCKET ENTRY - SIGNATURE ERROR - LETTER by Ross William Ulbricht** addressed to Judge Katherine B. Forrest from Lindsay A. Lewis, Esq. dated January 31, 2015 re: Extension for Time for Filing of Response to the government's motion to preclude expert testimony and for the production of defense exhibits to the government (Lewis, Lindsay) Modified on 2/10/2015 (ka). (Entered: 02/09/2015) |
| 02/09/2015 | 191 | LETTER by USA as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from the Government dated 02/09/2015 re: briefing schedule for post-trial motions Document filed by USA. (Turner, Serrin) (Entered: 02/09/2015) |
| 02/10/2015 | | **\*\*\*NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Lindsay Anne Lewis as to Ross William Ulbricht: to RE-FILE Document 190 Letter. ERROR(S): Attorney s/signature missing from document. (ka)** (Entered: 02/10/2015) |
| 02/10/2015 | 192 | LETTER by Ross William Ulbricht addressed to Judge Katherine B. Forrest from Lindsay A. Lewis, Esq. dated January 31, 2015 re: Extension for Time for Filing of Response to the government's motion to preclude expert testimony and for the production of defense exhibits to the government (Lewis, Lindsay) (Entered: 02/10/2015) |
| 02/10/2015 | 193 | MEMO ENDORSEMENT as to Ross William Ulbricht on re: 191 Letter filed by |

| | | |
|---|---|---|
| | | USA. ENDORSEMENT: Ordered: The Government's schedule is adopted. Briefing shall be: defense motions: March 6, 2015, Gov't response: April 3, 2015, defense reply: April 15, 2015. (Signed by Judge Katherine B. Forrest on 2/10/2015)(ft) (Entered: 02/10/2015) |
| 02/10/2015 | | Set/Reset Deadlines/Hearings as to Ross William Ulbricht: Motions due by 3/6/2015. Replies due by 4/15/2015. Responses due by 4/3/2015. (ft) (Entered: 02/10/2015) |
| 02/18/2015 | 194 | SEALED DOCUMENT placed in vault. (mps) (Entered: 02/18/2015) |
| 02/20/2015 | 195 | SEALED DOCUMENT placed in vault. (mps) (Entered: 02/20/2015) |
| 02/25/2015 | 196 | TRANSCRIPT of Proceedings as to Ross William Ulbricht re: Trial held on 1/13/2015 before Judge Katherine B. Forrest. Court Reporter/Transcriber: Sabrina D'Emidio, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/23/2015. Redacted Transcript Deadline set for 4/2/2015. Release of Transcript Restriction set for 5/29/2015. (McGuirk, Kelly) (Entered: 02/25/2015) |
| 02/25/2015 | 197 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ross William Ulbricht. Notice is hereby given that an official transcript of a Trial proceeding held on 1/13/2015 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/25/2015) |
| 02/25/2015 | 198 | TRANSCRIPT of Proceedings as to Ross William Ulbricht re: Trial held on 1/14/2015 before Judge Katherine B. Forrest. Court Reporter/Transcriber: Sabrina D'Emidio, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/23/2015. Redacted Transcript Deadline set for 4/2/2015. Release of Transcript Restriction set for 5/29/2015. (McGuirk, Kelly) (Entered: 02/25/2015) |
| 02/25/2015 | 199 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ross William Ulbricht. Notice is hereby given that an official transcript of a Trial proceeding held on 1/14/2015 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/25/2015) |
| 02/25/2015 | 200 | TRANSCRIPT of Proceedings as to Ross William Ulbricht re: Trial held on 1/15/2015 before Judge Katherine B. Forrest. Court Reporter/Transcriber: Vincent Bologna, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/23/2015. Redacted Transcript Deadline set for |

| | | |
|---|---|---|
| | | 4/2/2015. Release of Transcript Restriction set for 5/29/2015. (McGuirk, Kelly) (Entered: 02/25/2015) |
| 02/25/2015 | 201 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ross William Ulbricht. Notice is hereby given that an official transcript of a Trial proceeding held on 1/15/2015 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/25/2015) |
| 02/25/2015 | 202 | TRANSCRIPT of Proceedings as to Ross William Ulbricht re: Trial held on 1/20/2015 before Judge Katherine B. Forrest. Court Reporter/Transcriber: Sabrina D'Emidio, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/23/2015. Redacted Transcript Deadline set for 4/2/2015. Release of Transcript Restriction set for 5/29/2015. (McGuirk, Kelly) (Entered: 02/25/2015) |
| 02/25/2015 | 203 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ross William Ulbricht. Notice is hereby given that an official transcript of a Trial proceeding held on 1/20/2015 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/25/2015) |
| 02/25/2015 | 204 | TRANSCRIPT of Proceedings as to Ross William Ulbricht re: Trial held on 1/21/2015 before Judge Katherine B. Forrest. Court Reporter/Transcriber: Vincent Bologna, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/23/2015. Redacted Transcript Deadline set for 4/2/2015. Release of Transcript Restriction set for 5/29/2015. (McGuirk, Kelly) (Entered: 02/25/2015) |
| 02/25/2015 | 205 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ross William Ulbricht. Notice is hereby given that an official transcript of a Trial proceeding held on 1/21/2015 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/25/2015) |
| 02/25/2015 | 206 | TRANSCRIPT of Proceedings as to Ross William Ulbricht re: Trial held on 1/22/2015 before Judge Katherine B. Forrest. Court Reporter/Transcriber: Sabrina D'Emidio, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/23/2015. Redacted Transcript Deadline set for 4/2/2015. Release of Transcript Restriction set for 5/29/2015. (McGuirk, Kelly) (Entered: 02/25/2015) |

| 02/25/2015 | 207 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ross William Ulbricht. Notice is hereby given that an official transcript of a Trial proceeding held on 1/22/2015 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/25/2015) |
| 02/25/2015 | 208 | TRANSCRIPT of Proceedings as to Ross William Ulbricht held on 1/22/2015 corrected trial before Judge Katherine B. Forrest. Court Reporter/Transcriber: Sabrina D'Emidio, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/23/2015. Redacted Transcript Deadline set for 4/2/2015. Release of Transcript Restriction set for 5/29/2015. (McGuirk, Kelly) (Entered: 02/25/2015) |
| 02/25/2015 | 209 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ross William Ulbricht. Notice is hereby given that an official transcript of a Trial proceeding held on 1/22/2015 corrected trial has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/25/2015) |
| 02/25/2015 | 210 | TRANSCRIPT of Proceedings as to Ross William Ulbricht re: Trial held on 1/26/2015 before Judge Katherine B. Forrest. Court Reporter/Transcriber: Sabrina D'Emidio, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/23/2015. Redacted Transcript Deadline set for 4/2/2015. Release of Transcript Restriction set for 5/29/2015. (McGuirk, Kelly) (Entered: 02/25/2015) |
| 02/25/2015 | 211 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ross William Ulbricht. Notice is hereby given that an official transcript of a Trial proceeding held on 1/26/2015 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/25/2015) |
| 02/25/2015 | 212 | TRANSCRIPT of Proceedings as to Ross William Ulbricht re: Trial held on 1/29/2015 before Judge Katherine B. Forrest. Court Reporter/Transcriber: Sabrina D'Emidio, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/23/2015. Redacted Transcript Deadline set for 4/2/2015. Release of Transcript Restriction set for 5/29/2015. (McGuirk, Kelly) (Entered: 02/25/2015) |

| 02/25/2015 | 213 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ross William Ulbricht. Notice is hereby given that an official transcript of a Trial proceeding held on 1/29/2015 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/25/2015) |
|---|---|---|
| 02/25/2015 | 214 | TRANSCRIPT of Proceedings as to Ross William Ulbricht re: Trial held on 1/28/2015 before Judge Katherine B. Forrest. Court Reporter/Transcriber: Vincent Bologna, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/23/2015. Redacted Transcript Deadline set for 4/2/2015. Release of Transcript Restriction set for 5/29/2015. (McGuirk, Kelly) (Entered: 02/25/2015) |
| 02/25/2015 | 215 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ross William Ulbricht. Notice is hereby given that an official transcript of a Trial proceeding held on 1/28/2015 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/25/2015) |
| 02/25/2015 | 216 | TRANSCRIPT of Proceedings as to Ross William Ulbricht re: Trial held on 2/2/15 before Judge Katherine B. Forrest. Court Reporter/Transcriber: Sabrina D'Emidio, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/23/2015. Redacted Transcript Deadline set for 4/2/2015. Release of Transcript Restriction set for 5/29/2015. (McGuirk, Kelly) (Entered: 02/25/2015) |
| 02/25/2015 | 217 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ross William Ulbricht. Notice is hereby given that an official transcript of a Trial proceeding held on 2/2/15 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/25/2015) |
| 02/25/2015 | 218 | TRANSCRIPT of Proceedings as to Ross William Ulbricht re: Trial held on 2/3/2015 before Judge Katherine B. Forrest. Court Reporter/Transcriber: Sabrina D'Emidio, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/23/2015. Redacted Transcript Deadline set for 4/2/2015. Release of Transcript Restriction set for 5/29/2015. (McGuirk, Kelly) (Entered: 02/25/2015) |
| 02/25/2015 | 219 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ross William Ulbricht. |

| | | Notice is hereby given that an official transcript of a Trial proceeding held on 2/3/2015 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/25/2015) |
|---|---|---|
| 02/25/2015 | 220 | TRANSCRIPT of Proceedings as to Ross William Ulbricht re: Trial held on 2/4/15 before Judge Katherine B. Forrest. Court Reporter/Transcriber: Vincent Bologna, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/23/2015. Redacted Transcript Deadline set for 4/2/2015. Release of Transcript Restriction set for 5/29/2015. (McGuirk, Kelly) (Entered: 02/25/2015) |
| 02/25/2015 | 221 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ross William Ulbricht. Notice is hereby given that an official transcript of a Trial proceeding held on 2/4/15 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/25/2015) |
| 03/06/2015 | 222 | MOTION for New Trial *Pursuant to Rule 33, Fed.R.Crim.P.*. Document filed by Ross William Ulbricht. (Dratel, Joshua) (Entered: 03/06/2015) |
| 03/06/2015 | 223 | DECLARATION of Joshua L. Dratel in Support as to Ross William Ulbricht re: 222 MOTION for New Trial *Pursuant to Rule 33, Fed.R.Crim.P*... (Attachments: # 1 Exhibit 3500 Material Chart, # 2 Exhibit Government Exhibit Chart, # 3 Exhibit 1/8/15 Email)(Dratel, Joshua) (Entered: 03/06/2015) |
| 03/06/2015 | 224 | MEMORANDUM in Support by Ross William Ulbricht re 222 MOTION for New Trial *Pursuant to Rule 33, Fed.R.Crim.P*... (Dratel, Joshua) (Entered: 03/06/2015) |
| 03/13/2015 | 225 | SEALED DOCUMENT placed in vault. (mps) (Entered: 03/13/2015) |
| 03/30/2015 | 226 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Serrin Turner and Timothy T. Howard dated 3/30/2015 re: The Government writes respectfully to inform the Court that the complaint attached hereto as Exhibit A, which concerns a corruption investigation conducted by the U.S. Attorneys Office for the Northern District of California (NDCA), was unsealed today..ENDORSEMENT: SO ORDERED. (Signed by Judge Katherine B. Forrest on 3/30/2015)(jw) (Entered: 03/31/2015) |
| 03/31/2015 | 227 | LETTER by USA as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from the Government dated 03/31/2015 re: Sealed Filings Document filed by USA. (Attachments: # 1 Sealed Filings)(Turner, Serrin) (Entered: 03/31/2015) |
| 03/31/2015 | 228 | LETTER by USA as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from the Government dated 03/31/2015 re: unsealing of trial transcripts Document filed by USA. (Turner, Serrin) (Entered: 03/31/2015) |

| | | |
|---|---|---|
| 03/31/2015 | 229 | MEMO ENDORSEMENT as to Ross William Ulbricht on re: 228 LETTER by USA as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from the Government (by AUSA Serrin Turner / Timothy T. Howard) dated 03/31/2015 re: unsealing of trial transcripts. Yesterday, at the request of the Government, the Court ordered the unsealing of certain sealed filings relating to a corruption investigation by the U.S. Attorney's Office for the Northern District of California (the "NDCA Investigation"). For the same reasons underlying its original request, the Government additionally requests that any courtroom transcripts that were previously sealed due to the existence of the NDCA Investigation now be unsealed. The defense consents to this request. The transcripts at issue include: the sealed portion of the pre-trial conference held on December 15, 2014; and the sealed portions of the trial transcripts, to include: pages 118-19 (January 13, 2015); pages 594-614 (January 20, 2015); pages 1440-42 (January 28, 2015); and pages 2084-97 (February 3, 2015). ENDORSEMENT: SO ORDERED. (Signed by Judge Katherine B. Forrest on 3/31/2015)(bw) (Entered: 04/01/2015) |
| 04/01/2015 | | Transmission to Sealed Records Clerk: as to Ross William Ulbricht. Transmitted re: 229 Memo Endorsement, to the Sealed Records Clerk for the unsealing of document. (bw) (Entered: 04/01/2015) |
| 04/03/2015 | 230 | MEMORANDUM in Opposition by USA as to Ross William Ulbricht re 222 MOTION for New Trial *Pursuant to Rule 33, Fed.R.Crim.P...* (Attachments: # 1 Exhibit A)(Turner, Serrin) (Entered: 04/03/2015) |
| 04/15/2015 | 231 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Lindsay A. Lewis dated 4/15/2015 re: Adjournment of Reply. ENDORSEMENT: Ordered: Application granted. (Replies due by 4/16/2015.) (Signed by Judge Katherine B. Forrest on 4/15/2015)(ft) (Entered: 04/15/2015) |
| 04/16/2015 | 232 | REPLY MEMORANDUM OF LAW in Support as to Ross William Ulbricht re: 222 MOTION for New Trial *Pursuant to Rule 33, Fed.R.Crim.P..* . (Attachments: # 1 Exhibit 1: 5/29/13 Email, # 2 Exhibit 2: 8/15/13 Email, # 3 Exhibit 3: Athavale Report 1, # 4 Exhibit 4: Athavale Report 2, # 5 Exhibit 5: Undated Report, # 6 Exhibit 6: Silk Road Investigation Report, # 7 Exhibit 7: 9/20/13 Emails, # 8 Exhibit 8: Defense Exhibit C, # 9 Exhibit 9: Defense Exhibit E) (Dratel, Joshua) (Entered: 04/16/2015) |
| 04/17/2015 | 233 | ORDER as to Ross William Ulbricht. The Government shall notify the Court as soon as practicable as to whether any victims intend to speak at Mr. Ulbricts sentencing; and, if so, the number and the likely duration. The Government shall update the Court on an ongoing basis until the sentencing. (Signed by Judge Katherine B. Forrest on 4/17/2015)(jw) (Entered: 04/17/2015) |
| 04/17/2015 | 234 | LETTER by USA as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from the Government dated 04/17/2015 re: Sentencing Document filed by USA. (Turner, Serrin) (Entered: 04/17/2015) |
| 04/24/2015 | 235 | LETTER MOTION addressed to Judge Katherine B. Forrest from Joshua L. Dratel, Esq. dated April 24, 2015 re: Sentencing Adjournment . Document filed by Ross William Ulbricht. (Dratel, Joshua) (Entered: 04/24/2015) |
| 04/24/2015 | 236 | MEMO ENDORSEMENT granting 235 LETTER MOTION Adjournment of Sentencing as to Ross William Ulbricht (1). ENDORSEMENT: Ordered: The |

| | | |
|---|---|---|
| | | Government shall provide the Court with its view as to the request not later than 4/28/15. (Signed by Judge Katherine B. Forrest on 4/24/2015) (ft) (Entered: 04/24/2015) |
| 04/27/2015 | 237 | OPINION & ORDER denying 222 Motion for New Trial as to Ross William Ulbricht (1). For the reasons set forth above, Ulbricht's motion for a new trial is DENIED. The Clerk of Court is directed to terminate the motion at ECF No. 222. SO ORDERED. (Signed by Judge Katherine B. Forrest on 4/27/2015) (ft) (Entered: 04/27/2015) |
| 04/28/2015 | 238 | LETTER by USA as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from AUSA Timothy T. Howard dated 04/28/2015 re: Defendant's Request for an Adjournment of Sentencing Document filed by USA. (Howard, Timothy) (Entered: 04/28/2015) |
| 04/28/2015 | 239 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Joshua L. Dratel dated 4/24/15 re: Reschedule Sentencing...ENDORSEMENT: The Court shall have a Fatico Hearing on May 22 at 9am. Defendant shall inform the Court and the Government not later than May 15. The matters as to which the hearing is requested; defendant shall provide any evidence is support of his position and a list of witnesses also by May 15. The sentencing is adjourned only until 5/29/15 at 1pm., as to Ross William Ulbricht( Fatico Hearing set for 5/22/2015 at 09:00 AM before Judge Katherine B. Forrest., Sentencing set for 5/29/2015 at 01:00 PM before Judge Katherine B. Forrest.) (Signed by Judge Katherine B. Forrest on 4/28/15)(jw) (Entered: 04/28/2015) |
| 05/15/2015 | 240 | Sentencing Letter by Ross William Ulbricht addressed to Judge Katherine B. Forrest from Joshua L. Dratel, Esq. dated May 15, 2015 re: the Matters to Which the Fatico Hearing is Addressed and the Evidence in Support of Mr. Ulbricht's Position. (Dratel, Joshua) (Entered: 05/15/2015) |
| 05/15/2015 | 241 | LETTER MOTION addressed to Judge Katherine B. Forrest from Joshua L. Dratel, Esq. dated May 15, 2015 re: the Matters to Which the Fatico Hearing is Addressed and the Evidence in Support of Mr. Ulbricht's Position . Document filed by Ross William Ulbricht. (Lewis, Lindsay) (Entered: 05/15/2015) |
| 05/15/2015 | 242 | DECLARATION of Lindsay A. Lewis, Esq. in Support as to Ross William Ulbricht re: 241 LETTER MOTION addressed to Judge Katherine B. Forrest from Joshua L. Dratel, Esq. dated May 15, 2015 re: the Matters to Which the Fatico Hearing is Addressed and the Evidence in Support of Mr. Ulbricht's Position .. (Attachments: # 1 Exhibit 1--Bingham Article: Single Case Study, # 2 Exhibit 2-- Bingham Article: Study of User Experiences, # 3 Exhibit 3-- Bingham Article: Responsible Vendors, # 4 Exhibit 4- Ask a Drug Expert Physician SR Forum Thread, # 5 Exhibit 5-- Dr. X Private Msgs, # 6 Exhibit 6-- Weekly Report ro DPR of Thread Topics, # 7 Exhibit 7-- Msgs Btwn DPR and Dr. X, # 8 Exhibit 8-- Barratt Article: Use of SR, # 9 Exhibit 9-- Ralston Article: End of SR, # 10 Exhibit 10-- Ralston Article: SR Was Better, Safer, # 11 Exhibit 11-- Declaration of Tim Bingham, # 12 Exhibit 12-- Declaration of Dr. Fernando Caudevilla (Dr. X), # 13 Exhibit 13 -- Declaration of Dr. Monica Barratt, # 14 Exhibit 14-- Declaration of Meghan Ralston, # 15 Exhibit 15 -- Curriculum Vitae for Dr. Mark Taff, # 16 Exhibit 16-- List of Documentary Evidence Provided to Dr. Taff) (Lewis, Lindsay) (Entered: 05/15/2015) |

| 05/18/2015 | 243 | ORDER as to Ross William Ulbricht. Please respond by C.O.B. 5/19/2015 or sooner to the following: 1. Does the Government request a Fatico hearing on the facts proffered by the defendant? -- Will the Government be offering any responsive factual materials on those topics? 2. The Court assumes the parties understand that even if they waive a Fatico hearing, the Court will make any necessary findings of fact based on the evidence before it as to matters relevant to sentencing. 3. The Court would like information within five (5) days the parties may have as to whether Silk Road transactions typically involved personal use quantities or resale quantities of narcotics. SO ORDERED: (Signed by Judge Katherine B. Forrest on 5/18/2015)(bw) (Entered: 05/18/2015) |
| --- | --- | --- |
| 05/18/2015 | 244 | LETTER by USA as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from the Government dated May 18, 2015 re: Fatico hearing Document filed by USA. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Turner, Serrin) (Entered: 05/18/2015) |
| 05/19/2015 | 245 | ORDER as to Ross William Ulbricht. The parties are advised that the Court shall review a number of sources cited in the articles submitted by the defense and, to the extent appropriate, refer to them. Among those is Not an Ebay for Drugs: The Cryptomarket Silk Road as a Paradigm Shifting Criminal Innovation by Judith Aldridge and David Dcary-Htu. (Signed by Judge Katherine B. Forrest on 5/19/15)(jw) (Entered: 05/19/2015) |
| 05/19/2015 | 246 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Lindsay A. Lewis dated 5/18/2015 re: Fatico Letter. ENDORSEMENT: Ordered: Post on Docket. (Signed by Judge Katherine B. Forrest on Lindsay A. Lewis)(ft) (Entered: 05/19/2015) |
| 05/19/2015 | 247 | ORDER as to Ross William Ulbricht. As neither side is seeking a Fatico hearing in this matter, the hearing currently scheduled for Friday, May 22, 2015, at 9:00 a.m. is adjourned. Sentencing is scheduled for Friday, May 29, 2015, at 1:00 p.m. Sentencing submissions from the defendant are due May 22, 2015. Government submissions are due May 26, 2015. SO ORDERED. (Brief due by 5/22/2015, Responses due by 5/26/2015, Sentencing set for 5/29/2015 at 01:00 PM before Judge Katherine B. Forrest.) (Signed by Judge Katherine B. Forrest on 5/19/2015) (ft) (Entered: 05/19/2015) |
| 05/19/2015 | 248 | ORDER as to Ross William Ulbricht. The Government has indicated that it has access to a computer with a searchable copy of the Silk Road website. On May 20, 2015, at 4:40 p.m., the Court will hold a conference in Chambers to view the website and run various searches. If defense counsel believe that defendant's presence is necessary, they shall make appropriate arrangements. SO ORDERED. (Status Conference set for 5/20/2015 at 04:40 PM before Judge Katherine B. Forrest.) (Signed by Judge Katherine B. Forrest on 5/19/2015)(ft) (Entered: 05/19/2015) |
| 05/20/2015 | 249 | ORDER as to Ross William Ulbricht. The Court has been reviewing the mitigation materials provided by defendant and has several questions. (*** See this Order complete text. ***). (Signed by Judge Katherine B. Forrest on 5/20/2015)(bw) (Entered: 05/20/2015) |
| 05/20/2015 | 250 | LETTER by Ross William Ulbricht addressed to Judge Katherine B. Forrest from Timothy T. Howard dated 5/19/2015 re: Please find a copy of the article |

| | | |
|---|---|---|
| | | requested. (ft) (Entered: 05/20/2015) |
| 05/26/2015 | 252 | Sentencing Letter by Ross William Ulbricht addressed to Judge Katherine B. Forrest from Joshua L. Dratel, Esq. dated May 22, 2015 re: CORRECTED Sentencing Letter on Behalf of Ross Ulbricht. (Attachments: # 1 Exhibit 1-- Letter of Ross Ulbricht, # 2 Exhibit 2-- Letters on Behalf of Ross Ulbricht (Part 1), # 3 Exhibit 2-- Letters on Behalf Of Ross Ulbricht (Part 2), # 4 Exhibit 2--Letters on Behalf Of Ross Ulbricht (Part 3), # 5 Exhibit 2--Letters on Behalf Of Ross Ulbricht (Part 4), # 6 Exhibit 2--Letters on Behalf Of Ross Ulbricht (Part 5), # 7 Exhibit 3-- Email Re Dr X, # 8 Exhibit 4 -- Photos of Mr. Ulbricht With Family and Friends)(Dratel, Joshua) (Entered: 05/26/2015) |
| 05/26/2015 | 253 | ORDER as to Ross William Ulbricht. Do defense counsel have, and can they allow the Court to temporarily borrow, the following book in hard copy: Jonathan P. Caulkins et al., Rand Drug Policy Research Center, Mandatory Minimum Drug Sentences: Throwing Away the Key or the Taxpayers Money? (1997). This book is cited at page 54 of defendants sentencing submission. SO ORDERED. (Signed by Judge Katherine B. Forrest on 5/26/2015)(ft) (Entered: 05/26/2015) |
| 05/26/2015 | 255 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Joshua L. Dratel dated 5/26/2015 re: Removal of #251. ENDORSEMENT: So ordered. Dkt. #251 to be removed (& replaced). (Signed by Judge Katherine B. Forrest on 5/26/2015)(ft) (Entered: 05/26/2015) |
| 05/26/2015 | 256 | SENTENCING SUBMISSION by USA as to Ross William Ulbricht. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Turner, Serrin) (Entered: 05/26/2015) |
| 05/26/2015 | | ***DELETED DOCUMENT. Deleted document number 254, as to Ross William Ulbricht. The document was incorrectly filed in this case. (jp) (Entered: 05/26/2015) |
| 05/26/2015 | 257 | Sentencing Letter by USA as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from the Government dated 05/26/2015 re: Victim Impact Letters. (Attachments: # 1 victim letter from father of Bryan B, # 2 victim letter from sister of Bryan B, # 3 victim letter from mother of Preston B, # 4 victim letter from father of Preston B, # 5 victim letter from mother of Jacob L)(Turner, Serrin) (Entered: 05/26/2015) |
| 05/27/2015 | 258 | ORDER as to Ross William Ulbricht: The parties are advised that the Court is considering whether any of Counts 1 to 4 are duplicative for sentencing purposes and whether Congress intended separate punishments for each. See, e.g., Rutledge v. United States, 517 U.S. 292 (1996) (even concurrent sentences may create issues). In particular, the Court is considering whether Counts 1 and 2, which are based on the same conduct, are duplicative for sentencing purposes, and whether Counts 3 and 4 are. If the parties have views on this issue, they should provide their views in writing not later than May 28, 2015 at noon. (Signed by Judge Katherine B. Forrest on 5/27/2015)(jp) (Entered: 05/27/2015) |
| 05/27/2015 | 259 | LETTER by USA as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from the Government dated 05/27/2015 re: Lesser Included Offenses to Be Dismissed at Sentencing Document filed by USA. (Turner, Serrin) (Entered: |

| | | 05/27/2015) |
|---|---|---|
| 05/27/2015 | | As requested in the Government's submission, dated May 18, 2015, the DVD-ROM accompanying the submission will be filed under seal. (jp) (Entered: 05/27/2015) |
| 05/27/2015 | 260 | Sentencing Letter by Ross William Ulbricht addressed to Judge Katherine B. Forrest from Lindsay A. Lewis, Esq. dated May 27, 2015 re: questions posed in the Court's May 20, 2015, Order regarding the mitigation materials relevant to Mr. Ulbricht's sentencing. (Attachments: # 1 Exhibit 1-- Additional Weekly Reports to DPR, # 2 Exhibit 2-- Buyer Questionnaire, # 3 Exhibit 3-- Vendor Questionnaire, # 4 Exhibit 4-- Dr. X Thread Excerpts)(Lewis, Lindsay) (Entered: 05/27/2015) |
| 05/28/2015 | 261 | LETTER by Ross William Ulbricht addressed to Judge Katherine B. Forrest from Joshua L. Dratel, Esq. dated May 28, 2015 re: whether certain Counts in the Superseding Indictment are duplicative for sentencing purposes (Dratel, Joshua) (Entered: 05/28/2015) |
| 05/28/2015 | 262 | LETTER by USA as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from the Government dated 05/28/2015 re: Proposed Order of Forfeiture Document filed by USA. (Attachments: # 1 Text of Proposed Order)(Turner, Serrin) (Entered: 05/28/2015) |
| 05/28/2015 | 263 | Sentencing Letter by Ross William Ulbricht addressed to Judge Katherine B. Forrest from Joshua L. Dratel, Esq. dated May 28, 2015 re: Reply to the Government's Sentencing Letter. (Attachments: # 1 Exhibit 5 -- Letter of Michael Van Praagh, # 2 Exhibit 6 -- Letter of Joseph Ernst, # 3 Exhibit 7 -- Dr. Mark L. Taff Formal Report)(Lewis, Lindsay) (Entered: 05/28/2015) |
| 05/28/2015 | 264 | REDACTION byRoss William Ulbricht to 263 Letter - Sentencing, filed by Ross William Ulbricht (Dratel, Joshua) (Entered: 05/28/2015) |
| 05/28/2015 | 265 | Sentencing Letter by Ross William Ulbricht addressed to Judge Katherine B. Forrest from Joshua L. Dratel, Esq. dated May 28, 2015 re: Additional Letter in Support of Ross Ulbricht from Elizabeth Oden. (Attachments: # 1 Exhibit Letter of Elizabeth Oden)(Dratel, Joshua) (Entered: 05/28/2015) |
| 05/28/2015 | 267 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Joshua L. Dratel dated 5/28/2015 re: Removal of Exhibit #7 to Docket #263. ENDORSEMENT: ORDERED. Application granted. (Signed by Judge Katherine B. Forrest on 5/28/2015)(ft) (Entered: 05/29/2015) |
| 05/29/2015 | 266 | LETTER by Ross William Ulbricht addressed to Judge Katherine B. Forrest from Lindsay A. Lewis, Esq. dated May 29, 2015 re: Torchat Logs referenced in Mr. Ulbricht's reply to the government's sentencing letter (Attachments: # 1 Exhibit 1 -- Excerpt from Torchat Log gx5of53tpzvvjwbn, # 2 Exhibit 2--Excepts from Torchat Log "tv32")(Lewis, Lindsay) (Entered: 05/29/2015) |
| 05/29/2015 | 268 | LETTER by Ross William Ulbricht addressed to Judge Katherine B. Forrest from Lindsay A. Lewis, Esq. dated May 29, 2015 re: Correction Regarding the Requested Designation Recommendation by the Court to the Bureau of Prisons (Lewis, Lindsay) (Entered: 05/29/2015) |
| 06/01/2015 | | Minute Entry for proceedings held before Judge Katherine B. Forrest: Sentencing |

**A44**

| | | held on 6/1/2015 for Ross William Ulbricht (1) Count 2s,4s,5s,6s,7s. (ajc) (Entered: 06/01/2015) |
|---|---|---|
| 06/01/2015 | | DISMISSAL OF COUNTS on Government Motion as to Ross William Ulbricht (1) Count 1,1s,2,3,3s,4. (ajc) (Entered: 06/01/2015) |
| 06/01/2015 | 269 | JUDGMENT as to Ross William Ulbricht (1), Count(s) 1, 1s, 2, 3, 3s, 4, Count is dismissed on the motion of the United States. Count(s) 2s, The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of. For a Count(s) 4s, The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: Life to run concurrently; Count (5): Five (5) Years to run concurrently; Count Six (6): Fifteen (15) Years to run concurrently; Count Seven (7): Twenty (20) Years to run concurrently. The court makes the following recommendations to the Bureau of Prisons: PLEASE SEE ADDITIONAL IMPRISONMENT TERMS PAGE FOR RECOMMENDATIONS. ADDITIONAL IMPRISONMENT TERMS; It is respectfully recommended that the defendant be designated to FCI Petersburg I in Virginia in the event that the Bureau of Prisons waive the public safety factor with regard to sentence length. However, if the Bureau of Prisons is not inclined to waive the public safety factor, it is respectfully recommended that the defendant be designated to USP Tuscon, in Arizona, or, as a second choice, USP Coleman II, in Florida. Upon release from imprisonment, the defendant shall be on supervised release for a term of: Life on Counts Two (2) and Four (4) to run concurrently; Three (3) Years on Counts Five (5), Six (6) and Seven (7) to run concurrently.; Count(s) 5s, The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: Counts Two (2) and Four (4): Life to run concurrently; Count (5): Five (5) Years to run concurrently; Count Six (6): Fifteen (15) Years to run concurrently; Count Seven (7): Twenty (20) Years to run concurrently. Upon release from imprisonment, the defendant shall be on supervised release for a term of: Life on Counts Two (2) and Four (4) to run concurrently; Three (3) Years on Counts Five (5), Six (6) and Seven (7) to runconcurrently. ADDITIONAL SUPERVISED RELEASE TERMS; The defendant shall submit his computer, person and place of residence to searched as deemed appropriate by the Probation Department. The defendant must pay the total criminal monetary penalties, $500 special assessment, lump sum payment of $500 due immediately, balance due. ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES; Forfeiture in the amount of $183,961,921.00 is Ordered. (Signed by Judge Katherine B. Forrest on 6/1/15)(ajc) (Entered: 06/01/2015) |
| 06/02/2015 | 270 | MOTION for an Order, pursuant to Rule 38(b)(2), Fed.R.Crim.P., recommending that Mr. Ulbricht's custody be retained at the Metropolitan Correctional Center in New York City pending his direct appeal . Document filed by Ross William Ulbricht. (Lewis, Lindsay) (Entered: 06/02/2015) |
| 06/02/2015 | 271 | DECLARATION of Lindsay A. Lewis, Esq. in Support as to Ross William Ulbricht re: 270 MOTION for an Order, pursuant to Rule 38(b)(2), Fed.R.Crim.P., recommending that Mr. Ulbricht's custody be retained at the Metropolitan Correctional Center in New York City pending his direct appeal .. (Attachments: # 1 Exhibit 1-- Judgment)(Lewis, Lindsay) (Entered: 06/02/2015) |

| 06/03/2015 | 272 | ORDER granting 270 Motion, Custody Location as to Ross William Ulbricht (1). SO ORDERED. New York, New York June 3, 2015, KATHERINE B. FORREST, United States District Judge. (Signed by Judge Katherine B. Forrest on 6/3/15) (ajc) (Entered: 06/03/2015) |
| 06/03/2015 | 273 | PRELIMINARY ORDER OF FORFEITURE/MONEY JUDGMENT as to Ross William Ulbricht. NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREEDTHAT:1. As a result of the offenses charged in Counts Onethrough Seven of the Indictment, to which the defendant wasfound guilty, a money judgment in the amount of $183,961,921 inUnited States currency (the "Money Judgment") shall be enteredagainst the defendant, representing (a) proceeds obtained as aresult of, and property used or intended to be used in anymanner or part to commit or to facilitate the commission of, oneor more of the offenses alleged in Counts One through Four ofthe Indictment; (b) proceeds obtained directly or indirectly asa result of the offenses alleged in Counts Five and Six of theIndictment; and (c) property involved in the offense alleged inCount Seven of the Indictment, or property traceable to suchproperty. Pursuant to Rule 32. 2(b)(4) of the Federal Rulesof Criminal Procedure, upon entry of this Preliminary Order ofForfeiture/Money Judgment, this Preliminary Order ofForfeiture/Money Judgment is final as to the defendant, ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road," and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith. (Signed by Judge Katherine B. Forrest on 6/3/2015)(jw) (Entered: 06/03/2015) |
| 06/04/2015 | 274 | NOTICE OF APPEAL by Ross William Ulbricht from 269 Judgment, 273 Preliminary Order for Forfeiture of Property. Filing fee $ 505.00, receipt number 465401127234. (nd) (Entered: 06/04/2015) |
| 06/04/2015 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Ross William Ulbricht to US Court of Appeals re: 274 Notice of Appeal - Final Judgment. (nd) (Entered: 06/04/2015) |
| 06/04/2015 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to Ross William Ulbricht re: 274 Notice of Appeal - Final Judgment were transmitted to the U.S. Court of Appeals. (nd) (Entered: 06/04/2015) |
| 06/05/2015 | 275 | SEALED DOCUMENT placed in vault. (nm) (Entered: 06/05/2015) |
| 06/05/2015 | 276 | SEALED DOCUMENT placed in vault. (nm) (Entered: 06/05/2015) |
| 06/10/2015 | | Payment of Special Assessment $500 from Ross William Ulbricht in the amount of $500. Date Received: 6/10/2015. (ew) (Entered: 06/10/2015) |
| 06/30/2015 | 277 | TRANSCRIPT of Proceedings as to Ross William Ulbricht re: Sentence held on 5/29/2015 before Judge Katherine B. Forrest. Court Reporter/Transcriber: Pamela Utter, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/24/2015. Redacted Transcript Deadline set for 8/3/2015. Release of Transcript Restriction set for 10/1/2015. (McGuirk, Kelly) (Entered: 06/30/2015) |

| 06/30/2015 | 278 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ross William Ulbricht. Notice is hereby given that an official transcript of a Sentence proceeding held on 5/29/2015 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 06/30/2015) |
| 07/28/2015 | 279 | SEALED DOCUMENT placed in vault. (rz) (Entered: 07/28/2015) |
| 08/31/2015 | 280 | LETTER MOTION addressed to Judge Katherine B. Forrest from the Government dated 08/31/2015 re: Corrections to Transcript and Unsealing of Certain Materials . Document filed by USA as to Ross William Ulbricht. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Turner, Serrin) (Entered: 08/31/2015) |
| 09/02/2015 | 281 | LETTER MOTION addressed to Judge Katherine B. Forrest from Lindsay A. Lewis, Esq. dated September 2, 2015 re: opposing the government's request to unseal the redacted portions of the Courts December 22, 2014, Memorandum Opinion and the two ex parte letters from Mr. Ulbrichts counsel referenced in the Opinion . Document filed by Ross William Ulbricht. (Lewis, Lindsay) (Entered: 09/02/2015) |
| 09/04/2015 | 282 | ENDORSED LETTER as to Ross William Ulbricht addressed to Judge Katherine B. Forrest from Joshua L. Dratel dated 9/2/2015 re: Reschedule Telephonic conference....ENDORSEMENT: Conference adjourned to 9/16/2015 at 5:15pm. Answer/response to complaint extended to 9/21/15(Answer/ Responses due by 9/21/2015, Telephone Conference set for 9/16/2015 at 05:15 PM before Judge Katherine B. Forrest.) (Signed by Judge Katherine B. Forrest on 9/3/2015)(jw) (Entered: 09/04/2015) |
| 09/11/2015 | 283 | ORDER terminating 280 LETTER MOTION as to Ross William Ulbricht (1); terminating 281 LETTER MOTION as to Ross William Ulbricht (1). The Court has reviewed the Governments letter motion dated August 31, 2015 and defendants letter in opposition dated September 2, 2015. As to the requested corrections to the transcript, the Court notes that there arepage and line number discrepancies and typographical errors in the proposedcorrections. The parties shall make the appropriate changes and submit a new version to the Court. The Clerk of Court is directed to terminate the motions at ECF No. 280 and 281. (Signed by Judge Katherine B. Forrest on 9/11/15) (jw) (Entered: 09/11/2015) |
| 10/05/2015 | 284 | SEALED DOCUMENT placed in vault. (mps) (Entered: 10/05/2015) |
| 10/07/2015 | 285 | ORDER as to Ross William Ulbricht. The Court notes that there are page and line number differences between the transcripts that the Court has and the ones that the U.S. Attorneys Office has. The parties shall work with the Court Reporters to make the appropriate changes on the attached pages; such changes are allowed (Signed by Judge Katherine B. Forrest on 10/7/2015)(jw) (Entered: 10/07/2015) |
| 10/07/2015 | 286 | MEMO ENDORSEMENT as to Ross William Ulbricht on E-Mail addressed to Chambers of Judge Katherine B. Forrest from AUSA Serrin Turner dated 10/5/2015 05:32 PM re: Proposed revised corrections. Pursuant to discussions with chambers, I am attaching a revised version of the Government's proposed corrections to the Ulbricht trial transcript. Changes to the original version (which |

are slight) are reflected in red. If there are any additional revisions to the corrections that chambers believes should be made, please let me know and I can make them before filing the revised corrections on ECF. ENDORSEMENT: Post to docket. (Signed by Judge Katherine B. Forrest on 10/7/2015)(bw) (Entered: 10/07/2015)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/06/2016 10:13:04 | | | |
| **PACER Login:** | php10east0660:2616006:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:14-cr-00068-KBF |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |

13 MAG 2328

Approved: _____
          Serrin Turner
          Assistant United States Attorney

Before:   HONORABLE FRANK MAAS
          United States Magistrate Judge
          Southern District of New York

- - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

            - v. -

ROSS WILLIAM ULBRICHT,
  a/k/a "Dread Pirate Roberts,"
  a/k/a "DPR,"
  a/k/a "Silk Road,"

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - -

**SEALED COMPLAINT**

Violations of
21 U.S.C. § 846;
18 U.S.C. §§ 1030 & 1956

COUNTY OF OFFENSE:
NEW YORK

SOUTHERN DISTRICT OF NEW YORK, ss.:

     Christopher Tarbell, being duly sworn, deposes and says
that he is a Special Agent with the Federal Bureau of
Investigation ("FBI") and charges as follows:

COUNT ONE
(Narcotics Trafficking Conspiracy)

     1.    From in or about January 2011, up to and including in
or about September 2013, in the Southern District of New York
and elsewhere, ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate
Roberts," a/k/a "DPR," a/k/a "Silk Road," the defendant, and
others known and unknown, intentionally and knowingly did
combine, conspire, confederate, and agree together and with each
other to violate the narcotics laws of the United States.

     2.    It was a part and an object of the conspiracy that
ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a
"DPR," a/k/a "Silk Road," the defendant, and others known and
unknown, would and did distribute and possess with the intent to
distribute controlled substances, in violation of Title 21,
United States Code, Section 841(a)(1).

     3.    It was further a part and an object of the conspiracy
that ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a

"DPR," a/k/a "Silk Road," the defendant, and others known and unknown, would and did deliver, distribute, and dispense controlled substances by means of the Internet, in a manner not authorized by law, and aid and abet such activity, in violation of Title 21, United States Code, Section 841(h).

4.    The controlled substances involved in the offense included, among others, 1 kilogram and more of mixtures and substances containing a detectable amount of heroin, 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, 10 grams and more of mixtures and substances containing a detectable amount of lysergic acid diethylamide (LSD), and 500 grams and more of mixtures and substances containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

## Overt Acts

5.    In furtherance of the conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.    From in or about January 2011, up to and including in or about September 2013, ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road," the defendant, owned and operated an underground website, known as "Silk Road," that provided a platform for drug dealers around the world to sell a wide variety of controlled substances via the Internet.

b.    On or about March 29, 2013, ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road," the defendant, in connection with operating the Silk Road website, solicited a Silk Road user to execute a murder-for-hire of another Silk Road user, who was threatening to release the identities of thousands of users of the site.

(Title 21, United States Code, Section 846.)

## COUNT TWO
(Computer Hacking Conspiracy)

6.    From in or about January 2011, up to and including in or about September 2013, in the Southern District of New York and elsewhere, ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate

Roberts," a/k/a "DPR," a/k/a "Silk Road," the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to commit computer hacking offenses in violation of Title 18, United States Code, Section 1030(a)(2).

7.    It was a part and an object of the conspiracy that ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road," the defendant, and others known and unknown, would and did intentionally access computers without authorization, and thereby would and did obtain information from protected computers, for purposes of commercial advantage and private financial gain, and in furtherance of criminal and tortious acts in violation of the Constitution and the laws of the United States, in violation of Title 18, United States Code, Section 1030(a)(2).

## Overt Acts

8.    In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.    From in or about January 2011, up to and including in or about September 2013, ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road," the defendant, owned and operated an underground website, known as "Silk Road," providing a platform facilitating the sale of illicit goods and services, including malicious software designed for computer hacking, such as password stealers, keyloggers, and remote access tools.

## COUNT THREE
(Money Laundering Conspiracy)

9.    From in or about January 2011, up to and including in or about September 2013, in the Southern District of New York and elsewhere, ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road," the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to commit money laundering, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

10.   It was a part and an object of the conspiracy that
ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a
"DPR," a/k/a "Silk Road," the defendant, and others known and
unknown, in offenses involving and affecting interstate and
foreign commerce, knowing that the property involved in certain
financial transactions represented proceeds of some form of
unlawful activity, would and did conduct and attempt to conduct
such financial transactions, which in fact involved the proceeds
of specified unlawful activity, to wit, narcotics trafficking
and computer hacking, in violation of Title 21, United States
Code, Section 841, and Title 18, United States Code, Section
1030, respectively, with the intent to promote the carrying on
of such specified unlawful activity, in violation of Title 18,
United States Code, Section 1956(a)(1)(A)(i).

11.   It was further a part and an object of the conspiracy
that ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a
"DPR," a/k/a "Silk Road," the defendant, and others known and
unknown, in offenses involving and affecting interstate and
foreign commerce, knowing that the property involved in certain
financial transactions represented proceeds of some form of
unlawful activity, would and did conduct and attempt to conduct
such financial transactions, which in fact involved the proceeds
of specified unlawful activity, to wit, narcotics trafficking
and computer hacking, in violation of Title 21, United States
Code, Section 841, and Title 18, United States Code, Section
1030, respectively, knowing that the transactions were designed
in whole and in part to conceal and disguise the nature, the
location, the source, the ownership, and the control of the
proceeds of specified unlawful activity, in violation of Title
18, United States Code, Section 1956(a)(1)(B)(i).

<u>Overt Acts</u>

12.   In furtherance of the conspiracy and to effect the
illegal objects thereof, the following overt acts, among others,
were committed in the Southern District of New York and
elsewhere:

a.   From in or about January 2011, up to and
including in or about September 2013, ROSS WILLIAM ULBRICHT,
a/k/a "Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road,"
the defendant, owned and operated an underground website, known
as "Silk Road," providing a platform facilitating the sale of
controlled substances and malicious software, among other
illicit goods and services, and further facilitating the
laundering of proceeds from such sales, through the use of a

payment system based on Bitcoins, an anonymous form of digital currency.

       b.  At some point during the time period from January 2011 to September 2013, ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road," the defendant, added a Bitcoin "tumbler" to the Silk Road payment system to further ensure that illegal transactions conducted on the site could not be traced to individual users.

      (Title 18, United States Code, Section 1956(h).)

                  * * *

      The bases for my knowledge and for the foregoing charges are, in part, as follows:

    **13.**  I have been a Special Agent with the FBI for approximately five years.  I am currently assigned to a cybercrime squad within the FBI's New York Field Office.  I have been personally involved in the investigation of this matter, along with agents of the Drug Enforcement Administration, the Internal Revenue Service, and Homeland Security Investigations. This affidavit is based upon my investigation, my conversations with other law enforcement agents, and my examination of reports, records, and other evidence.  Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation.  Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

<u>OVERVIEW</u>

    **14.**  As detailed below, from in or about January 2011, up to and including in or about September 2013, ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road," the defendant, has owned and operated an underground website known as "Silk Road."  Throughout that time, the Silk Road website has served as a sprawling black-market bazaar, where illegal drugs and other illicit goods and services have been regularly bought and sold by the site's users.

    **15.**  In creating Silk Road, ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road," the defendant, deliberately set out to establish an online criminal

marketplace outside the reach of law enforcement or governmental
regulation.  ULBRICHT has sought to achieve this end by
anonymizing activity on Silk Road in two ways.  First, ULBRICHT
has operated Silk Road on what is known as "The Onion Router" or
"Tor" network ("Tor"), a special network on the Internet
designed to make it practically impossible to physically locate
the computers hosting or accessing websites on the network.
Second, ULBRICHT has required all transactions on Silk Road to
be paid with "Bitcoins," an electronic currency designed to be
as anonymous as cash.

16.  Based on my training and experience, Silk Road has
emerged as the most sophisticated and extensive criminal
marketplace on the Internet today.  The site has sought to make
conducting illegal transactions on the Internet as easy and
frictionless as shopping online at mainstream e-commerce
websites.  The Government's investigation has revealed that,
during its two-and-a-half years in operation, Silk Road has been
used by several thousand drug dealers and other unlawful vendors
to distribute hundreds of kilograms of illegal drugs and other
illicit goods and services to well over a hundred thousand
buyers, and to launder hundreds of millions of dollars deriving
from these unlawful transactions.  All told, the site has
generated sales revenue totaling over 9.5 million Bitcoins and
collected commissions from these sales totaling over 600,000
Bitcoins.  Although the value of Bitcoins has varied
significantly during the site's lifetime, these figures are
roughly equivalent today to approximately $1.2 billion in sales
and approximately $80 million in commissions.

17.  ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts,"
a/k/a "DPR," a/k/a "Silk Road," the defendant, has controlled
and overseen all aspects of Silk Road.  ULBRICHT has maintained
the computer infrastructure and programming code underlying the
Silk Road website; he has determined vendor and customer
policies, including deciding what can be sold on the site; he
has managed a small staff of online administrators who have
assisted with the day-to-day operation of the site; and he alone
has controlled the massive profits generated from the operation
of the business.  ULBRICHT has assumed these roles fully aware
of the illegal nature of his enterprise.  He has sought
throughout to ensure the anonymity of the drug dealers and other
illegal vendors operating on Silk Road, as well as to conceal
his own identity as the owner and operator of the site.
Moreover, ULBRICHT has been willing to pursue violent means to
maintain his control of the website and the illegal proceeds it
generates for him.

## BACKGROUND ON SILK ROAD

### Design of the Silk Road Website
### and the Tor Network

18. In the course of this investigation, I have gained extensive familiarity with the Silk Road website through various means, including undercover activity on the website by myself and other law enforcement agents, as well as forensic analysis of computer servers used to operate the Silk Road website that have been located and imaged during the investigation. Based on my familiarity with the Silk Road website, I know the following about the site's design:

      a. The Silk Road website provides a sales platform that allows vendors and buyers who are users of the site to conduct transactions online. The basic user interface resembles those of well-known online marketplaces.

      b. However, unlike mainstream e-commerce websites, Silk Road is only accessible on the Tor network. Based on my training and experience, I know the following about Tor:

      i. Tor is a special network of computers on the Internet, distributed around the world, that is designed to conceal the true IP addresses of the computers on the network, and, thereby, the identities of the network's users.[1]

      ii. Although Tor has known legitimate uses, it also is known to be used by cybercriminals seeking to anonymize their online activity.

      iii. Every communication sent through Tor is bounced through numerous relays within the network, and wrapped in numerous layers of encryption, such that it is practically impossible to trace the communication back to its true originating IP address.

      iv. Tor likewise enables websites to operate on the network in a way that conceals the true IP addresses of the computer servers hosting the websites. Such "hidden services" operating on Tor have complex web addresses, generated by a

---

[1] Every computer device on the Internet has an Internet protocol or "IP" address assigned to it, which is used to route Internet traffic to or from the device. A device's IP address can be used to determine its physical location and, thereby, its user.

computer algorithm, ending in ".onion."  For example, the
address for the Silk Road website is currently
"silkroadvb5piz3r.onion."

     v.    Websites with such ".onion" addresses can be
accessed only using Tor browser software.  However, such
software can be easily downloaded for free on the Internet.

     c.    In order to access the Silk Road website, a user
need only download Tor browser software onto his computer, and
then type in Silk Road's ".onion" address into the user's Tor
browser.  Silk Road's ".onion" address can be found in various
online forums and other websites on the ordinary Internet.

     d.    Upon being directed to the Silk Road website, a
user is presented with a black screen containing a prompt for a
username and password, as well as a link that says "click here
to join."  No further explanation about the site is given.
Based on my training and experience, such cryptic login screens
are often used by criminal websites in order to restrict access
to users who already know about the illegal activity on the site
(typically through word of mouth on Internet forums) and
deliberately seek to enter.

     e.    Upon clicking the link on the Silk Road login
screen to join the site, the user is prompted to create a
username and password, and to identify the country where he is
located.  No other information is requested, and the country-
location information entered by the user is not subject to any
type of verification.

     f.    After entering a username and password, the user
is then directed to Silk Road's homepage, a sample printout of
which, printed on September 23, 2013, is attached hereto as
Exhibit A.

     g.    At the top left corner of the homepage is a logo
for the site, labeled "Silk Road anonymous market."

     h.    On the left side of the screen is a list titled
"Shop by Category," which contains links to the various
categories of items for sale on the site.

     i.    In the center of the screen is a collection of
photographs reflecting a sample of the current listings on the
site.

j.    At the top of the screen is a link labeled "messages," which the user can click on to access Silk Road's "private message" system.  This system allows users to send messages to one another through the site, similar to e-mails.

k.    At the bottom right of the screen is a link labeled "community forums," which leads to an online forum where Silk Road users can post messages to "discussion threads" concerning various topics related to the site (the "Silk Road forum").

l.    Also at the bottom right of the screen is a link labeled "wiki," which leads to a collection of "frequently asked questions" and other forms of guidance for site users (the "Silk Road wiki").

m.    The bottom right of the screen also contains a third link labeled "customer service," which leads to a customer support page where users can "open a support ticket" and contact an "administrator," who, the page says, "will take care of you personally."

n.    Clicking on any of the links to items for sale on the site brings up a webpage containing the details of the listing, including a description of the item, the price of the item, the username of the vendor selling it, and "reviews" of the vendor's "product" posted by previous customers.  An example of such a listing is attached hereto as Exhibit B.

o.    To buy an item listed, the user can simply click the link in the listing labeled "add to cart."  The user is then prompted to supply a shipping address and to confirm the placement of the order.

p.    Once the order is placed, it is processed through Silk Road's Bitcoin-based payment system, described further below.

<u>Illegal Goods and Services</u>
<u>Sold on the Silk Road Website</u>

19.    Based on my familiarity with the Silk Road website, I know the following about the illegal nature of the goods and services sold on the site:

a.    The illegal nature of the items sold on Silk Road is readily apparent to any user browsing through its offerings. The vast majority of the goods for sale consist of illegal drugs of nearly every variety, which are openly advertised on the site

as such and are immediately and prominently visible on the site's home page.

   b.   As of September 23, 2013, there were nearly 13,000 listings for controlled substances on the website, listed under the categories "Cannabis," "Dissociatives," "Ecstasy," "Intoxicants," "Opioids," "Precursors," "Prescription," "Psychedelics," and "Stimulants," among others. Clicking on the link for a particular listing brings up a picture and description of the drugs being offered for sale, such as "HIGH QUALITY #4 HEROIN ALL ROCK" or "5gr UNCUT Crystal Cocaine!!"

   c.   The narcotics sold on the site tend to be sold in individual-use quantities, although some vendors sell in bulk. The offerings for sale on the site at any single time amount to multi-kilogram quantities of heroin, cocaine, and methamphetamine, as well as distribution quantities of other controlled substances, such as LSD.

   d.   In addition to illegal narcotics, other illicit goods and services are openly sold on Silk Road as well. For example, as of September 23, 2013:

      i.   There were 159 listings on the site under the category "Services." Most concerned computer-hacking services: for example, one listing was by a vendor offering to hack into Facebook, Twitter, and other social networking accounts of the customer's choosing, so that "You can Read, Write, Upload, Delete, View All Personal Info"; another listing offered tutorials on "22 different methods" for hacking ATM machines. Other listings offered services that were likewise criminal in nature. For example, one listing was for a "HUGE Blackmarket Contact List," described as a list of "connects" for "services" such as "Anonymous Bank Accounts," "Counterfeit Bills (CAD/GBP/EUR/USD)," "Firearms + Ammunition," "Stolen Info (CC [credit card], Paypal)," and "Hitmen (10+ countries)."

      ii.   There were 801 listings under the category "Digital goods," including offerings for pirated media content, hacked accounts at various online services such as Amazon and Netflix, and more malicious software. For example, one listing, titled "HUGE Hacking Pack **150+ HACKING TOOLS & PROGRAMS**," described the item being sold as a "hacking pack loaded with keyloggers, RATs, banking trojans, and other various malware."[2]

_____

[2] A "keylogger" is a type of malicious software designed to monitor the keystrokes input into an infected computer and to transmit this data back to the hacker. A "RAT," or "remote

A58

      iii.    There were 169 listings under the category "Forgeries," placed by vendors offering to produce fake driver's licenses, passports, Social Security cards, utility bills, credit card statements, car insurance records, and other forms of identity documents.

      e.   Not only are the goods and services offered on Silk Road overwhelmingly illegal on their face, but the illicit nature of the commerce conducted through the website is candidly recognized in the Silk Road wiki and the Silk Road forum.  For example:

      i.    The Silk Road wiki contains a "Seller's Guide" and "Buyer's Guide", containing extensive guidance for users on how to conduct transactions on the site without being caught by law enforcement.  The "Seller's Guide," for instance, instructs vendors to "vacuum seal" packages containing narcotics, in order to avoid detection by "canine or electronic sniffers."  Meanwhile, the "Buyer's Guide" instructs buyers to "[u]se a different address" from the user's own address to receive shipment of any item ordered through the site, "such as a friend's house or P.O. box," from which the user can then "transport [the item] discreetly to its final destination."

      ii.    The Silk Road forum likewise contains extensive guidance on how to evade law enforcement, posted by users of the site themselves.  For example, in a section of the forum labeled "Security - Tor, Bitcoin, cryptography, anonymity, security, etc.," there are numerous postings by users offering advice to other users on how they should configure their computers so as to avoid leaving any trace on their systems of their activity on Silk Road.

20.  Since November of 2011, law enforcement agents participating in this investigation have made over 100 individual undercover purchases of controlled substances from Silk Road vendors, including purchases made from, and substances shipped to, the Southern District of New York.  The substances purchased in these undercover transactions have been various Schedule I and II drugs, including ecstasy, cocaine, heroin, LSD, and others.  Samples of these purchases have been laboratory-tested and have typically shown high purity levels of

---

access tool," is a type of malicious software designed to allow a hacker to remotely access and control an infected computer.  A "banking Trojan" is a type of malicious software designed to steal an infected user's bank-account login credentials.

the drug the item was advertised to be on Silk Road. Based on the postal markings on the packages in which the drugs arrived, these purchases appear to have been filled by vendors located in over ten different countries, including the United States. Agents have also made undercover purchases of hacking services on Silk Road, including purchases of malicious software such as password stealers and remote access tools.

<u>Silk Road's Bitcoin-Based Payment System</u>

21. Based on my familiarity with the Silk Road website, I know the following concerning the payment system used to process purchases made through the site:

a. The only form of payment accepted on Silk Road is Bitcoins.

b. Based on my training and experience, I know the following about Bitcoins:

i. Bitcoins are an anonymous, decentralized form of electronic currency, existing entirely on the Internet and not in any physical form. The currency is not issued by any government, bank, or company, but rather is generated and controlled automatically through computer software operating on a "peer-to-peer" network. Bitcoin transactions are processed collectively by the computers composing the network.

ii. To acquire Bitcoins in the first instance, a user typically must purchase them from a Bitcoin "exchanger." In return for a commission, Bitcoin exchangers accept payments of currency in some conventional form (cash, wire transfer, etc.) and exchange the money for a corresponding number of Bitcoins, based on a fluctuating exchange rate. Exchangers also accept payments of Bitcoin and exchange the Bitcoins back for conventional currency, again, charging a commission for the service.

iii. Once a user acquires Bitcoins from an exchanger, the Bitcoins are kept in a "wallet" associated with a Bitcoin "address," designated by a complex string of letters and numbers. (The "address" is analogous to the account number for a bank account, while the "wallet" is analogous to a bank safe where the money in the account is physically stored.) Once a Bitcoin user funds his wallet, the user can then use Bitcoins in the wallet to conduct financial transactions, by transferring Bitcoins from his Bitcoin address to the Bitcoin address of another user, over the Internet.

A60

iv.    All Bitcoin transactions are recorded on a public ledger known as the "Blockchain," stored on the peer-to-peer network on which the Bitcoin system operates.  The Blockchain serves to prevent a user from spending the same Bitcoins more than once.  However, the Blockchain only reflects the movement of funds between anonymous Bitcoin addresses and therefore cannot by itself be used to determine the identities of the persons involved in the transactions.  Only if one knows the identities associated with each Bitcoin address involved in a set of transactions is it possible to meaningfully trace funds through the system.

v.    Bitcoins are not illegal in and of themselves and have known legitimate uses.  However, Bitcoins are also known to be used by cybercriminals for money-laundering purposes, given the ease with which they can be used to move money anonymously.

c.    Silk Road's payment system essentially consists of a Bitcoin "bank" internal to the site, where every user must hold an account in order to conduct transactions on the site.

d.    Specifically, every user on Silk Road has a Silk Road Bitcoin address, or multiple addresses, associated with the user's Silk Road account.  These addresses are stored on wallets maintained on servers controlled by Silk Road.

e.    In order to make purchases on the site, the user must first obtain Bitcoins (typically from a Bitcoin exchanger) and send them to a Bitcoin address associated with the user's Silk Road account.

f.    After thus funding his account, the user can then make purchases from Silk Road vendors.  When the user purchases an item on Silk Road, the Bitcoins needed for the purchase are held in escrow (in a wallet maintained by Silk Road) pending completion of the transaction.

g.    Once the transaction is complete, the user's Bitcoins are transferred to the Silk Road Bitcoin address of the vendor involved in the transaction.  The vendor can then withdraw Bitcoins from the vendor's Silk Road Bitcoin address, by sending them to a different Bitcoin address, outside Silk Road, such as the address of a Bitcoin exchanger who can cash out the Bitcoins for real currency.

h.  Silk Road charges a commission for every transaction conducted by its users.  The commission rate varies, generally between 8 to 15 percent, depending on the size of the sale, i.e., the larger the sale, the lower the commission.

i.  Silk Road uses a so-called "tumbler" to process Bitcoin transactions in a manner designed to frustrate the tracking of individual transactions through the Blockchain. According to the Silk Road wiki, Silk Road's tumbler "sends all payments through a complex, semi-random series of dummy transactions, . . . making it nearly impossible to link your payment with any coins leaving the site."  In other words, if a buyer makes a payment on Silk Road, the tumbler obscures any link between the buyer's Bitcoin address and the vendor's Bitcoin address where the Bitcoins end up – making it fruitless to use the Blockchain to follow the money trail involved in the transaction, even if the buyer's and vendor's Bitcoin addresses are both known.  Based on my training and experience, the only function served by such "tumblers" is to assist with the laundering of criminal proceeds.

<u>Volume of Business Activity</u>
<u>Reflected on Silk Road Servers</u>

22.  During the course of this investigation, the FBI has located a number of computer servers, both in the United States and in multiple foreign countries, associated with the operation of Silk Road.  In particular, the FBI has located in a certain foreign country the server used to host Silk Road's website (the "Silk Road Web Server").  Pursuant to a Mutual Legal Assistance Treaty request, an image of the Silk Road Web Server was made on or about July 23, 2013, and produced thereafter to the FBI. From personally participating in the forensic analysis of the image of the Silk Road Web Server, I have confirmed that Silk Road hosts a large volume of user activity and processes a huge number of financial transactions on a daily basis.  For example:

a.  As of July 23, 2013, there were approximately 957,079 registered user accounts reflected on the server.[3]  This does not necessarily equal the number of actual users of the

_____

[3] According to the country-location information provided by these users upon registering, 30 percent represented they were from the United States, 27 percent chose to be "undeclared," and the remainder claimed to hail from countries across the globe, including, in descending order of prevalence, the United Kingdom, Australia, Germany, Canada, Sweden, France, Russia, Italy, and the Netherlands.

website, since nothing prevents a user from creating multiple accounts. However, based on my training and experience, this volume of user accounts indicates that the site has been visited by hundreds of thousands of unique users.

      b.   During the 60-day period from May 24, 2013 to July 23, 2013, there were approximately 1,217,218 communications sent between Silk Road users through Silk Road's private-message system. Based on my training and experience, this volume of private messages reflects a large and highly active user base.

      c.   From February 6, 2011 to July 23, 2013, there were approximately 1,229,465 transactions completed on the site, involving 146,946 unique buyer accounts, and 3,877 unique vendor accounts. The total revenue generated from these sales was 9,519,664 Bitcoins, and the total commissions collected by Silk Road from the sales amounted to 614,305 Bitcoins. These figures are equivalent to roughly $1.2 billion in revenue and $79.8 million in commissions, at current Bitcoin exchange rates, although the value of Bitcoins has fluctuated greatly during the time period at issue.

      d.   The computer code used to run the Silk Road website reflects the use of certain Bitcoin wallets in the operation of Silk Road's escrow system. The balances in these wallets (obtained from another Silk Road-associated server located in the investigation) show hundreds of thousands of dollars passing in and out of the escrow system on a regular basis, as in the following sample of balances associated with the wallets taken over a two-day time period:

| Date/Time | Total Bitcoins | Approx. USD |
|---|---|---|
| 9/14/2013 6:00 UTC | 18205.50649 | $2,548,770.91 |
| 9/14/2013 12:00 UTC | 17420.92877 | $2,438,930.03 |
| 9/14/2013 18:00 UTC | 17088.67959 | $2,358,237.79 |
| 9/15/2013 0:00 UTC | 13950.06159 | $1,911,158.44 |
| 9/15/2013 6:00 UTC | 16143.52567 | $2,195,519.49 |
| 9/15/2013 12:00 UTC | 15955.46307 | $2,217,809.37 |
| 9/15/2013 18:00 UTC | 16069.43546 | $2,233,651.53 |

Based on my training and experience, this flow of funds reflects a brisk business being conducted within Silk Road's illegal marketplace, with users regularly adding funds to their accounts and vendors regularly cashing out.

## BACKGROUND ON "DREAD PIRATE ROBERTS,"
## OWNER AND OPERATOR OF SILK ROAD

23.   Based on my knowledge of the Silk Road website, I am
familiar with an administrator of the site who goes by the
username "Dread Pirate Roberts," commonly referred to by Silk
Road users as "DPR" (hereafter, "DPR").  Based on my review of
DPR's communications on the Silk Road website, as described more
fully below, it is clear that DPR is the owner and operator of
Silk Road and has been ultimately responsible for running the
criminal enterprise it represents.  DPR has controlled every
aspect of Silk Road's operation, including: the server
infrastructure and programming code underlying its website; the
user policies governing, among other things, what can be sold on
the site; the administrative staff responsible for customer
support and other day-to-day functions; and the profits
generated as commissions from vendor sales.  Moreover, DPR's
communications reveal that he has taken it upon himself to
police threats to the site from scammers and extortionists, and
has demonstrated a willingness to use violence in doing so.

### Control of Server Infrastructure

24.   Based on my familiarity with the Silk Road forum, I
know that DPR has an account on the forum, and that his postings
from the account reflect his control of the servers and computer
code used to run the Silk Road website.  Specifically, from
reviewing DPR's postings to the forum from this account, I know
the following:

        a.   The Silk Road forum, in its current form, was
created on or about June 18, 2011.  DPR's first posting to the
forum was made the same day.  At that time, DPR's username on
the forum was simply "Silk Road."  His June 18 posting
apologized for a recent service outage, explaining that the
forum had been changed and that now "[w]e have it running on a
separate server."  The message thanked users for their patience
and was signed "Silk Road Staff."

        b.   DPR continued posting messages to the forum under
the username "Silk Road" until early February 2012, when he
changed his name to "Dread Pirate Roberts."  Specifically, in or
about early February, 2012, DPR posted the following message
from his forum account, still associated with the username "Silk
Road" at the time:

        Who is Silk Road?  Some call me SR, SR admin or just
        Silk Road.  But isn't that confusing?  I am Silk Road,

the market, the person, the enterprise, everything.
But Silk Road has matured and I need an identity
separate from the site and the enterprise of which I
am now only a part.  I need a name.

On February 5, 2012, DPR announced, from this same account,
"drum roll please............ my new name is: Dread Pirate
Roberts."  Thereafter, the username associated with the account
changed from "Silk Road" to "Dread Pirate Roberts."  The moniker
is an apparent reference to a fictional character from the movie
"The Princess Bride."

        c.    Throughout the period from June 18, 2011 to the
present, DPR's postings from his Silk Road forum account, under
both the username "Silk Road" and the username "Dread Pirate
Roberts," make clear that he has controlled the technical
infrastructure underlying Silk Road's operation.  Among other
things, DPR has regularly used the forum to post information
concerning service problems with the Silk Road website and his
efforts to resolve such problems.  For example:

        i.    On or about February 13, 2012, DPR posted a
message on the forum in response to problems users were having
withdrawing Bitcoins from their Silk Road accounts.  DPR
acknowledged the problem and explained what was being done to
fix it: "[W]e are still having problems.  I am going to roll
back the withdrawal system to a configuration known to work and
re-evaluate the whole thing. . . .  I'll keep this thread
updated with progress."  In an update posted the next morning,
DPR stated: "We are looking at up to 24 more hours until
withdrawals can start flowing again. . . .  Really sorry, but I
think we'll be good to go after this."  Later in the day, DPR
provided a further update: "Withdrawals are now flowing again.
Thank you everyone for your patience throughout this process."
Based on my training and experience, these postings and others
like them, announcing service changes to the Silk Road website
prior to their implementation, show that DPR has been
responsible for these changes and has controlled the server
infrastructure necessary to make them.

        ii.    On or about December 1, 2011, DPR announced
that he had changed the .onion address for the Silk Road
website, stating: "Silk Road now resides at a new, more easily
remembered url [i.e., URL address].  Please update your
bookmarks and memorize it: silkroadvb5piz3r.onion."  One user
responded to the posting to suggest that DPR "leave the old addy
[address] pointing at the site for a week or two as well so
folks get used to it."  DPR responded, "I wanted to do that, but

**A65**

it conflicts with the site code :(" Based on my training and experience, this posting reflects that DPR himself has been responsible for programming the computer code underlying the Silk Road website.

       iii.    On or about October 19, 2011, DPR posted a message concerning an outage of the Silk Road website, explaining: "We are having to rebuild the site from a backup." DPR assured the site's users: "There was no security breach or anything to worry about that lead [sic] to this situation. We lease server space in different locations around the globe through unaware 3rd parties. We do this to hide the identities of those that run Silk Road in the event of a security breach in one of the servers. Unfortunately this means we have to deal with some unreliable people . . . ." In an update posted two days later, on October 21, 2011, DPR stated: "The light at the end of the tunnel is getting bigger! We have a full capacity server online and are in the process of configuring it." The next day, October 22, 2011, DPR posted another update, stating: "The site just went live. The new server is more powerful and secure than the one we were on before the outage and is leased through a much more professional proxy, so I have high hopes that it will last us a long time." Based on my training and experience, these postings evidence that DPR has been responsible for leasing and maintaining the computer servers used to operate the Silk Road website. Moreover, based on my training and experience, DPR's references to leasing servers through third-party "proxies" in order to "hide the identities of those that run Silk Road" reflect his awareness of the illegal nature of the Silk Road enterprise.

<u>Control of Site Policy</u>

25. DPR has used the Silk Road forum to announce not only technical updates to the Silk Road website, but also changes to Silk Road customer policies – evidencing that he has been the one who sets those policies. For example:

       a.    On January 9, 2012, DPR posted a message titled, "State of the Road Address," in which he announced, among other things, a change to Silk Road's commission rate: whereas Silk Road had previously charged a "flat commission rate," DPR explained that the site now planned to "charge a higher amount for low priced items and a lower amount for high priced items." The next day, after many users complained about the change, DPR posted a reply, stating: "Whether you like it or not, I am the captain of this ship. You are here voluntarily and if you don't

like the rules of the game, or you don't trust your captain, you can get off the boat."

       b.    On August 5, 2011, DPR posted a message titled, "forgeries," stating: "We are happy to announce a new category in the marketplace called Forgeries.  In this category, you will find offers for forged, government issued documents including fake ids and passports.  This category comes with some restrictions, however.  Sellers may not list forgeries of any privately issued documents such as diplomas/certifications, tickets or receipts.  Also, listings for counterfeit currency are still not allowed in the money section."  This posting evidences that DPR has controlled the types of goods and services allowed to be sold on Silk Road, and that he knowingly has permitted the sale of illegal items, such as fraudulent identity documents, on the site.

       c.    On February 27, 2012, DPR posted a message announcing "a new feature called Stealth Mode," targeted at the site's "superstar vendor[s]" who consider themselves at particular "risk of becoming a target for law enforcement."  The posting explained that the listings of a vendor operating in "stealth mode" would not be visible to users searching or browsing the site.  Instead, only users who already knew the specific address of the vendor's page on Silk Road would be able to access the vendor's listings, by traveling to the vendor's page directly.  This posting again evidences not only that DPR has been aware that the vendors on Silk Road are engaged in illicit trade, but also that he has specifically designed the site to facilitate such trade.

                   Management of Administrative Staff

    26.   The communications recovered from the Silk Road Web Server also show that DPR manages a small staff of administrators who assist with the day-to-day operation of the site.  Based on my familiarity with these administrators' forum postings and private messages, I know that they have been responsible for monitoring user activity on Silk Road for problems, responding to customer service inquiries, and resolving disputes between buyers and vendors.  Moreover, forensic analysis of the Silk Road Web Server confirms that these administrators have special permission settings associated with their Silk Road accounts, allowing them to take various administrative actions on the Silk Road marketplace, such as closing user accounts, removing user postings, reversing transactions, or resetting passwords.

27.  From reviewing DPR's private-message communications
with these administrators, I know that DPR has functioned as
their supervisor and that the administrators have reported to
and taken instructions from DPR on a regular basis.  For
example, the communications show the administrators regularly
asking DPR for guidance on how to respond to particular user
inquiries or how to handle particular problems that have arisen
on the site.  The communications also include "weekly reports"
sent to DPR by the administrators, summarizing actions they have
taken with respect to particular vendors and customers over the
course of the week, and listing any important issues requiring
DPR's attention.  DPR's communications also reflect the
administrators routinely checking in with him concerning their
work schedule, asking him in advance for permission to take
leave, and otherwise addressing him as employees would an
employer.  One of the administrators, for example, has
specifically referred to DPR as "boss" and "captain" in
communicating with him.

28.  Further, I have reviewed the account pages of these
administrators, recovered from the Silk Road Web Server, which
reflect the history of their Bitcoin transactions on the site.
Their transaction histories reflect that they have received
regular weekly payments of Bitcoins, equivalent to $1,000 to
$2,000 per week, on average.  The payments have been sent to
them from a Silk Road account labeled "admin," indicating that
the payments have been compensation for their services as
administrators.  Moreover, from reviewing the administrators'
private messages, I know that, after receiving such payments,
the administrators sometimes have sent messages to DPR thanking
him for the money.

### Control over Silk Road Sales Proceeds

29.  The contents of the Silk Road Web Server include DPR's
own user account page, which reflects, among other things, his
history of Bitcoin transactions on the site.  DPR's transaction
history indicates that he receives a continuous flow of Bitcoins
into his Silk Road account.  For example, on July 21, 2013
alone, DPR received approximately 3,237 separate transfers of
Bitcoins into his account, totaling approximately $19,459.
Virtually all of these transactions are labeled "commission" in
the "notes" appearing next to them, indicating that the money
represents commissions from Silk Road sales.  DPR's account page
further displays the total amount of Bitcoins deposited in his
Silk Road account, which, as of July 23, 2013, equaled more than
$3.4 million.  Based on analysis of the Silk Road Web Server,

this was, by far, the largest account balance held by any Silk Road user at the time.

<u>DPR's Willingness to Use Violence</u>
<u>to Protect His Interests in Silk Road</u>

30.  DPR's private communications recovered from the Silk Road Web Server further reveal that DPR has acted as a law unto himself in deciding how to deal with problems affecting Silk Road, and that he has been willing to pursue violent means when he deems that the problem calls for it.

31.  For example, DPR's private-message communications from March and April 2013 reveal at least one occasion when DPR solicited a murder-for-hire of a certain Silk Road user, who was attempting to extort money from DPR at the time, based on a threat to release the identities of thousands of Silk Road users.  Specifically, the messages reveal the following:

a.  Beginning on March 13, 2013, a Silk Road vendor known as "FriendlyChemist" began sending threats to DPR through Silk Road's private message system.  In these messages, FriendlyChemist stated that he had a long list of real names and addresses of Silk Road vendors and customers that he had obtained from hacking into the computer of another, larger Silk Road vendor.  FriendlyChemist threatened to publish the information on the Internet unless DPR gave him $500,000, which FriendlyChemist indicated he needed to pay off his narcotics suppliers.

b.  In one message to DPR dated March 14, 2013, FriendlyChemist elaborated on the consequences for Silk Road if he followed through on this threat:

what do u . . . think will happen if thousands of usernames, ordr amounts, addresses get leaked?  all those people will leave sr [Silk Road] and be scared to use it again.  those vendors will all be busted and all there customers will be exposed too and never go back to sr.

c.  On March 15, 2013, FriendlyChemist provided DPR a sample of the usernames, addresses, and order information he intended to leak.  Also, as proof that he had obtained the data from the vendor whose computer he claimed to have hacked, FriendlyChemist supplied the vendor's username and password on Silk Road so that DPR could verify it.

21

     d.    On March 20, 2013, DPR wrote to FriendlyChemist, stating: "Have your suppliers contact me here so I can work something out with them."

     e.    On March 25, 2013, a Silk Road user named "redandwhite" contacted DPR, stating: "I was asked to contact you. We are the people friendlychemist owes money to. . . . What did you want to talk to us about?"

     f.    On March 26, 2013, DPR wrote to redandwhite, stating, "Just to be clear, I do not owe him any money. . . . I'm not entirely sure what the best action to take is, but I wanted to be in communication with you to see if we can come to a conclusion that works for everyone. FriendlyChemist aside, we should talk about how we can do business. Obviously you have access to illicit substances in quantity, and are having issues with bad distributors. If you don't already sell here on Silk Road, I'd like you to consider becoming a vendor."

     g.    Later on March 26, 2013, redandwhite responded: "If you can get FriendlyChemist to meet up with us, or pay us his debt then I'm sure I would be able to get people in our group to give this online side of the business a try."

     h.    On March 27, 2013, DPR wrote back: "In my eyes, FriendlyChemist is a liability and I wouldn't mind if he was executed . . . . I'm not sure how much you already know about the guy, but I have the following info and am waiting on getting his address." DPR provided a name for FriendlyChemist and stated that he lived in White Rock, British Columbia, Canada, with "Wife + 3 kids." DPR added: "Let me know if it would be helpful to have his full address."

     i.    Meanwhile, after not hearing anything back from DPR since March 20, 2013, FriendlyChemist sent a message to DPR on March 29, 2013, stating: "u leave me no choice i want 500k usd withn 72hrs or i am going to post all the info i have. . . . i hate to do this but i need the money or im going to release it all. over 5000 user details and about 2 dozen vender identities. wats it going to be?"

     j.    Several hours later on March 29, 2013, DPR sent a message to "redandwhite," stating that "FriendlyChemist" is "causing me problems," and adding: "I would like to put a bounty on his head if it's not too much trouble for you. What would be an adequate amount to motivate you to find him? Necessities

like this do happen from time to time for a person in my position."

       k.    After redandwhite asked DPR what sort of problem FriendlyChemist was causing him, DPR responded, in a message dated March 30, 2013: "[H]e is threatening to expose the identities of thousands of my clients that he was able to acquire . . . . [T]his kind of behavior is unforgivable to me. Especially here on Silk Road, anonymity is sacrosanct." As to the murder-for-hire job he was soliciting, DPR commented that "[i]t doesn't have to be clean."

       l.    Later that same day, redandwhite sent DPR a message quoting him a price of $150,000 to $300,000 "depending on how you want it done" – "clean" or "non-clean."

       m.    On March 31, 2013, DPR responded: "Don't want to be a pain here, but the price seems high. Not long ago, I had a clean hit done for $80k. Are the prices you quoted the best you can do? I would like this done asap as he is talking about releasing the info on Monday."

       n.    Through further messages exchanged on March 31, 2013, DPR and redandwhite agreed upon a price of 1,670 Bitcoins – approximately $150,000 – for the job. In DPR's message confirming the deal, DPR included a transaction record reflecting the transfer of 1,670 Bitcoins to a certain Bitcoin address.

       o.    Several hours later on March 31, 2013, redandwhite wrote back: "I received the payment. . . . We know where he is. He'll be grabbed tonight. I'll update you."

       p.    Approximately 24 hours later, redandwhite updated DPR, stating: "Your problem has been taken care of. . . . Rest easy though, because he won't be blackmailing anyone again. Ever."

       q.    Subsequent messages reflect that, at DPR's request, redandwhite sent DPR a picture of the victim after the job was done, with random numbers written on a piece of paper next to the victim that DPR had supplied. On April 5, 2013, DPR wrote redandwhite: "I've received the picture and deleted it. Thank you again for your swift action."

    32.    Although I believe the foregoing exchange demonstrates DPR's intention to solicit a murder-for-hire, I have spoken with

23

A71

Canadian law enforcement authorities, who have no record of
there being any Canadian resident with the name DPR passed to
redandwhite as the target of the solicited murder-for-hire.  Nor
do they have any record of a homicide occurring in White Rock,
British Columbia on or about March 31, 2013.

## Identification of "Dread Pirate Roberts"
## as ROSS WILLIAM ULBRICHT, the Defendant

33.  As described in detail below, DPR has been identified
through this investigation as ROSS WILLIAM ULBRICHT, a/k/a
"Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road," the
defendant.  According to ULBRICHT's profile on "linkedin.com"
("LinkedIn"), a professional networking website where members
can post information about their work backgrounds and interests,
ULBRICHT, 29 years old, graduated from the University of Texas
with a Bachelor of Science degree in Physics in 2006.  From 2006
to 2010, he attended graduate school at the University of
Pennsylvania School of Materials Science and Engineering.
However, ULBRICHT states in his LinkedIn profile that, after
this time in graduate school, his "goals" subsequently
"shifted."  ULBRICHT elaborates, obliquely, that he has since
focused on "creating an economic simulation" designed to "give
people a first-hand experience of what it would be like to live
in a world without the systemic use of force" by "institutions
and governments."  Based on the evidence below, I believe that
this "economic simulation" referred to by ULBRICHT is Silk Road.

34.  First, I have spoken with another agent involved in
this investigation ("Agent-1"), who has conducted an extensive
search of the Internet in an attempt to determine how and when
the Silk Road website was initially publicized among Internet
users.  The earliest such publicity found by Agent-1 is a
posting dated January 27, 2011, on an online forum hosted at
www.shroomery.org, an informational website catering to users of
"magic mushrooms" ("Shroomery").  The posting, titled "anonymous
market online?," was made by a user identified only by his
username, "altoid."  The posting stated as follows:

> I came across this website called Silk Road.  It's a Tor
> hidden service that claims to allow you to buy and sell
> anything online anonymously.  I'm thinking of buying off it,
> but wanted to see if anyone here had heard of it and could
> recommend it.  I found it through silkroad420.wordpress.com,
> which, if you have a tor browser, directs you to the real
> site at http://tydgccykixpbu6uz.onion.  Let me know what you
> think...

This was the only message ever posted on the Shroomery forum by "altoid," indicating, based on my training and experience, that he had joined the forum solely to post this message.

35. In the Shroomery posting, "altoid" stated that he "found out" about Silk Road through "silkroad420.wordpress.com," where he stated that Tor users could be redirected to Silk Road on Tor. The address "silkroad420.wordpress.com" is an account on a blogging site known as "Wordpress." According to records obtained from Wordpress, the "silkroad420" account was created on January 23, 2011 – only four days before the posting by "altoid" on the Shroomery blog. (The account was created anonymously by someone who, based on the IP address they used, was using a Tor connection to access the Internet.)

36. After the Shroomery posting made on January 27, 2011, the next reference to Silk Road on the Internet found by Agent-1 is a posting made two days later, on January 29, 2011, at "bitcointalk.org," an online discussion forum relating to Bitcoins ("Bitcoin Talk"). This posting, too, was made by someone using the username "altoid." The posting appeared in a long-running discussion thread started by other Bitcoin Talk users, concerning the possibility of operating a Bitcoin-based "heroin store." In his posting, "altoid" stated:

> What an awesome thread! You guys have a ton of great ideas. Has anyone seen Silk Road yet? It's kind of like an anonymous amazon.com. I don't think they have heroin on there, but they are selling other stuff. They basically use bitcoin and tor to broker anonymous transactions. It's at http://tydgccykixpbu6uz.onion. Those not familiar with Tor can go to silkroad420. wordpress.com for instructions on how to access the .onion site.

> Let me know what you guys think

37. Based on my training and experience, the two postings created by "altoid" on Shroomery and Bitcoin Talk appear to be attempts to generate interest in the site. The fact that "altoid" posted similar messages about the site on two very different discussion forums, two days apart, indicates that "altoid" was visiting various discussion forums around this time where Silk Road might be of interest and seeking to publicize the site among the forum users – which, based on my training and experience, is a common online marketing tactic for new

websites. Moreover, the fact that "altoid" ended both messages with "Let me know what you guys think" indicates that "altoid" was not merely interested in sharing his own experience with Silk Road but wanted to collect feedback from other users, again, consistent with an effort to market and improve the site.

38. From further reviewing the Bitcoin Talk forum, Agent-1 located another posting on the forum by "altoid," made on October 11, 2011, approximately eight months after his posting about Silk Road. In this later posting, made in a separate and unrelated discussion thread, "altoid" stated that he was looking for an "IT pro in the Bitcoin community" to hire in connection with "a venture backed Bitcoin startup company." The posting directed interested users to send their responses to "rossulbricht at gmail dot com" – indicating that "altoid" uses the e-mail address "rossulbricht@gmail.com" (the "Ulbricht Gmail Account").

39. According to subscriber records obtained from Google, the Ulbricht Gmail Account is registered to a "Ross Ulbricht." The records indicate that Ulbricht has an account at Google+, a Google-based social networking service. From visiting Ulbricht's publicly accessible profile on Google+, I know that Ulbrict's Google+ profile includes a picture of him, which matches a picture of the LinkedIn profile for "Ross Ulbricht" referenced above in paragraph 33.

40. From visiting Ulbricht's Google+ page, I also know that it contains links to a specific website that DPR has regularly cited in his forum postings. Specifically:

a. Ulbricht's Google+ profile includes a list of Ulbricht's favorite YouTube videos, which includes a number of videos originating from "mises.org," the website of an entity dubbed the "Mises Institute." According to its website, the "Mises Institute" considers itself the "world center of the Austrian School of economics." The website allows visitors to sign up for user accounts on the site and to create a user profile. Through visiting a publicly accessible archived version of the site, I have found a user profile for a "Ross Ulbricht" on the site, which contains a picture of the user that matches the picture of "Ross Ulbricht" appearing on his Google+ profile and LinkedIn profile.

b. Based on my familiarity with DPR's postings on the Silk Road forum, I know that DPR's user "signature" in the forum includes a link to the "Mises Institute" website (one of only two links included in his signature). Moreover, in certain

26

forum postings, DPR has cited the "Austrian Economic theory" and the works of Ludwig von Mises and Murray Rothbard – economists closely associated with the "Mises Institute" - as providing the philosophical underpinnings for Silk Road.

41. The investigation has also uncovered evidence that, in early June 2013, Ulbricht was residing in San Francisco, California, near an Internet café from which someone logged into a server used to administer the Silk Road website on June 3, 2013. Specifically:

a. I have reviewed records obtained from Google containing logs of the IP addresses used to log into the Ulbricht Gmail Account from January 13, 2013 to June 20, 2013. The IP logs show the account being regularly accessed throughout this time period from a certain Comcast IP address. According to records obtained from Comcast, this IP address was assigned at the time of these logins to a certain address located on Hickory Street in San Francisco, California. The address is associated with another individual whom I know to be a friend of Ulbricht in San Francisco (the "Friend"), whom Ulbricht went to live with when he moved to San Francisco in or about September 2012, according to a video posted on YouTube in which they both appear and make statements to that effect.

b. Based on my review of DPR's private-message communications recovered from the Silk Road Web Server, I know that DPR has regularly specified the Pacific time zone when referring to the time. For example, in one private message, dated April 18, 2013, DPR told another Silk Road user, "It's nearly 4pm PST. I need to run some errands." Based on my training and experience, I believe this tendency indicates that DPR is located in the Pacific time zone – which, of course, is the time zone for San Francisco, California.

c. Further, based on forensic analysis of the Silk Road Web Server, I know that the server includes computer code that was once used to restrict administrative access to the server, so that only a user logging into the server from a particular IP address, specified in the code, could access it. Based on my training and experience, and my familiarity with how server access is commonly configured, I believe this IP address was for a virtual private network server ("VPN Server") – essentially a secure gateway through which DPR could remotely login to the Silk Road Web Server from his own computer. The IP address for the VPN Server resolves to a server hosted by a certain server-hosting company, from which I have subpoenaed

records concerning the VPN Server. The records show that the
contents of the VPN Server were erased by the customer leasing
it.[4] However, the records reflect the IP address the customer
used to access the VPN Server during the last login to the
server, which was on June 3, 2013. This IP address is a Comcast
address that, according to records subpoenaed from Comcast,
resolves to an Internet café on Laguna Street in San Francisco,
California. This café is located less than 500 feet away from
the Friend's address on Hickory Street regularly used by
Ulbricht to log in to the Ulbricht Gmail Account – including at
various times on June 3, 2013, according to Google records.

     d. Based on my training and experience, this
evidence places the administrator of Silk Road, that is, DPR, in
the same approximate geographic location, on the same day, as
Ulbricht.

     42. The investigation has also uncovered evidence that, by
July 2013, Ulbricht had moved to a different San Francisco
address, where he was shipped a package containing multiple
counterfeit identification documents, at the same time that DPR
is known to have been seeking such documents on Silk Road.
Specifically:

     a. From reviewing an investigative report obtained
from U.S. Customs and Border Protection ("CBP"), I have learned
the following:

     i. On or about July 10, 2013, CBP intercepted a
package from the mail inbound from Canada as part of a routine
border search. The package was found to contain nine
counterfeit identity documents. Each of the counterfeit
identification documents was in a different name yet all

---

[4] The code containing the IP address for the VPN Server is
"commented out" on the Silk Road Web Server, meaning that it was
no longer active as of July 23, 2013, when the image of the
server was made. From reviewing DPR's private-message
communications recovered from the Silk Road Web Server, I know
that, on May 24, 2013, a Silk Road user sent him a private
message warning him that "some sort of external IP address" was
"leaking" from the site, and listed the IP address of the VPN
Server. Based on my training and experience, I believe that in
light of this warning DPR deactivated the code containing the
VPN Server IP Address, deleted the contents of the VPN Server,
and changed the way he accessed the Silk Road Web Server
thereafter.

contained a photograph of the same person.  The package was directed to an address located on 15th Street in San Francisco, California (the "15th Street Address").

  ii.  On or about July 26, 2013, agents from Homeland Security Investigations ("HSI") visited the 15th Street Address to investigate further.  Agents found a residence there, where they encountered ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road," the defendant, who matched the photographs on the counterfeit identification documents in the package.

  iii.  The agents showed ULBRICHT a photo of one of the seized counterfeit identity documents, which was a California driver's license bearing ULBRICHT's photo and true date of birth, but bearing a name other than his.  ULBRICHT generally refused to answer any questions pertaining to the purchase of this or other counterfeit identity documents. However, ULBRICHT volunteered that "hypothetically" anyone could go onto a website named "Silk Road" on "Tor" and purchase any drugs or fake identity documents the person wanted.

  iv.  ULBRICHT provided the agents with his true government-issued Texas driver's license.  He explained that he sublet a room at the 15th Street Address for $1,000 in monthly rent, which he paid in cash.  ULBRICHT stated that there were two other housemates currently residing with him in the house, both of whom knew him by the fake name "Josh."

  v.  The agents also spoke with one of ULBRICHT's housemates at the address, who stated that ULBRICHT, whom he knew as "Josh," was always home in his room on the computer.

  b.  Based on my review of DPR's private messages recovered from the Silk Road Web Server, I know that, in June and July 2013, DPR had several communications with other Silk Road users in which he expressed interest in acquiring fake identity documents.  For example:

  i.  In one exchange of messages, dated July 8, 2013, DPR told another Silk Road user that he "needed a fake ID" that he intended to use to "rent servers," explaining that he was "building up my stock of servers."  Based on my training and experience, I know that server-hosting companies often require customers to provide some form of identity documents in order to validate who they are.  Accordingly, I believe that DPR was seeking fake identity documents that he could use to rent servers under false identities.

ii.     In another exchange of messages, dated June 1, 2013, DPR and another Silk Road user – "redandwhite," the same user with whom DPR solicited the murder-for-hire described above – agreed to communicate at a certain time on an Internet chat service, with DPR telling redandwhite, "I have something to discuss with you."  Four days later, on June 5, 2013, DPR sent redandwhite a message stating, "hey, just wanted to find out where you are with the dummy ID idea."  Redandwhite responded, "I have ran it by my worker and he is working on it."

43.  Finally, the investigation has uncovered evidence implicating Ulbricht in running a Tor hidden service, and linking Ulbricht to certain programming code and a certain encryption key found on the Silk Road Web Server.  Specifically:

a.     Based on my training and experience, I know that the website "stackoverflow.com" ("Stack Overflow") is a website used by computer programmers to post questions about programming problems and to receive suggested solutions from other programmers.  According to records obtained from Stack Overflow:

i.     On March 5, 2012, a user established an account on Stack Overflow with the username "Ross Ulbricht." Ulbricht provided the Ulbricht Gmail Account as his e-mail address as part of his registration information.

ii.     On March 16, 2012, at approximately 8:39 p.m. PDT, Ulbricht posted a message on the site, titled, "How can I connect to a Tor hidden service using curl in php?"  Based on my training and experience, I know that "PHP" refers to a programming language used for web servers and "curl" refers to a set of programming commands that can be used in the language. In the contents of the message, Ulbricht quoted twelve lines of computer code involving "curl" commands that he stated he was using "to connect to a Tor hidden service using . . . php," but he reported the code was generating an error.  Based on my training and experience, Ulbricht's posting reflects that he was writing a customized computer code designed for a web server operating a Tor hidden service, such as Silk Road.

iii.     When a user posts a message on Stack Overflow, the user's username appears along with the post. However, less than one minute after posting the message described in the previous paragraph, Ulbricht changed his username at Stack Overflow from "Ross Ulbricht" to "frosty." Based on my training and experience, I know that criminals seeking to hide their identity online will often use

pseudonymous usernames to conceal their identity. Thus, given the timing, I believe that Ulbricht changed his username to "frosty" in order to conceal his association with the message he had posted one minute before, given that the posting was accessible to anyone on the Internet and implicated him in operating a Tor hidden service.

iv. Several weeks later, Ulbricht changed his registration e-mail on file with Stack Overflow as well, from the Ulbricht Gmail Account to "frosty@frosty.com." According to centralops.net, a publicly available e-mail address lookup service, "frosty@frosty.com" is not a valid e-mail address. Again, based on my training and experience, I know that criminals seeking to hide their identity online will often use fictitious e-mail addresses in subscribing to online accounts. Thus, I believe Ulbricht changed his e-mail address on file with Stack Overflow to a fictitious e-mail address in an attempt to eliminate any connection between his true e-mail address and his posting reflecting his operation of a hidden Tor service.

b. Based on forensic analysis of the Silk Road Web Server, I know that the computer code on the Silk Road Web Server includes a customized PHP script based on "curl" that is functionally very similar to the computer code described in Ulbricht's posting on Stack Overflow, and includes several lines of code that are identical to lines of code quoted in the posting. Based on my training and experience, it appears that the code on the Silk Road Web Server is a revised version of the code described in Ulbricht's posting (which Ulbricht stated in his posting he was seeking to fix given that it was generating an error).

c. Further, again, based on forensic analysis of the Silk Road Web Server, I know the following:

i. As of July 23, 2013, the Silk Road Web Server was configured to allow the administrator of the site, that is, DPR, to log in to the server without the need for a password, so long as the administrator logged in from a computer trusted by the server.

ii. Specifically, based on my training and experience, I know that this configuration involves the use of key-based secure shell ("SSH") logins. To set up this configuration, the administrator must generate a pair of encryption keys - a "public" key stored on the server, and a "private" key stored on the computer he logs into the server from. Once these keys are created, the server can recognize the

31

administrator's computer based on the link between the administrator's private key and the corresponding public key stored on the server.

       iii.    Based on my training and experience, I know that SSH encryption keys consist of long strings of text. Different SSH programs generate public keys in different ways, but they all generate public keys in a similar format, with the text string always ending with text in the format "[user]@[computer]." The computer in this substring represents the name of the computer that created the public key, and the user represents the username of the user who created it. For example, if someone creates an SSH key pair using a computer named "MyComputer," while logged into the computer as a user named "John," the public key generated as a result will end with the substring "John@MyComputer."

       iv.    I have examined the SSH public encryption key stored on the Silk Road Web Server that is used to authenticate administrative logins to the server. The key ends with the substring "frosty@frosty." Based on my training and experience, this means that the administrator of Silk Road has a computer named "frosty," on which he maintains a user account also named "frosty," which he uses to log in to the Silk Road Web Server. Based on my training and experience, I know that computer users often use the same username for different types of accounts. Thus, I believe, particularly given the other ties between "Ross Ulbricht" and "DPR" described above, that the Stack Overflow user "Ross Ulbricht," who changed his username to "frosty" and his e-mail address to "frosty@frosty.com," is the same person as the administrator of Silk Road, that is, DPR, who logs into the Silk Road Web Server from a computer named "frosty," on which he maintains a user account named "frosty."

44.    I have obtained from the Texas Department of Motor Vehicles a copy of the driver's license of ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road," the defendant, bearing the same number as the driver's license that ULBRICHT showed to HSI agents during the July 26, 2013 interview described above. The photograph on the license depicts the same person appearing in the photographs of "Ross Ulbricht" on his profiles at Google+, the "Mises Institute," and LinkedIn described above.

45.    Accordingly, I believe that the owner and operator of Silk Road is ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road," the defendant.

WHEREFORE, I respectfully request that an arrest warrant be issued for ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road," the defendant, and that he be arrested and imprisoned or bailed, as the case may be.

Christopher Tarbell
Special Agent
Federal Bureau of Investigation

Sworn to before me this
27ᴿ day of September 2013

HON. FRANK MAAS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

EXHIBIT A

# Silk Road
*anonymous market*

the Dread Pirate Roberts

Hi, ▨▨▨  logout

messages 0    orders 0    account B0.0000

Search [                    ]    Go

Shop by Category

Drugs 12,939
  Cannabis 2,780
  Dissociatives 136
  Ecstasy 1,210
  Intoxicants 75
  Opioids 327
  Other 81
  Precursors 76
  Prescription 4,382
  Psychedelics 1,673
  Stimulants 1,441
  Tobacco 217
Apparel 702
Art 14
Books 1,285
Collectibles 32
Computer equipment 94
Custom Orders 99
Digital goods 801
Drug paraphernalia 475
Electronics 229
Erotica 577
Fireworks 34
Food 12
Forgeries 169
Hardware 48
Home & Garden 28
Jewelry 100
Lab Supplies 33
Lotteries & games 163
Medical 81
Money 260
Musical instruments 7
Packaging 105
Services 159
Sporting goods 3
Tickets 4
Writing 6

From the forum
Buyer ratings discussion
Feedback system changes
HOW TO: Run your own relay and help the Tor network!
Ask a drug expert physician about drugs and health
Winning the war on drugs
New display currencies
Try Tails for a more secure OS



1g High Quality Cocaine
B0.8956



HYDROPONIC BUD 224g(1/2lb) BULK BUY -
B17.1880



5 liters GBL 99.99% pure
B9.9474



1g 3-FA / crystalline powder
B0.1863



25I-NBOMe (hcl) 50mg
B0.2794

10 Xanax 2mg bars --USA stock--
B0.3425

1.0 g Amphetamine Paste HQ German Lab
B0.1057

2C LSD Blotters (United Kingdom)
B1.4835



5G FLINSTONE MEPHEDRONE. Yabba Dabba
B0.7761

10 x 10mg Oxycontin - OC Formula Crush
B0.8522

NX 197 (Max Pro). 10ml. 197mg/ml
B0.8522



Custom Listing 50g HQ Pure Cocaine
B40.7900

**A83**

EXHIBIT B

HIGH QUALITY #4 HEROIN ALL ROCK DIRECTLY FROM KEY | Sil...        http://silkroadvb5piz3r.onion/silkroad/item/99d2ca5694

 **Silk Road** anonymous market
Shop by Category

messages 0    orders 0    account ฿0.0000

Search                          Go

a few words from
the Dread Pirate Roberts

Hi, ___     logout       



## HIGH QUALITY #4 HEROIN ALL ROCK DIRECTLY FROM KEY

฿1.7198

add to cart    bookmark    discuss 0    report

**Item info:**

| | |
|---|---|
| seller | gotsitall 5.0 |
| ships from | United States of America |
| ships to | United States of America |
| category | Heroin |

*postage options:*
COMBINE SHIPPING NC (?)

## Description

-NEW BATCH 9/15/13 HIGH QUALITY # 4 HEROIN - THIS IS THE USUAL STUFF THAT I NORMALLY HAVE THAT IS WHY THE PRICE HAS GONE DOWN, LAST BATCH WAS THE KILLER FIRE H AND THAT HAS ENDED, I REPEAT THIS NEW BATCH IS THE NORMAL STUFF I USUALLY HAVE.

-THIS IS A MONDAY SHIPPING TUESDAY DELIVERY+ LISTING

-ALL ROCK

-NO POWDER

VACUUM SEALED

-STEALTH SHIPPING

-199$/GRAM


-6 PM UTC CUTOFF TIME IF U ORDER AFTER YOUR ORDER WILL BE SHIPPED NEXT DAY.


----INSURANCE 12.00$-----
- BECAUSE OF CERTAIN PEOPLE GIVING ME PROBLEMS WITH SOME ORDERS I AM NOW OFFERING INSURANCE TO COVER YOUR PACKAGE IN THE EVENT THAT SOMETHING LISTED BELOW HAPPENS, INSURANCE WILL COVER EVERYTHING THAT HAPPENS AFTER I SHIP YOUR PACKAGE OUT, IF YOU DO NOT PURCHASE INSURANCE I WILL NOT RESHIP YOUR PACKAGE. INSURANCE WILL COVER EVERTHING ONLY WHAT IS LISTED BELOW

-PACKAGE DID NOT RECIEVE ITS FIRST SCAN (LOST PACKAGE)
-PACKAGE WAS LOST IN THE MAIL (LOST AFTER INITIAL SCAN)
-PACKAGE WAS DAMAGED
-PACKAGE WAS MISSING CONTENT

-I TAKE A PICTURE OF EVERY PACKAGE MORE THEN 2 GRAMS SO JUST REMEMBER THAT BEFORE U CLAIM A MISSING CONTENT CLAIM I WILL MATCH WHAT U SAY TOWARD THE PICTURE I TAKE.
-PLEASE REMEMBER TO PURCHASE INSURANCE AS A PRECAUTION IF SOMETHING HAPPENED TO YOUR PACKAGE BECAUSE I WILL NOT RESHIP ANYTHING IF U DID NOT PURCHASE INSURANCE

-PGP KEY

-----BEGIN PGP PUBLIC KEY BLOCK-----

mQENBFGzOuIBCADBPI/1ayV5yACbXhbVZ1U+Cm+C7bF11dtGomvoW4b7DVldATiv
8CqjXHD1P7VD+6p7GnVVrLK0seAq0eLhLoUJeJjF5tv7BVeusELr80u1DTwUR/9W
pJIZhm2P0EUNAMgmzzHkY78LKc/GXJ7XZn4cFB99UZ61wbCimEvTkdzj7pb/mClq
f3ArkKl/omS4B6rwl3MjGw6YfRBn6H1dDK07AGWDFnS0oL8tuq806pg2h3Hhuwdg
Jy7Hxm80yNRgl4/yytmZUt6iwpCAwFOiv584LGJiTiMj3z+uZoFPP4OL5USEPyU1
xxF/pbdCFl8xuRc6LhJAcI8Dg1f/10vXgp2XABEBAAG0IWdvdHNpdGFsbCCA8Z290

HIGH QUALITY #4 HEROIN ALL ROCK DIRECTLY FROM KEY | Sii...     http://silkroadvb5piz3r.onion/silkroad/item/99d2ca5694

c2lOYWxsQHRvcrn1haWwub3JnPokBPQQTAQoAJwUCUbM64glbLwUJB4YfgAULCQgH
AwUVCgkICwUWAgMBAAIeAQIXgAAKCRDsUEPb2kt94IkBCACCekyrTfzA3ErE/L3T
O/ND5Nw9w2bkuwJ66nzCkDPeuAkCN3s6RXxa7cXEjdR/hsDzd6iPpfEiVR/rH7l9
AMbTrFRaLXrlluWppSt3zS/UKeuRtlEPOFbA5N6mFSGIAaxqjFbhR1FKnAjWihsb
M6BW/cG5Rs6gd8fldzSHFOR/JrO8xyFpzNG0ZYzVkgdDtOmk+Va39C/PGSXG37a1
jNnqwyLjDUi9hsymcbfLtgO3FoXnZ8R7W2+jpGRdkyZWBfNt5OHNz546cnuj9yD3
ImZV7ZCwvvkpPRE/eMZEea6lOwSWm68R0/db4Dr9Se/vsuMcWVlMBF8c1JroU3Uq
6pzJuQENBFGzOulBCAC+ocVtjQ0KVuh39dck5DCB5HFdkmnvUrLNczWcfSQLGQzt
3cVty6Cov8lTdvGH1TzZEZaZrvHLT/UBU2Ehwp+pQiPpcjredrpMeKesxR1jfMuA
tsASBImjqzYdPJ75vpgyPK3oW9zBHJ4aD/spvzBve69AWwwMeOgEATqe2OM2Klh2
Bapp95zFTv6ssDqdjnscPwccYGdckn4dJGOXqzY1kDwFktfzQ+Ct3QFwIS9NMyCh
hzMiYEgPOWhgKrtVs9y/xg8lj2tbjiThbTQc6seISO1bdlAmqedCaGaL/leqoOpP
FolxM5VQS68VWGEumlQqVLY30q17eE7k1BoU35tZABEBAAGJAkQEGAEKAA8FAlGz
OulCGy4FCQeGH4ABKQkQ7FBD29pLfeLAXSAEGGKAAYFAlGzOulACgkQ6Hpq5m/K
VZVqtggAlWNcBLOoRDEgWM0bX0m+Onhfylez BCulkegtCCfCa3lrjof0ycoGupz0
55vg/p6zNo0QZFUQWWaIcs0oqy5/f+i2SWPeJaW7FgTWXpaCs5x77YSVeFxhWE/Q
nA8avJLUXUv0O1dc/54Bl8sn2mo1U6+TYdXneXF1eX0mDuPctAdcCFlAcg5hisfE
EdiXfJ5zbBAE2MNk1kxNhJK2Y4uUXVbhG+Odme3NJG/vuSwlpu0LRd9lfcVJpL+1
nBgJMJo5mniU54w7mqRDs1tQCGJViqCo5TLaF1SZ/NZ5mJ4Pybs3Dc3wNY4e44Yd
EmVhObk+0ETRUWnlsgGFfckdZhvQeCx7B/0cnaTb+j3+RE2i3mu1iNoozgKW/lsU
7DBQ8lSKNXUhuuETnYN6+jpXmxqjv7zLdNQmUUTBO45M7aFR0NMGybMvd40lUgVv
7buK1Go8jRNvqGEqhCKOVuP6KIKVY1yWVw7qyRJ4Y+TctRWIclC5BNS69u5HsACS5
mOMXf1YomSdKhv4jX1UzhpPf9IneqVgrlbxwamjMVYxus1EsFI4GZ7dePy5rCg6q
lqarwMwp450lH2aE7M104CSgYjNuCKbtT7ynbO3wEuGx1b5ZfJb/RDgX8Ir4EdaO
K9XMqjcAFgd0OyFrT2Wq2hACi/0pikhvc5njnM81uwhoEI/rDf7eEJ0K
=Ryy3
-----END PGP PUBLIC KEY BLOCK-----

**Reviews:**

sort by: weight [ go ] ?

| | | |
|---|---|---|
| **themanwhocan** | *review for: HIGH QUALITY #4 HEROIN ALL ROCK DIRECTLY FROM KEY*   qty: 1   price: ฿1+ | 2d 14h old  5 of 5 |
| orders  spent  vendors | next day delivery made it the next day. was in transit shortly after i ordered. product is the | |
| 100+  ฿100+  10+ | same stuff as in picture and pure in big chunks. Quality is superb, deffinitly worth the | |

next day delivery made it the next day. was in transit shortly after i ordered. product is the same stuff as in picture and pure in big chunks. Quality is superb, deffinitly worth the high price to get a more pure product which makes it more cost effective. best stuff ive seen in awhile. its the real deal too non of that fent bullshit. just snorted a small bump and my pain is greatly reduced. thanks alot gotsitall itll be back!

**Cobia**        *review for: HIGH QUALITY #4 HEROIN ALL ROCK DIRECTLY FROM KEY*   qty: 2   price: ฿1+    3d 18h old  5 of 5

orders  spent  vendors
10+  ฿100+  10+

As others have made abundantly clear, gotsitall is an all around stand up guy. He has AMAZING products at more than reasonable prices and his customer support is some of the best I have ever encountered, I was missing some product, and he was just helpful and respectful the entire time, without the typical defensive anger most vendors would display any time there is any mention that product is missing. Through our discussions I was able to figure out what exactly went wrong (Sketchy asshole junky FOAF), and gotsitall was sympathetic and supportive thorough the whole process, even trying figure out how to help me to avoid withdrawal.

TL;DR:
Product 7/5 Awesome Dope (Best domestic stuff I've seen in a while)
Customer Suppoprt/Attitude: 10/5 Just amazing.
Shipping 6/5 Ordered Express Friday at 4pm. Order arrived Monday at 10am.
Stealth 5/5 Nothing lacking here, sealed to be smell/detection proof, wrapped to look like standard mail.

**alias hidden**    *review for: HIGH QUALITY #4 HEROIN ALL ROCK DIRECTLY FROM KEY*     1m 7d old  5 of 5

stats: (hidden)

horrible shipping time! but decent product and it was heavy. despite the b.s shitty shipping i will give 5/5 i feel it is a 5/5

**alias hidden**    *review for: HIGH QUALITY #4 HEROIN ALL ROCK DIRECTLY FROM KEY*     1m 4d old  5 of 5

stats: (hidden)

leaving a 5/5 cuz GIA has never done me wrong so i dont want 1 hick up to reflect his legitimacy because he is the man but my last order was a bit weak for GIA's reputation, had to snort almost triple the amount of this new stuff to get where i was with the old. the product wasnt all rocks like stated(half powder half small rock)vendor didnt even address the fact that i was unhappy with my order but w.e this isnt walmart i guess. Either way GIA always come through and even when the product isnt his best its still probly top 2 of anything else on SR

**alias hidden**    *review for: HIGH QUALITY #4 HEROIN ALL ROCK DIRECTLY FROM KEY*     1m 9d old  5 of 5

stats: (hidden)

Three cheers for GIA. Best vendor on SR! Got my product fast, at a killer price, with great customer service. A++++

**A Frend**    *review for: HIGH QUALITY #4 HEROIN ALL ROCK DIRECTLY FROM KEY*   qty: 2   price: ฿1+    3d 19h old  5 of 5

orders  spent  vendors

Yeah!! ALL chunks off the brick as stated, definitely the GOODS, didn't start the day off

HIGH QUALITY #4 HEROIN ALL ROCK DIRECTLY FROM KEY | Sil...          http://silkroadvb5piz3r.onion/silkroad/item/99d2ca5694

| 10+ | B100+ | 10+ | | with it for the most accurate strength rating, but a very small shot cut through the fog admirably, dissolved completely in cool water, weight was on point or maybe 50mg. over, and delivery was speedy - what more could you ask, aside from quantity discounts? Thanks and praises be upon you! |

**alias hidden**

stats: (hidden)

*review for:* HIGH QUALITY #4 HEROIN ALL ROCK DIRECTLY FROM KEY          1m 4d old     5 of 5

Great vendor, there was a mix up with the order but gotsitall took care of everything and fixed the situation. Will order again.

**AKMedSupply2013**

orders  spent  vendors

10+  B100+   10+

*review for:* HIGH QUALITY #4 HEROIN ALL ROCK DIRECTLY FROM KEY          15d 18h old   unrated

*qty: 1    price: ฿1+*

5/5 everytime!! Perfect stealth and perfect dope to match.Got product in less than 24 hours! Thanks again

**radioheadfan5**

orders  spent  vendors

100+  B100+   10+

*review for:* HIGH QUALITY #4 HEROIN ALL ROCK DIRECTLY FROM KEY    *qty: 2    price: ฿1+*   10d 17h old   5 of 5

Very fast shipping, great stealth, awesome product. You can't do better then GiA!

**alias hidden**

stats: (hidden)

*review for:* HIGH QUALITY #4 HEROIN ALL ROCK DIRECTLY FROM KEY          1m 11d old    5 of 5

on point. as always

1 2 3 > Last ›

community forums | wiki | support

UNITED STATES DISTRICT COURT        JUDGE FORREST
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

      - v. -                       :       INDICTMENT
                                    :
ROSS WILLIAM ULBRICHT,              :       14 Cr. CRIM 0 6 8
   a/k/a "Dread Pirate Roberts,"    :
   a/k/a "DPR,"                     :
   a/k/a "Silk Road,"               :

      Defendant.                    :

- - - - - - - - - - - - - - - - - x

ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 0 4 2014

## COUNT ONE
(Narcotics Trafficking Conspiracy)

    The Grand Jury charges:

### BACKGROUND

    1.   In or about January 2011, ROSS WILLIAM ULBRICHT, a/k/a
"Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road," the
defendant, created an underground website known as "Silk Road,"
designed to enable users across the world to buy and sell
illegal drugs and other illicit goods and services anonymously
and outside the reach of law enforcement.

    2.   From in our about January 2011 through in or about
October 2013, when the Silk Road website was shut down by law
enforcement authorities, ROSS WILLIAM ULBRICHT, a/k/a "Dread
Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road," the defendant,
owned and operated Silk Road.  During that time, Silk Road
emerged as the most sophisticated and extensive criminal

marketplace on the Internet.  The website was used by several

thousand drug dealers and other unlawful vendors to distribute

hundreds of kilograms of illegal drugs and other illicit goods

and services to well over a hundred thousand buyers worldwide,

and to launder hundreds of millions of dollars deriving from

these unlawful transactions.

3.   ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts,"

a/k/a "DPR," a/k/a "Silk Road," the defendant, controlled all

aspects of Silk Road, with the assistance of various paid

employees whom he managed and supervised.  Through his ownership

and operation of Silk Road, ULBRICHT reaped commissions worth

tens of millions of dollars, generated from the illicit sales

conducted through the site.

4.   In seeking to protect his criminal enterprise and the

illegal proceeds it generated, ROSS WILLIAM ULBRICHT, a/k/a

"Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road," the

defendant, pursued violent means, including soliciting the

murder-for-hire of several individuals he believed posed a

threat to that enterprise.

STATUTORY ALLEGATIONS

5.   From in or about January 2011, up to and including in

or about October 2013, in the Southern District of New York and

elsewhere, ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts,"

a/k/a "DPR," a/k/a "Silk Road," the defendant, and others known

and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

6.   It was a part and an object of the conspiracy that ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road," the defendant, and others known and unknown, would and did distribute and possess with the intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

7.   It was further a part and an object of the conspiracy that ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road," the defendant, and others known and unknown, would and did deliver, distribute, and dispense controlled substances by means of the Internet, in a manner not authorized by law, and aid and abet such activity, in violation of Title 21, United States Code, Section 841(h).

8.   It was further a part and an object of the conspiracy that ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road," the defendant, would and did knowingly and intentionally use a communication facility in committing and in causing and facilitating the commission of acts constituting a felony under Title 21, United States Code, Sections 841, 846, 952, 960, and 963, in violation of Title 21, United States Code, Section 843(b).

9.    The controlled substances that ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road," the defendant, conspired to distribute and possess with the intent to distribute included, among others, 1 kilogram and more of mixtures and substances containing a detectable amount of heroin, 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, 10 grams and more of mixtures and substances containing a detectable amount of lysergic acid diethylamide (LSD), and 500 grams and more of mixtures and substances containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

<u>Overt Acts</u>

10.   In furtherance of the conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.    In or about January 2011, ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road," the defendant, created the Silk Road website, providing a platform for drug dealers around the world to sell a wide variety of controlled substances via the Internet.

4

b.   On or about March 29, 2013, ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road," the defendant, in connection with operating the Silk Road website, solicited a Silk Road user to execute a murder-for-hire of another Silk Road user, who was threatening to release the identities of thousands of users of the site.

c.   On or about October 1, 2013, ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road," the defendant, logged on as a site administrator to the web server hosting the Silk Road website.

(Title 21, United States Code, Section 846.)

### COUNT TWO
(Continuing Criminal Enterprise)

The Grand Jury further charges:

11.   The allegations contained in paragraphs 1 through 4 of this Indictment are repeated and realleged as if fully set forth herein.

12.   From in or about January 2011, up to and including in or about October 2013, in the Southern District of New York and elsewhere, ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road," the defendant, engaged in a continuing criminal enterprise, in that he knowingly and intentionally violated Title 21, United States Code, Sections 841, 843 and 846, which violations were part of a continuing series of violations of the Controlled Substances Act, Title 21,

United States Code, Section 801, <u>et seq.</u>, undertaken by
ULBRICHT, in concert with at least five other persons with
respect to whom ULBRICHT occupied a position of organizer, a
supervisory position, and a position of management, and from
which such continuing series of violations ULBRICHT obtained
substantial income and resources.

(Title 21, United States Code, Section 848(a).)

<u>**COUNT THREE**</u>
(Computer Hacking Conspiracy)

The Grand Jury further charges:

13.   The allegations contained in paragraphs 1 through 4 of
this Indictment are repeated and realleged as if fully set forth
herein.

14.   In addition to providing a platform for the purchase
and sale of illegal narcotics, the Silk Road website also
provided a platform for the purchase and sale of malicious
software designed for computer hacking, such as password
stealers, keyloggers, and remote access tools.   While in
operation, the Silk Road website regularly offered hundreds of
listings for such products.

<u>STATUTORY ALLEGATIONS</u>

15.   From in or about January 2011, up to and including in
or about October 2013, in the Southern District of New York and
elsewhere, ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts,"
a/k/a "DPR," a/k/a "Silk Road," the defendant, and others known

and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to commit computer hacking in violation of Title 18, United States Code, Section 1030(a)(2).

16.   It was a part and an object of the conspiracy that ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road," the defendant, and others known and unknown, would and did intentionally access computers without authorization, and thereby would and did obtain information from protected computers, for purposes of commercial advantage and private financial gain, and in furtherance of criminal and tortious acts in violation of the Constitution and the laws of the United States, in violation of Title 18, United States Code, Section 1030(a)(2).

(Title 18, United States Code, Section 1030(b).)

**COUNT FOUR**
(Money Laundering Conspiracy)

The Grand Jury further charges:

17.   The allegations contained in paragraphs 1 through 4 and paragraph 14 of this Indictment are repeated and realleged as if fully set forth herein.

18.   ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road," the defendant, designed Silk Road to include a Bitcoin-based payment system that served to facilitate the illegal commerce conducted on the site, including

7

by concealing the identities and locations of the users transmitting and receiving funds through the site.

STATUTORY ALLEGATIONS

19.  From in or about January 2011, up to and including in or about October 2013, in the Southern District of New York and elsewhere, ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road," the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to commit money laundering, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

20.  It was a part and an object of the conspiracy that ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road," the defendant, and others known and unknown, in offenses involving and affecting interstate and foreign commerce, knowing that the property involved in certain financial transactions represented proceeds of some form of unlawful activity, would and did conduct and attempt to conduct such financial transactions, which in fact involved the proceeds of specified unlawful activity, to wit, narcotics trafficking and computer hacking, in violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 1030, respectively, with the intent to promote the carrying on

of such specified unlawful activity, in violation of Title 18,
United States Code, Section 1956(a)(1)(A)(i).

21.  It was further a part and an object of the conspiracy
that ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a
"DPR," a/k/a "Silk Road," the defendant, and others known and
unknown, in offenses involving and affecting interstate and
foreign commerce, knowing that the property involved in certain
financial transactions represented proceeds of some form of
unlawful activity, would and did conduct and attempt to conduct
such financial transactions, which in fact involved the proceeds
of specified unlawful activity, to wit, narcotics trafficking
and computer hacking, in violation of Title 21, United States
Code, Section 846, and Title 18, United States Code, Section
1030, respectively, knowing that the transactions were designed
in whole and in part to conceal and disguise the nature, the
location, the source, the ownership, and the control of the
proceeds of specified unlawful activity, in violation of Title
18, United States Code, Section 1956(a)(1)(B)(i).

(Title 18, United States Code, Section 1956(h).)

<u>FORFEITURE ALLEGATIONS</u>

22.  As a result of committing the controlled substance
offenses alleged in Counts One and Two of this Indictment, ROSS
WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a "DPR,"
a/k/a "Silk Road," the defendant, shall forfeit to the United

States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

23.  As a result of committing the computer hacking offense alleged in Count Three of this Indictment, ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained directly or indirectly as a result of the offense.

24.  As a result of committing the money laundering offense alleged in Count Four of this Indictment, ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a "DPR," a/k/a "Silk Road," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in the offense, or any property traceable to such property.

Substitute Asset Provision

25.   If any of the above-described forfeitable property, as
a result of any act or omission of the defendant:

(1)   cannot be located upon the exercise of due diligence;

(2)   has been transferred or sold to, or deposited with, a
third person;

(3)   has been placed beyond the jurisdiction of the Court;

(4)   has been substantially diminished in value; or

(5)   has been commingled with other property which cannot
be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18,
United States Code, Section 982(b) and Title 21, United States
Code, Section 853(p), to seek forfeiture of any other property
of the defendant up to the value of the above-described
forfeitable property.

(Title 18, United States Code, Sections 981 and 982,
Title 21, United States Code, Section 853;
Title 28, United States Code, Section 2461.)

_____                    _____
FOREPERSON                                   PREET BHARARA
                                             United States Attorney

11

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ROSS WILLIAM ULBRICHT,
a/k/a "Dread Pirate Roberts,"
a/k/a "DPR,"
a/k/a "Silk Road,"

Defendant.

INDICTMENT

14 Cr.

(21 U.S.C. § 846, 848(a);
18 U.S.C. §§ 1030(b) & 1956(h))

_____        _____
Foreperson.                    PREET BHARARA
                               United States Attorney.

2/4/14 - Filed Indictment
ec.      Case assigned to Judge Forrest
                          Judge Kevin N. Fox
                          USMJ.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA                                    :
                                                            :
                    -v-                                     :     14-cr-68 (KBF)
                                                            :
ROSS WILLIAM ULBRICHT,                                      :     OPINION & ORDER
         a/k/a "Dread Pirate Roberts,"                      :
         a/k/a "DPR,"                                       :
         a/k/a "Silk Road,"                                 :
                                                            :
                    Defendant.                              :
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

On February 4, 2014, a Grand Jury sitting in the Southern District of New

York returned Indictment 14 Cr. 68, charging Ross Ulbricht ("the defendant" or

"Ulbricht") on four counts for participation in a narcotics trafficking conspiracy

(Count One), a continuing criminal enterprise ("CCE") (Count Two), a computer

hacking conspiracy (Count Three), and a money laundering conspiracy (Count

Four).  (Indictment, ECF No. 12.)  Pending before the Court is the defendant's

motion to dismiss all counts.  (ECF No. 19.)  For the reasons set forth below, the

Court DENIES the motion in its entirety.[1]

The Government alleges that Ulbricht engaged in narcotics trafficking,

computer hacking, and money laundering conspiracies by designing, launching, and

administering a website called Silk Road ("Silk Road") as an online marketplace for

illicit goods and services.  These allegations raise novel issues as they relate to the

Internet and the defendant's role in the purported conspiracies.

---

[1] This Opinion & Order addresses various issues both as background informing its decision herein
and to preview for the parties a number of issues that are relevant to the trial of this matter.

1