53

XCFAULBAps                         SEALED

1    those facts in a public manner.

2           MR. TURNER:  So, a couple things, your Honor.  First

3    of all --

4           MR. DRATEL:  This is an easy one.  It's yes or no, to

5    me.

6           MR. TURNER:  And that's unclear.  Because if we're

7    talking about, for example, chats that appear in the Silk Road

8    server, we're already given to them those chats.  If we're

9    talking about reports that this man filed where he said he got

10   these log-in credentials for the Flush account, already

11   produced that.  It's under a protective order, as is all of the

12   discovery in the case, so we have to have discussions about

13   what can be revealed.  But, in terms of there being facts that

14   are off limits, all that is evidence that has been produced in

15   discovery and they are free to use it the same way that they

16   would use other evidence.  But it's a different matter just to

17   have allegations publicly aired that a U.S. Attorney's Office

18   somewhere suspects that this person did something, or an

19   investigator suspects they did something.  The underlying facts

20   have been made clear, have been spelled out in the letter, have

21   been in the defendant's possession really all this time.  We

22   just connected the dots based on the investigation.

23          MR. DRATEL:  What facts?  What facts?  The hundred

24   thousand dollars that he got from DPR was where in the

25   discovery?  The fact that he's Al Pacino and the fact that he's

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

XCFAULBAps                    SEALED

1   these other people, where is that in the discovery?  No.  Is

2   that out there now in the public that I can use?  No.  We're

3   not getting that.  This is tactical at this point.  This is

4   completely tactical.  It's designed to keep this information

5   from our use at a trial that's going to come in three weeks, so

6   that they can then publicize it two months down the road, when

7   they indict this guy, and we are prohibited from using it in

8   defense, when it's -- it's just a violation.  The underlying

9   material is *Brady* material and we should have that as well.

10          MR. TURNER:  Just to make clear, your Honor, there is

11  no evidence specifically that this man, Carl Force, received a

12  hundred thousand dollars based on leaking information.  What we

13  have available are chats under the name French Maid, where it

14  appears, based on evidence obtained from Ulbricht's computer,

15  which it had the whole time, that resulted in Ulbricht paying

16  him a hundred thousand dollars for this information.  That's

17  what it says in the log chat -- or, excuse me -- in a log file

18  on Mr. Ulbricht's computer, "paid French Maid a hundred

19  thousand dollars."  That's how we know.  And then what we did,

20  what we did in the letter is explain some of the reasons why

21  Carl Force might be this user.  But it's not like you have a

22  proven fact or a formal charge or something like that.  We've

23  laid out the evidence that the grand jury investigation has

24  uncovered.  We're not hiding the ball here.

25          Again, the whole -- it's all irrelevant.  The murder

XCFAULBAps                     SEALED

1    for hire is being used to show that this defendant had a

2    certain criminal state of mind.  He had knowledge that he was

3    running a criminal enterprise, and an intent to control others

4    in that criminal enterprise.

5         THE COURT:  What if the court, to get around this,

6    Mr. Turner, what if the Court was to preclude the government

7    from using any evidence after January 17, 2013?  What does that

8    do to your case?

9         MR. TURNER:  That would definitely cause problems for

10   our case, your Honor.  For example, if you're talking about the

11   totals of drug transactions that occurred, a lot of those drug

12   transactions occurred after January 2013.  That was the busiest

13   year of the site.  The defendant was arrested after January

14   2013.  There's lots of evidence on his computer that postdates

15   that date.  There is absolutely no evidence that --

16        THE COURT:  How about the murder for hire?  How about

17   the Nob-related murder for hire?  There are six, right?

18        MR. TURNER:  There are six.

19        THE COURT:  What is that one -- just tell me, I want

20   to understand how it impacts -- if that one, if every one

21   having to do with Nob was -- and I think Mr. Dratel had a

22   response to this, as he previewed before, but just tell me the

23   impact.

24        MR. TURNER:  The impact of that would be much more

25   limited, your Honor.  It still would be useful for the

56

XCFAULBAps                    SEALED

1   government to explain sort of the full story of the murders for

2   hire.  But the remaining five murders are relatively separate,

3   and they have all been gone into.  The first murder for hire

4   does show him trying to discipline an employee specifically.

5   So it shows his control over his employees relevant to the

6   continuing enterprise charge.  The remaining five have to do

7   with a user who was trying to blackmail him.  It's still

8   relevant because it shows that he was going to leak information

9   out, the identities of users, and he was trying to prevent

10  that, and retaliating against them for having done so.  So

11  they're relevant, but they are relevant in different ways.

12          Again, I just think in order to establish -- in order

13  to find the government really should not be able to use that

14  Nob evidence is just pure conjecture and speculation that

15  somehow this undercover agent took control of the Silk Road

16  website, notwithstanding all of the evidence we got from the

17  computer at the time of his arrest, where Mr. Ulbricht logged

18  in as the mastermind of Silk Road, logged in as Dread Pirate

19  Roberts, had the Dread Pirate Roberts private key in his

20  computer.  I mean, there are troves of evidence on his computer

21  establishing his identity as the DPR.  So for them just to say,

22  oh, there's this -- you know, somehow this man took control and

23  put all sorts of words into DPR's mouth, that's a very

24  speculative basis to strike that evidence which we think is

25  relevant.

57

XCFAULBAps                    SEALED

1        MR. DRATEL:  Obviously we think it goes to more than

2    that?  We've set forth to the Court we have additional

3    materials involved that we're comparing as we go through

4    government exhibits and other materials going back, looking at

5    things, because this has opened up a whole new avenue of review

6    for us, because it's obfuscation really to say that we knew

7    anything about what we're talking about today until November

8    21.  Because all of that, that's in there, is new, and that's

9    why it's in the letter, because the government knew it was new.

10       THE COURT:  All right.  Does the government object to

11   the fact that the defendant, through counsel, has submitted to

12   the government a letter ex parte --

13       MR. DRATEL:  To the Court.

14       THE COURT:  To the Court -- ex parte a letter which

15   describes his trial strategy relevant to this issue?  Because I

16   need to consider this.  And you haven't said one way or the

17   other whether or not that's a problem for you.

18       MR. HOWARD:  Your Honor, I guess the trouble that we

19   have is, on the one hand, we have no issues theoretically with

20   the defense disclosing certain evidence ex parte to your Honor

21   regarding the trial strategy.  We're in a position where we

22   can't effectively respond to any hypothetical arguments

23   regarding how this material could be both material and

24   exculpatory.  We've set forth our position, how we do not

25   believe it can be, though without even a shred of that we

58

XCFAULBAps                    SEALED

1  cannot effectively respond.

2            THE COURT:  I understand.

3            MR. DRATEL:  But, your Honor, you also -- the standard

4  is not materially exculpatory.  That's for disclosure.  For the

5  purpose of allowing us to use material and keeping it secret,

6  it's not that.  I don't have to -- you know, if I want to put

7  on a witness, I don't have to prove that he's material and

8  exculpatory.  I just have to prove it's relevant.  I just have

9  to establish relevance.

10           THE COURT:  I think the issue is whether or not the

11  disclosure of the information in the November 21st letter needs

12  to be made, needed to have been made in the first instance.

13           MR. DRATEL:  I understand there are two levels.  I'm

14  just saying there are two different levels.  I understand that.

15           THE COURT:  All right.  I have to go back and think

16  about this, again.  And I can't promise you I won't need to

17  talk about it again.  If I do, it will be part of the final

18  pretrial.  I'll do it in a segment that can be carved out.

19           Yes.

20           MR. DRATEL:  Just one other issue that, while we're

21  still sealed, I would like to address -- and I think the

22  government will understand why I want to do it in a sealed

23  context -- is, and I'm sure the Court is aware that, on the

24  Internet, issues about threats against the Court.  And I just

25  want to know, because I know how those issues are handled in

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

59

XCFAULBAps                    SEALED

1    the context of security, whether there is anything that the

2    defense should know with respect to what the Court has been

3    informed that could have an impact on the Court, on the case,

4    in that regard.  It's really because it would be derelict of me

5    not to do so simply because it's something -- we're all human

6    beings and we need to know where we stand.

7            And let me just also say that I don't know whether the

8    Court has been informed, but I've been informed by the

9    government, the government knows Mr. Ulbricht had nothing to do

10   with that, really isn't connected to that.  So it's a court

11   issue.

12           THE COURT:  In any event, let me just say that I

13   personally have treated these reports as nothing more than a

14   lot of people who take issue with rulings of mine.  50 percent

15   of the people often, those who don't obtain the result they

16   want, you know, they often have issues.  And I have had other

17   cases that have been high-profile cases in the past where there

18   are supporters of individuals or groups, sometimes groups, and

19   people state their opinion on the Internet and say things on

20   the Internet that are ill advised.  I have not personally

21   learned of any information that should in any way, Mr. Dratel,

22   cause you to be concerned about the Court's state of mind or

23   whether or not the Court has any view as to any connection of

24   any participant in this case on any side, any issue that's

25   relevant, and actually, I think personally the answer is no.

60

XCFAULBAps                    SEALED

1          MR. DRATEL:  Thank you, your Honor.

2          THE COURT:  All right.  So I really -- that's over and

3     done with.

4          MR. DRATEL:  My practice as well.

5          THE COURT:  All right.  Now, I'm going to think about

6     this particular issue that we've been discussing in terms of

7     the November 21st letter more, obviously.  I'm hamstrung a

8     little bit because you each are disclosing some things but not

9     others.  But I'll figure it out.  And we will come back --

10    we're on for Wednesday?

11         MR. DRATEL:  At 2.

12         THE COURT:  At 2 o'clock.  And I will, unless you hear

13    from me, I'll see you folks then.

14         Anything else that you would like to raise?

15         We will now end the sealed portion of this transcript.

16         THE COURT:  Counsel, is there anything else that you

17    folks would like to raise with me at this time?

18         MR. TURNER:  Could I have one moment, your Honor?

19         THE COURT:  Yes.

20         (Government counsel confer)

21         MR. TURNER:  Can we just go back to the sealed, for a

22    moment, your Honor?

23         THE COURT:  Sure, yes.

24         MR. TURNER:  I guess what would be helpful to the

25    government in this whole discussion is what testimony and what

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

61

XCFAULBAps                    SEALED

1   exhibit do they want to use with respect to Carl Force?  That
2   would make the discussion much more concrete, because, as I've
3   said, the underlying evidence has been in their hands for
4   months.  I understand that they didn't see these issues, and,
5   again, it's not like we knew them months ago either.  But we
6   have connected the dots between those pieces of evidence.  It
7   would just be helpful to know what they want to introduce at
8   trial and how they plan to introduce it.  And then we can have
9   a reasoned, concrete discussion about how it is or is not
10  relevant.
11          MR. DRATEL:  We'll consider what we can reveal, your
12  Honor, in that regard.
13          THE COURT:  All right.  That would be helpful.  The
14  sooner the better.
15          (End of sealed excerpt)
16
17
18
19
20
21
22
23
24
25

APPENDIX CONTINUED
IN FOLLOWING VOLUME