# 15-1815-CR

IN THE

# United States Court of Appeals

FOR THE SECOND CIRCUIT



UNITED STATES OF AMERICA,

*Appellee,*

*v.*

ROSS WILLIAM ULBRICHT, AKA DREAD PIRATE ROBERTS, AKA SILK ROAD,
AKA SEALED DEFENDANT 1, AKA DPR,

*Defendant-Appellant.*

_____

*On Appeal from the United States District Court
for the Southern District of New York (New York City)*

**APPENDIX
VOLUME V OF VI
Pages A1051 to A1313**

MICHAEL A. LEVY
SERRIN A. TURNER
  ASSISTANT UNITED STATES ATTORNEYS
UNITED STATES ATTORNEY'S OFFICE FOR THE
  SOUTHERN DISTRICT OF NEW YORK
*Attorneys for Appellee*
1 Saint Andrew's Plaza
New York, New York 10007
212-637-2346

JOSHUA L. DRATEL, P.C.
*Attorneys for Defendant-Appellant*
29 Broadway, Suite 1412
New York, New York 10006
212-732-0707

## **Table of Contents**

**Page**

### **Volume I**

District Court Docket Entries .................................................................. A1

Sealed Complaint, dated September 27, 2013 ....................................... A48

    Exhibit A to Complaint -
    Printout of Silk Road Anonymous Market Search ................... A81

    Exhibit B to Complaint -
    Printout of Silk Road Anonymous Market High
    Quality #4 Heroin All Rock ...................................................... A83

Indictment, entered February 4, 2014 ................................................... A87

Opinion and Order of the Honorable Katherine B. Forrest,
    dated July 9, 2014 .................................................................... A99

Superseding Indictment, entered August 21, 2014 .............................. A150

Order of the Honorable Katherine B. Forrest,
    dated October 7, 2014 .............................................................. A167

Letter from Joshua L. Dratel to the Honorable
    Katherine B. Forrest, dated October 7, 2014 ......................... A169

Endorsed Letter from Joshua L. Dratel to the Honorable
    Katherine B. Forrest, dated October 8, 2014,
    with Handwritten Notes ........................................................... A172

Letter from Serrin Turner to the Honorable
    Katherine B. Forrest, dated October 8, 2014 ......................... A175

Opinion and Order of the Honorable Katherine B. Forrest,
    dated October 10, 2014 ............................................................ A176

Opinion and Order of the Honorable Katherine B. Forrest,
    dated October 24, 2014 ............................................................ A214

**Table of Contents**
**(Continued)**

**Page**

Excerpts from the Pre-Trial Conference,
    dated December 15, 2014 ............................................................ A224

## Volume II

Opinion and Order of the Honorable Katherine B. Forrest,
    dated January 7, 2015 .................................................... A262

Letter from Serrin Turner to the Honorable
    Katherine B. Forrest, dated January 19, 2015 ............................... A307

        Exhibit A to Letter -
        Printout from Silk Road Anonymous Marketplace ................. A320

        Exhibit B to Letter -
        Email, dated March 18, 2011 ................................................... A321

        Exhibit C to Letter -
        Printout from silkroadmarket.org ............................................ A322

        Exhibit D to Letter -
        Printout from AccessData FTK Imager 3.0.0.1443 ................ A323

        Exhibit E to Letter -
        Various Emails ....................................................................... A324

Letter from Joshua L. Dratel to the Honorable
    Katherine B. Forrest, dated January 19, 2015 ............................... A326

Endorsed Letter from Serrin Turner to the Honorable
    Katherine B. Forrest, dated January 21, 2015 ............................... A334

        Annexed to Letter -
        Highlighted Excerpts of Transcript .......................................... A336

Letter from Serrin Turner to the Honorable
    Katherine B. Forrest, dated January 29, 2015 ............................... A342

**Table of Contents**
**(Continued)**

**Page**

Letter from Lindsay A. Lewis to Serrin Turner and
Timothy T. Howard, dated January 26, 2015 ................................ A349

Annexed to Letter -
*Curriculum Vitae* of Andreas Antonopoulos ........................... A351

Letter from Timothy T. Howard to the Honorable
Katherine B. Forrest, dated January 31, 2015 ............................... A354

Letter from Joshua L. Dratel to Serrin Turner and
Timothy T. Howard, dated January 30, 2015 ................................ A360

Opinion and Order of the Honorable Katherine B. Forrest,
dated February 1, 2015 ................................................. A362

Letter from Joshua L. Dratel to the Honorable
Katherine B. Forrest, dated January 31, 2015 ............................... A380

Letter from Joshua L. Dratel to the Honorable
Katherine B. Forrest, dated February 1, 2015 ............................... A385

Opinion and Order of the Honorable Katherine B. Forrest,
dated January 31, 2015 ................................................. A390

Order of the Honorable Katherine B. Forrest,
dated January 31, 2015 ................................................. A391

Opinion and Order of the Honorable Katherine B. Forrest,
dated January 31, 2015 ................................................. A392

Opinion and Order of the Honorable Katherine B. Forrest,
dated January 31, 2015 ................................................. A394

Letter from Joshua L Dratel to the Honorable
Katherine B. Forrest, dated February 2, 2015 ............................... A395

Letter from Serrin Turner to Joshua L. Dratel,
dated December 29, 2014 ................................................. A397

## **Table of Contents**
## **(Continued)**

**Page**

Annexed to Letter -
Proposed Stipulation ................................................ A399

Excerpts from Trial Transcript, dated January 14, 2015
[pages 121 and 125] ...................................... A402

Excerpts from Trial Transcript, dated January 15, 2015
[pages 347, 509, 531-537, 545-547 and 554-555] ........................ A404

Excerpts from Trial Transcript, dated January 20, 2015
[pages 562, 567-591, 594-614, 619, 642-649, 652,
656-657, 663, 669, 671, 677, 681, 684, 712, 714, 717,
719 and 723-725] ....................................... A418

Excerpts from Trial Transcript, dated January 21, 2015
[pages 780, 844, 873, 890-891, 895 and 1017] ............................ A490

Excerpts from Trial Transcript, dated January 22, 2015
[pages 1011, 1064-1068, 1071-1073, 1084 and 1089] ................. A497

Excerpts from Trial Transcript, dated January 28, 2015
[pages 1314, 1403-1404, 1435-1436 and 1449-1450] .................. A508

### **Volume III**

Excerpts from Trial Transcript, dated January 29, 2015
[pages 1562, 1661-1664, 1669-1677, 1680-1687, 1690-1705,
1733-1734, 1738-1740, 1743 and 1834-1836] ............................ A515

Excerpts from Trial Transcript, dated February 2, 2015
[pages 1843, 1855-1860, 1866-1873 and 1985] ........................... A562

Excerpts from Trial Transcript, dated February 3, 2015
[pages 2050, 2052-2066 and 2084-2097] ...................................... A578

Defendant's Exhibit C -
Conversation from East India Traitor on Forum ........................... A608

**Table of Contents**
**(Continued)**

**Page**

Defendant's Exhibit J -
    Printout from Support.php ............................................................. A624

Excerpts of Notice of Motion for a New Trial,
    dated March 6, 2015 ...................................................................... A628

Memorandum of Law in Support of Motion,
    dated March 6, 2015 ...................................................................... A630

Declaration of Joshua L. Dratel, in Support of Motion,
    dated March 6, 2015 (Omitted Herein)

        Exhibit 1 to Dratel Declaration -
        3500 Material Chart ............................................................. A643

Letter from Serrin Turner to the Honorable
    Katherine B. Forrest, dated March 31, 2015 (Omitted Herein)

        Annexed to Letter -
        (i) Letter from Serrin Turner to the Honorable
        Katherine B. Forrest, dated November 21, 2014,
        with Attachment ........................................................... A649
        (ii) Sealed Order of the Honorable Katherine B. Forrest,
        dated December 12, 2014 ............................................... A657
        (iii) Letter from Timothy T. Howard to the Honorable
        Katherine B. Forrest, dated December 12, 2014 .................... A659
        (iv) Endorsed Letter from Serrin Turner to the Honorable
        Katherine B. Forrest, dated December 17, 2014 .................... A661
        (v) Letter from Timothy T. Howard to the Honorable
        Katherine B. Forrest, dated December 18, 2014 .................... A663
        (vi) Endorsed Letter from Lindsay A. Lewis to the
        Honorable Katherine B. Forrest, dated December 18, 2014 .... A669
        (vii) Redacted Memorandum and Decision of the
        Honorable Katherine B. Forrest, dated December 22, 2014 .... A673
        (viii) Letter from Joshua L. Dratel to the Honorable
        Katherine B. Forrest, dated December 30, 2014 .................... A701
        (ix) Endorsed Letter from Serrin Turner to the Honorable
        Katherine B. Forrest, dated December 31, 2014 .................... A704

# Table of Contents
## (Continued)

**Page**

Annexed to Letter - (cont'd)
(x) Letter from Timothy T. Howard to the
Honorable Katherine B. Forrest, dated February 1, 2015,
with Exhibits ........................................................................... A707

Excerpts from Reply Memorandum of Law, dated April 16, 2015 ...... A722

## Volume IV

Exhibit 1 to Reply Memorandum of Law -
Email from Jared DerYeghiayan to Marc Krickbaum,
dated May 29, 2013, with Attachments .................................... A769

Exhibit 2 to Reply Memorandum of Law -
Various Emails, with Attachments ........................................... A780

Exhibit 3 to Reply Memorandum of Law -
Redacted History of Anand Nathan Athavale ........................ A812

Exhibit 4 to Reply Memorandum of Law -
Immigration and Customs Enforcement (ICE)
Details of Investigation ........................................................... A823

Exhibit 5 to Reply Memorandum of Law -
Email from Jared DerYeghiayan to Phillip Osborn,
dated May 15, 2013 ................................................................. A842

Exhibit 6 to Reply Memorandum of Law -
Redacted Silk Road Investigation Report ............................... A846

Exhibit 7 to Reply Memorandum of Law -
Various Redacted Emails ......................................................... A854

Exhibit 8 to Reply Memorandum of Law -
Statement from East India Traitor on Forum .......................... A857

Exhibit 9 to Reply Memorandum of Law -
Redacted Personal History Information ................................... A874

**Table of Contents**
**(Continued)**

**Page**

Opinion and Order of the Honorable Katherine B. Forrest,
    dated April 27, 2015 ...................................................................... A876

Letter from Serrin Turner to the Honorable Katherine B. Forrest,
    dated April 28, 2015 ...................................................................... A901

Letter from Joshua L. Dratel to the Honorable
    Katherine B. Forrest, dated May 15, 2015 ..................................... A903

Declaration of Lindsay A. Lewis, in Support of Defendant
    Ross Ulbricht's Pre-Sentencing Submission,
    entered May 15, 2015 .................................................................... A916

        Exhibit 11 to Lewis Declaration -
        Declaration of Tim Bingham, dated May 14, 2015 ................. A929

        Exhibit 12 to Lewis Declaration -
        Declaration of Dr. Fernando Caudevilla,
        dated May 14, 2015 .................................................................. A940

        Exhibit 13 to Lewis Declaration -
        Declaration of Dr. Monica J. Barratt,
        dated May 14, 2015 .................................................................. A946

        Exhibit 14 to Lewis Declaration -
        Declaration of Meghan Ralston, dated May 14, 2015 ............. A951

        Exhibit 15 to Lewis Declaration -
        *Curriculum Vitae* of Mark L. Taff, M.D. ............................... A956

Order of the Honorable Katherine B. Forrest,
    dated May 20, 2015 ........................................................................ A971

Letter from Joshua L. Dratel to the Honorable
    Katherine B. Forrest, dated May 22, 2015 ..................................... A973

**Table of Contents**
**(Continued)**

**Page**

**Volume V**

Exhibit 1 to Letter -
Letter from Ross Ulbricht to the Honorable
Katherine B. Forrest ............................................................... A1051

Exhibit 2 to Letter -
Letters in Support of Defendant Ross Ulbricht ...................... A1054

Exhibit 3 to Letter -
Email to Joshua Dratel, dated May 21, 2015 ......................... A1291

Exhibit 4 to Letter -
Various Photographs ............................................................... A1293

**Volume VI**

Government Sentencing Submission, dated May 26, 2015 ................ A1314

Exhibit A to Sentencing Submission -
Fake Identification of Different States ................................... A1332

Exhibit B to Sentencing Submission -
Printout from The Armory ...................................................... A1340

Exhibit C to Sentencing Submission -
Photograph of Computer Printout .......................................... A1344

Exhibit D to Sentencing Submission -
Photograph of Needle and Razor ........................................... A1346

Exhibit E to Sentencing Submission -
Photograph ............................................................................. A1347

Exhibit F to Sentencing Submission -
Photograph of Insulin Syringes ............................................. A1348

Exhibit G to Sentencing Submission -
Text Messages ........................................................................ A1349

**Table of Contents**
**(Continued)**

**Page**

Exhibit H to Sentencing Submission -
Redacted Email from Ross Ulbricht,
dated February 10, 2013 ........................................................... A1351

Exhibit I to Sentencing Submission -
Printouts of the Cost of Drugs ................................................ A1352

Exhibit J to Sentencing Submission -
Printouts of the Cost of Drugs ................................................ A1360

Letter from Serrin Turner to the Honorable
Katherine B. Forrest, dated May 26, 2015 .................................... A1362

Annexed to Letter -
(i) Redacted Letter to the Honorable
Katherine B. Forrest, dated April 20, 2015 ............................. A1363
(ii) Redacted Letter to the Honorable
Katherine B. Forrest, dated April 23, 2015 ............................. A1366
(iii) Redacted Victim Impact Statement,
dated February 2013 ............................................................ A1368
(iv) Redacted Story titled "Our Perfect Life" ........................ A1372
(v) Redacted Statement of Witness, dated April 8, 2015 ........ A1379

Letter from Lindsay A. Lewis to the Honorable
Katherine B. Forrest, dated May 27, 2015 .................................... A1386

Exhibit 1 to Letter -
Weekly Report to DPR ............................................................ A1392

Exhibit 2 to Letter -
Buyer Questionnaire ............................................................... A1397

Exhibit 3 to Letter -
Vendor Questionnaire ............................................................. A1399

Exhibit 4 to Letter -
Dr. X Thread Excerpts ............................................................ A1401

**Table of Contents**
**(Continued)**

**Page**

Letter from Joshua L. Dratel to the Honorable
    Katherine B. Forrest, dated May 28, 2015 .................................... A1414

        Exhibit 5 to Letter -
        Statement from Michael Van Praagh,
        dated May 21, 2015 ................................................. A1428

        Exhibit 6 to Letter -
        Letter from Joseph Ernst to the Honorable
        Katherine B. Forrest ................................................. A1432

Letter from Lindsay A. Lewis to the Honorable
    Katherine B. Forrest, dated May 29, 2015 .................................... A1435

        Exhibit 1 to Letter -
        Excerpt from Torchat Log gx5 ................................. A1436

        Exhibit 2 to Letter -
        Excerpts from Torchat Log tv32 ............................... A1437

Sentencing Hearing, dated May 29, 2015 ............................................ A1447

Judgment of the United States District Court, Southern District
    of New York, entered May 29, 2015, Appealed From ................. A1545

Notice of Appeal, entered June 4, 2015 ............................................... A1554

# EXHIBIT 1

Dear Judge Forrest,

I am writing you this letter in anticipation of my upcoming sentencing. This is a challenging letter to write because, as one who faces punishment, I have a strong incentive to say anything I think might result in leniency. But I have endeavored to be honest and forthright throughout this process, and so I will be in this letter as well.

My incarceration for the past year and half has given me a lot of time to reflect on the actions I took which led to my arrest and conviction, and my motivations for those actions. When I created and began to work on Silk Road I wasn't seeking financial gain. I was, in fact, in fairly good financial shape at the time. I was the head of a startup company, Good Wagon Books, that was growing and had potential. I held two degrees that could land me an excellent job I could fall back on should the company fail. I created Silk Road because I thought the idea for the website itself had value, and that bringing Silk Road into being was the right thing to do. I believed at the time that people should have the right to buy and sell whatever they wanted so long as they weren't hurting anyone else. However, I've learned since then that taking immediate actions on one's beliefs, without taking the necessary time to really think them through, can have disastrous consequences. Silk Road turned out to be a very naive and costly idea that I deeply regret.

Silk Road was supposed to be about giving people the freedom to make their own choices, to pursue their own happiness, however they individually saw fit. What it turned into was, in part, a convenient way for people to satisfy their drug addictions. I do not and never have advocated the abuse of drugs. I learned from Silk Road that when you give people freedom, you don't know what they'll do with it. While I still don't think people should be denied the right to make this decision for themselves, I never sought to create a site that would provide another avenue for people to feed their addictions. Had I been more mature, or more patient, or even more worldly then, I would have done things differently.

I was naive in other ways as well. Before this case, I had never been arrested, let alone jailed. Imprisonment was an abstract concept for me. I knew it was undesirable, but I didn't have a firm grasp on what it would actually be like. I have now learned that the absolute worst aspect is separation from my family and loved ones and the grief it has caused them. If I had realized the impact my creation of Silk Road would ultimately have on the people I care about most, I never would have created Silk Road. I created it for what I believed at the time to be selfless reasons, but in the end it turned out to be a very selfish thing to do.

In creating Silk Road, I ruined my life and destroyed my future. I squandered the enviable upbringing my family provided me, all of the opportunities I have been given, and the ones I have earned, and my talents. I could have done so much more with my life. I see that now, but it is too late. You are charged with sentencing me to at least 20 years. In 20 years I could have made a positive contribution to society, without breaking the law. In 20 years I could have raised a family, and celebrated countless milestones in the lives of my friends, parents and

1

**A1053**

siblings.  I tell you these things because I want you to know that while I miss the comforts and joys of freedom, the most painful loss is the loss of my ability to support the people I care about and to be a daily part of their lives, and to be a productive member of society.  For these reasons, if you find that my conviction warrants a sentence that allows for my eventual release, I will not lose my love for humanity during my years of imprisonment, and upon my release I will do what I can to make up for not being there for the people I love, and to make the world a better place, but within the limits of the law.

As I see it, a life sentence is more similar in nature to a death sentence than it is to a sentence with a finite number of years.  Both condemn you to die in prison, a life sentence just takes longer.  If I do make it out of prison, decades from now, I won't be the same man, and the world won't be the same place.  I certainly won't be the rebellious risk taker I was when I created Silk Road.  In fact, I'll be an old man, at least 50, with the additional wear and tear prison life brings.  I will know firsthand the heavy price of breaking the law and will know better than anyone that it is not worth it.  Even now I understand what a terrible mistake I made.  I've had my youth, and I know you must take away my middle years, but please leave me my old age.  Please leave a small light at the end of the tunnel, an excuse to stay healthy, an excuse to dream of better days ahead, and a chance to redeem myself in the free world before I meet my maker.

Sincerely,

Ross Ulbricht

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA          :              14 Cr. 68 (KBF)

          - against -                        :

ROSS ULBRICHT,                        :

                    Defendant.    :
------------------------------------------------------X


# EXHIBIT 2


LETTERS IN SUPPORT OF DEFENDANT ROSS ULBRICHT


Joshua L. Dratel
JOSHUA L. DRATEL, P.C.
29 Broadway, Suite 1412
New York, New York 10006
(212) 732 - 0707
jdratel@joshuadratel.com

*Attorneys for Defendant Ross Ulbricht*


*– Of Counsel –*

Joshua L. Dratel
Lindsay A. Lewis

**INDEX TO LETTERS**

1.    Lyn Ulbricht, mother

2.    Kirk Ulbricht, father

3.    Cally Ulbricht, sister

4.    Travis Ulbricht, brother

5.    Kim LaCava, aunt

6.    Ann Becket, aunt

7.    Gale LaCava, aunt

8.    Daniel Davis

9.    Leigh LaCava, aunt

10.    Logan Becket, cousin

11.    Thomas Haney

12.    Vicky Cheevers

13.    John Charles Miller

14.    REDACTED

15.    Jeff Crandell, uncle

16.    Allison Cassel

17.    Curtis Rodgers

18.    Alex Becket, cousin

19.    Catharine Becket, step-cousin

20.    Karen Lasher

21.    Rosy Hanby

22.    Hannah Thorton

23.     Barbara Record Emmert-Schiller

24.     Rosalind Haney

25.     Mae Rock-Shane

26.     Dr. Joel R. Meyerson

27.     Joe Gyekis

28.     Christine M. Reitmeyer

29.     Jay Thomas

30.     Peter L. Becket, uncle

31.     Susie Jauregui

32.     Donny Palmertree

33.     Sean Becket, cousin

34.     Windy Smith

35.     Sara Dunn

36.     Michael Harrison

37.     Madeline Norman

38.     Kim Norman

39.     Melanie C. Norman

40.     Maureen Mcnamara

41.     Debbie Tindle

42.     Michael Policelli

43.     Mary Alice Spina

44.     Margaux Paschall-Kolquist

45.     Lyn G. Pierce

46.     Noah Marion

47.     Alden Schiller

48.     René Pinnell

49.     Casey Nelson

50.     Brandon Schaffner

51.     Karen Stieb Arnold

52.     Linda D. Bailey

53.     Capt. James Woodring

54.     Gail Gibbons

55.     Robert Reisinger

56.     Clay Cook

57.     James McFarland

58.     Doug & Valencia Mills

59.     Martha & Herb Ulbricht, grandparents

60.     Timothy O'Leary

61.     J'aime Mitchell

62.     Jenny Keto

63.     Shiloh B. Travis

64.     Brandon Anderson

65.     Michele Desloge

66.     Tyler Smith

67.     Michael J. Haney

68.     Ariana Stern-Luna

69.     Rosa da Silva

70.     Jessica Graves

71.     Ashley Callaghan

72.     Kelly Payne

73.     Suzi Stern

74.     Suzanne Howard

75.     Robert Gold

76.     Jenni Stewart Pittman

77.     Loanne Snavely

78.     Jonathan Rosenberg

79.     Luis Jauregui

80.     Andy Pruter

81.     Timothy A. Losie

82.     Marcia Bracy Yiapan

83.     Rick Hardy

84.     Lindsay Gunter Weeks

85.     Susie Kim

86.     Carla Baccelli

87.     JoJo Marion

88.     George Reinke

89.     Mark North Jauregui

90.     Davit Mirzoyan, fellow inmate in the same unit at MCC

91.     Scott A. Stammers, fellow inmate in the same unit at MCC

**A1059**

92.     Billy Becket, step-cousin

93.     Rachel Barac

94.     Michael Pierce

95.     Aaron Arnold

96.     Austin Tindle

97.     Michael Satterfield, fellow inmate at MDC

# LETTER 1



April 16, 2015

The Honorable Katherine B. Forrest
 United States District Judge
Southern District of New York
 United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I am Ross Ulbricht's mother. I write to entreat you to give my son the shortest possible sentence, which is still very long. I ask this not simply because I love Ross dearly or that his arrest and incarceration have shattered our family. I sincerely ask because I am certain that Ross does not require a severely long sentence to be corrected and learn to abide by the law.  In fact I am confident that if Ross were released today he would obey the law for the rest of his life. He is an intelligent person and a fast learner. He has learned some terribly hard lessons, and learned them well.  He is not someone who would be prone to repeat his behavior in any way. I know he regrets his actions very deeply, not only for the severe consequences he is suffering and the terrible grief and hardship he has caused his family, but for any harm he may have caused others.

Despite his conviction, it is telling that Ross has no prior arrests or offenses. He has lived most of his life well within the law and has never been known to threaten or endanger anyone. There is not a violent or cruel bone in his body. Quite the contrary, he is known to be philanthropic, honest and compassionate. He has never been motivated by greed, money or power. Rather, when he created Silk Road, Ross was a young idealist who was passionate about the concept of personal and economic freedom. He wanted to convince others of the ideas he was caught up in. To that end he created an open, free market website with few restrictions. This was a rebellious act and I don't justify it. Nor would I ever defend Silk Road. I simply ask that you consider his young age and his motivations, which I believe were political and, from his immature view, humanitarian.

We all know that young people can be foolishly reckless and often blind to the destructive ramifications of their choices. They are often influenced by ideas and impulses that, once older and more mature, they would never consider. Parents hope that their children grow past those foolhardy years without hurting themselves or others. In the normal course of events they mature and move on unscathed. In some cases their choices lead to disastrous results. I think this was true in Ross' case. I believe he allowed his rash, youthful idealism and zeal to take him into areas and choices he shouldn't have made, and normally wouldn't have, and it got out of hand. Again, this not to excuse Ross of any crimes he has been convicted of, but to say that, now 31 and chastened by his imprisonment, he has matured and will continue to do so. Growing older and learning hard lessons have a way of doing that.

You had the opportunity to sit across the courtroom from Ross for almost a month. You know that the entire time, even when the devastating verdict was read, he conducted himself with dignity and equilibrium. He was unerringly respectful to the court and the people handling him. This is not an incorrigible criminal. This is someone who is civilized, ready to cooperate and endure what he must in the hopes of returning to society as a law abiding citizen. It is someone who can be corrected within the least amount of time allowed. More than that is far greater than necessary.

My son Ross has been a joy to raise and a blessing to friends, family and strangers. As his mother, he has been a son to be proud of. I have been told countless times of his compassion, integrity and commitment to truth and good deeds. His former housemate tells of how, while out walking with him, Ross suddenly dashed off to help an old homeless woman cross the street. He bought flowers for the flower lady on the corner, because he figured nobody did that for her. When he went to a sophisticated New York party he told me he spent most of it outside talking to a homeless man. It is so typical of Ross to help the helpless, encourage the outcast, reach out to people.

In prison Ross has been a great boon to fellow inmates. Now at MCC, he's tutoring some of them in math and science. He tutored his cellmate for his GED in the evenings after trial. At MDC he led a physics class and a yoga class. His former cellmate (now released) wrote me to say what a positive influence Ross had been on him. An MDC guard took me aside and literally gushed about what a wonderful person Ross is and what an asset he was to the environment there.

Through this ordeal Ross has had the unwavering support of friends and family – the people who actually know him. Many of them, although not wealthy, pledged their homes, life savings and other assets for his bail without hesitation.  Seventeen offered to co-sign the bond. This was because they know Ross is trustworthy and because they love him. A reporter said that he was struggling to find anyone to say anything negative about Ross. Not one person who knows him has reported anything unfavorable about him or anything that would imply violent or criminal behavior.

Despite his recent conviction, Ross Ulbricht is an exceptionally kind, generous, caring and high minded individual. I am not saying he hasn't made grievous mistakes. I am saying that he has already well learned to never repeat them. I am certain that any thinking in Ross that led him to break the law has been corrected. The job of rehabilitation is accomplished. The job of punishment is up to the court. When deciding what this will be, I implore you to consider his fundamental character as conveyed in letters from those who have known him for years, some his entire life. Please also consider Ross' age; his personal history; his repentant attitude; and what he can contribute if allowed to do so.

Even with the shortest possible sentence, Ross will lose what are the most productive, rewarding and important years of his life. I beseech you to make his sentence no longer than necessary and give Ross the chance to rectify his mistakes. Please allow him time to re-join society as a reformed and chastened individual, who still has much to offer to his community.


Sincerely yours,

Lyn Ulbricht

# LETTER 2

April 19, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

     I'm Ross Ulbricht's father.  I was a home builder in Austin Texas for many years.  Before that I worked for a US Industries subsidiary, Diversicon, as a project engineer.  We built freeways in Florida.  Now I own and operate a vacation rental home business in Costa Rica with my wife, Lyn Ulbricht, Ross' mother.

     In my research of the sentencing phase of the judicial process, I have read that judges always want to know "why did the guilty individual commit the crime?".  I believe I know what motivated Ross to do what he did, and I hope I can shed some light on that issue for you.  I also hope to give you a fuller picture of the character of the young man you will be sentencing.

     Ross has always been a thoughtful and inquisitive person.  When he was a toddler, we noticed that he was never the type of child who would do foolish things, like running out into the street.  He was measured in his actions, and mindful of their consequences.  At first he seemed timid to me, but then I came to understand that he was thoughtful beyond his years.

     As his character developed, he became what I can only describe as a "good" child.  He was never in trouble in school.  He was always obedient and willing to help at home.  He was unselfish and kind to other kids.

     Ross is an Eagle Scout, and so am I.  There was an incident while he was a boy scout which illuminates Ross character.  One of the kids in the troop was almost completely blind.  He could only see dim shapes, and walked with a cane with the help of someone at his arm.  He was being mainstreamed in school and in scouts.  He and his parents wanted him to do everything the other kids did, and he was able to do almost everything, as long as he had another person at his side.  There were a few of the kids who were always helping out as his companion.  Ross was one of them, even though Ross was younger.

     When our troop went to Philmont Scout Ranch for summer camp in the Pecos Wilderness, the blind boy, I'll call him Bill, went with us.  Bill's dad came too.  The challenge was for the 25 boys and five adults to hike 50 miles of rough Rocky Mountain trails, carrying all their food and camping gear for six days on their backs.  Since Bill couldn't see the ground except vaguely, and he had a 30-pound pack, he was at a severe disadvantage.  Even though he had a scout in front of him and his dad behind, on the first day he fell down hard five times.  We all loved Bill and his dad, and wanted him to succeed, but that night I was sure he would have to give up.

     The next day, some other scouts joined him as his trail companions.  The boys would rotate in and out of being Bill's trail companion several times a day.  It meant leaving early, arriving late, and hiking at Bills slow pace instead of hiking with the leaders of the main group, but there was a group of five boys who did it.  Ross was one of them.  Bill never made it through a day without falling at least twice, but he never gave up.  His trail mates kept him from any more bad falls after the first day.

     As we were walking into base camp on the sixth day, I walked a few hundred yards in front of

page 2

Bill, so he couldn't hear me kicking the loose rocks off the trail in front of him.  Ross joined me, and we walked along kicking rocks aside with tears of pride and joy falling down our faces.  Bill was going to complete the hike with the rest of his buddies.  At the closing campfire that night, our troop's scoutmaster got up to tell of Bill's accomplishment.  During the week, word of what was happening in our troop had spread throughout the other 500 scouts who were on their own difficult 50-mile hikes.  When the whole group stood and roared out their approval of Bill's accomplishment there wasn't a dry eye in the crowd.  Ross never got or sought any particular praise for his part in Bill's triumph, but that's the kind of guy he is, compassionate and selfless.

Ross did well in math and science in high school, and earned a full scholarship to the University of Texas.  He majored in physics, and worked on the development of new materials for use in solar cells.   When he graduated from UT with a Bachelor's in physics, he had earned a full scholarship to Penn State.  While there, he continued to work on the development of new thin film materials with novel uses, and got his Masters degree in Material Science.

During his college years, Ross had developed a strong desire to use his talents to make a positive difference in the world.  He rightly felt that he had the potential to do something good for mankind.  He was offered a scholarship to continue his work on thin film materials at Cornell University while seeking a PhD.

Ross was at a significant turning point in his life.  Along the way, he had become more interested in economic theory and free markets than he was in material science.   He felt that a move to Cornell and a PhD in Material Science would take him away from economics and leave him with limited employment opportunities.  Material Science PhD's have one principle job opportunity, to work in academia.  He chose to become an entrepreneur, and planned to market a couple of ideas he had developed.

The first idea was to solicit donations of unwanted books that people typically have on their shelves.  Ross formed a company with another budding entrepreneur to collect and then sell these books.  Ten percent of profits would go to charity.  Books would also be donated to prison libraries.  The company operated at a small profit.  When the entire stock of over 20,000 books on interconnecting shelving tragically collapsed, the venture was abandoned and sold.

While in college, Ross had played several mass-participant internet games.  Some of these games have millions of clients and are complex enough to include virtual economies.  Ross had noticed that these virtual economies did not function properly and were a bone of contention with the game participants.  He had an idea that he could fix this problem by using a free market based economic model.  He proceeded to create a program which would change the economy of some of the biggest internet virtual games from a Keynesian to an Austrian economic model.  This was a large undertaking, and consumed Ross' energy for a couple of years.  The result was a plug in type generic program that could be inserted into an existing mass-participant virtual reality game.  The object was to show the games' owners how a free market economy would make the game more exciting, compelling, and end the persistent problems.

Then he began to look for a buyer for his product.  Unfortunately, Ross was never able to convince any of the major game operators that the added value of his economic program would be worth the effort and expense to change the existing games' entire economy.   He came close, but in the end his efforts came to naught.   Interestingly, today, the most successful of those games use free market economic models, exactly as Ross had envisioned.

And so, Judge Forrest, given the frustration of the book business, and failed attempt to market his game economy program, plus his drive to succeed, the stage was set for the creation of the Silk Road. With some readily available information about bitcoin and the Tor Network, Ross was able to shift from a program that ran the economy of a virtual game to a program that ran a free market on the

page 3

internet.

It was a terrible decision.  I would give anything I have to be able to go back in time and have the opportunity to counsel Ross on the inevitable outcome of his decision.  Please Judge Forrest, consider that he was only 26 when he started the project to create Silk Road.  He was a young idealistic man who was driven to succeed and to do good works.  When he was in his early twenties he was either in college doing theoretical work for the betterment of mankind or working a book-selling business with a significant charitable component.  His study of economic theory was done with the intention of using his knowledge to better the common condition of all of us.  His idealism led him to implement a free market website.  His naiveté and the folly of youth blinded him to the consequences.

The Silk Road was created in the hopes that something good would come of it.  As history has shown, it quickly spiraled out of control.  I know Ross regrets the decision to launch and operate the website.  He has told me that in our visits to him in prison.  I have seen a very pronounced change in his attitude toward life in general, and in particular to the law, and the consequences of breaking the law.  He is a very different person now than he was before his arrest.  The experience of a year and a half in prison has matured him more than 15 years of life on the outside would have.

Judge Forrest, please consider that the illegal aspects of Ross' Silk Road experiment represents a complete departure from the trajectory of his life.  Please consider that Ross shared an old house and lived like a grad student when he was arrested.  He didn't start the Silk Road out of greed.  Money was never a motivating factor for him.  He did it because he had an idealistic vision of freedom for all of us.  Just as the French Revolution was born of an idealistic idea of freedom, and then became a nightmare that consumed its founders, so reads the story of the Silk Road.

Please consider the potential that Ross still has to contribute to society.  His desire to contribute still exists.  It is tempered with a respect for the law that this experience has added to his character.  He can still be a good citizen of the United States.  He can still be a contributor to the benefit of us all.  Please give him the shortest sentence possible.  His life as well as his potential to contribute is in your hands.

Respectfully,

Kirk Ulbricht

# LETTER 3

A1069

April 21, 2015

The Honorable Katherine B. Forrest
 United States District Judge
Southern District of New York,
United States Courthouse
500 Pearl Street, New York, New York 10007

Dear Judge Forrest,

I am Ross' sister and I work for a medical equipment company as a Territory Sales Manager in Sydney, Australia. I'm writing on behalf of my brother, to beg you to apply the minimum sentence, which in itself will be most of his productive life. Through visits and phone conversations I can tell my brother is already a changed man. I truly believe he was idealistic, with an unrealistic view of how the world works. He felt he was offering an opportunity that had never existed before. His mindset and ideals have drastically shifted, as he has had time to think about his actions in the past 19 months. He is truly sorry, and I know will never go against the law again.

Our family is extremely close, and Ross is seeing the suffering this is causing us. Many friends and family travelled across country, and I from Australia, to support Ross through the trial. He would never intentionally hurt us, and I know he would do anything to reverse what he did. Please give him a chance to have at least some life once this nightmare ends.

Following are examples of who my brother is as a person, and why I implore you to apply the least amount of years to his sentence.

**Compassion:** Growing up we always had pets: dogs, cats, fish, hamsters. If stray dogs appeared in the neighbourhood, Ross and I would always take them in, care for them and find their owners. More than one unwanted dog became beloved family pets.

**Accepting:** Ross' qualities of empathy and compassion have extended to people throughout his life. He has always accepted everyone, no matter their race, station in life or status. One example is his membership in an African drum group in grad school. He was the only white person in the group, but he was instantly welcomed. That is because Ross sees people for who they are, not what's on the outside. He cares about people and wants to help improve their lives, be it through music, philosophy discussions or acts of kindness. Even as a child Ross especially felt for the underdogs, the kids who did not have many friends. His sympathetic nature reached out to them, so they felt wanted and part of the group. This continued into adulthood.

**Caring and considerate:** Ross' gentle nature as a child only blossomed when he was older. Several of his girlfriends (whom I have met) have told me what a gentleman Ross is, bringing flowers and chocolates, always opening doors for them. One time, when we were out with our cousins, it was relentlessly raining and we were stranded, waiting to get the car. Without a word Ross dashed out and ran through the rainstorm to get the car, getting soaked to the bone. Ross is a gentleman through and through.

A recent example of his generosity and caring occurred at MCC when, after exhausting days at trial, Ross tutored his cell mate in the evenings to help him pass his GED. He is the man other inmates come to when they've placed a bet, to measure their opponent's push-ups and ensure the other person does not cheat. Ross is known to be an honest man, even in jail.

A prison guard at MDC went out of her way to tell my parents what a wonderful man she thinks Ross is. During visiting hours, another inmate told my mother that Ross "is a good man and I'm watching out for him." Even in the lowest and worst situations, my brother focuses on the positive and aims to make the environment around him a better space. He will continue to do this once out of prison, too. He was raised to be a kind and sweet man. He would never intentionally hurt anyone. I know people can change, but I don't believe their core values do.

**Positive upbringing:** We grew up in a very peaceful, loving household, with no computer/video games or cable TV. Instead we played with neighborhood friends, making-up games, climbing trees, riding bikes. Ross was always such an easy-going child that he would befriend everyone and we had a great group of friends. We are still in touch with them, and you will receive several letters attesting to Ross' character from them as well.

**Team player:** Growing-up Ross was a boy scout and achieved Eagle. Becoming an Eagle Scout is not an easy task. To that end he gave up personal time, which is very important to high school students. This shows that even then he was committed to learning, growing and spending time with our father. When most young men are testing their masculinity, Ross was never in any fights in or out of school. He learned how to take care of himself in a peaceful manner. My father and Ross spent many camping trips and weekends with the troop. Unfortunately, many boys are not lucky enough to spend so much time with their fathers, learning about survival but also learning how to be a good man. He also grew up being part of a soccer team, which teaches you how to work together, how to take care of your teammates and be a part of a community.

**Philanthropic:** We were raised in an entrepreneurial household, and after grad school Ross created a business that also gave back. In addition to other charities, Good Wagon Books ironically supported libraries in jails to help give prisoners an opportunity to learn. Ross worked hard at this company and wanted it to succeed to continue to help the community.

**Humble:** My brother is a brilliant man, but you would never know it meeting him. He won scholarships to put himself through both undergrad and graduate school, in physics and material science. Yet Ross is down to earth and easy to talk to, never condescending to anyone. Again, he gets along with everyone. He's social and has many friends, all of whom vouch for his character and have stood by him through this ordeal.

**Frugal:** We were raised in a middle-class, safe, nice neighbourhood and home. We were taught to always pay your debts and never spend beyond your means. Once he left home, my brother wore the same clothes that were handed down from his older cousins for years. He cooked at home, his favorite dish being sausages with frozen veggies. He has always been happy with a simple life.

**Open-minded:** Ross is always open to hearing other points of view, another person's feelings and opinions. He truly listens and takes it in. He would express his viewpoint as well, but he was always respectful. It was

sure to be an enlightening discussion because Ross is so smart, yet open to hearing what other people have to say.

**Spiritual:** Ross has become more religious since his arrest. In the past, because he thinks scientifically, unless God's existence could be proven he expressed doubt, although was always respectful of others' religious beliefs. I believe this experience has humbled Ross. He now prays to God, asking for forgiveness, guidance and mercy. He is truly repentant.

My brother is a good man. His criminal convictions do not represent who Ross truly is. I respectfully and eagerly request that you give Ross the shortest sentence possible. Please leave him some time to live as a reformed man with his family and loved ones.   Please allow him to come back to his family and be a part of our lives again.


Sincerely,

Cally Ulbricht

# LETTER 4

March 29, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York, U S Courthouse
500 Pearl Street, New York, NY 10007

Dear Judge Forrest,

My name is Travis Ulbricht, I am Ross Ulbricht's older brother. I am currently semi-retired from running a business in the information technology field, and live in Sacramento, California. I have known Ross his whole life, although we were raised apart as we have different mothers. I think I can speak to his character and give you an idea of who he is as a person.

I have known Ross to be a bright, curious, hardworking, family loving young man who more often than not put others before himself. He is also a thinker, giving much of his life to thinking about philosophical questions regarding the relationship of human beings with society and freedom in general. One was always assured a stimulating conversation when speaking with Ross. You were also always assured of being listened to and your ideas respected as well.

As Ross's older brother I had the opportunity to watch him make some impressive choices growing up. Ross followed our Dad in becoming an Eagle Scout. This is not an easy task for a teen while many of his peers were "partying." Instead Ross gave up much of that time to finishing what he had started and became an Eagle Scout before graduating high school.

Ross also was a gifted student, with a near perfect math score on the SAT. He was accepted at a good engineering program at UT Dallas with a full scholarship and eventually completed his Masters at Penn State.

Ross also did something I would not have imagined in college. At a young age he purchased a multi-bedroom home and spent a considerable time doing all the repairs necessary to then rent it to fellow students. In all my college years I can't recall anyone doing anything that "adult" and constructive.

While it's hard to sum up a person's life, there is something I heard about Ross that really "fits" who he truly is. Ross started up a yoga group in jail, to help ease the stress of his fellow inmates, and of himself as well. I had never heard of anyone ever doing that in jail. Jail is not a place where one wants to stand out. I believe Ross started the yoga group there because it was a bit of good that he could do in his surroundings and for the people around him.

That gesture of compassion is who my brother is. It is how he has been in most situations in his life. He is always looking for how he might improve the world and the lives of those around him, even if it's in a small way.

How you are known is often by the little things. The fires you don't stoke, the peace you make during upsets, the helping hand that wasn't asked for, the small kindnesses. While there are many things that I am proud of about Ross, it's not one specific thing that means the most to me. People like Ross add little things to every moment you're with them, which adds up to so much more. For instance, no one would have missed the yoga group if it hadn't been in the jail. But because it was, I imagine it helped a number of people who were hurting. That's who Ross is.

I have accepted that Ross will spend time in prison, and more important I know Ross has accepted it as well. When I think about what he faces I feel afraid for him. When I think of the men in prison they stand in stark contrast to who Ross is. Ross has no tattoos, no tear drops on his cheeks, no spider webs on his elbows. No scars given to him by anyone in anger, or by himself. Ross is not dark, brooding, violent or angry at the world. Ross has never been a cynic. He has no priors, so no recidivism. Rather, Ross is an idealist, a thinker, philosophically minded and peaceful. A lover of nature.

My hope for Ross is that the good he has in him to give the world is not torn from him during his experience in prison; that the parts that would seek truth, be curious and helpful would not be crushed into nonexistence. I hope that, after the punishment phase, he has the possibility of a future where his natural inclination to help could be of benefit. I have no doubt he would do what he could to help others if he were given a chance. That is simply who I know Ross to be.

The world is a rapidly changing place where so many things are digital and open. Much like children, people are exploring where the boundaries and cliffs are, what this new technological world means for our society. For many young people it's like finding fire for the first time and reaching out to touch it. Many will be burned. But they are young and not yet wise. Please your honor, take Ross' young age and youthful tendencies into account.

What I hope, and what I so humbly ask of you, is to please consider giving Ross a sentence that would give him a chance to still have a positive impact on the world in his future. It would be such a loss to not have his intelligence and light in the world.

Thank you for your time and letting me express the love I have for my brother with you.

Sincerely,

Travis Ulbricht

# LETTER 5



The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I am writing you on behalf of Ross Ulbricht who stood trial before you earlier this year. I attended much of the trial, traveling twice from Virginia, taking time off work (without pay) to do so. It was important to me that Ross saw support and didn't face trial alone.

I am a graphic artist and have worked with an educational company for over 15 years producing digital coursework for college aged students. I am also Ross's aunt and share a very close relationship with him, even considering him a second son. I've known Ross all his life. I pledged my life savings for his bail, something that would have been a hardship for me as a single mother. I would do it again without hesitation because of my strong belief in Ross.

While I understand Ross has been convicted of serious crimes, life is more complex than simple verdicts. These crimes do not reflect who he really is.  Ross is a person who holds high standards and can be trusted more than the average person. He actually holds truth, and telling the truth, as an ideal and a challenge.

I have shared countless personal moments with Ross as well as seen him interact with others through all stages of his life. He has always been an exceptionally sweet, thoughtful and peaceful person. I can't remember seeing him lose his temper. As a young adult, he grew into someone I knew I could trust and count on. In fact, while I was going through some personal hardship in my life, I called on Ross to help me on more than one occasion. He offered me a place to stay more than once. He also helped me move during a scorching hot time in Austin. Ross was busy but knew I needed help and he cheerfully showed up, as I've seen him do so often for others. There were also a few months when he needed to a place to live and I welcomed him, without reservation, to live with me for as long as he needed. It was a fine and pleasant experience and I would do it again now, without hesitation.

I also have interacted with Ross in family and social contexts over the years, and he is always a positive contributor to any event. I have consistently been impressed with his outlook and determination to look towards the social good in a larger picture. An attitude like this isn't luck but is consciously cultivated, which isn't always easy. It is something we all aspire to. I still correspond, speak, and visit with Ross and see this attitude even now under such difficult conditions.

I realize youthful ideals can sometimes push serious boundaries and I believe this is what was behind Ross' actions. Fresh from graduate school, I know he was thinking about how he could impact the world for good. A lofty goal. Freedom coupled with his free market ideals interested him. He was very idealistic. I actually had vigorous debates with him about pure ideals vs. ideals within existing parameters, and I know he thought

about things carefully. However, youthful ideals don't always consider far reaching outcomes and consequences. This comes with time and maturity for most of us. I believe in another scenario Ross would have found this hard reality with less impactful consequences.

Despite the tragic, unforeseen consequences of Ross' actions, I know that these crimes do not reflect who Ross is. He made a terrible mistake, one that he would never repeat. Ross is contemplative and I know that this experience has caused reflection and change. Wherever Ross goes, in or out of prison, I am certain from my intimate and long experience with him, that Ross will not cause any problems, will be no danger to anyone and, as he has so often demonstrated, will contribute to others.

I am saddened by the turn Ross' life has taken, but in particular that there is so much good that will be lost to society in general, not only from him directly but the support he gives others. I only hope he can retain some of his desire to help others during this experience and not become hardened. That would be a loss for all of us.  I know there are still many positive contributions that Ross can make.

Please consider Ross' peaceful nature and prior record when sentencing him. I respectfully ask for as short a sentence as possible—one that will allow this young man to return to and still contribute to society.

Sincerely,

Kim LaCava

# LETTER 6

*Ann Becket*



March 10, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest:

I am writing you on behalf of my nephew, Ross William Ulbricht.

I have known Ross his entire life and he is one of the most outstanding young men it is my privilege to know. While I understand he has been convicted of several crimes, these do not represent who Ross really is or the positive things he is capable of achieving. The man I know possesses many fine qualities too often found in short supply these days. Ross is a humble, modest individual who is considerate of others and is deeply loyal and caring about his friends and family. The one quality that stands out the most is his integrity. I know Ross would never deliberately hurt or cheat another human being (or animal for that matter). An Eagle Scout, Ross internalized the virtues of honor, discipline and hard work at a young age and in a lifetime of knowing Ross, I have never heard him make a mean or disparaging remark about another person. Rather, Ross is a warm, funny, easy going and affectionate individual who doesn't have a selfish bone in his body.

You are probably unaware that Ross has been tutoring other inmates while in prison. Even during the most difficult week of his life when, understandably, Ross might be preoccupied with his own troubles, Ross returned daily to his cell from his trial and tutored his cellmate who was studying for his GED.

One of his friends told me how, once, while out walking they passed a woman selling flowers. Ross stopped and bought a flower and then turned around and gave it to the flower seller. Confused, his friend asked Ross why he did such a thing. Ross replied, "People are always buying flowers *from* her, but I wonder how often someone buys a flower *for* her." That sums up perfectly the essence of my nephew.

Another friend related to me how Ross asked her to take a Valentine's Day present to the girlfriend of someone he had befriended in prison. She asked him why. Ross told her, "So that she knows there is someone who loves her." When Ross heard the verdict of the jury, his first response was to turn and comfort his family, whispering to us that he would be ok. Ross is an extraordinary individual who is

always thinking of and putting others first.  As a prison guard at MDC Brooklyn told my sister during one of her weekly visits to Ross said, "I can't tell you how highly I think of your son."

I appeal to you to allow Ross to return to society, his family and community as soon as is possible. The fact that Ross spent a great deal of his adult life in the world of academic ideas and theories may have contributed to his naïve idealism.  Ross has so much to contribute and could have a far greater and positive impact on society if he is spared a long sentence.

Please feel free to contact me if you have any questions.

Thank you for your consideration.

Sincerely yours,

Ann Becket

# LETTER 7

March 10 2015

The Honorable Katherine B. Forrest
United States District Judge, Southern District of New York
United States Courthouse, 500 Pearl Street
New York, New York 10007

Dear Judge Forrest:

I am the Marketing Principal in an Interior Architecture firm in New York.  I am also
Ross Ulbricht's aunt and have known him all his life.  I wish to convey to you the nature
of the man I have known since he was a baby.

The criminal conduct Ross has been convicted of does not represent who he is as a
person, or the many outstanding things he is capable of achieving.  One would be hard
pressed to find a kinder, more gentle and compassionate soul than Ross.  Although Ross
has now been convicted of a crime, my faith in him remains as strong as when I pledged
my life savings towards his bail.

Particular and outstanding values that Ross embodies are integrity, honor and honesty. In
addition to his relaxed and non-judgmental approach to life, this is a young man who
embodies great sensitivity, fair play, and a gregarious nature filled with good humor. He
is, and always has been, a sweet, considerate and funny guy with high ideals and love of
life, family and friends. This is the Ross I know and have always known.

Ross is ever quick to make the first move in smoothing out difficulties -- both in family
squabbles or misunderstandings, and among peers and associates.  As an example, I recall
having an argument with Ross and his cousin. Both were in their twenties at the time, the
perfect age for young men to think they know the answers to everything. We argued and
ended the conversation with a slightly tense air.  Within 15 minutes, Ross came up to me
to apologize and admit his folly.  It is a rare twenty year old who does that.

Ross is a man who embodies great potential for positive contribution to all who know
him and society at large if he is spared a long sentence. I ask you to seriously consider the
assessment of those of us who know Ross well, who have knowledge and experience of
him, and consider it an honor to call him family and friend.

Thank you for your consideration.

Sincerely,

Gale La Cava

# LETTER 8



March 27, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007


Dear Judge Forrest,

I am writing as a friend of Ross Ulbricht. I have known Ross for nearly 20 years through middle school, high school, and in our adult lives. I consider him to be one of my oldest and closest friends. In that time I have known him to be a kind, forthright, generous and caring person.

Ross and I have travelled together, gone backpacking, and he even organized my surprise bachelor party when I got married three years ago. Ross is someone whom I call a dear friend. I gave testimony to this effect as a character witness on Ross's behalf during his trial in February.

When we were 18, Ross and I and another friend went to Big Bend National Park on a backpacking trip. Ross was our cross-country navigator and despite dehydration, harsh conditions, and long miles, he persevered and managed to find a safe route for us across a long stretch of desert. On this trip, and other adventures since, Ross has been a dedicated, honest, caring companion and I will always be proud to call him my friend.

A little about myself: I am 30 years old, and have been married for three years. My wife and I just had our first child. We live in Austin, Texas where we recently purchased our first home. I have worked for the City of Austin for seven years as a GIS Analyst. My wife teaches at a university near Austin. My wife and I are in all regards typical, ordinary, law-abiding people. I stress this point because I want to make clear that I have respect for the rule of law and due process.

I am familiar with the charges that were brought against Ross, and I am aware that he was found guilty by the jury. I understand that these are very serious charges, however I believe that a sentence that would allow Ross to return to his family and his community as soon as possible is most appropriate in this case. Ross does not have a previous history of criminal behavior. As a consistently peaceful and non-violent person, I feel that Ross does not pose a threat to the public, and that the likelihood of his committing any criminal acts in the future is nonexistent. Additionally, I feel that a long sentence would do grievous harm to Ross via the

demoralizing and dehumanizing effects of prison, and that in this case, given the lack of prior criminal history, this punishment is not the best course.

Please consider the full circumstances of Ross's life and situation when assessing the sentence in this case. Please consider that Ross is well loved by his community and family, and that in my opinion his probability of recidivism is zero.

Thank you for your attention to this matter.

Sincerely,

Daniel Davis

# LETTER 9

March 25, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I am Ross Ulbricht's aunt. I have known Ross since he was born. I am writing this letter to give you insight into Ross as a human being and shed light on his true nature.

Ross grew up in a loving family, raised by parents who instilled in him high morals and values – qualities that shaped who he fundamentally is, an honorable, kind and caring person. I trust Ross completely. So much so that my husband and I pledged our house toward his bail. I would never have considered jeopardizing the roof over our heads if I didn't think Ross was completely trustworthy. I am aware that Ross has been convicted of crimes, but he is fundamentally honest, peaceful and a danger to no one.

Rather, Ross is an outstanding person, gentle and compassionate. He has a deep love for family and friends. He is a person one can count on in time of need. He is a fun loving, happy go lucky person who loves life. All those who have had the good fortune to know Ross, have been positively touched by him.

One example of Ross' compassion and caring occurred a few years ago when our family had a reunion in Cape Code, MA. I flew in from California with my daughter Ava, who at the time was 9 years old, much younger than her adult cousins. The age difference caused her to feel left out, so Ava was spending most of her time alone in her room not participating with the others.

Ross became aware of this and went out of his way to spend time with Ava and help her feel comfortable. He made it a point to get to know her. He took her sailing and swimming and Ava was thrilled to have the attention. It warmed my heart to see Ross take this time with his much younger cousin and make the extra effort while her other cousins were too busy. Ross is known for his big heart, and this is just one example. Not all young men are sensitive enough to take the time to make their younger cousin feel part of the group. It was wonderful to see and just one of many times Ross has demonstrated sensitivity and compassion toward others.

I ask when you are considering Ross's sentence to take into account his outstanding character. He still has so much to give. Even with the shortest possible sentence, Ross will be severely punished. Please give him the chance to have some life at the end of that time.

Thank you.

Sincerely,

Leigh LaCava

# LETTER 10



March 23, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I am Ross Ulbricht's first cousin and I write to share with you some thoughts on Ross from the perspective of someone who has known him for his entire life. In fact, I was there on the day of his birth and I still remember it vividly, despite only being four at the time. Since then it has been my privilege to spend many other days with Ross doing everything from hiking to skiing to playing board games and engaging in countless other activities that I look back on so fondly. In fact, every memory that I have of Ross is accented by the fact that he has a spark; a passion for life and an adventurous spirit.

Ross is undeniably a man of exemplary character. I have known this all his life, but am reminded of it by a simple act of kindness that Ross demonstrated in May, 2013. After an event, he, I and our cousins found ourselves trapped under an awning in the midst of an extreme downpour. We assumed we would be stranded for a considerable time, lest we become thoroughly soaked. As the driver, I felt a sense of obligation to rescue us by making a dash for the car, but given our distance I opted for the relative dryness of our existing location. I sensed that I was disappointing the group, but I also wasn't prepared to be drenched. Without hesitation or prompting, Ross requested the keys and simply strolled out into the tempest.

Not one other person took it upon himself to sacrifice his comfort. So, if it is truly the little things that define a man's character, then it is clear that Ross is among a rare class of people who value others more than themselves.

What truly makes Ross an astonishing person is the fact that he has an abundance of compassion. Again in May 2013 we spent an evening engaged in a rather deep, philosophical conversation that stretched late into the night. I remember asking Ross what he thought the purpose of life was. Specifically, I asked what he would do with his time if money was no object. I was struck—although perhaps I should not have been given what I know of his character—that his response was completely consistent with how he was already living his life. He expressed that money is "useful" because it affords resources and with those resources you can achieve amazing things to help

further the greater good. Useful... I remember his choice of the word distinctly because there was a tone in his voice that made it clear that money is ultimately inconsequential. All that Ross cared about was how his life might be used to serve humanity.

And that question—the question of how Ross will be able to use his life to serve humanity—is one that you are in a unique position to answer. I believe that Ross' crime is not a reflection of his true character, but rather the result of ignorance and idealism. Ross has an astounding intellect and a warm heart and that heart has been profoundly humbled by what I can only describe as a tragic series of choices that have real-life consequences. I know that he is deeply sorry, not only for his actions, but for the hurt that this has caused his loved ones and for the opportunity cost of a lifetime that I'm sure he fears is at risk of being wasted.

When determining Ross' sentence, I humbly implore you to consider what I, and I'm sure many others, have shared. I offer no excuse for his crimes, but I know unequivocally that humanity will be better served by a man like Ross being free than it would by his being behind bars. I ask that you would extend Ross the compassion that I have witnessed in him so many times and impose a sentence that ultimately allows him to return to society.


Sincerely,

Logan Becket

# LETTER 11

March 8, 2015

The Honorable Katherine B Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Thomas Haney. I met you briefly at Ross Ulbricht's trial about a month ago when I spoke about his character.  I work summers in Montana as a U.S. Forest Service Smokejumper, and winters in Virginia in oyster and clam aquaculture.

I'm writing you today on behalf of my friend Ross, to ask that you be as lenient as possible with his sentencing.  I've known Ross since we were in high school, and have had many great experiences with him over the years. During our friendship I've always been struck by his kindness, openness, intelligence, and general love of life. Ross is absolutely one of the most unique people I've met, and is someone who I strongly believe deserves leniency.

The entire time I've known Ross he has been a positive and uplifting presence and influence on the people around him, and I'm sure he will continue to be so wherever he finds himself.  I can think of several times when something in life was really bothering me, and though I didn't feel comfortable talking about it with many of the people closest to me, I could always talk to Ross. This is because I knew without a doubt that I could trust him, and that he always wanted the best for me.

Please leave open the possibility that Ross can live life freely again, because freedom and life were two things that were never wasted on him.

Thanks for your time,

Thomas Haney

# LETTER 12



21 March 2015

The Honourable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest

My name is Vicky Cheevers and I am a marketing professional based in the UK.  I write with regards to Ross Ulbricht.

I have known Ross since January 2012 - we were introduced via a good friend of mine - his sister, Cally - at a house party in Bondi, Sydney.

I immediately formed a friendship with Ross, which later transferred to becoming Facebook friends (I moved back to the UK).

He is a kind, gentle person, who is easy to talk to and I have never heard him say a bad word against anybody, not even on his Facebook profile!  He is unassuming and doesn't like to get involved in or provoke conflict.  He is highly intelligent, often using his intelligence to help people and society in general, as demonstrated by his scientific ability.  He goes out of his way to help people, no matter how small the task.  This sounds like a very small thing but it is just one of many examples of his selfless nature - at a BBQ we had, he was first to offer to stand all day cooking people's food even though we were all having fun, despite the scorching hot weather!  He put us before himself.  As I say, small, but a great demonstration of his selflessness.

I appreciate that he has been convicted of a crime, however I do ask that he be given as short a sentence as possible to allow a genuinely good person back into society.

Sincerely,

Vicky Cheevers

# LETTER 13

March 1, 2015

The Honorable Katherine B. Forrest
U.S. District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007

Dear Judge Forrest,

My name is John Charles Miller. I am a retired real estate investor.

I have known Ross Ulbricht and his family since the 1990's. We are part-time neighbors in a small community in Costa Rica.

Ross has always been a well-mannered, soft spoken, likable individual. He never created any sort of upsets or commotion in the area. He has been a trouble-free, well behaved young man and a good student.

I understand that Ross has been convicted of a crime. I hope that in his sentencing you can give him as short a sentence as possible. I believe that, with a future out of prison, Ross could achieve many positive actions and deeds for society in general, and specifically his community.

Sincerely yours,

John Charles Miller

# LETTER 14

April 6, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

Please accept this character testimonial for Ross William Ulbricht in advance of his upcoming sentencing. My objective is to contribute an account of Ross that did not come through at trial and has been absent from the predominant media narrative. While I am private by nature, my motivation in sharing the following anecdotes is to aid in distinguishing the character of Ross from the classic archetypal images that accompany the criminal conduct of which he is convicted.

First, I would like to preface this letter by acknowledging that as a ▮▮▮▮ ph.D. student in ▮▮▮▮ Psychology, I am keenly aware that there is no objective answer to the question of "*who*" somebody is. In research this problem is mitigated by obtaining reports from multiple relational sources, ideally individuals that have observed the actions of the target individual across various scenarios, moods, exchanges, and contexts. In clinical interviews this problem is mitigated by eliciting behavioral anecdotes and examples to substantiate verbal reports. With this in mind, my aim is to offer a description of Ross' character drawing from my vantage points as a dating partner (late Spring 2012-late Summer, 2012) and a platonic friend (Fall, 2012 – Present), and I will strive to substantiate my claims by drawing on examples, including excerpts from past written correspondence.

One of the more succinct illustrations of Ross'. character and values comes from an email exchange that he initiated shortly after his move from TX to CA. I include both sides of our exchange because one's character is reflected both by virtue of the qualities that *they* value in the people they choose to spend their free time with, as well as by the assessments and impressions that *others* (me) have about their time together (which by late July and August, constituted a near daily basis):

*"Dear* ▮▮▮▮, *[...] There are a couple of things unspoken that should be. For one, you are an amazing person. I was continually impressed by you over the summer. I have not encountered a mind quite like yours before. Your intelligence is refreshing and inspiring. You showed kindness, humility and respect to me in all of our interactions. There was literally ZERO drama between us. [...] I felt we could have worked out any dispute that might've arose, mostly because you are so rational and open minded. Additionally, I think you are gorgeous! [...] When you laugh, your face lights up and I can't help but laugh myself. [ ...] So yes* ▮▮▮▮, *I miss you. Whatever the future holds, I want to be your friend, ok? I don't want to lose touch. [...]When I'm in Austin, I want to see you. [...]"*

*"Ross, [...] At the risk of sounding unoriginal, I was continually impressed by you over the summer as well. Initially I was very cautious - as you picked up on with our "5 first dates" :) but the more time we spent together and the more I got to know the real you, I was able to see that in addition to the characteristics that initially drew me to you (including superior intellect), you have a [genuine heart]. And you also have an exceptional sense of humor - I still think about some of your morning comedy and can't help but smile [...] I was also impressed by your intellectual curiosity and open-mindedness. I think very few people would have actually read the articles I sent you, or so readily watched the TED talks and YouTube videos I recommended. And likewise, I think few people would have shared their [research] with me - especially knowing that I don't have a background in their area of study[ ...]*

*As far as maintaining a friendship, I have a bit of a relevant story [...] Ultimately I decided that the value of continuing to spend time together and getting to know you further, outweighed the discomfort that accompanies losing somebody romantically [...] And really, the most influential factor in this decision was whether I would value a friendship with you - if so, it would be particularly short-sited, and immature, to just stop seeing you for the duration of your time in Austin. So [...] yes, I do want to stay in touch and be your friend - I have known this for a while :)"*

In addition to positive feedback, I also value Ross for his willingness to provide constructive feedback. For example, on one occasion I made a tangential reference to downplaying my true enthusiasm for a particular subject matter, to which he addressed, *"I encourage you to express your enthusiasm. More often than not, it "gives people permission" to do the same and will attract supportive people to you."* On another occasion when I explicitly asked for candid feedback he responded, *"Just my perspective, as you know, but I would say you are very reserved [...] Try going for what you want without over analyzing how to get there. Try also speaking without thinking. This has to do with trusting yourself and being willing to make a fool of yourself for the sake of learning how to express yourself."* / *"Ya know, I became much more careful with my words in grad school. With all of the jargon and status around being smart, there was social pressure to be that way."*

As referenced above, Ross has an enthusiastic and contagious intellectual curiosity. One example of this is nicely illustrated by his response to a TED talk I recommended: *"That was a great one! Thanks for sending it my way. It's so true that you stop learning/growing when you get committed to the I'm right, you are wrong paradigm, or even the I'm wrong you're right. Either way it shuts off the mind. In my pursuit of moral truth over the years, I have progressed by finding inconsistencies in my views, and then seeking a deeper understanding that might prove one right and the other wrong, or both wrong or right. The idea is that two inconsistent things cannot both be true. Either one or both are wrong, or your view of them is. And it never ends, and it is ever fascinating :)"*

Finally, Ross demonstrated empathy, particularly for his family. He spoke often, and uniformly fondly, of his mom, dad, and sister. Additionally, Ross exhibited concern about the well-being of one aunt in particular, whose son was diagnosed with a severe medical condition. From time to time Ross would share some of the challenges faced by his cousin and aunt, and ask my opinion about various support options and community resources. Ross was in close communication with both his aunt and cousin hoping to help alleviate some of the palpable stress that he perceived his aunt was experiencing in her role as primary caretaker. Ross appeared to contribute a valuable role in his cousin's life as his cousin was able to hear Ross in a way that a parent, simply by virtue of their role as primary caregiver, sometimes can not get through.

In closing, on a more somber note, *nightmare* does not begin to aptly characterize Ross' situation, because unlike a nightmare, the nature of this horror, to include the loss of hopes and dreams, extends well beyond Ross. Moreover to be frank, unlike a nightmare, there is the distinct possibility that Ross' parents – who have never been alleged of any wrongdoing; *we truly could be in their shoes* – will not live to wake up from their living nightmare. This reality is deeply disturbing. This is also true of his extended family, many friends, and society as a whole as Ross has the capacity to go on to make many valuable contributions to society.

Therefore it is my hope, Your Honor, that you might consider a sentence that allows Ross to return to society within a time frame that will allow him to play a positive role in his family, community and society.


Sincerely,

# LETTER 15

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007


Dear Judge Forrest,

My Name is Jeff Crandell, I am Ross Ulbricht's Uncle and I currently live in Los Angeles, CA.  I am aware Ross has been convicted of a crime and is about to be sentenced. I have known Ross his entire life and feel his incarceration is unjust. He is a good kind person.

Ross loves his family and friends and has always cared for and looked out for my daughter Ava his younger cousin.

Ross also has a tremendous intellect and strong belief in his fellow man. I know he has learned a great lesson. Given his true character and freedom, Ross will contribute to the betterment our world as few others could – I have no doubt.

I ask when you are considering Ross's sentence, to take into account Ross's true nature.  In spite of his conviction, to keep Ross behind bars longer than required would be a terrible waste.


Your honor, I ask you please for leniency in your sentencing of my nephew Ross Ulbricht.

Thank you for your consideration and God Bless.

Jeff Crandell

# LETTER 16



April 3, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007


Dear Judge Forrest,

I'm writing on behalf of my friend Ross Ulbricht. Ross has been a friend of mine since we were sixteen. We met at Westlake High School in Austin, Texas, where we were in a close group of friends that would spend time together in and away from school. In high school we saw each other almost every weekend and would chat and have lunch together almost every day at school. Our friendship has held up over time, due to Ross' outgoing and caring nature. We both moved away after high school, but always called each other when back in Austin to get together to share new stories and reminisce. In 2012, he sublet our apartment after we purchased our first home and I was delighted to have such a responsible, loyal friend in the space. I trust Ross.

I am a practicing Landscape Architect and new mom to a beautiful fifteen month old girl named Hannah. While Ross was still in Austin we would often get together for food and good conversation. I'm sad that Ross has been convicted of a crime, and because of such, has not been able to come back for a visit. I am deeply saddened that he may not be able to visit for years to come and hope for the shortest possible sentence for him. I so wish that he could come over to our house and hang out with our daughter while we cook for him. He is so full of energy, life and love that I wish I could expose my daughter to. She would be delighted in his presence. I also feel that he would be able to pass on great wisdom to her as an 'uncle' figure. He is so intellectual, patient and articulate in explaining the complexities of this world.

During our senior year Ross accompanied me to the high school prom. I was dating a guy from another school who was in a wheel chair at the time. My boyfriend did not want to go to the dance with me, because he was embarrassed to be in the wheel chair and thought he would slow our group of friends down. No amount of convincing changed his mind and I thought that I would not have a chance to go to prom. Ross stepped in, being very good friends with both of us, and offered to be my date. He enabled me to have the only prom experience I ever had, while being a non-threatening alternative for my boyfriend. Had it been anybody else, I'm sure that my boyfriend would have uneasy about motives. Not with Ross. He trusted him to be my date for the night and my friend without compromising our relationship. Ross is trustworthy and loyal to his friends.

Ross glows.  When you're with him, you feel uplifted and alive.  He has a great way of living in the moment and recognizing the preciousness of the ordinary.  He opens your eyes up to see things a little bit clearer and inspires to dig deeper.  I hope his beautiful gift of living in the moment has not turned into a curse for him, given his current circumstance.  I hope that he is able to return to society as soon as possible, so that he is able to share his gifts with his friends and family again.  I sincerely hope that my daughter has a chance to meet him and to learn from him.  I hope for his health and wellbeing.  Ross is a playful, delightful, and kind soul.  I am shocked by the convictions that he faces and just can't believe that the Ross I know and grew up with is capable of such crimes.  He is a good person and is capable of sharing so much positivity in this world.

I miss Ross and hope that he knows how loved he is.  I hope to see my friend again soon.

Sincerely,

Allison Cassel (formerly Wait)

# LETTER 17



March 31, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse, 500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I have written you in regards to my good friend, Ross Ulbricht.
My name is Curtis Francis Rodgers Jr. and I work as a technology and process improvement
specialist for McCarthy Construction in San Francisco.  I live with my girlfriend of five years, and
we're both from Austin, Texas.

Ross Ulbricht and I are good friends; we have known each other since we attended high school
together in Austin.  Ross and I have been close friends for about six years, having spent time
together in Texas and California on average once a month, and sometimes multiple times a
week.  We would typically visit the park to throw a Frisbee and talk about our lives,
relationships, work, and current events.

I understand that Ross has been convicted of serious crimes.  I know Ross well, and the crimes
he has been convicted of do not change my high opinion of my close friend.  Ross' criminal
convictions are not a representation of Ross' character, considering my close experiences with
him. I regard Ross so highly that I flew across the country in order to testify at trial if needed on
his excellent character and peaceful nature.

Over the years, Ross has proven to be a kind, trustworthy person who I have relied upon on
numerous occasions.  When I first moved to San Francisco, Ross offered me a place to sleep
while I found an apartment and even let me wash my clothes in his apartment instead of
walking up the steep hill to a laundromat.  Ross is the only friend of mine from high school that
I kept in regular contact with, and the only friend from Austin who came up to Dallas to visit me
after I started my career in construction.  I can't recall a single argument between us; it just
seemed we enjoyed each other's company and had genuine interest in each other's success.

I think Ross' experience as a material science researcher, and entrepreneur with his Good
Wagon Books venture illustrate his capacity to have a positive impact on our society.  I implore
you to sentence Ross to as short a sentence as possible.


Sincerely,

Curtis Rodgers

# LETTER 18

███████████████

April 27, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I am an agent at the Creative Artists Agency in Los Angeles, CA, the leading talent
agency in the world that represents clients across film, TV, music, sports, and much
more.  I am writing you in regards to Ross Ulbricht and his sentencing.

Ross is my cousin.  Our mothers are sisters and I've known him my whole life.  We
spent all our summers together growing up.  The members of our family are loving,
honest, and hardworking people.

I consider Ross one of those truly exceptional individuals who thinks about the
greater good for all people.  This should not be discounted when one considers how
unusual a quality that is in the world today.

On a personal level, Ross is one of the most caring, honorable, and trustworthy
people I know.  He is sweet, humble, friendly, selfless and outgoing.  He is also
incredibly accomplished in academia, with multiple degrees in the sciences.  My
fondest memories of him are of surfing in Costa Rica and drawing comic books
together.

I once told Ross he should have been an astronaut.  I watched him consider the
possibility and we both knew he had the means to do it.  I can't say that about
anyone else I've ever met.  I have faith that time will reveal him as the man I know,
with so many incredible qualities of character and such a big heart.  In spite of
everything, I believe Ross is an honorable and noble guy.  That's the highest praise
I can give and he deserves it. Ross cares about family, friends, and his country. He
cares about good values and he cares about people.  If we were all like Ross the
world would be a much better place.

For these reasons, I can say that the crimes Ross is convicted of do not fit the person
I know for one minute.  Please give Ross the shortest possible sentence so his life is
not wasted, so he can have a second chance to make a positive impact on his

community and the greater world.  With all he is capable of contributing, it would be a terrible waste to have him spend a long sentence behind bars.

Sincerely,

Alex Becket

# LETTER 19

Catharine Becket

March 27, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I have known Ross Ulbricht, my step-cousin, his entire life.

I live in New York where I work as a Vice President at Sotheby's auction house. I would occasionally pass by the Brooklyn jail in which Ross is currently being held, and each time I do I am hit with both sadness and frustration. While I know he is serving as a positive light in the lives of his fellow inmates, he could be doing so much more for society as a free man. He is someone who truly contributes to the world around him and, as an incredibly compassionate person, he will no doubt check on the well-being of these inmates when he is released.

Ross is a remarkably gentle and positive person; he always puts others before himself. I have spoken with him when he has called from jail, and he always asks how we're doing before offering up some of the more pleasant details of his incarceration. He never complains, knowing this might add to his family's distress.

The last time I saw Ross was at my brother's wedding in 2012. There was a dinner held for out-of-towners and most of the guests were in their 20s and 30s. My mother and step-father, both in their 70s, were a bit out of their element. I went to go collect my dinner from the buffet and when I returned with my plate I had a look around for my parents, wanting to make sure they were well situated. I needn't have worried, however, because there was Ross, having a chat with them. I believe they were discussing World War II, one of my step-father's favourite topics. Ross, a handsome and affable young man who could have been chatting with any of the cute girls in attendance, chose to take the time to join my parents who had been sitting by themselves. Being thoughtful comes naturally to him.

While most people possess a modicum of self-preserving cynicism, Ross approaches people with optimism and an open-mind. If I ever had a concern for Ross it was that someone might take advantage of his good nature. He was born with a kind disposition, and through the guidance of his family he grew up to be man of integrity. The crimes of which he has been accused do not reflect the character of the Ross Ulbricht I have known for three decades. It would be a great tragedy and waste to have him kept away from society. I ask that you give him the shortest sentence possible.

Please do not hesitate to contact me with any questions.  I may be reached on █████████

With best regards,

Catharine Becket

# LETTER  20



March 27, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Karen Lasher. I am the Director of Sales & Events for GDI, a group of locally based Austin restaurant and live music venues.

I have known Ross Ulbricht since 2005. Ross is my best friend and former housemate Cally's younger brother. Over the years he spent many afternoons visiting with Cally and myself in our apartment and joined us for lunches and outings to enjoy the Austin outdoors. I also joined him and his family in San Francisco two weeks before Ross was arrested in October, 2013.

Throughout all the years I have known Ross I have always found him to be kind, considerate, gentle natured, and easy to be around. I have spent time with Ross with his family and have witnessed first hand the love and devotion that he shows to his family and friends.

I understand that Ross has been convicted of a crime. The events surrounding his conviction came to a shock to me, as it seemed completely out of character for the young man that I have seen grow and mature over the past 10 years. I truly believe that Ross has no intention of harming anyone and only wants to be a present part of his family and nature once again. I am certain that Ross has many positive contributions to offer.

I ask with the utmost respect that you consider giving Ross the minimum sentence possible.

Sincerely,

Karen Lasher

# LETTER 21

April 21, 2015


The Honorable Katherine B. Forrest
U.S. District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007


Dear Judge Forrest,

I am a designer based in Austin, Texas and a long time friend of the Ulbricht family.
I have known Ross since he was just a little boy and his parents have known me since I was a
baby.

Throughout his life Ross has been caring, sweet and thoughtful. His relationship with his parents,
peers and those around him is a testament to that. I have always known him to have a positive
outlook and a peaceful disposition. It has been my pleasure to know Ross all these years and
watch him grow into a wonderful young man.

I know that Ross has been convicted of serious crimes. Despite this fact, I believe this does not
reflect the man he really is.

I hope that you will give him the shortest sentence allowed, due to how much Ross still has to
contribute to society and to those around him.  He is missed every day by all whose lives he has
touched.  I hope you are able to see the kind young man we all know and love and adjudicate
accordingly.

Thank you for taking the time to read my letter and for your consideration.


Sincerely,


Rosy Hanby

# LETTER 22



March 31, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Hannah Thornton. I am a Senior Lecturer in nutrition at a university in Central Texas. I consider myself a friend of Ross Ulbricht, and I understand that Ross has been convicted of a crime. I am writing to ask you to consider a sentence for Ross that allows him to return to society and his community.

Ross is a childhood friend of my husband, and I have known Ross for the last eight years. I attribute our friendship largely to Ross's kindness, generosity, and selflessness. During the years that I have known him, Ross has shared many meals at our house, playing board games and chatting about life until late into the evening. On these occasions, he never failed to remember and inquire about various aspects of my life, even if it had been months since we'd seen each other. He was always genuinely interested in discovering what he could do that might possibly make our lives better.

I have witnessed Ross offering support to many people – visiting a cousin during a health crisis, helping a friend with a heavy duty move, assisting another friend with a business endeavor. Without being asked, Ross helped my husband and I extensively with the set up and break down for our wedding, traveling back to Austin from across the globe for the event. I was friends with Ross when he began Good Wagon Books, the company he founded with the intention of donating 10% of all profits to charity. Ross was energized by this undertaking, excited by the idea that through his business he could make the lives of others better.

Judge Forrest, I believe in the rule of law. I am writing today not out of disrespect, but because I believe that the criminal conduct of which Ross has been convicted does not represent who he is as a person. I believe that if Ross is spared a long sentence, he will return to his community and engage in positive work for the greater good. I look forward hopefully to one day living in a community where I can again count on Ross's contributions. Thank you for your consideration.

Sincerely,

Hannah Thornton

# LETTER  23

March 25, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

This letter to you is about Ross Ulbricht. I am a retired RN. My husband is a retired Deloitte partner. We continue to work on projects and have a healthy family life.

I have had the privilege of knowing Ross and his family since Ross and my son were in elementary school together. They both attended boy scouts and I especially remember Ross working diligently on projects to earn points to become an Eagle scout after many of the boys dropped out of the program. We've always known Ross to be of sound character and disposition. We saw him often and he even accompanied my son occasionally on family trips where relatives always welcomed him. My son did the same with his family.

Whenever Ross visited either our home in Austin or our farm, he was always happy to pitch in with whatever task was at hand, even helping our family begin to restore our 1895 farm house soon after we bought it. He and my son would do chores and then go outside and go fishing or hiking or petting the horses afterward. I also know him to be a young man busy collecting books for charitable purposes and improving solar efficiency.

I know Ross and his family to be kind, creative, intelligent upstanding people who in no way are prone to illegal activity. On the contrary, I believe Ross and his family to
have been a benefit to society, always trying to do something positive. In other words, they are great Americans.

Ross has always been adventurous and pioneering and has tried to contribute to the greater good.    He certainly has been loving to his friends and family.
In my opinion, Ross has in no way deliberately posed a threat to our society, nor do I believe he will do so in the future.

For these reasons, I support releasing Ross from prison as soon as possible. He is a well educated young man who is likely to help society, not hurt it.

Please give Ross Ulbricht the minimum sentence possible.

Sincerely,

Barbara Record Emmert-Schiller

# LETTER  24

██████████████████

March13, 2014

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I am writing to ask that you give Ross Ulbricht a second chance to use his intellect and kindness to make a positive impact on society.

My name is Rosalind Haney and I work as a registered nurse, counseling women in pregnancy. I know Ross through my son Thomas who was a close friend of Ross in high school. Thomas and Ross played sports together, went on camping and outdoor treks and shared many great experiences. We continued to see Ross regularly over the past 15 years.

Of Thomas' friends, Ross was always one of my favorites for his friendliness and desire to do something important and meaningful with his life. He never failed to express his gratitude for the gatherings we had that brought their friends together, all of whom he cared deeply for.

Please do not let Ross' criminal conduct and conviction halt the potential he holds to make a meaningful difference in his life and the lives of others. I ask you to please allow Ross to return to society in the shortest time permissible, so that this young man may have a second chance to prove his true nature and worth.

Sincerely,

Rosalind Haney

██████████████████

# LETTER 25

*The Honorable Katherine B. Forrest*

*United States District Judge*

*Southern District of New York*

*United States Courthouse*

*500 Pearl Street*

*New York, New York 10007*


Dear Judge Forrest,


I'm writing on behalf of Ross Ulbricht. I hope he will be back with us, his friends and family, and as a productive member of society as soon as is possible.

I met Ross in college 10 years ago. I cherish the nights we would stay up late talking philosophy and idolizing the potential we had for accomplishing things when we were done with school. Now that I'm a "real adult," working as a Project Manager for an industry-leading software company, owning a home and married to a great man, I look back on those days when we were learning who we are, and I smile. I miss Ross. He's a smart person, a kind soul, and one of those people you want to be around, because just having him in your life improves it. He has the same effect on his community, bringing energy and positive change wherever he goes.

Ross is one of those people that you fall into friendship with. After a summer apart, you talk as though no time has passed, or like you'd seen each other daily. He's one of those people you can ask philosophical questions and get a real answer. Maybe you didn't even know you were asking a real question, just musing, and Ross gets to the heart of the matter. I hope everyone gets the chance to have a friend or neighbor like Ross, since he fills a role that's hard to come by: that of someone who thinks on a different wavelength. When you come into contact with it, it alters your thought process as well, and you're better for it.

I know Ross has been convicted of serious crimes. However, I implore you to issue a sentence that will benefit Ross, our community and our country. The crimes Ross has been convicted of aren't indicative of the person he is. His the ideals are, and that's why we need him rehabilitated and returned to us, so he can correctly apply his personality, ingenuity, and general guidance in a positive and constructive way. Ross can use his powers for good, and will do the most good, if he's spared a long sentence.


Sincerely,

Mae Rock-Shane

# LETTER  26

Joel R. Meyerson

March 25, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Joel Meyerson and I'm a friend of Ross' going back to our time in elementary school. We were quite close up into our college years, but lost touch when I left Austin some years ago to pursue my PhD, and I now work as a research scientist.

Since leaving Austin I have regrettably lost touch with Ross, but have remained very close to others in our circle of friends including James McFarland, Thomas Haney, Taylor Marshall, and Jonathan Rosenberg. As such I have followed Ross' life only indirectly in recent years. I was deeply surprised and saddened to learn of Ross' conviction, which I understand to be very serious both from the reporting in the news, and from what I hear from our friends and his family.

I'm writing to you to say that I've always known Ross to be an incredibly gentle, warm, and considerate person. In thinking back on our childhood, one particularly salient memory of him was as someone who would repeatedly display friendship to many in our school who were perceived as nerdy, weird, or otherwise unpopular. I always thought this was admirable given the often harsh social conditions among high schoolers. This is a small and impressionistic recollection, but it has stayed in my mind for over 10 years and I think it's emblematic of the kindness that Ross displays so effortlessly. I mention this because I can't help but feel that the criminal conduct for which Ross was convicted is at odds with who he is as a person.

On a less personal note, in the scientific community I see firsthand on a daily basis the incredible feats that can be accomplished when passion, creativity, and technical abilities combine in an individual. This is also an exceedingly rare combination of traits that I know Ross happens to possess. It is my feeling that our country needs as many such people as can be found to tackle the assorted challenges that we face now and will in the future. It would be a loss for our country if someone like Ross were unable to have the chance to contribute positively to the many challenges we face now, and will in the years to come.

Sincerely,

Joel R. Meyerson, PhD

# LETTER  27

March 8, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Joe Gyekis, I'm an instructor of Biobehavioral Health at Penn State University and a good friend of Ross Ulbricht since he was a graduate student here at PSU. We spent most of our time together in a qigong club, where we did meditation and discussed a lot of science and philosophy together. We spent time together on about a weekly basis for two years, and we kept in touch with occasional phone calls and emails in the years that followed.

In the meditation club meetings, we frequently told stories about our lives and experiences, and Ross was always a polite listener and encouraging of other people. He knew a lot about many topics, and combined with his cheerful disposition, he made it fun to talk about almost anything, from exercise and travel to pretty hard-core physics and social issues. He wasn't the type that you would need to fear a disagreement when talking about religion or politics, he was open to listening to anything and wouldn't force his opinions on anyone. I admired him a lot for being well-mannered, frugal, well-educated, and idealistic. When his mom came to visit during the holidays, it was nice to meet her and see their close relationship.

Among my friends, he was one of the ones that my wife liked the best, mostly because of his general kind and respectful personality, but also because of a few anecdotes that she remembers to this day. When my wife rather shyly invited people from the group to come to her singing recital, Ross was the only one to show up, and she really appreciated that. When her parents were in town, despite the language barrier, he very kindly invited them to his place and treated them in the polite and thoughtful way that he does to everyone else we saw him around.

I understand that Ross has been convicted of serious offenses. However, because I am confident he will do good for others when he is free, please give Ross the shortest possible sentence.

Thank you for taking the time to read my letter,

Joe Gyekis

# LETTER  28



March 9, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Christine (Chrissie) Reitmeyer and I am an LLPC (Limited Licensed
Professional Counselor) living in Northern Michigan. I currently work part time as
an academic counselor at a local high school and part time as a care coordinator at a
rehabilitation center for people suffering from addictions to drugs and alcohol.
Upon hearing that he was convicted, I felt compelled to write about my experiences
with Ross Ulbricht. I went to high school with him, though he is two years older. I
met Ross almost thirteen years ago when our best friends started dating.

I immediately liked Ross. Of his group of friends, he stood out as being the
friendliest, and I mean that in the purest sense of the word: Ross excels at being a
friend because he is one of the warmest, most accepting, and most gentle people I
have ever met. We did not *have* to connect because our friends dated; he was older,
much cooler, exceptionally intelligent, and already in college. Still, he always made
me feel welcome and included me in his group of friends even when others did not.

Over the years, many memories stand out in our friendship from Ross making
hilarious noises to throw off my pool game, to ultimate Frisbee games in the rain, to
discussing the *Lord of the Rings* Trilogy because he always reminded me of Legolas.
Once, a somewhat random group of acquaintances took a weekend trip to North
Padre Island to go fishing and swimming. We were only united by our desire to get
away. However, where others would have been uneasy, Ross was able to connect
everyone with his openness and sense of humor. Despite my horrible sunburn, we
had a great time and everyone left that weekend having bonded as friends.

Even after I moved away to go to Northwestern University, I always looked forward
to seeing Ross back home each Christmas. I have missed him these past two years. I
wrote to him last month about my life and curious about how life has been for him,
with so many changes. Admittedly, when I received his response I was nervous.
However, in true Ross fashion, his letter left me at ease. He told me he is trying to be
grateful for every little thing in his life. I expressed feelings of doubt in my new
career and he encouraged me to keep going. Even through this difficult time, Ross is
working to remain himself: kind, optimistic, and full of love.

This wisdom, generosity, and compassion, even in dark times, shows me who Ross really is; the crimes for which he has been convicted do not.  Anyone who has met him can attest to his character, and I know from experience we are all happy to do so.  All I can ask is for a sentence that will allow Ross Ulbricht to return to his loved ones where his intelligence, sensitivity, and profound love can benefit others.

Sincerely,

Christine M. Reitmeyer, MA LLPC

# LETTER  29

███████████

March 11, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse, 500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Jay Thomas and I am a Renewable Energy Consultant, born and raised and currently living in Austin, Texas. Ross Ulbricht and I attended high school together, although we maintained our friendship beyond high school and through our twenties. I have known Ross for a very long time. He was, truly, one of those folks that I regretted not knowing on a deeper level.

I know Ross to be a caring, thoughtful, intelligent person. I specifically remember reflecting one day that he seemed like a much closer friend than we actually were, because he was so kind and so easy to get along with.

In my interactions with others since his arrest, I have been truly amazed at the outpouring of support for Ross from people who know him. You just don't see that kind of love and admiration for someone who doesn't deserve it. Ross truly does deserve it, because he has earned it by living a life of compassion and dignity, this I have seen myself.

Ross is the kind of person this world sorely needs more of.  He is someone who can impact this world in a positive way. Judge Forrest, it is my sincerest belief that when Ross is back in society again, he will use his compassion and talents to do good works and be a productive member of this community. For these reasons, I ask that you sentence Ross to the least possible time in prison.

Sincerely,

Jay Thomas

███████████

# LETTER  30

# BECKET BUSINESS APPRAISALS, LLC

March 18, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street
New York, New York  10007

Re:  U.S. vs. Ross Ulbricht

Your Honor,

I am Ross Ulbricht's 74-year-old uncle, married and the father of six, having resided for many years in Lakeville, Connecticut, and continuing to work at my long career as a business appraiser.  Given my familial relationship with the defendant, my nephew Ross Ulbricht, I have had a lifelong knowledge of his years growing up, his academic success up through the post-graduate level, and his more recent pursuits of various business interests. At no time had he ever been in any kind of trouble with the law, not even a traffic ticket.

Ross has been convicted of crimes stemming from his creation of the Silk Road website, which turned out to be a naïve, most unfortunate attempt to put his libertarian and economic beliefs into a real world setting.   So an idealistic dream has turned into a nightmare for someone who had an otherwise bright future.

In March of 2012, prior to Ross's arrest in 2013, I had shared an apartment with just him for one week in Sydney, Australia, where one of my sons was getting married.  I mention this time together because there was no indication that Ross was still not the same young man I have always known—relaxed, cheerful and outgoing, honest, thoughtful of others, caring little about money, and supporting his many friends.  I still cannot conceive of any malicious purpose on his part in promoting a free-market website.

We can accept that, to compensate for any harm done due to his misguided actions, Ross is to be punished.  But I would ask that the court give a good person a chance at having a productive life in lieu of spending untold years in prison, which would be a tragic waste.

Respectfully submitted,

*P. L. Becket*

Peter L. Becket

# LETTER 31

Susie Jauregui

[REDACTED]

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I am a Senior Interior Designer with my family firm Jauregui Architect Builder Inc. I went to grade school with Ross Ulbricht and have known him since my middle school days. He has been my brother Mark's best friend for as long as I can remember.

Ross has always been like another brother to me. He and Mark would always let me tag along on their adventures together. He taught me so many things. Stepping in as another great big brother, he helped teach me who was worthy of dating, how to talk to anyone in the room and generally how to be a positive person and respect everyone. He always walked in the room singing and helped me see the glass half full growing up.

My parents are successful business owners and entrepreneurs and I would consider them hard to please. Ross was always one of their favorites and I remember getting jealous because he was often the only friend invited on family trips because they liked him so much. He was the type of high school friend that could talk to any adult for hours and was so interested in everything. I always envied my brother Mark for having such a close, trusting and loyal friend growing up. Even after college, when friendships become harder to keep, Ross would always stop by my parents' house to say hi, share his latest achievements and catch up with our family when he was in town.

When I heard of the crime Ross was convicted of, my entire family was in complete shock and couldn't believe what we were hearing. All of it sounds so out of character for such a smart, loving and all around stand-up man like Ross is. Knowing how positive and selfless Ross has always been, and continues to be through this process, only reconfirms to me that he is capable of great things. Ever since I was a young girl I knew Ross was going to achieve great things in his life and make a difference in the world. I look forward to seeing what positive impact his future holds.

To that end, I ask that you give Ross the shortest sentence possible.

Sincerely,

Susie Jauregui, M.B.A

[REDACTED]

# LETTER 32

**Donny Palmertree**

▶ **Lindsay A. Lewis**

29 Broadway, Suite 1412
New York, New York 10006

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**To Whom it may concern,**

Ross and I met about 6 years ago in Austin, TX when we were neighbors and we instantly became friends because of his outgoing personality and our shared interest in business.  Around 6 months later, he joined me in my used book business, Good Wagon Books – we collected and sold used books, and gave 10% of the sales price to a local charity.

We were friends and business partners, but we never argued and never had any disagreements that I can remember.  This is one of the best things about Ross – he is as friendly, good-natured, and easy going as a person can be.

From the early days in the book business, Ross and I spend many many hours together building book shelves out of scrap materials and driving around in my truck collecting thousands of books.  We would just chat for hours and hours about our lives, and where we wanted to be in 5 years, our families, our goals, and so on.  Overall, if I only had one word to describe Ross, it would be genuine.  He is a genuine person and a genuine friend.

I truly believe that Ross's conviction was not indicative of the type of person he is.  I ask that he will have as short a sentence as possible so that he can use his infectious personality to do more good in the world, like he did with me at Good Wagon Books.


Sincerely,

**Donny Palmertree**
Vice President
JC Millwork, Inc
4/17/2015

# LETTER 33

March 18, 2015

Dear Judge Forrest:

My name is Sean Becket and I'm writing this letter so that it may serve as a testament to my cousin, Ross Ulbricht's character.  I want to convey to you what an exceptional human being my cousin is.

At the age of 29 I've achieved relative success, overseeing sales operations at a national publication while simultaneously starting my own software company. I've accomplished these things by maintaining a high standard for myself, and equally for those with whom I surround myself.

Ross is not only my cousin, he is a close friend and someone I greatly admire. Ross has always been kind-hearted, humble, good-natured, generous and outgoing. He treats everyone with respect and caring, regardless of their status. When I visited Ross in prison he told me about how he's teaching yoga and physics classes to other inmates. It didn't surprise me at all.  That's just like Ross to make the best out of a bad situation, and to see the good in people despite their circumstances.

Ross cares deeply about his fellow human beings. He is the kind of guy who remembers your name when you meet him, and he doesn't have to be reminded.  He'll ask you questions about yourself, not to be polite, but because he's genuinely interested.  Ross has a positive influence on everyone he meets. He is always helpful, giving and ready to contribute to people, even in little ways. He's the friend you can count on for a ride when your car breaks down, and will feed your cat when you're out of town.

When I think of Ross, I just think of the easy-going, creative guy who loves the outdoors, loves his family and friends, enjoys the simple things in life and would never wish harm upon anyone.

I am aware that Ross has been convicted of serious crimes. However, in my experience, he has always demonstrated good character and integrity and is a man of his word. I am confident that if released, Ross will go on to do great things and make a positive contribution to society. The world would be worse off without him.

I write this with the utmost sincerity and respect, and ask that you please give Ross a chance, with the minimum sentence possible.

Sincerely yours,

Sean Becket

# LETTER  34

April 16, 2015

The Honorable Katherine B. Forrest
United States District Judge, Southern District of New York
United States Courthouse, 500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Windy Smith and I am a 34 year old real estate agent in Austin, Texas. I have
known Ross Ulbricht since 1988 when I was eight years old. My family moved into the cul-de-
sac where Ross and his family lived. I quickly became best friends with Ross and his sister. He
was a sweet, gentle, caring little boy. Even though Ross was younger than me he still stood up
for me when the neighborhood bully was mean to me and tried to hurt my feelings. One time
in particular that same boy named Steven who lived across the street from the entrance of our
cul-de-sac came running at me and was about to hit me with a stick. Ross stood between us
and yelled at him to go away and leave me alone.

Ross was good spirited and playful. He would join in when his sister, my sister, and I would play
together. We made silly home movies acting out commercials and fitness instruction videos.
Even though three of us were girls he was always sweet and did not treat us as inferior. We
played board games a lot and he was always a good sport, win or lose.

We were close throughout our elementary, middle, and high school years. After we graduated
he went to college. We kept in touch mostly around the holidays. Ross grew up to be a very
intelligent, loyal, kind, and charming man. In recent years we have kept in touch through social
media as I have a family of my own.

Although I am aware that he has been convicted of a crime, the criminal conduct that Ross has
been convicted of does not represent who Ross is as a person or the positive impact he is
capable of achieving. I was appalled at the way the media portrayed him as a demon or a
monster. That simply is not the Ross Ulbricht I grew up with. Ross Ulbricht is a good man.

I am positive, if spared a long sentence, society would benefit from the impact of his good
workings.

Sincerely,

Windy Smith

# LETTER 35

Sara Dunn

███████████████

March 17, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Sara Dunn.  I live in South Austin with my husband, a high tech employee.  I work part time as a home health provider.  My friendship with the Ulbricht family goes way back, to the days we shared a South Austin babysitting co-op.  I have known Ross for most of his life.  Our families have kept up a contact through the years, even as some co-op members moved away to other parts of town and beyond.  My children didn't attend the same schools as Ross, so we met mostly during holidays and other gatherings.  Over the years it was a joy to watch Ross mature and grow.  He was always a bright, conscientious person, polite and gentle.  I followed his school achievements over the years: high school, college, pursuing a master's degree in physics, publishing papers.

Ross is someone who has always exhibited compassion and is a danger to no one. I recall one instance when a night drive to our house during the Hanukkah week resulted in a cat injury on the street, and how distressed Ross felt about the hurt cat.

The Ross I know is a caring person who thinks about global and social issues, always with an eye on the "larger picture," and at the same time caring about his family and friends.  Ross is the sort of young man who can carry our changing world forward.

I am well aware of the crimes of which Ross has been convicted.  However I am strongly convinced that he has much to contribute to society.  It is my hope that Ross will be in an environment that enables him to give of his gifts and that he will receive the shortest sentence possible.  We will all be the better for it.

Sincerely,

Sara Dunn

███████████████

# LETTER 36



March 9, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I am currently a resident of Costa Rica where I caretake a rental house and lead adventure tours. I have known Kirk and Lyn Ulbricht for about 14 years. In that time I also came to know their son Ross. I found Ross to be a quiet spoken, respectful young man, studious and a credit to his parents.

Over the years I encountered Ross on many occasions, either surfing or playing chess. In that time I observed him to be very even tempered, with an upbeat and positive outlook. I cannot recall a single occasion where I saw him angry or annoyed - even after losing two consecutive games of chess; or surfing, which is quite a competitive pass time.

Ross struck me as a budding intellectual, someone who was keenly interested in how and why things work. As this is a small location, with just one local bar and no shops or infrastructure of any kind, it is easy to observe how people operate. In the years that I knew Ross he was so moderate that I never saw him drinking at the bar.

Previous to moving to Costa Rica I spent a decade as a youth worker, dealing with a cross section of at risk and troubled youth. In that time I became familiar with a spectrum of anti social behavior, that most of these kids possessed to greater or lesser degrees. Many of them had a history with the law and often aspired to become players in the criminal underworld. In such cases career criminals are a high risk.

So it was quite a shock to see a gifted, level headed kid like Ross placed in this very role. From my perspective and experience he lacks all the profile behaviors and histories that are normally associated with individuals in this predicament.

I am aware that Ross has recently been convicted of multiple felonies and is facing sentencing this May. Yet I am quite sure that Ross is a well adjusted individual who represents no risk to public safety. As a gentle kind of guy, I hope that he ends up in a situation that is not designed for hardened, dangerous criminals and that in some measure he may in the future yet be a valuable member of society.  Please give him the shortest sentence you can.


Yours sincerely,

Michael Harrison.

# LETTER 37



April 4, 2015

The Honorable Katherine B. Forrest

United States District Judge

Southern District of New York

United States Courthouse

500 Pearl Street

New York, New York 10007

Dear Judge Forrest,

Your Honor, My name is Madeline Norman, I am student living in San Diego. I have known Ross Ulbricht for almost 18 years. His family is an extension of my own. I strongly stand behind the attestation of Ross' character. As a child I looked up to Ross. He was like a mentor to me. His intellect is inspiring. He is an amazing person with so much potential. This great person should not go to waste. I am aware of the crimes Ross has been convicted of and I am asking you give him the shortest sentence possible.

Thank you for this consideration.

Sincerely,

Madeline Norman

# LETTER 38



April 5, 2015

Dear Judge Forrest,

My name is Kim Norman.  I am a building contractor, and home builder.  I've been fortunate to have known Ross Ulbricht all his life. His father Kirk and I have been close friends for 45 years.

All through his life I've known Ross to be kind, courteous, peaceful and respectful. He has never been a threat to anyone. I'm appealing to you to keep this in mind during his sentencing and to give him the shortest sentence possible.

I am aware that Ross has been convicted of serious crimes, but believe that, if given a second chance, he would be an asset to this world.

Thank you for considering this letter and the experience of someone who has known Ross his whole life. You have a tough job but please consider that Ross, at his core, is a good person.


Sincerely,

Kim Norman

# LETTER  39



April 4, 2015


The Honorable Katherine B. Forrest

United States District Judge

Southern District of New York

United States Courthouse

500 Pearl Street

New York, New York 10007


Dear Judge Forrest,

My name is Melanie Norman and I am a 30 year real estate broker and owner of a vacation rental, writing this letter to appeal to you regarding the sentencing of Ross Ulbricht.

I have been a close friend of the Ulbricht family and have known Ross for over 18 years.  I have been impressed by Ross's caring nature, as well as his dedication to liberty.   His sensitivity to the feelings of people (and even animals), was often expressed in our presence.

It is my hope that you will consider his good character and helpful, caring nature in your decision for sentencing him.

We know that he would be an asset to society if re-guided, instead of being put away.  It would be a shame to waste such a brilliant mind and heartfelt being.

I thank you for reading this letter.

Respectfully submitted,

Melanie C. Norman

# LETTER  40



April 3, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

Your Honor,

My name is Maureen McNamara, I am chef at Bosque del Cabo Lodge in Costa Rica.This is a letter attesting to the character of Ross Ulbricht.

I have been friends with the Ulbricht family for 23 years and know Ross.  I have watched him grow up.
I know him to be honest, trustworthy, kind and deeply committed to his family. He is a peaceful, non-violent person who is an asset to his community.

I am aware of the crimes Ross has been convicted of and I am asking that you give him the shortest sentence you can.

Thank you for this consideration.

Sincerely,

Maureen McNamara

Maureen Mcnamara

# LETTER  41

Debbie Tindle, OTR

██████████████████████

March 28, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I am an Occupational Therapist working in private practice in Austin Texas. I specialize in working with people who suffer from chronic pain as well as treating musculoskeletal issues. I have known Ross Ulbricht for greater than 13 years. I met Ross as a patient when he was having some issues with his ankle joints. I quickly came to know Ross, his mother and sister, and his aunt and cousin. I have spent numerous hours over these many years with Ross and his family. The type of work I do lends itself to a level of intimacy that is rare in today's world. In this context, Ross shared a great deal of himself with me. He and my son attended the same college, which became another point in common. I watched Ross grow into a wonderful young man. It was exciting to see his life unfold. We have stayed in touch as he moved to various cities.

When I think of who Ross is, the first thought that comes to mind is abundant love. This young man can fill a room with his generous spirit. Over the past few years, he has sought help for friends through my work. He emailed me once to research treatment for scoliosis to help a friend who was suffering from spinal pain. He wanted to connect her with the best possible options for her treatment. In this case, he actually ordered the latest textbook on a cutting edge treatment for scoliosis, and READ it in order to help her! He consistently goes out of his way to help others. He exhibits a level of compassion for others that unfortunately is rarely seen.

Another characteristic that Ross possesses is intellectual curiosity. I could always look forward to engaging and innovative discussions with Ross when we had our visits. His forward thinking and eagerness to explore the outer limits of human potential is inspiring. His overall philosophy and driving force has always been to improve the life of others, to understand the world around him, and fulfill his own potential. I highly value Ross' example of seeking balance in his life. He could have chosen to jump into the corporate rat race and monetize his superior intellect. But instead, he sought peace and a life balance that quite frankly, I've never been able to achieve.

I was so shocked to watch the last year and a half of Ross' life. And now to think of him behind bars for an extended period takes my breath away. I implore the court to give the

shortest sentence possible.  This young man has so much to contribute to society.  Even now, in these dire circumstances, Ross is teaching the fellow inmates how to treat their own back pain with "tennis ball massage"..... a little something he learned from me many years ago.  I understand he is teaching math and yoga as well.  This is the Ross I know.


With Sincere Respect,

Debbie Tindle, OTR

# LETTER  42

April 21, 2015

The Honorable Judge Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I am an aerospace propulsion engineer working in the commercial space industry and a friend of Ross Ulbricht for over 8 years.  We met my sophomore year in college while we were both pursing degrees in Materials Science and Engineering. At the time I was pursing my B.S. with plans to work immediately after graduation in industry, but after discussions with Ross and attending his M.S. thesis defense about crystal grain growth; I was inspired by him to purse an advanced degree and follow my passion in life – and I am extremely grateful for his advice to live up to my potential.

While we both lived in State College, I would see Ross on a regular basis, sometimes weekly or even more frequently, and we share several mutual friends. We would go hiking, camping, have picnics on the campus lawns, cook meals together, and had many long discussions varying over infinite topics. Over all these discussions it was overwhelming evident of how caring, compassionate, and empathetic of a person he is. He would always be encouraging, positive, and uplifting even through difficult times, and genuinely listen and understand. When I was going through a rough time in a relationship with a mutual friend within our circle, Ross was whom we both turned to. I don't have a single memory of him being angry, acting mean-spirited, selfish, or holding a grudge.

Ross has so much more to offer society. Please give him the shortest sentence possible. The Silk Road should not be his legacy, and is not indicative of who he is as an individual. His intelligence, talents, and passion to help others have so much potential to bring positive change to the world.

Sincerely,

Michael Policelli, M.S. Aerospace

# LETTER  43

Osalicious 

April 14, 2015

To the Presiding Judge,

**Re: Character reference for Ross Ulbricht**

I have known Ross Ulbricht for approximately sixteen years. I met him and his family through our mutual interest in surfing. They are a close and loving family, sharing vacations together as well as homelife. They are active in the community with a supportive and positive role. Over these years I have observed Ross as an upstanding individual and a dedicated son. It has been a pleasure to watch him grow up and succeed academically as well as personally. This entire incident has been devastating to Ross and his family. He is a peaceful young man. I plead with the court to give this young man as short a sentence as possible.

I provide this letter in full knowledge of Ross's charges. I have always found him to be a reliable, responsible, and trustworthy individual, sharing family time in between college studies. His academic achievements are impressive. In the years I have known him and his family, there have never been any problems. He has been a role model for others with his postive attitude and good character. He always remains close with his family.

Ross is a good person who loves his family. Their love and commitment to one another is admirable. Ross has always taken responsibility for himself and been supportive of his family and friends. I humbly ask you to please give Ross the shortest possible sentence. It would be the best scenario for such a fine young man as Ross.

If you have further questions, please feel free to contact me at this U.S. number : ███

Thanking you.

Yours sincerely,

Mary Alice Spina
Owner

LETTER  44

April 21, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Margaux Paschall-Kolquist and I am writing to you on behalf of my friend,
Ross Ulbricht. Ross appeared in court this past February and was convicted of criminal
charges at that time. My hope is that you will consider the content of this letter during
Ross' sentencing hearing in May 2015.

Ross is my friend, first and foremost. We met each other when we were fourteen years
old and just beginning our high school education. We quickly became friends due to our
common interests and mutual friends. We ate lunch together nearly every day of the
week and spent time at each other's houses after school and on weekends, we met
each other's families and had a strong friendship with one another. Some of my most
happy memories of these times are, when Ross would show me a yoga pose, because
he is one of the most flexible individuals I know, and I would try to recreate it without
nearly the grace or athletic ability he has; also, when we would go swimming together
on hot summer days at our local natural spring fed pool, Barton Springs Pool.

Ross gave me pointers on driving safety laws and how to drive a car when I was
studying for my driving exam. He has always been a very helpful individual who wants
to share his knowledge to help others better their own lives. He has made my life better
because he's been a part of it.

After high school we were not in as close of contact as we went our separate ways onto
college and young adult life. We did remain in contact with each other through
Facebook though and spoke with each other as recently as our ten year high school
reunion in 2012.

I have been continually impressed with the scholastic ambition and achievements that
Ross showed in pursuing his degrees at UT Austin and Pennsylvania State University.
He has also traveled around the world to understand and gain further insight into other
cultures and ways of life. He is a visionary and has always been a well-read and
grounded individual. He is very fair and respectful in his dealings with both friends and
strangers. He has a great sense of personal integrity that was apparent even as a
young teenager.

I am saddened that he is in prison as he is such a bright light in many people's lives. I am proud of him for staying true to himself and making the best of his time in the jail; by carrying out polite and respectful behavior, offering yoga classes to the inmates and further educating himself with reading materials. As his friend and someone who would really like to share the experiences of adult life and friendship with him, please consider as short of a sentence as possible for Ross.

Thank you for taking this statement into consideration in the sentencing of Ross William Ulbricht. We miss him and love him dearly.

Sincerely,

Margaux Paschall-Kolquist

# LETTER 45

April 1, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I am writing to you on behalf of Ross Ulbricht who will be sentenced by your court on May 15th of this year.

My name is Lyn Pierce and I live and work in Austin, Texas where Ross grew up. My son, Daniel and he have been close friends since childhood. I recall many times having conversations with Ross while he was in our home. I found him to be a bright, always kind, funny and personable young man. Because of his genuine and warm nature and the close relationship he shared with my son, he became one of my favorites of Daniel's friends.

He was at my son's wedding two years ago and I had the good fortune to sit and visit with him for awhile and reminisce about their high school days. I saw that same spark of wit and gentle nature in the young man that I remembered in the child years before.

I understand that Ross was convicted of a serious crime. I am requesting only that his sentence represent an amount of time that is appropriate and that will allow him to return to society, his community and his family to fulfill the life he was meant to have. I believe in the depths of my heart that Ross is capable of achieving great good in the world. Please allow him and the world that opportunity.

Sincerely,

*Lyn Pierce*

Lyn G. Pierce

LETTER  46



April, 12th 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007


Dear Judge Forrest,

My name is Noah Marion. I'm a long time Austin resident, entrepreneur, designer
and business owner.  I pride myself on my contribution to the betterment of the community and those
around me.

For years now I have had the pleasure of keeping Ross Ulbricht as a close friend and confidant. Ross and
I became friends about fifteen years ago as kids, and no matter where or when, we stayed in touch.
After graduating college we got to spend a lot of quality time together and I remember those years
fondly. They are some of my favorite years.

I truly think Ross is one of the most kind and truly brilliant people in the world. A true conversationalist,
Ross makes everyone around him happier. He makes people laugh and think.

As a person who has been convicted of two crimes, I know personally what it means to be able to move
past terrible realities and make a truly altruistic impact on the world.  Ross has been convicted of some
serious crimes, and understandably he will serve his time incarcerated. It is my understanding, however,
that jail is a place for growth, change, and a time to really reevaluate what, where, and how you plan to
exist for the remainder of your time on earth.

Ross is a truly good person. His heart is so big, his eyes are clear and true and he means to make the
world a better place. If he truly did the things he's been convicted of, I believe that he should pay his
due, but that he also would never have done these things with malicious intent. Therefore, it's my hope
that Ross is allowed to reenter society as soon as possible. His capacity for greatness is unparalleled. He
is such a brilliant and kind person. If given the option I know he'll make right any and all wrongs he has
done. He will prove to the world that he can leave a positive trail behind him for many more years.

What it comes down to is this: Ross has the energy and fortuitous nature to bring about positive change
in this world. Every person he has touched will tell you the same tale: he's kind, generous and always

well-intentioned. Ross is a truly phenomenal person and I would love to have him back in the world where he can make amends and make peace. Truly, he deserves the opportunity. Keeping a beautiful soul like his incarcerated any longer than necessary is an injustice to the greater good.

Thank you for the opportunity to express myself to you. Whatever you choose, I truly appreciate your service and dedication to justice.


Sincerely,

Noah Marion

# LETTER  47

Alden L. Schiller III



March 27, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Alden Schiller. I'm a real estate broker and investor in Denver, Colorado. I received my MBA in 2009 and have been working to help my clients buy and sell investment properties for the last two years.

I have known Ross since we were in the 3rd grade. We grew up camping, swimming, digging for worms in the backyard, building forts and telling stories to each other. A Friday would come upon us and it was a matter of where we were staying: his parent's place or mine. He is someone I consider to be a true blue friend. Over the years I've witnessed the flowering of a mature, insightful person with goodness at the core of his being. More recently we spent time discussing business ideas, ventures and investment strategies. Ross is like a brother to me and I am confident that anything he has done was with the best intentions.

Although we went to different schools, Ross and I stayed in very close contact. And, as is true of all long term friends, even after time has gone by, the moment we see each other it's as if no time has passed at all. I love Ross very much, and to hear that he has been accused of these crimes is very disconcerting. This is why I traveled across country to testify on his behalf at his trial. Unfortunately, due to bad weather, I had to turn back half way to New York.

I understand that Ross has now been convicted of a litany of crimes. Frankly, I am still very much in shock over the whole thing. It's difficult for me to accept because Ross has shown me while growing up together that deep down he is a kind hearted soulful man. One small example illustrates this. I remember once we were eating breakfast and a bee landed on the table. I put a cup over the bee, trapped it and put it in the freezer to kill it. Ross immediately told me to take the bee out of the freezer. When I refused he took it out himself and scolded me for being heartless. I look back on that moment as one where Ross defined himself as one of the kindest people I know. I think how Ross is a guy who would defend a bee against one of his best friends and how something small like that can actually take considerable character. It shows what a compassionate, empathetic person Ross is at his core.

Ross has always lived life being very conscious of those around him. He took a personal interest in my well being and showed me that he deeply cared about my happiness and that I was flourishing in my environment.

Judge Forrest, I am not envious of your position. You are tasked now with the very difficult decision of enforcing appropriate penalization to a man whom you do not know personally. I hope that I have been able to showcase even a sliver of the humanity of Ross. I understand that now you are in control of the fate of my dear friend and I want to plead for you to spare him a lengthy sentence. Although I will not defend his actions I will support the man who I know is decent, kind, and caring towards all those he surrounds himself with. Despite his conviction, Ross is an asset to society and I beg that you consider his character when making your decision.

Please, you have my sincerest thanks for your consideration,


Sincerely,

Alden Schiller III

# LETTER  48



March 10th, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I am a graphic designer at a company in San Francisco that makes software for elementary schools. I have known Ross since childhood and spent a year living with him as an adult. I consider him to be one of my oldest and closest friends. Growing up together I was always impressed by his kindness and gentle nature. Ross treated everyone with respect, even the kids who bullied us in middle school. And that's because Ross sees the best in people.

A few years ago Ross moved across the country to help me start a company that scanned family photos. I was also going through a painful break up of an eight year relationship. Ross not only helped me get my company on track but more importantly he helped me get my life back on track. Often before work we'd drive down to the ocean and Ross would teach me how to surf. Waiting for a set of waves we'd talk about our dreams for the future. We both wanted to start families and hoped that one day our kids might become friends.

Since Ross's arrest he has told me many times that all he wants in the world is to live a simple life with his friends and family. I know in my heart, and from my years of experience with Ross, that when Ross is eventually released he will not be a threat to society in any way. For the hundreds of people who know and love Ross I hope you will consider as short a sentence as possible. He is a good person who has much to give and contribute. The world will be a much poorer place without him.

Sincerely,

René Pinnell

# LETTER  49

Casey Nelson



March 25, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I am writing to petition you on behalf of my friend Ross Ulbricht who will be sentenced May 15, 2015. I believe, and I hope to persuade you, that a harsh sentence is not appropriate for Ross. Please consider my testimony and the words of Ross's many friends, colleagues and family members as you make a decision that will hugely impact not just one man, but his entire community.

I currently live in Washington, DC and attend graduate school at The George Washington University, studying public health and medicine. I am a longtime friend of Ross Ulbricht. I have known Ross for over ten years as we went to high school together in Austin, TX and became friends as teenagers. Ross and I stayed close in college and afterwards. I have many fond memories of Ross throughout the years - vacationing with me at my family's beach house, socializing at my childhood home, relaxing in the sunshine on the lake. Ross and I have kept in contact and had the pleasure of seeing each other in our hometown frequently over the years. We would both return to Austin, TX to visit our community of friends and family around the holidays and on vacation. I last saw Ross at a birthday celebration for our mutual friend over the winter holidays prior to his arrest in October 2013.

Ross has always been a kind and generous friend - he was person who you could call upon if you needed to talk or reflect on any of life's big questions, or if you just wanted playful company and to have some fun. He is a loyal person, greatly respected by his peers. I have admired his compassion and acceptance towards his friends for as long as I have known him. Even when we were teenagers, he was in tune with the world around him and innately empathetic, never one to judge another. Ross is a gentle person, a trusted person. Being two years younger, I looked up to Ross both because I knew he was someone who would make great contributions to society and because I was inspired by his positive spirit and great attitude. He is so intelligent and such a joyful person, I count myself lucky to be his friend.

As many will attest, Ross Ulbricht's character is not defined by his criminal conviction. His conviction does not negate all the positive things he has done in his short life – from Eagle

Scouts, to research in college and graduate school, to the steadfast personal relationships he has maintained with family and friends. Ross is not done contributing to society. He is not done inspiring others.

Please spare Ross an unnecessarily long sentence. A long prison sentence or one that mandates maximum security prison would not afford Ross the opportunity to return as a contributing member of society, nor does it benefit justice. Please use your discretion to impose a sentence for Ross Ulbricht that is not unduly long or severe.

Thank you for considering my words and please keep them in mind as you use your power to determine a reasonable sentence for Ross Ulbricht.

Very Sincerely,

Casey Nelson

# LETTER 50

Lindsay A. Lewis
29 Broadway, Suite 1412
New York, New York 10006

March 1, 2015

The Honorable Katherine B. Forrest
U.S. District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007

Dear Judge Forrest,

My name is Brandon Schaffner. I am a Ux designer living and working in Houston Texas. I met Ross Ulbricht 17 years ago, in my junior year of high school when I started dating his sister. Through that relationship I got to know the Ulbricht family, including Ross, very well. I spent time at their house and accompanied them on vacation and got to see Ross in many situations and feel qualified to speak about who he is as a person.

Ross was a smart, upbeat middle schooler who loved reading comics, playing soccer and riding his bike. He was one of those kids who had a spark in his eyes and was always happy and good natured. He was very involved with his Boy Scout troop and through that gave back to the community over the years.

Although I am aware that Ross has been convicted of serious crimes, I can attest that he is a good hearted man and not a hardened criminal. Rather, Ross is a caring sensitive individual who is a danger to no one.

Sincerely,
Brandon Staple

# LETTER  51

March 22, 2015

The Honorable Katherine B. Forrest, United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Forrest;

I am writing to you in support of granting as short a sentence as possible to Ross William
Ulbricht. I am a seventy two year old Licensed Professional Counselor in Austin, Texas with a
Master's degree in counseling psychology and over twenty years experience in clinical practice.
As a close friend of the Ulbricht family, I have known Ross Ulbricht all his life and have had
frequent contact and interaction with him throughout that time.

My observation of and experience with Ross Ulbricht has consistently revealed him to be a
person of extraordinarily fine character. Ross has always exhibited a strong sense of respect for
life and an aversion to violence. I have personally seen him as a loving, creative and playful
child and teen develop into a kind and caring young man with a sincere concern for others. Ross
has long-term friendships as well as very close family ties, and a deep sense of loyalty. He was a
diligent student throughout his educational career. He participated enthusiastically in the Boy
Scouts, taking part in numerous community service projects on his way to becoming an Eagle
Scout. Ross has been unwaveringly forthright and honest, as well as idealistic, from early
childhood to the present. As Ross has developed into a young adult, I have been pleased with and
grateful for his continuing friendship.

I am definitely familiar with Ross's case, as I have followed it from its outset. I traveled halfway
across the country to testify in court to Ross's good character because I believe in him so
strongly. It is clear to me that the conduct for which Ross has been convicted does not represent
Ross as a person, nor the fine contributions he is capable of making to society. Knowing Ross as
I do, and as a mental health professional, I am confident Ross will, upon his return to society, be
an asset to his community and to the world.

Thank you very much for your time and consideration. Please feel free to contact me if you
wish.


Respectfully,

Karen Steib Arnold, L.P.C.

# LETTER 52

March 30, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

The first time I met Ross Ulbricht was when he was around 12 years old. His mother is a family friend and she brought him by when she came to visit my home in Austin, Texas. Ross and I spoke for a short time in my front yard and he was gracious, concerned about his mother's opinion, and well appointed. He was very polite, obviously bright, and respectful. Over the years, I heard about Ross from his mother and kept up with him though his sister's updates. The reports were always positive as Ross achieved a series of outstanding academic accomplishments.

When Ross came back home from his graduate studies in the northeast, I visited his mother in their home. Because he was a intelligent, and personable young man, I offered to recommend and assist him in finding a job in Austin. My background is in high tech -- I worked for the leader in the computer industry for 15 years. Also, I was an adjunct professor in a top business school teaching MBAs and undergraduates and spent much informal time career-counseling students. I thought Ross's physics degree provided him with the proper logic knowledge and skills for an investment career. These are the type of skills needed in good investment selection and trading. Ultimately, through contacts here, I did arrange for him to interview for a position in finance at a local high frequency trading firm. They said Ross interviewed very well but did not have an opening for his skills.

I believe in the fairness of the US government and am writing this recommendation for Ross because I have faith that my government will be fair and kind. I do understand that Ross was convicted and do not oppose the decision. What I am asking is that the court give the shortest possible sentence to a bright and personable young man who has a desire to do positive work for society. Once free, I trust Ross would take the right path.

Sincerely,

Linda D. Bailey

Linda D. Bailey

# LETTER 53



March 20, 2015

The Honorable Katherine B. Forrest

United States District Judge

Southern District of New York

United States Courthouse

500 Pearl Street

New York, New York 10007

Dear Judge Forrest,

I have known Ross Ulbricht for more than twelve years, since we began our undergraduate degrees together at UT Dallas. We weren't technically roomates, but lived in adjacent quarters, effectively cohabitating throughout our time there. Since then, we have stayed in loose contact as our lives and occupations have diverged, yet maintain a sincere and genial connection and correspondence to this day, throughout his incarceration.

I work in the recreational boat industry on the east coast. I hold a USCG Captain's license on inland waters and also do contract work repairing and restoring classic sailing vessels. I have been following Ross's case, conviction, and understand that you have the responsibility for his upcoming sentencing. Since there is little room in court for unqualified opinion, I am nevertheless grateful for this opportunity to convey my feelings and experiences of Ross's character to you as you decide his sentence.

Ross is a responsibile, caring, and deeply soulful individual who has repeatedly impressed me with his depth of character over the years. I struggled in college and had a hard time adjusting to living on my own and taking care of myself. At that time, I looked up to Ross and was able to learn from his self-discipline, work-ethic, and personal habits. He was always happy to include others in his own positive activities and I benefited from the solid example he set of good study habits, yoga practice, and regular outdoor exercise. Eventually, I came to understand that his success in school and social circles couldn't be attributed to good habits alone, but came from a deeply sincere and loving nature in the way he related to others and conducted himself. Many times he invited me to spend time meditating and attending workshops to study self-empowerment, peaceful communication, and spiritual mindfulness. I cannot think of another person who embodies those ideals as well as Ross does.

Ross will often go out of his way to make the world around him a better place.  Once, when I was sick and bedridden, he squeezed himself into a ridiculous costume and burst into my room, dancing around wildly. He soon had me laughing so hard that my ribs were hurting, and it wasn't long before I was out of bed and feeling better again.

Another time, many years after college, I called him up out of the blue. I was hiking on the

Appalachian Trail at the time and was wet, exhausted, and covered with poison ivy. Ross drove 300 miles out of his way to come and pick me up and bring me back home to stay with him.

Your Honor, I have no doubt that in your tenure you have come into contact with hardened criminals who are dangerous to society, for whom there is no help but for the state to separate them from those they would harm. I truly believe that Ross in no way represents one of these people and I think that the longer he is shut away in a cell, the worse off the world will be for it. I know that we all make mistakes, and must be responsible for our actions. If Ross has taught me anything, it is that we also have the ability to overcome them and become better people, hopefully with the help of our friends, family, and community.

Sincerely,

Capt. James Woodring

# LETTER  54

March 29, 2015

The Honorable Katherine B. Forrest
United States District Judge, Southern District of New York
United States Courthouse, 500 Pearl Street
New York, New York 10007

Dear Judge Forest

My name is Gail Gibbons and I am a Licensed Psychotherapist in private practice for thirty years.

I first met Ross Ulbricht and his family when he was a young toddler. I was impressed with the family's close ties to one another and extended family as well. Ross's mother and aunt had created a small business together and his father was a well known green builder in the Austin community. I remember going to social gatherings at their home with many friends and family members there and a lot of children as well. My son was one of those kids and he and Ross and Ross's cousin played together often. They also attended a Montessori school together.

I had a very personal and intimate connection with Ross and his family during this time and I can say, from both a personal and professional viewpoint, that Ross was often the most peaceful and easygoing child when playing with other children.  I never witnessed him as aggressive or disruptive, but often the "most mellow" as my son would say, of the children playing together.

I saw no indication that Ross would become the kind of person he is being portrayed as today in his criminal conviction. Rather he struck me as the kind of young person whose intelligence and temperament would lead him to accomplish and achieve work of an inventive and positive benefit to his community. I remember at one time he had a small business collecting and selling donated books to benefit charitable causes.

The criminal conduct that Ross has been convicted of does not represent or reflect in any way the Ross, and the peaceful and loving family, that I know. His character and the support of his family point to a person whose achievements could offer positive benefit to his community. A shorter sentence would grant him that opportunity.

Please consider these factors and the age of this young man in your sentencing.

Sincerely,

Gail Gibbons

Gail Gibbons

Gail Gibbons LPC LMFT SEP

# LETTER 55



March 31, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

This letter is to appeal to you in the sentencing of Ross Ulbricht. I am a family friend, father of four, and work as a sales engineer in the marine industry.

I have known Ross through his family, as a friend, for about seven years. I also had a business association with him while he was in the book-selling trade. At that time I spoke to several people about Ross, their experience of him and his business. Without exception every person gave me nothing but confidence about Ross' professional dealings and ethics. This was also corroborated by my own experience.

In the period when I was associated with Ross, he gave me every indication that he was worthy of my trust and friendship. He showed himself to hold an exemplary, honest and forthright character. Beyond this, I found him to be a positive person who was not interested in conflict. I believe this is the true Ross Ulbricht and I would not hesitate to have a professional relationship with him in the future.

I am aware of Ross' conviction and the charges that were brought against him. It is a difficult position for Ross and I know he is not taking it lightly. I urge you to consider his lack of a prior record, his conduct while incarcerated, and his general positive nature when applying his sentence. Based on my knowledge and experience of Ross Ulbricht, I believe it would be right to give him nothing more than what is mandatory.

Sincerely,

Robert Reisinger

# LETTER  56

March 21, 2015


The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007


Dear Judge Forrest,


My name is Clay Cook. . I'm writing on behalf of my friend, Ross Ulbricht.


I was born and have resided in Texas for 55 years. I owned a Construction Company in Houston, Texas
and I am currently semi-retired and live in the Texas Hill Country


I first met Ross when he was seven years old while on a family vacation. I became fast friends with Ross
and his family in the subsequent years. The Ulbricht family and I spent many weekends and vacations
together.
Over the years I have watched Ross grow from a child to an adult. Ross was a very well mannered and
respectful child and this carried on into his adult life. Ross is a courteous and conscientious person and
was raised by two loving parents. The Ulbricht Family is very traditional in every way. Lyn and Kirk
raised Ross and his sister Cally to be independent, ambitious, and considerate. Ross always showed great
respect for his family, friends, and humanity.


I can attest to Ross' intelligence and patience in frustrating situations; I taught Ross backgammon and
soon thereafter, he was teaching me. I have seen his caring and compassionate demeanor many times as
he was always willing to help me or whomever needed help. He was especially protective of his
grandparents, elderly friends and acquaintances. Ross could always be counted on to carry his load
whether we were working or vacationing. He was simply always a joy to be around and an exemplary
young man.


Ross excelled in school and has a B.S. from the University of Texas at Dallas and a Master's Degree in
Physics from Pennsylvania State University. He also completed the Eagle Scout program of the Boy
Scouts of America in Austin Texas. Ross is a very intelligent and goal oriented person. Any one of these
accomplishments, taken individually, bespeaks of a person who knows determination and sacrifice.

Having said this, I also understand the severity of the charges he has been convicted of. In my life I have seen many things that defy description and I believe this is one of those circumstances: Ross is the last person I would have ever thought would be in this situation.

I am not here to question the court or the jury's decision. I would only ask that in sentencing, the court consider rendering a sentence that would give Ross a chance to right his wrong. A person of his intelligence and caliber certainly can be of benefit to our society and humanity.

Thank you for your time concerning this matter.

Respectfully submitted,

Clay Cook

# LETTER  57

James McFarland

█████████████

March 18, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007


Dear Judge Forrest,

I am writing this letter to attest to the character of Ross Ulbricht, and to ask that you consider a sentence that will allow him to return to society and have the positive impact I know he is capable of.

I am currently a research neuroscientist working at the University of Maryland. I first met Ross in high school over 10 years ago in physics class. We became close friends, and spent a good deal of time together throughout high school, and continued our friendship after we both went off to college. Ross clearly stood out from his peers in high school, demonstrating a level of maturity and selflessness that went far beyond his years. In all of my interactions with Ross, without exception, he was open, honest, and extremely caring. On numerous occasions his friendship and advice helped myself (and others) navigate the difficult situations of high-school social life, and he set a consistent example of generosity and honesty. Critically, he set this example not just through his words, but, more importantly, in how he always treated others in a caring and selfless way, from his family and friends to complete strangers.

I am confident that the criminal offenses Ross has been convicted of are not representative of these core values he has demonstrated throughout the time I've known him, and certainly do not reflect the great potential he has for producing a highly positive impact on society.


Sincerely,

# LETTER  58



March 19, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

We are an emergency room physician and mother of three who reside in Austin, Texas and have been close friends of Ross Ulbricht's parents, Lyn and Kirk Ulbricht for many years.  We  have known Ross since he was two years old, almost his entire life. Ross attended the same middle and high schools that our two sons and daughter attended and he was often with us for birthday parties, playgroups, family dinners, etc. Even after leaving for college we would still see Ross several times a year when our families met for holidays and casual get togethers.

It was a terrible shock when Ross was arrested. We found it  hard to believe.  He grew up with loving, involved parents, surrounded by family and friends. His school years included soccer, field trips and family vacations. He was in the Boy Scouts and achieved Eagle. Ross was creative, artistic, loved adventure and being outdoors. Growing up, he often went on camping and fishing trips with his father.

Ross was good academically. He was in the gifted-talented program, took advanced high school classes, and received a full scholarship at the University of Texas Dallas. Never did Ross seem interested in acquiring material possessions. His mother often commented on how Ross would forget his shoes even when leaving on trips. With his easy going manner we often laughed at how he could manage to stay organized with his forgetfulness.

We saw Ross even after he had left for college when he would stop by our house. He was always friendly, sweet, and happy. He liked to just hang out and talk and enjoyed

being around people and home cooked meals. He seemed very aware of healthy food and living and did not seem to be interested in drugs or alcohol.

Early on when bail had seemed possible, and because of our belief in Ross' good character, we committed $20,000 to bail.  We were confident that Ross would never jeopardize the trust that his family and friends placed in him.

For as long as we have known Ross he has always been kind, caring, loving, considerate, sensitive - with his family, at school, with us and our children, and in interacting with others. We've seen Ross as a thoughtful gentle dreamer who loved the outdoors and venturing off the beaten track.

We have been very disturbed at Ross's involvement in Silk Road. It has been shocking and unexpected. We are extremely sad for Ross and his family.

Apparently Ross has made bad choices. His idealism and dreams have led to serious wrong doing.  However, we truly believe that Ross is a well-meaning young man with a good heart. We believe that he still has the capacity to do something worthwhile for others. Our great fear is that his life will be wasted. We sincerely hope that Ross may have another chance.

Thank you for your consideration.

Sincerely,

Douglas Mills, MD

Valencia Mills

# LETTER  59

March 24, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York, U S Courthouse
500 Pearl Street, New York, NY 10007

Dear Judge Forrest,

We are grandparents of Ross Ulbricht, and we have known him his whole life.  Before he entered the Justice system, we knew he was a very promising man.  Now we give him over to the system until he pays his debt to society. When he is free again, Ross will undoubtedly be a fine citizen. We have such strong faith and trust in Ross that we pledged our home for his bail.

Should you see fit to give him the shortest possible sentence, Ross could use some of his inherited traits to benefit the community with what time he has left.  He has the spatial skills necessary for architectural designing. They are in his blood, passed on from us, his Dad and our parents.  Or he might leave these talents untapped for other pursuits.

Ross has a good share of humanitarianism.  He is a people person.  He has the support of a lot of friends.  One of his earliest crowd of friends was his group of tiny metal figures which sparked his imagination as he played with them for hours on the floor of his room at age eight.

Ross honed his leadership skills in a camping troop with the Boy Scouts of America.  He once led a patrol of scouts to a good source of clean water with his knowledge of survival in the wild.  He forcibly chipped through stone to get to the water they needed.  He became an Eagle Scout.

Ross was resourceful and worked his way through UT Dallas with the aid of a 4-year scholarship.  In a part-time job, he donned protective clothing to work in a "clean room" using nano particles experimentally.  At Penn State, he purchased a house and rented it out to students, as a means of supporting himself through school. He earned a Masters degree in Materials Application and Engineering.

Ross has a strong religious faith and the values of peace, love and service.

We are in hopes that this letter will serve to let you know more about the Ross Ulbricht we know and dearly love.

Sincerely,

Martha and Herb Ulbricht

# LETTER  60

Alexandria, Virginia
11 March 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I am Timothy Arthur O'Leary, a free-lance journalist and former communications officer for the World Health Organization and the international medical charity Doctors Without Borders.

I write in the matter of Ross Ulbricht, who was recently convicted in your court of running an illegal drug marketplace.

I was distressed to learn of Ross's conviction because I have been a friend of Ross, of his parents Lyn and Kirk, his sister Cally, and his aunt Kim Lacava, since the mid 1990s, and because I hate to see any bright and promising young person ruined, if even through actions of his own.

When Ross was a still a high school student in Austin, Texas, I developed a concern for his welfare, counselling him and his mother about the advantages and disadvantages of his accepting a full academic scholarship from the University of Texas at Dallas. I knew something about the university and the Dallas community because I was then an editorial writer for *The Dallas Morning News*. It was to a certain extent because of my advice that Ross accepted the university's offer.

When his mother would drive up to Dallas to visit Ross, she would stay at my house, and I was an occasional guest of the Ulbrichts and of his aunt in Austin. I cared about and continue to care about Ross, the rest of the Ulbrichts and their extended family. As a parent of two daughters, I imagine how devastated Lyn and Kirk must be by their son's conviction and the prospect of a long prison sentence.

Without getting into details of the case, I have conveyed my sympathies to the family. During a recent business trip to Sydney, Australia, I went out of my way to visit Cally, thinking that the sight of an old family friend might alleviate whatever feelings of hurt and isolation she might have, separated as she is from her only sibling and from the rest her family by an ocean and thousands of miles.

Although I have not been in direct contact with Ross since his graduation from the University of Texas at Dallas in 2002, I have stayed in touch with his mother and with his aunt. I followed Ross's life from afar and was as pleased by his academic success as I am disappointed and dismayed by the jury's finding of guilt.

1

Based on what I know of Ross, I have considered the criminal activities of which he has been convicted to be out of character. The Ross that I knew was intelligent, charitable, idealistic, kind and family-oriented. I believe that these criminal activities do not represent the real person or the positive things that he would be capable of achieving both for himself and for society if he were to be spared a long prison sentence.

I would and do, therefore, Your Honor, implore you to impose as short and humane a sentence as possible so that Ross can eventually return to his family and to society and make the kind of positive contributions of which I believe that is capable and, I am sure, inclined.

Thank you.

Sincerely yours,

Timothy A. O'Leary

2

# LETTER  61

J'aime Mitchell

█████████████████

March 22, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is J'aime Mitchell and I grew up with Ross in Austin, TX. We became close friends in my sophomore year of high school when I was dating his best friend but we have had mutual friends since childhood. Throughout school, I was in several classes with Ross and his friends: advanced placement math classes, gifted and talented English classes, Spanish, and photography to name a few. It's come to my attention that Ross has been convicted of a crime and it's hard for me to reconcile that fact with the cherished memories I have of Ross, so I hope you will consider my letter when sentencing him.

Throughout the years Ross proved his strength of character to me many times. When dating his friend, our social activities revolved mostly around our mutual love for the outdoors. Our group would frequently go camping, swimming, and hiking in the areas around our hometown together. We even made a game of testing our survival skills in the woods, where we would create obstacle courses with rope swings, tree climbing, and bouldering. We learned a lot about our personal limits and our abilities to overcome challenges, but what stands out most is how Ross would support and encourage people to become stronger both physically and mentally. He would often be the first and the last person to complete challenges because he would lead by example and then would circle back to make sure nobody was left behind. Our adventures built a strong bond of trust among all of us, and we all felt safe going into the wilderness together because knew we could rely on each other along the way. It has been many years since these adventures and, although this group may not see each other often, the sincerity and honesty of our friendship remains just as true.

Ross is also one of the reasons that a few of us purchased land in Costa Rica a years ago to help reforest a site that had been destroyed by slash and burn agriculture. Ross and his family owned a house on the Osa Peninsula that was well-travelled by many locals and tourists. On three separate occasions I can remember, I had friends who didn't know the Ulbrichts return

from the Osa to tell me that they were impressed by the hospitality and warmth they experienced during their stay – only to determine later that it was in fact Ross who had hosted them. Whether in kayak or hammock, Ross always seemed to be at peace there, and that feeling radiated out to everyone around him. When he would come back to school after a stay in Costa Rica, he carried with him a keen awareness of his own personal integrity and a sense of being in harmony with nature. He inspired us with his stories of living close to the land and engendered a sense of stewardship that is obvious in the careers that many of us chose.

At this point in time, I have been working as a professional in Sustainable Development for five years and have seen the positive impact that people like Ross can have on their communities: the selflessness of never leaving anyone behind, the community servitude of an Eagle Scout, and the peaceful demeanor of someone who loves the outdoors are all characteristics that bring benefits to this world. The crimes he has been convicted of do not represent who Ross is as a person or the positive things he is a capable of achieving. Please consider as short a sentence as possible, one that allows Ross to return to a community that needs him.

Sincerely,

J'aime Mitchell, LEED AP

# LETTER  62

March 24ᵗʰ 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,
I believe there are some things you should know about Ross Ulbricht before you
deliberate with his sentencing. I can say with confidence, he is one of the best men I've
been blessed to know. He is kind, gentle, intelligent, considerate, patient, and passionate
about changing the world for the better. He is the type of man who is not just open to
helping but searching for ways to help others. I once shared with Ross a story of how I
saved a friend's life, and his response was unlike that of most: "I've always wanted to
save someone's life." I wish I could save his life too, but his fate is in your hands now,
and as you decide what is to be of his life. I pray that you consider my testimony as well
as the testimony of so many others who have been positively impacted by Ross.

I grew up with Ross. We went to the same high school and ran in the same circle of
friends, a tight-knit group of loyal, loving people who have stayed in touch over the
years. We would have regular parties during the holidays that felt almost like a yearly
reunion where we could talk and catch up on each other's lives. I always remember Ross
smiling with something positive and supportive to say. One year, the year our class was
supposed to have their 10-year reunion, our friend reneged on his duties as treasurer to
organize the reunion. Funny enough, he was the one hosting the party we were attending
at the time. Anyway, Ross told me he would take it upon himself to organize the reunion
and make sure it happened. See that's who Ross is. He's a problem solver, always
looking for a positive solution.

After Ross's arrest, so many of our circle of friends reached out to each other in
astonishment. How could this be? Not Ross. Anybody but Ross. I called a mutual
friend who was organizing communication on Facebook and told him if there was
anything I could do to help, I wanted to help. My best friend Isabelle called and we
talked about how wrong it felt, and she said, "The saddest part of all this is the possibility
of losing the life and freedom of such a bright soul." We have both known and loved
Ross Ulbricht. And although she knew him better in the first half of his life, I have come
to know him deeply in the second half.

See I came to NY around the same time that Ross did, not because of Ross, but because I
am an actress, and I was pursuing my dreams. The week I moved, Ross's mom called me
asking to donate to Ross's bail. I happened to mention I just moved to NYC. Lyn told
me Ross was in NYC, and would I want to visit him. "Of course! If he wants to see me,"

I said. I figured I was the only friend in New York who could come see him. This turned out to be true, so I've been visiting Ross regularly ever since and have come to know him far better than I ever did when we were kids. Even in prison, he is the same Ross, making a positive impact on his community. He made a pact to commit to a consistent Yoga practice and organized a class to teach others and share how Yoga and its philosophies can reduce stress in confinement. He taught fellow inmates math so they could pass their G.E.D. And so many times when I would visit Ross, the C.O.'s, when they saw who I was visiting, would take the time to tell me, "He's a good guy, that Ross. He's a good guy." I would simply smile and say, "I know."

I know because we've spent countless hours together with weekly visits, phone calls and letters, sharing our lives, and thoughts on the world, morality, religion and God, and in doing so, I've gotten to know an old friend even better. He has become a confidant, someone I know I can always trust, and he always puts me before himself. Anytime I share my own fears and struggles with my life, he is always there with a positive affirmation to boost my spirits in the midst of troubles far greater than mine. He is the kind of man who cares to reach out to people, focus on others, and in some way help those around him, even in the confines of prison. No matter what he may or may not have done, I know in my heart that the actions associated with his conviction were motivated out of a deep passion to make the world a better place. I also know that if you give him the lowest possible sentence, as I pray you will, Ross will use the years he has left wisely and do everything he can to apply the gifts God gave him for a better purpose.

In the end, I hope you consider the actions of his friends and family who continue to support Ross even after his conviction. We stand for him in loyalty, not just because we love him, but also because we believe in his good character. From acquaintances like Chris Kincaid, who roomed with him only a matter of months, to friends who grew up with him, friends like Thomas Haney and Daniel Davis who traveled half way across the country to serve as character witnesses and testify to his peaceful and loving nature, and friends like myself, who sat in on the trial every day, we all continue to support him because he is a man we love and know to be good. When Thomas talked to me after his testimony, we shared stories of Ross and reminisced. Thomas said, "Ross is uniquely wonderful, wonderfully unique." He said he wished he'd had the opportunity to say these words on the witness stand. It's true. Ross is wonderfully unique. And no matter what the outcome, Ross will continue to be uniquely wonderful and we will continue to love him. I pray you grant him as short a sentence as possible so he may return to his loved ones.

Sincerely,

Jenny Keto

# LETTER  63



April 6, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Shiloh Travis. I am 38 years old. I've been happily married to my wife Laura for 14 years. We have an 11 year old son and an 8 year old daughter. I am an entrepreneur and have owned and operated my own a custom home building companies since 2001. Along with my business endeavors, I am very engaged in the community, and give a lot of my time towards volunteer efforts to better the lives of people around me. By any measure, I would be considered a constructive, valuable, law abiding, member of my community. I knew Ross Ulbricht to be the same.

I first met Ross in the summer of 2010, when I was putting together a team of volunteers to put on an event designed to enrich and empower the lives of the attendees. I called him up from a recommendation of another friend, not knowing who he was, and asked him if he would consider volunteering his time for some of the event. In that first conversation, it quickly became apparent that Ross was somebody who was committed to the empowerment of others. He blew me away by not only saying yes to my request, but offered to volunteer full time for the entire 5 day event. Of the 16 people that volunteered in the event, he was the only one that was there the whole time. Over that initial time together, he gave his time very generously, and we connected around our common interests and shared commitments. We enjoyed each other's company enough that we made plans to stay in touch. For months after that event we would have scheduled phone calls to coach each other around the areas of life that were important to us. We both shared very personal stuff around our personal relationships, jobs/careers, God, and our shared passion for finding purpose and happiness.

Above all else, a couple things became very clear to me in the time I knew Ross. Ross is a gentle soul, with a huge heart. It always struck me how much of his attention was on seeking ways to express love for others. In my time with Ross, never once was there any conversation about causing damage to others. Ross wouldn't hurt a flea. That's what has been so sad for me

in following this case.  Whatever crime Ross has been convicted of, it does not represent who Ross is and the value he can bring to our community.  The idea of him being locked up in prison, frankly, seems a tragedy.  Not just for him, not just for his family and friends, but for our society.   Ross taught me to look towards the service of others to find peace and happiness.  It will be a huge loss for our society if his positive and peaceful contribution is taken away.  With the upmost respect, I implore you to spare Ross a long sentence, for the time he is locked up will truly be a loss for us all.

Respectfully,

Shiloh B. Travis

# LETTER 64

███████████████

March 20, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

Ross is a close friend of mine who I have known for over a decade. I can unequivocally say that Ross is one of the best individuals I have ever met. I have followed his trial closely since the initial news reports emerged, and I am fully aware of all the accusations and evidence presented, as well as the verdict. I believe it is in society's best interest to give Ross as lenient sentence as possible.

Ross liked the Ghandi quote "Be the change you wish to see in the world." He has lived his life with a vision of a peaceful world where everyone gets along and is the best they can be. In all my interactions with Ross, this philosophy has shone through and he has consistently lived his life in a way that improved the lives of all those around him. It is difficult not to sound hyperbolic when describing Ross. However, let me be clear that what myself and others write about him is true and accurate.

Ross is a kind and gentle soul. I have never seen him show malice or anger towards anyone. This is including when he's been in situations that I would expect to bring out the worst in anyone, such as a romantic partner sleeping with his friends. Even then, when it was clear he was hurting, he did his best to remain calm and try to forgive. After a while he fully forgave everyone and reached out to maintain his friendships without any animosity. I have never seen anyone else who could so genuinely treat others with such compassion and respect.

Ross is generous and thoughtful of others. I have seen him literally give his shirt off his back to someone after they mentioned they liked his shirt. This was not an isolated case. Ross would give away his stuff to people after they merely mentioned they thought it was neat. His generosity would extend well beyond this amusing anecdote. When he was in college he volunteered at charities. Not for resume building or to brag. He basically never mentioned it except when it resulted in scheduling conflicts. His volunteer work was really because he wanted to help people.

Ross also regularly donated to charities in college, despite making a very minimal salary working in a lab. He still was sure to put charity before himself, and was likely donating to help support people who made more money than he did. I asked him why, and he said (paraphrasing) "if I can't learn to do this now, how can I do it if I make a lot of money?" Again, Ross did not do this to brag. The only reason I found out was he was helping me learn to create and follow a budget, and showed me his. I may be the only person who ever knew he did this regularly. And recall this was still at an age when most kids were interested in getting drunk. His humility and desire to do good are a core value of his that I do not feel has diminished. Even as recently as a few years ago he ran Good Wagon Books, which donated to reading programs in prison and mentorship programs for kids.

On a personal note, Ross has been a loyal friend who has helped me grow into the person I am now. I have a PhD in physics, and now work as a postdoctoral scholar at the University of Chicago. Without Ross, I can confidently say I would not be here. Ross helped me through some difficult times early in college, and was a friend to me when I needed one most. Over the years I have come to Ross with whatever problems I've been having, and he has always been happy to talk for hours until I came to peace or a solution with whatever was troubling me. Many of my best qualities I developed largely from using Ross as a role model, and aspiring to achieve his level of goodness. I do not feel I am alone in this, as I could tell many of our friends in college seemed to follow his lead, even if only subconsciously.

I reiterate that Ross is a good person whose conviction does not reflect on who he is as a whole, nor all the good he has done outside of those actions. He has lived his life in an attempt to do good whenever possible. If anyone has earned enough karma to deserve a second chance it is Ross. Ross will attempt to make the world around him better no matter where he is. Indeed, he already has taught yoga classes, physics classes, and helped his cell mate study for the GED. However, a lenient sentence that would allow Ross to reenter the general population as soon as possible would let him continue to affect significant positive change as he has done so many times in the past.

I will now close with (unedited) thoughts I had on the night that I first heard the news of Ross' arrest: "*Ross is one of those rare lights in the world. Over the ten years I've known him, he's always been a loyal friend. There are few crucial turning points in my life, but at almost all of them Ross was there to help guide my path. He has helped me grow as a person in countless ways, and I can say definitively I would not be who I am today, or have arrived at this point in life, without him. We have both changed over the years, but there has always been a core to Ross that has stayed steady.*"

Sincerely,

Brandon Anderson

# LETTER 65

May 1, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York, United States Courthouse
500 Pearl Street, New York, New York 10007

Dear Judge Forrest,

My name is Michele Desloge and I am a real estate investor, developer, and appraiser residing in St. Louis, Missouri where my husband and I conduct our real estate business. I am a longtime friend of Cally Ulbricht and the Ulbricht family. I met Ross and the Ulbricht family while I was pursuing my bachelor's degree at the University of Texas in Austin, Texas. I have known Ross for over 15 years. Cally Ulbricht is one of my closest friends and the Ulbricht family is akin to my own. I had a wonderful experience living with them during my senior year in college and always look forward to our visits.

I am aware of Ross's conviction and have a hard time reconciling the Ross Ulbricht I know with any criminal conduct. On the contrary, Ross Ulbricht is a caring and compassionate person, always striving to learn more from life and give to others. He has a very gentle demeanor and would never hurt anyone. His smile and laugh remain always in my mind as testament to his character.

Ross loves nature and the outdoors. He is interested in wholesome, healthy pastimes. During my time in Austin we spent many days hiking in the greenbelt and swimming at a local natural spring pool.

Ross is very health conscious as well and showed discipline and character about positive living. He was always able to maintain a healthy diet when my friends and I would cheat and eat fast food or ice cream. He is a dedicated young man.

A person such as Ross Ulbricht provides a positive impact on society. We need more people like him contributing ideas and taking action to improve our communities. As such, I hope that he is spared a long sentence for the benefit of the greater good.

Sincerely,

Michele Desloge

# LETTER 66

May 5, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Tyler and I live in Portland, Oregon. I moved here after graduating in 2008 and have since been working as an engineer for RDH (www.rdh.com). I am also an active musician and band manager (www.dusumaliband).

Ross and I met during our time at Penn State, through our mutual involvement as musicians in a student-run West African drum and dance performance company called Nommo. The group rehearsed two-to-three times per week and performed regularly around campus and the surrounding area. I remember Ross as enthusiastic, patient, and kind-natured. He was a great person to have on the team—trustworthy, hard-working, and always showed up. He had a great attitude. We became good friends and eventually found ourselves hanging out away from the rehearsals and shows.

I understand that Ross has been convicted of a crime, and is facing serious penalties. I am writing simply to vouch for Ross as a good person. He is honest and kind, and I cannot imagine Ross conducting himself in any way that would make me feel he should not be allowed back into society. I just cannot picture it.

I trust in my heart that those tasked with determining Ross's sentence are honest and fair. I pray that all aspects of Ross's character and history are fully taken into consideration, as well as the pain and suffering that he and his family have already endured throughout this process.

Thank you for your hard work and effort in deciding this case and Ross's future. I imagine it cannot be an easy position to be in, and I want you to know that I and others appreciate you spending your time figuring it out.

Sincerely,

Tyler Smith

# LETTER 67

Michael Haney

███████████████

March 23, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Michael Haney and I work for an oil and gas services company.  I am writing to  ask that you give Ross Ulbricht a second chance to turn his life around and make a positive impact on society.

Ross is a Jong-time friend of my son Thomas, since early in their high school years. Ross  has always been one of my favorites of Thomas' friends. My experience  and that of my son is that Ross is a kind, friendly and thoughtful person with tremendous potential. He cares deeply for his friends,  and they  for  him.

Despite Ross' criminal conduct and conviction, please don't allow his sentence to destroy the potential he holds to do something positive with his life. I respectfully ask you to please allow Ross to return to society as soon as possible. I am very confident, that given a second chance, he will be an exemplary citizen and role model.

Sincerely,

Michael J. Haney

███████████████

# LETTER  68

March 30, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I have had the pleasure of knowing Ross for the majority of my life and have come to consider him another member of my family. My name is Ariana Stern-Luna and I am the sister of René Pinnell, one of Ross's closest friends for the past 18 years. My relationship with Ross is very much like that of a sibling, maintaining a close bond no matter the distance or time. I feel as though I grew up with a second older brother—another role model to look up to.

I am a counseling student at the University of North Texas, and have always prided myself in my instinctual judge of character. My natural ability to sense the degree of genuineness, empathy, and compassion in others is what drove me into the helping profession. I have never doubted these qualities in Ross, but rather admired the limitlessness of them. He is one of the most kind-hearted, caring, and peaceful individuals I have ever met and his positive energy seems tangible to every person he comes into contact with. He has a way of making others feel at ease and worthwhile. Even when I was the (probably annoying) younger sibling trying to hang out with my cool older brother and his friends, Ross always made me feel valued and included. All of my memories of him involve being surrounded by friends and family, laughing and purely enjoying life. I could not help but become angered when reading articles that attempted to twist the story to create a villainous image of Ross that could not be farther from the truth.

Not only have I observed the positive impact that Ross has had among the individuals who he has personally encountered throughout the years, but I have always believed his positive impact would one day expand to benefit society as a whole. I have never doubted his ability to do something great for humanity, until the unimaginable and shocking threat of imprisonment immerged. The criminal conduct that Ross has been convicted of is difficult to accept, as these charges do not represent the person I have come to know and love. It is devastating to see such a wonderful person facing such horrific consequences. Although much has already been lost in this heartbreaking trial, hope remains that Ross will be given a sentence that allows him to return to his family, his community, and his society.

Sincerely,

Ariana Stern-Luna

# LETTER  69



April 20, 2015

The Honorable Katherine B. Forrest

United States District Judge

Southern District of New York

United States Courthouse

500 Pearl Street

New York, New York 10007

Dear Judge Forrest,

I have known Ross since I was in middle school, he was always a caring, nice gentleman, who was very smart & was never interested in going to hang out to do anything bad with us other kids on the bus, even amongst the teen peer pressure. I always thought he was so kind hearted & admired him as a peer, and a friend. Later in life, reconnecting through social media, he was still the same kind & friendly person we ALL knew Ross to be. I could never imagine him doing any wrong or wishing harm to anyone, thats just how he is. Thank you.

Sincerely,

Rosa da Silva

# LETTER  70



May 6, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse, 500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

If you had told me years ago that I would be writing a letter to a judge regarding the sentencing
of my friend Ross Ulbricht, I would never have believed you. Even with the reality of his verdict,
I still find it difficult to believe. I was an acquaintance of his in high school, but after he and I
participated in a weekend course together, and were both in college on the east coast, he became
my friend.

The course was one of those things most people call self-help, but that presupposes that people
who participate are looking to fix something broken about themselves. This was, rather, a place
to bring your higher aspirations and deal with the barriers preventing you from making your
dreams come true, or, as they put it in the course literature, "Living a life you love, and living it
powerfully." Knowing that Ross was the kind of guy who took on challenges and strove for
higher ideals was part of what made me want to hang out with him--he was in cahoots with
others, and me, in the pursuit of greatness.

I remember once, I mentioned that there was an advanced yoga pose I wanted to get good at, but
that it would be impossible without months of stretching. Ross remembered to ask me how it was
going months later, long after I had forgotten it was something I had ever said I wanted to do. He
is the kind of person who wants you to succeed in your goals. I still haven't mastered that pose,
but when I think of the kindness and generosity of spirit that Ross displayed in remembering
something I said I wanted for myself, I get motivated to get out the mat and work on it.

It's hard to consider the verdict and this man as I know him and think that they have anything to
do with each other. You know him as he appeared before you in your court. I hope that my letter
can help you get a sense of who he has been to other people in his life. Ross is not a danger to
society, and in fact I believe that he is someone who makes life better for those around him.

Thank you for your time and consideration,

Jessica Graves
Certified American Sign Language Interpreter

# LETTER 71



May 7, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Forrest,

My name is Ashley Callaghan and I am a Corporate Trainer for the restaurant group Mama Fu's. I only have good memories of Ross Ulbricht. Ross and I met through a mutual friend, my college boyfriend, Michael Policelli. Both Michael and Ross were studying Material Science at the Engineering department at The Pennsylvania State University. From the beginning, Ross offered his generous hand at friendship, inviting us along to camping trips, potluck dinners and hikes. When I told Ross I was dealing with eczema, a debilitating skin disease, Ross suggested that I consider joining a club he was active in at the university that studied and practiced a form of traditional Chinese meditation, qigong. He even set up a small introductorily meeting with the president of the club, outside of any of their meetings, to make sure I was comfortable with the idea of it. Turns out I was, and I attended the club for the remainder of my college career, along with Ross and Michael and many others I now know as friends. This is how I know Ross-- as a great friend.

My friendship with Ross continued to grow after college. One year after I graduated, I decided to move to Austin, Texas to be closer to my family living in Conroe, Texas. The only people I knew living in Austin at that time were Ross and his girlfriend at the time, Julie Allen. When I told them I was moving down to Austin and moving in with a roommate I had found off of Craigslist whom I had never met, they offered to meet me at the prospective apartment to make sure the roommate and apartment were reliable. Once there, and having realized the living situation was indeed safe, they offered to help me move into the space, up three flights of stairs. I didn't even ask. Ross just offered. And that is how Ross is. He always lends a helping hand. He is one of those generously wholesome people who has everyone's best interests at heart.

These are a slim sampling of the positive ways in which Ross has uplifted my life. I do understand that Ross has been convicted of serious offenses. However, because I am confident he will positively impact others when he is free, please give Ross the shortest sentence possible.

Thank you for taking a moment to read my letter,

Ashley Callaghan

# LETTER 72



March 26, 2015


The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Kelly Payne and I am a stay-at-home wife and mother, an entrepreneur, and a long time friend to the Ulbricht family. I first met Ross in 1994 when I became friends with his sister, Cally Ulbricht. Cally and I met in our newspaper class at Westlake High School and quickly became close friends, and remain so to this day. As teenagers do we spent as many waking hours together as possible. It was through this friendship that I came to know Ross and both Lyn and Kirk as well. Anyone who knows the Ulbricht family knows that it is impossible to know one of them without knowing them all. They are an extremely close-knit family who spent their time more together than apart and who are deeply connected to one another. I knew Ross well through his formative years, and saw him occasionally as he became a college student and adult. It is my experience of Ross that he is a gentle and kind man who loves his family deeply.

As someone who knows Ross personally, I followed the trial closely and though I do understand that he was tried and found guilty of a crime, I also found much of the perception of him (especially in the media) to be irreconcilable to the man I have always known him to be. I hope in writing this, to shine a light into who I know that he is and further, what I know he is capable of still giving to the world as a very young man with gifts, talents, accomplishments, and intelligence beyond what most people achieve.

I would like to share a particularly poignant memory that I have of Ross from a time we traveled to Costa Rica together with his family. Ross was probably around fourteen years old. Getting to our destination involved long and often difficult travel; a flight, a night in a foreign city, and an eight hour bus ride, followed by more bumping along in the back of a truck down dirt roads; we were all tired to say the least. Ross was at an age that finds many kids self-centered

and generally surly yet after all of the travel, exhaustion, and generally being in close quarters when we finally arrived at the house, Ross carried all of my bags up the stairs and into the house without being prompted at all.  He was gracious and generous to me throughout the trip, always offering a helping hand to whomever needed it family or total stranger.  On this trip I often compared, perhaps unfairly, Ross to my own younger brother and many of the boys I knew in their general age range.  Ross was markedly mature and calm for his age.  He always has been.  Where many boys his age would have nagged and pestered their older sister and her friend, he was pleasant to be around.  When he could have been competitive or whiney, he was patient and giving.  I have always known him to be that way from the time I first met him.

Every time I consider the strange events that are now associated with Ross I am surprised and baffled all over again.  It saddens me to think of all his potential for good being stunted by mistakes.  Knowing Ross as I do; his intellect, his capacity to do good works and help all of those around him, his desire to teach and share his knowledge and experiences, his ability to contribute to society in a positive manner; it is my hope that these gifts are not diminished by a long prison sentence.  He is the kind of person I want out in the world, contributing to making it a better place.

I know that my opinion is a small one, but I hope that I have shared something of worth and benefit.  Please consider Ross as the man he is to those who know him best, and for the man he has yet to be and not for the stranger the press has created to fulfill and sensationalize a story.

Sincerely,

Kelly Payne

Kelly Payne

# LETTER  73

Suzi Stern

May 4th, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Suzi Stern. I am a music teacher, and vocal coach in Austin Texas. Ross Ulbricht and my son Rene have been friends since they were small boys and continue a cherished friendship to this day. I feel as though Ross were a part of our family and I'm comfortable saying that I know him very well.

I always loved and appreciated (and still do) Ross's wit and warmth. Of all of my son's friends that I enjoyed, I was most impressed and moved by the sensitivity and gentleness in Ross's character. My family has been following Ross's case and I felt that I had to write to you to describe another side of the character you may think is Ross.

This young man has always been a light in our lives. It was apparent to me from an early age that Ross was extremely bright and had an enormous capacity for caring, sharing and giving, which is why we all love him so much. He has a big heart and a tender loving nature and has grown into a trustworthy and generous adult. I think the world of this young man and cannot say enough to stress that fact. Ross is the kind of man who was there when anyone needed him. He literally would drop what he was doing to come to your aid. Ross was the guy who would be up until the wee hours helping haul lumber, nailing and painting for a theatre set that Rene needed built, or volunteering to help on any of his high school film shoots in a myriad of different ways, doing the hard labor no one else would acquiesce to do.

I simply cannot believe that the criminal charges that he's been convicted of are part of Ross's supportive, caring, loving and gentle nature. We know him to be so generous and positive and capable of great accomplishments.

Please consider the fact that this young man is a brilliant and caring man: capable of great things in this world, and a gentle human being and please make his sentence as short as possible.

Sincerely,

Suzi Stern

# LETTER 74

Suzanne Howard

May 7, 2015

To whom it may concern:

I am writing on behalf of Ross Ulbricht.  I am a family friend who has had the privilege of being around the household on a regular basis through many years.  I first met Lyn and subsequently Ross in 1988, along with other family members.

Ross has been consistent in his personality throughout the different stages of his development.  He has always been gentle, well mannered, thoughtful, intelligent and responsive in conversations with me and any adults who were in the room.  Ross is a thinker and holds high ideals of fairness and compassion towards the world.  The last time I saw Ross in 2013, I was struck by his demeanor and his eye contact as we spoke.  He was the same Ross I've known through the decades and I enjoyed seeing him.  As a senior citizen I am invisible to many younger people, but the interest Ross demonstrated during our visit speaks volumes about his character.

Thank you for your time and consideration in this matter.  If you have further questions, I can be reached at ▮▮▮▮▮▮▮.

Regards,

*Suzanne Howard*

Suzanne Howard

LETTER  75

Robert Gold

March 9, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse, 500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I knew Ross Ulbricht ten years ago, and even though I am thirty years older, the age difference had me respect and admire him nonetheless. Ross Ulbricht is an honorable man.

When I knew Ross, he was intelligent, generous and kindhearted. I remember him as someone with whom I shared long talks about humanity, relationships, family and service. My sons were pre-teens at the time, very accomplished and I imagined them in ten years, embodying the traits of this responsible young man.

Ross never had a troubled background. He was an Eagle Scout (a straight arrow). He stood for honoring humanity. He is someone who would go out of his way to support a new acquaintance, not just his close friends.

People say that people can change. However, the core principles instilled at a young age, the nature of their character, doesn't change. Ross consistently has had a great capacity to care for people, to revere wisdom and curiosity.

At twenty, it was obvious to me that I was relating to a man who would contribute much to the world. His genius, wisdom, kindness, openness and compassion make Ross someone I would deeply admire at any age. That he was twenty-years-old, merely set him apart as a powerful man of integrity.

My heart goes out to a young man who is in the prime of his life. Please give him the shortest sentence possible.

Sincerely,

Robert Gold, Ontologist (Organizational Reconstructionist, Author and Inventor)

# LETTER 76

April 13, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I am writing to you today on behalf of Ross Ulbricht, a person who I have been lucky to call friend for 14 years now. Ross and I met our freshman year at the University of Texas at Dallas and developed a friendship that would endure many years and much distance due to our mutual desire to deepen our understanding of humanity, make the world a better place, and serve our community.

After undergrad, Ross headed off to graduate school at Penn State, while I stayed in Dallas to begin my career in non-profit. I still reside in Dallas where I serve as the Program Director for Shakespeare Dallas, a 44 year-old non-profit whose mission is to make arts and culture accessible to all North Texans regardless of socio-economic background. I am a leader in the Dallas community, serving on various committees and working alongside our city government to make Dallas a better home to its citizens.

I understand that Ross has been convicted of a crime, however I do not think that his criminal conduct is in any way indicative of his personal character. If Ross were to receive a sentence that allowed him to return to society, I know he is uniquely capable of doing good works and impacting his community in a positive way. Ross is one of the most brilliant, sensitive, and kind people I have ever had the pleasure to meet.

Ross was something of a fixture around our undergraduate university. Everyone knew him, respected him, and enjoyed his company. Ross was always there to lend a helping hand and has the type of infectious spirit that always cheers you up. I am continually grateful that Ross came into my life at such a critical age. He was a guiding force in our peer group and offered the best advice and unique worldview. I often talked to Ross during that time about my fear of the future and life after university. I wasn't sure if I should follow my passion to become an artist and work in public service. Ross counselled me to follow my dreams, not worry about money, and to do the right thing for myself and others. I saw him be this positive force with our other friends as well. We all needed someone who believed in us at that time. After college, Ross and I stayed updated on each other's lives through email and in person when distance and time allowed. His letters always encouraged me to take that next step in my own life and gave me confidence to move forward. Ross encouraged and held us all accountable to be the best version of ourselves.

Above all else, Ross showed me personal kindness when I needed it most. I began college at the age of 16 and had just moved to a new city without any existing friends, family, or a support group nearby. I had terrible potluck roommates and was just socially adrift in a new city where people were different than me, older, and intimidating. Ross saw that I was in need of inclusion and reached out to me in a way no one else had, introduced me to a peer group, and from that moment on I had a place where I belonged.

A person so naturally predisposed to helping others should be allowed to do that. I have dedicated my life to community service and recognize that capacity in others. If Ross is spared a long sentence, I am confident that he will use his considerable intelligence and many talents to positively impact our community in a way that no one else can. I know that I would not be the person I am today without Ross Ulbricht. And I hope that he has the chance to impact other people's lives as much as he has mine.

Thank you for taking the time to read my letter.


Sincerely,

Jenni Stewart Pittman

# LETTER  77

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I am a librarian, recently retired after nearly 40 years, 23 of which were at the Pennsylvania State University. I knew Ross for a few years during the time he was earning his masters' degree at Penn State and living in State College.  I am a friend of Ross, and he was also friends with my two children, Joe and Elody Gyekis. Ross also lived with members of my family for a time in State College, PA, and I would welcome him into my family again.

My relationship with Ross was mostly social, although we did also talk about searching the literature and other topics related to the library and its resources.

Ross, Joe, Elody and I and various other friends often gathered for discussions, picnics, and social events. Ross was kind, considerate, sensitive, smart and fun to be around. We talked about philosophy, science, health, personal experiences and all manner of topics.  I was always impressed by Ross' caring attitude toward others and his kindnesses and consideration. Ross is also an honest and sincere person, one who keeps his word and completes what he promises. As a mother, I also appreciated his close family relationships. He often spoke fondly about his family while he was far from them in Pennsylvania. At every opportunity he participated in family activities, and made special efforts to visit them.

Ross has been convicted of crimes and awaits a determination of the length of his sentence. I would plead for a shorter sentence, as short as the law allows. Ross is peaceful and kind person and the crimes of which he is convicted does not represent who Ross is, or the positive things he has done in the past, or that he is capable of doing in the future.

Again, I plead for the shortest possible sentence for Ross.

Sincerely,

Loanne Snavely

# LETTER  78

Jonathan Rosenberg



March 27, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I am a partner in Jackrabbit Mobile LLC, a Mobile design and development agency. I am a
longtime friend of Ross Ulbricht and am writing to request that you grant him the shortest
sentence possible, one that will allow him to return to his community and be a positive
influence.

I have known Ross since I was in middle school. I wasn't a very popular kid until later in college.
In fact, I was a bit of a social liability. Ross was well-liked even then, but he still befriended me.
It was amazing to see his compassionate and caring nature at such a young age. This is a deep
characteristic of Ross. As we grew up he always lived modestly and has always been willing to
share his time with anyone who wanted to chat or needed help.

Ross deeply affected my path in life. While I was considering dropping out of school, Ross was
embracing full acceptance of life and inspired me to stick to a goal.  I ended up turning my
grades around, took a bike tour around the USA and got a BS in Computer Science at UT Austin.
Later in life Ross continued to inspire me.  I am happy to speak up for him.

I am aware that Ross has been convicted of serious crimes. However, I do not believe this
conviction represents who Ross really is. He has extreme integrity with a fearless embrace of
making the world a better place for everyone. I have known him to inspire many to be a better
person.

Please listen to the people who know Ross best and give him a chance to redeem himself.

Sincerely,

Jonathan Rosenberg

# LETTER  79



**J A U R E G U I**

W W W . J A U R E G U I A R C H I T E C T . C O M

April 5, 2015

To the Honorable Judge

Re:  Ross Ulbricht

This letter is written on behalf of Ross Ulbricht whom I have known since his youth.

My name is Luis Jauregui and I am a practicing architect-builder in Austin, Texas with a successful design/build company of over 30 years.  My wife and I, and our now grown 4 children and 5 grandchildren to date, all live in Austin and are a close-knit family.  Ross was considered part of our family thru the years as he and our son, Mark, who is 31 and a successful Realtor, were best friends growing up, and are still very close.

Ross was a good kid, not without fault, but that is true of most kids, including my own, and they all turned out great.  We watched Ross grow from a gangly quiet youngster into a studious, thoughtful young adult.  Ross has always displayed a quiet intelligence and distinguished himself academically, earning advanced degrees in areas of complex science.

Like our son, Ross was an entrepreneur at heart and drawn to on-line commerce as a means of earning a living, as are so many of their generation.  Ross created a website for resale books, buying up left over stock from book stores and cataloging the inventory for on-line sales.

I last saw Ross when he and his then girlfriend joined us for a 4th of July get-together at our home about 5 years ago.  I asked him what he was up to and he mentioned bit coins, of which I had never heard, so we got into a conversation about how bit coins were the upcoming new currency for on-line commence.  He was very animated about it, as young people tend to be with new ideas.  I can't say that I related to the concept but was intrigued to hear the latest buzz among the millennial generation.

I personally know Ross to be a young man of strong family values and a good heart.  I believe that his passion for e-commerce, combined with his intellect and his libertarian belief system, took him to places that grew outside his control.

Ross is not a danger to society and the criminal offenses of which he is accused do not represent who he is.  Ross is an intellectual, a free spirit and guileless, with great potential to contribute in very positive ways to the people and world around him.

My wife and I, and all of our family, are very concerned for Ross' wellbeing and pray that his sentence is short and his placement low security.

Thank you.

Luis Jauregui, AIA
Friend and supporter of Ross Ulbricht

A R C H I T E C T U R E    I N T E R I O R S    C O N S T R U C T I O N

# LETTER 80



March 26, 2015

The Honorable Katherine B. Forrest

United States District Judge

Southern District of New York

United States Courthouse

500 Pearl Street

New York, New York 10007

Dear Judge Forrest,

Having followed the trial of Ross Ulbricht, I would like to share my impressions of the young man I watched grow up whenever he visited his family in Costa Rica. Always polite and generally reserved, Ross liked to play ping pong and surf. I never suspected him to be involved in illegal activity. He is a peaceful person and would be hard to imagine him to be a threat to anybody.

I was impressed with Ross' academic pursuits in college and his ultimate graduation. His intellect was never intimidating and demeanor, never malicious.

While his involvement with creation of the Silk Road is undeniable, I don't believe Ross is a hardened criminal.  Please consider Ross's background when sentencing him to an institution that often promotes violence and instability. Could he possibly be used in a more productive manner which benefits, if not society... the state?

Respectfully,

Andy Pruter

# LETTER 81

May 2, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

Several years ago when I was attending graduate school I was lucky enough to be one of 30 people selected to participate in an event in Austin, Texas. Ross Ulbricht participated as well. The idea–since copied in cities all over the world–was that you arrive with an idea, you pitch your idea to a small group, and then you and the 29 others spend the next 72 hours making the best ideas a reality.

Ross Ulbricht and I were thrown into a mini shark tank for 3 days and told to get to work. Our true selves came out over hard work and sleepless nights. He and I bonded with each other and many of the other participants, and I only have fond memories of Ross. I'd wager everyone else who had the pleasure of working with Ross then would say the same.

Five or so years later Ross's idea was one of the only ones I remember. In fact, it is *the only* idea that did not succeed to the final round of pitches that I remember. Ross had an idea to build a real life economy within games played on the Internet. Online money that had real value. Currency existed within individual games at the time, though it was a relatively new concept. I remember Ross's idea because he was so passionate about it. He envisioned a virtual world where currency could transcend the games. In retrospect it was akin to the world of Bitcoin (which I believe was invented later). Ross, a couple others and I worked on the idea a bit that first night, but I eventually moved on to another project.

I saw Ross at a social mixer only once after those three days of working together. After that we were just Facebook friends and LinkedIn contacts. I graduated and moved to Houston to lead a team of insurance underwriting professionals. But Ross was someone I enjoyed those few short hours with five years ago. I would have liked to become his friend, but it seems I may never have that chance.

I am writing to tell you my rather insignificant story today, because I feel I got to know Ross just a little bit better than what I've read others writing about him in the news. I'm not writing to argue whether the justice system failed him. I do think as short a sentence as possible is warranted though. I'm not a lawyer and don't know all that the prosecutors or Ross's defense counsel know. What I do know is, deep down

in my gut, I feel Ross deserves the opportunity to regain his freedom. He is a genuinely good person. And I hope I get that chance to someday pursue a friendship with him, in person, not behind bars.

Thank you for your consideration,

Timothy A. Losie

# LETTER 82



March 27, 2015

Dear Judge Forrest,

I am a former teacher and filmmaker. My family and I have known Ross Ulbricht, his sister, and his parents for many years. We believe them all to be fine people and good citizens. We think highly of Ross because of his genuine, authentic personality. He is a man of integrity. Ross says what he truly believes, not what he thinks people want to hear.

I am aware that Ross has been convicted of crimes, but these do not reflect who he truly is or what he is capable of contributing to society.

An example of Ross's commitment to helping people is the time and effort he spent in Austin, Texas helping to establish the non-profit water charity Well Aware. This charitable effort, which I also worked on, raises money to dig wells for poor villagers in Kenya .

Despite recent events, my family and I consider Ross a good friend because of his extraordinary character and goodness.  I believe that it would benefit all for this brilliant young man to be released in time for him to marry and reproduce, have a family. To that end, I am writing this to ask the court to issue the shortest sentence possible.

Meanwhile, I know that Ross will endure his incarceration with dignity and fortitude. He will undoubtedly be a blessing to everyone he shares his space with.

I pray the court will issue the minimum sentence.


Sincerely,

*Marcia Bracy Yiapan*

Marcia  Bracy Yiapan

# LETTER 83

Rick Hardy

██████████████

May 8, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I am writing on behalf of Ross Ulbricht and his future.  I am very pragmatic and utilitarian in my approach to life, and in this way I would like to offer my opinion with regard to Mr. Ulbricht and the consequences he must pay for his misdeed.

I first met Ross as a child of no more than seven or eight and I can still remember my first impressions of this inquisitive little boy.  He always struck me as a kid who knew what he wanted out of life and was willing to put in the time and energy to reach a positive outcome to any problem he might be doing his best to solve.  Even as a young person, Ross came across as a very intelligent, yet compassionate individual.  I never saw anything but positive and constructive energy being expended by this curious problem solver.

This brings me to the purpose of this letter. If Mr. Ubricht is indeed guilty, then he must accept the consequences for his actions.  In no uncertain circumstances would I ever consider Ross Ulbricht as a threat to society, but just the opposite.  I see Ross (especially in this situation) as pure potential, an energy source that should be tapped for the good of society.

I don't see Ross as a criminal, but simply as an inquisitive young man who took a wrong turn.  As so often happens in life, things start off small and sometimes quickly escalate or morph into something completely foreign, ending in a state with no resemblance to the original situation.

I feel strongly that Mr. Ross Ulbricht should serve as an asset to our nation and not be simply warehoused.  I am quite confident that Ross has learned some very hard lessons and is now in a state of mind that will allow him to see life much differently.

Please allow Ross to serve the shortest possible sentence, housed in a facility that will allow this brilliant young man the opportunity to give back to our nation.  The possibilities are unlimited and I feel Mr. Ulbricht can truly be a contributor when given a chance to work toward the good, providing positive and pragmatic solutions to contemporary problems.

In closing, I want to say that, in my opinion, Mr. Ross Ulbricht is an untapped energy source, ready to be utilized for the good of his fellow human beings.  Please give careful consideration to his placement and length of time behind bars.  From a totally utilitarian point of view, I feel justice can be served while also receiving the benefits of a brilliant mind.

Sincerely,

Rick Hardy

# LETTER 84



April 9, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Lindsay Gunter Weeks. I am the Development Officer at a non-profit organization that provides services to children who are medically fragile and/or developmentally delayed. My degree is in psychology, and I spent years as an early childhood educator. My husband and I live in Austin, with our fantastic son and old black lab.

I met Ross Ulbricht when we were in high school together. We must have been about 15, which means that I've known him half my life. We were good friends in high school, always hanging out with the same group of friends, frequently even at my house. Ross was also in Boy Scouts with my little brother, so my parents have always thought of him as a friend of the family. He was always welcome.

I am aware that my friend has been convicted of a crime. My family and I have been having a hard time accepting this and have moved through many emotional states on our way to this point: shock, confusion, denial, sadness, and most recently, fear. Many people have chosen to pine over every possible news article out there, searching for some kind of relief. I have chosen to read only what is unavoidable, because I refuse to let any media skew my memories of the kind, intelligent and honest Ross that I know.

Ross was always so polite. My mother told him many times that he didn't have to knock and to call her Patti, but he couldn't help himself. He called her Mrs. Gunter and rang the bell every time. Ross went out of his way to be compassionate. My brother, being a few years younger and struggling socially, always looked up to Ross. Ross always talked to my brother for a while, even when he was there to visit with me. My father loved discussing science and nature with Ross. While I consider myself a smart person, their conversations quickly went to the level of physics, space and time, and I couldn't keep up. While I witnessed all of that, what I remember most is that Ross was the sensible one of our group. He would encourage us to go home on time, call our parents and be honest when we got caught misbehaving. It takes quite a respectful teenager to be responsible, not just for himself, but for all of us too. Ross is amazing in the way that he embraces life: loving nature for both the science and spirit, accepting all people despite the social implications, and keeping his word even if it costs him.

I can't lie, I'm worried for him. I feel that a maximum security facility would be dangerous for Ross. He is gentle and peaceful. I want to cry just wondering when he'll get to breathe fresh air or swim in a lake again. To this end, I entreat you to give him the shortest possible sentence. I

hope that one day, I'll get to see him again, when he is allowed to return to his friends, family and community. We all miss him and know that he can be remembered for his positive contributions to our world. When he is released, I know that he will be a threat to no one.

Sincerely,

Lindsay Gunter Weeks

# LETTER 85



April 5, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Susie Kim and I am a friend of Ross Ulbricht. I'm originally from Austin, but I now work and live in Manhattan as a Business Development Manager at a fintech company called OnDeck.  I am writing to share the true character of a friend that I respect, admire, and cherish.

I have been friends with Ross for 20 years.  We went to the same schools and shared the same group of friends.  His best friend Mark lived across the street from me and his first date was my best friend Clemmy (they went to go see Lord of the Rings).  We worked on class projects together, hung out together, and managed to meet up every Christmas break since we graduated from high school in 2002.  We are and will be lifelong friends.

In 2011, I quit my job as an investment banker at JP Morgan in SF and spent a half year traveling the world before returning to SF.  Shortly after, Ross moved up to San Francisco and I was happy to reunite with my long time friend.  After high school, we only saw each other once or twice a year so it was great to live in the same town and hang out regularly in SF.  I talked to Ross about my travels over the previous year-- to India, Southeast Asia, South America, and Europe.  We always had the best conversations about our travels and challenged ourselves to solve the problem of poverty by developing local economies, reducing corruption, creating access to clean water, education, healthcare, etc.  As corny as it sounds, I have never met a person who cares about the world and humanity as truly and pragmatically as Ross does.

Ross has been convicted of charges that are hard to reconcile with the person I know. He is one of the kindest, most genuine, and generous souls that I have had the privilege of knowing.  He doesn't care about money, glory, or status.  Rather, Ross cares about using his talent and intelligence to solve problems and make things better for others.  It is a tragedy and a great shame that he is locked up in prison, unable to be a productive citizen when he, of all people, literally has the intelligence, drive, and ability to make the world a better place! He can actually execute his ideas for eliminating poverty, creating a better world for others.

Ross is not a dangerous criminal. All he wants is the freedom to do good. There are criminals who would be a big risk to release to the general population based on their record. But Ross is not one of those criminals. He has only been a source of light and good to everyone who actually knows him. Please trust the opinions and testimonies of those who actually know the wonderful human being he is. Locking up Ross is a tragic waste of a wonderful, and productive human. He's not just an idealist-- he is a doer who lives to make those around him smile and make the world better and kinder. My heart breaks that this wonderful human and source of light is being quashed.

Please give Ross Ulbricht the shortest sentence possible. The world is so much better with him active among us.


Sincerely,

Susie Kim

Clemmy, Ross & myself.  Christmas 2012.



# LETTER 86



April 8, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

Hello, my name is Carla Baccelli, I live in Pennsylvania and am a stay at home mom and a part time student.  In 2009 I graduated from Penn State University.  During my 2 ½ years there I knew Ross Ulbricht.

Ross and I were in an African drumming and dance group called Nommo. We practiced together nearly every week and went to a social gatherings as friends several times. We also carpooled together on different occasions.  Even though after I graduated Ross and I did not keep in touch, I will always remember him fondly.

I remember Ross as being punctual, thoughtful, helpful and being a good listener. While attending Penn State I was a non-traditional student and had a two year old daughter, but at the same time wanted to get the most out of my education. I remember confiding my feelings in Ross at different times and him giving me advice and just listening.  Also there were several occasions when Ross gave me a ride because my car was getting worked on. He was someone who I knew would lend me a hand and that I could count on. He knew about my situation and still accepted me. I appreciated him for that.

He was a good drummer as well and was patient and helpful at practice.

I understand that Ross has been convicted of a crime, but I could never think of him as a criminal.  If I saw Ross today I would probably thank him for being there for me while I was getting my Bachelors degree, and I would probably ask him if he was up for some drumming.  I can only imagine him as being a positive part of whatever community he is in.


Sincerely,

Carla Baccelli

# LETTER 87

JoJo Marion



May 11, 2015

The Honorable Katherine B. Forrest

United States District Judge

Southern District of New York

United States Courthouse

500 Pearl Street

New York, New York 10007

Dear Judge Forrest,

I am writing this on behalf of my longtime friend, Ross Ulbricht. I am a Designer in Austin, TX.

I know Ross because he's my older brother's close friend. Growing up the youngest of three brothers, I have done a great deal of tagging along. Some of my brother's friends weren't welcoming, while others talked down to me and treated me like a tag along. Not Ross. Instead, he got to know me, invited me in, shared experiences with me and treated me as a friend. This demonstrates Ross' qualities of empathy, compassion and kindness, qualities he is widely known for and that inspire loyalty among people who know him.

I love Ross. He has a huge heart. He is incredibly sweet and kind and treats everyone with a great deal of respect. I am proud to call him my friend. I am aware that Ross has been convicted of serious crimes. However, I am confident that he is a danger to no one and that once released he will go on to make a contribution to his community.

Please give Ross Ulbricht the shortest sentence possible. I know it will be more than sufficient for him to return as a constructive, law abiding member of society.

Sincerely,

JoJo Marion

# LETTER  88



March 26, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I am forty one years of age. I have a sixteen year old daughter and a very responsible
professional sales career with 'SingTel Optus' (AT&T equivalent). I deal with enterprise level
business and government people of importance from CEO, CFO, and CIO levels. I pride myself in
understanding people quickly and carefully, a skill necessary in my job.

I knew Ross intimately from about August 2011 to January 2012, and personally got to learn
about and understand him as a person over that period. This was in Sydney Australia, where
Ross and his sister lived with me in a share house in Bondi Beach. After a month Ross moved
one street behind our home, but he was around our house daily and nightly thereafter.
Consequently, I spent significant time with Ross, enough to regard him as a close friend. I
therefore feel that I have enough experience and knowledge of Ross to testify to his personality
and intentions in life.

I do not surround myself in social circumstances with unlawful people, including drug
consumers, nor do I tolerate them. I do not support drugs whatsoever, and have been very
disappointed and surprised at the findings regarding Ross Ulbricht, as I have never seen him use
or be involved with illegal drugs.

In fact, I never thought Ross would act illegally. What's even more astonishing is that he did not
seem to be monetary focused, but rather achievement focused on a grand scale. I feel that
combining this need for achievement with impatience has mislead him to act unlawfully.
Therefore I agree that Ross should be punished until he fully understands the wrongfulness of
his actions.

That said, I feel that the time for Ross to understand the wrongfulness must be a length that the
constructive value Ross can bring to society is not lost. My family origin is part English convict
that built Australian foundations. My great grandfather was sentenced to death in 1828 for

horse theft, then was not only re-sentenced to life to Australia but pardoned. He became a significant contributor to the development of Sydney, while also fathering eight children whose families spanned the eastern coast from Sydney to far north Cooktown developing roads, towns, and founding Australian societies. His later generations fought and died in world wars for Australia, England, and America.

People can change and their will to contribute can be strengthened from forgiveness and support of others. I see Ross as an opportunity to be a valuable future contributor to American and Australian society as this situation unfolds in many years to come. To waste his talents, that have been gravely misguided for a short period of time, I believe would be a terrible loss. Rather Ross needs guidance and support to direct the ability he has to the greater cause of our society.

Ross clearly has the motivation to achieve, and understands new technologies that are accelerating in our society at a rapid pace. I have worked in the Telecommunications and IT industry for nearly 15 years, and a person of Ross Ulbricht's ability to learn, adapt, and apply is highly valuable in our industry.

The Ross I know is thoughtful, caring and respectful to others. I strongly believe that, with the minimum disciplinary action, he can be reverted back to who he really is. Ross is not a true criminal, but rather a misguided youth who can be salvaged into someone who can significantly make a positive difference for society in the future. Please grant him the benefit of the doubt and the shortest possible sentence so be can repay society for his offences.

Should you or any representative wish to contact me on this matter, you are welcome to do so.

Sincerely,

George Reinke

# LETTER 89

February 24, 2015

Mark North Jauregui



The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

To: The Honorable Katherine B. Forrest

Re: ROSS W. ULBRICHT, Bail Hearing

Your Honor:

Ross Ulbricht is a trusted friend of over 18 years and is one of the best men I know. I have read the full Complaint against Ross, read the full trial transcript and understand the conviction. It is with this in mind that I would ask that Ross not be made to stay imprisoned longer than he has to be. Ross is a man of tremendous worth and heart, he is not a dangerous man and would be a productive and upstanding member of society when able to rejoin it. I can understand how he has made mistakes and I hope that you will separate Ross from some of the dangerous people that you must encounter as a judge.

Ross and I grew up together and I know him well. He is modest, humble, and caring. Loved by those who know him as someone who is reliable, peaceful, and intelligent. Always available to listen or offer help, he is dependable; he goes out of his way to help others. It is a testament to his character that everyone who has met him in his life will speak highly and fondly of Ross; this is even true of prison guards and other inmates. Ross has demonstrated his character in the time that he has already spent incarcerated by teaching classes, helping others and being a model inmate. The support from his family and friends is unwavering. I'm confident that time will prove Ross a good man who is deserving of our support and respect.

Please allow Ross to be grated his freedom while he is still able to make a positive impact; he is certainly not a danger to the community. With full knowledge of the convictions, Ross has my unwavering support. Thank you for your consideration.

Sincerely,

Mark North Jauregui

# LETTER 90

Dear Judge Forrest,

I am an inmate at MCC in the same unit as Ross Ulbricht.  I've come to know him well in the five months he has been here and I am writing so you may benefit from my knowledge of his character. Ross is genuinely interested in the wellfare of others.  He is well educated and gives freely of his time to those who wish to benefit from his knowledge.  He has tutored students seeking their GED, two others who are working on bachelor degrees by correspondence, and me.

When he was helping one prisoner with math in the common area, I mentioned that I wanted to learn physics some day.  He heard and told me he'd be happy to tutor me.  That same day, he lent me his physics textbook and we had out first lesson.  It has been challenging to absorb the material, but Ross helps fill in the gaps and patiently explains the concepts to me.  He is attentive and enthusiastic and makes it fun to learn.  Every time we sit down for a lesson, I am eager to move forward and make productive use of my time in prison.

The more I get to know Ross, the more sad I become knowing he faces so much time.  I sincerely believe everyone deserves a second chance and I hope you will find it wise to give Ross one at sentencing.

Sincerely,

Davit Mirzoyan
#597-30-112

# LETTER 91

Dear Judge Forrest,

I have been an inmate at MCC awaiting trial for the past 18 months.  Ross Ulbricht came into my unit earlier this year.  When he first came in, he struck me as a very calm and collected indivi- dual.  I knew he was facing serious charges and going to trial, yet every night when he'd come back from court, I'd see him mingl- ing with the other inmates, getting to know them, playing table ten- nis and just being at ease.  Of all the people in our unit, Ross is facing the most time, but he never complains or tries to bring anyone down.  On the contrary, he's often the one to remind us to look on the bright side and be grateful for the blessings we still have.

A few weeks after he arrived, I invited him to live with me in my cell.  I got to know him since then and consider him a friend. It's incredibly hard to be away from my family over seas and it's easy to get overwhelmed with grief and despair, but when I see Ross, who's situation is so much worse, and how he remains friendly and kind to me and the others in our unit, it gives me the strength to do the same.

I know Ross would continue to set an example for how to be a strong and peaceful person if he were given his freedom back.  I can think of few who would deserve it more.

Sincerely,


Scott A. Stammers
#92131-054

# LETTER  92

March 23rd, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Billy Becket and I am Ross Ulbricht's step cousin. I am currently living in Shanghai, China and am the Managing Director of an International Visual Effects Company.

I have known Ross since he was a young man. However, it wasn't until more recently when I got to know him as the intelligent and caring adult he is today.

Ross moved to Sydney, Australia in 2011 after I had already been living there for approximately 6 years. Within weeks of his arrival, he had easily adopted our circle of friends. We would often take advantage of Australia's natural surroundings by going surfing or hiking in Sydney's many beaches and parks. Ross clearly has a passion for the outdoors.

I remember on one occasion several of us went on a houseboating trip on the Hawkesbury River; Ross was completely in his element. His positive outlook on life and engaging spirit on that trip were infectious to the rest of the group. He was such a joy to be around.

About a year after Ross moved to Sydney, my wife and I had the pleasure of having him and his sister Cally join us on our wedding day. Having extended family there meant the world to us. The Ulbrichts are such a loving and supportive family, which is evident by the two amazing children they have raised.

I was completely shocked when I heard the news Ross had been accused of a crime. He is such a compassionate, soft spoken and generous individual and the last person I would ever expect to do anything illegal.

I sincerely hope that Ross is spared a long sentence. I have no doubt he can make the world a better place if given the chance.

Sincerely,

Billy Becket

# LETTER  93

March 3rd, 2015

The Honorable Katherine B. Forrest

United States District Judge

Southern District of New York

United States Courthouse

500 Pearl Street

New York, New York 10007

Dear Judge Forrest,

My name is Rachel Barac, I am currently working in the field of Human Resources/Office Management in the visual effects industry.

I met Ross Ulbricht for the first time in 2012. Ross is my husband's cousin through marriage. He was in Australia and we invited him to attend our wedding in Sydney. We spent time with family and friends leading up to our wedding which included spending time with Ross. In this time, I found him to be friendly, well mannered, likeable, and gentle. Ross came to social events leading up to the wedding and was well liked by everyone. As I understand it, he also has a large group of friends in the United States that deeply care for him.

I was particularly touched when Ross thanked us for inviting him to our wedding. His sentiments centred on love, commitment and family being of the utmost importance to him. His words were sincere and heartfelt.

I understand that Ross has been convicted of a crime. The news of this shocked me and still does, as it is not inline with the person I met or the sentiments he expressed about his belief in love and family.

Sincerely,

Rachel Barac

# LETTER  94

From:  Michael Pierce



April 6, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Michael Pierce. I am 27. I work as an audio engineer in Austin, the city where I met Ross Ulbricht 15 years ago. He was a classmate of my stepbrother, so I would see him fairly frequently as I was growing up. We got to be friends.

My stepbrother's group of friends were some of the most inspiring, self-motivated people I've met so far in my life. They were unique in their intelligence and in their attitude toward life. It's a difficult phenomenon to explain, but there was an enthusiasm in these guys' eyes. They were at the top of their class at Westlake High School. The group was extremely close-knit.

There were six: Daniel, my stepbrother who now works for the City of Austin; Jonathan, who is now the CEO of an iPhone app company; Noah, who now runs his own leather-working business; Rene, who runs a startup in San Francisco; Thomas, a published photographer who works as an extreme-fire fighter in Virginia; and Ross, an entrepreneur who has been convicted of a serious crime and who now faces an extreme prison sentence.

When I graduated from USC in 2009 at 22 years old, I moved to Austin hoping to begin my adult life. I was met with the hard realities of a freshly recessed economy, and I had trouble getting a job despite my brand-new degree. Ross offered me a part-time job with his small book-selling company. He saw a member of his community hit a wall, and he stepped up to help using the resources at his disposal. He paid a fair wage for his employees' work, rather than the minimum wage. Ross understands the value of human beings.

The crimes that Ross has been convicted of are not a good representation of who he is as a person. There is no reason for him to endure an extended prison sentence. I know him personally, and I believe that he is capable of benefiting society in powerful ways, but not if he is stuck in a cell. As a society, we are better off with Ross out of prison.

Sincerely,

Michael Pierce

# LETTER 95

April 13, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

Ross Ulbricht has been a friend and confidante to me since fall 2002, when we both entered college at the University of Texas at Dallas. His kindness, openness, and good nature were easily apparent upon first meeting him, and my respect for him only continued to grow after we became roommates while we were both still undergraduates. Even though our paths diverged after college, Ross still maintained, to a remarkable degree, the ability to easily resume a conversation years before and leave the other person grateful for his warmth, geniality, and simple presence. I am currently the project manager for a medical services company with a master's degree, and more than 10 years after we first met I still find myself reflecting on insights I've gotten from the honest and personal discussions that were Ross' strength.

His arrest and subsequent trial has left me, like all of Ross' friends, truly baffled, as the hardened criminal portrayed in the media could not be more different than the gentle and caring soul that I and the hundreds of people whose lives he was a part of knew. Whatever led him on the path that ended with his conviction, absolutely nothing could convince me that he was in any way a danger to the community at large or that American society would be served in any way by a harsh and punitive sentence. The Ross that I know is a constant source of laughter, a continual fount of adventure, and an eternally optimistic seeker of truth whose main goal is ensuring his friends around him are living life to the same full extent he does.

My purpose in writing this letter is to add my voice to the many others whose lives were enriched by knowing Ross, and to express my feeling that justice will be best served by taking into account his close relationships with the people around him. Ross' life journey has taken him all over the world, but with the constant expectation among his friends that wherever he was that he was still a part of our lives. After this trial and conviction, I know that nothing would be more important to him than to reconnect with his close friends and family, because at heart Ross is someone looking to help people and bring joy to their lives. He has a long history of charitable and philanthropic activities, and it's hard for me to see who is helped by applying a long and onerous sentence on him.

All of the people that knew him best are united behind him, because we've seen with our own eyes the essential goodness of his heart. Please take the testimony of his friends and the evidence of his loved ones into account when determining his future.

Sincerely,


Aaron Arnold

# LETTER  96

████████████████████████████

April 13, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Austin Tindle. For the past 8 years, I have been the Office and Programs Manager for the Advisory Board of Booker T. Washington High School for the Performing and Visual Arts, one of the top eight public arts magnet schools in the nation according to the Department of Education as of 2009. Before that, I attended the University of Texas at Dallas along with Ross Ulbricht.

During my senior year at St. Andrew's Episcopal Upper School, I had the choice of attending a few different colleges. UTD was not my first choice, but I had the opportunity to spend a night there and I was hosted by Ross. He was incredibly hospitable and kind. The evening was spent discussing things like astrophysics and discrete mathematics, and many other things that went totally over my head. But I was convinced that I wanted to learn more and I enrolled at UTD in the Electrical Engineering department.

Ross tutored me and mentored me for the three years that we were at school together. My sophomore year I lived directly above him. I couldn't cook for myself and he would feed me healthy breakfasts and show me quick tips. I was depressed from a bad breakup one year and Ross started working out with me everyday. He would help me with math and science, and afterwards I would try to understand some of the stuff he was doing. He worked in the nano-tech lab and they were growing photosynthetic cells. He told me they could one day make energy more affordable for everyone and could really help people. He was a pacifist. He was generous. He was never concerned about making money. He wanted to solve problems and make things better for people.

He went to Pennsylvania for graduate school and we kept in touch. He was publishing articles and researching really incredible technology. I was still struggling as an engineering student. I was inspired by his work and the way he was finding new ways to make things better for people. He definitely played a part in my decision to enter non-profit fundraising after I graduated. I took the critical thinking skills and problem solving urges that I'd picked up, and I helped create a brand new online accounting and marketing system that allowed a two person staff to facilitate raising over 4 million dollars during my 8 years there. That money changed the lives of over 1600 disenfranchised public school students in the inner city of Dallas, TX and the program's success continues to build everyday. The average graduation rate for this public high school is currently 99%; and over 95% go on to higher education. Now that I have moved on to pursue an

independent career in commercial acting and voice over, I am incredibly proud of the work that I've done to help my community. Ross Ulbricht played a huge part in making me who I am. If he were still in this community, I am sure he would still be helping me and many others.

Ross Ulbricht's conviction does not at all reflect his character, in my opinion. Everything Ross has done with his research and career decisions has been motivated by helping people. And I am an example of someone who was helped by him.


Thank you for your time,


Austin Tindle

The Honorable Katherine B. Forest
United States District Judge
Southern District Of New York
U.S. Courthouse, 500 Pearl St.
New York, N.Y. 10007

May 21, 2015

Dear Judge Forest;

My name is Michael Satterfield.  I am a former writer/director of films. I am currently an electrical contractor. I have known Mr. Ross Ulbricht for approximately 15 months. During that time he and I developed a friendship. We shared a cell at MDC and spent 24 hours, 7 days a week for several months.  During that time Ross consistently exhibited a peaceful and positive demeanor. He spent his days sharing positive thoughts with the other inmates.  Ross also encouraged them to find peaceful ways to resolve their differences.

With the permission of detention staff, he also began teaching yoga and meditation to the general population, inviting anyone to join in. He was always respectful, compliant, and he had the foresight to understand and empathize with the difficult duties of the staff. He always chose the moral high ground in every situation regardless of the personal hardship that it caused him personally. His level of empathy is extraordinary.  On many occasions he expressed his extreme dislike for violence on any level. He possesses great strength of character and he a calm soft spoken manner. Furthermore, he consistently committed acts of unusual kindness towards others.

I understand that he has been convicted of criminal acts. However, it is with great respect to the justice system that I request of the court that consideration be given to Ross. My request is based on his nonviolent nature and the positive Impact he would have on society if he were to be allowed to return at some point that would give him the opportunity to have a meaningful life. I also feel that he would have a strong, positive impact on society as a whole. His conviction in the court does not reflect the character of the man that I've come to know and admire.

I do thank you for taking the time to read this letter. I hope that it has been helpful to this honorable court of which I have the pleasure to address.

Sincerely, *Michael S. Satterfield*

Michael Satterfield

# EXHIBIT 3

**Joshua Dratel**

| | |
|---|---|
| **From:** | |
| **Sent:** | Thursday, May 21, 2015 4:50 PM |
| **To:** | Joshua Dratel |
| **Subject:** | DPR actions relative to DoctorX |

Dude,

I can say without a doubt I PM'd DPR and alerted him to the presence of DoctorX on the SR forum back in 2013.  My first pm to him did not include a link to X's thread, DPR pm'd me and asked for that link which I sent to him right away.  Several days later I noticed a huge increase in thread views caused by DPR putting X's thread up on the same page as the products were displayed.  DoctorX went from working to keep his thread from dropping down to dead thread land, to a sticky on the main page.  Huge change due to DPR seeing his importance as a harm reduction specialist.

Far as X goes, I can say he inspired me to quit drugs and follow the golden rule.  I helped him a little bit with some English translation issues.

Cordially,

EXHIBIT 4

A1294

Case 1:14-cr-00068-KBF   Document 252-8   Filed 05/26/15   Page 2 of 21



Case 1:14-cr-00068-KBF   Document 252-6   Filed 05/26/15   Page 3 of 21



Case 1:14-cr-00068-KBF   Document 252-8   Filed 05/26/15   Page 4 of 21



Case 1:14-cr-00068-KBF   Document 252-8   Filed 05/26/15   Page 5 of 21



Case 1:14-cr-00068-KBF Document 252-8 Filed 06/26/15 Page 8 of 21





A1300

Case 1:14-cr-00068-KBF Document 252-8 Filed 05/29/15 Page 3 of 31



**A1301**





Case 1:14-cv-00058-KBF Document 25-28 Filed 05/20/15 Page 10 of 21

