





Case 1:14-cr-00068-KBF   Document 252-8   Filed 05/26/15   Page 15 of 21













Case 1:14-cr-00068-KBF  Document 252-8  Filed 05/26/15  Page 21 of 21



THIS PAGE INTENTIONALLY LEFT BLANK