## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: United States v. Ulbricht                     Docket No.: 15-1815

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Joel B. Rudin

Firm: Law Offices of Joel B. Rudin, P.C.

Address: 600 Fifth Avenue, Tenth Floor

Telephone: 212-752-7600                     Fax: 212-980-2968

E-mail: jbrudin@rudinlaw.com

Appearance for: National Association of Criminal Defense Lawyers, Amicus Curiae

(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )

(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )

(name/firm)

☐ Additional counsel (co-counsel with: _____ )

(name/firm)

☑ Amicus (in support of: Ross Ulbricht, Defendant-Appellant _____ )

(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on March 20, 2012 _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: _____

Type or Print Name: Joel B. Rudin _____