NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: United States v. Ross William Ulbricht, AKA Dread Pirate Ro... Docket No.: 15-1815

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Steven R. Morrison

Firm: University of North Dakota School of Law

Address: 1526 Robertson Ct., Grand Forks, ND 58201

Telephone: 617-749-7817        Fax:

E-mail: steven.r.morrison@gmail.com

Appearance for: National Association of Criminal Defense Lawyers
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel:_____)
(name/firm)

☐ Substitute counsel (replacing other counsel:_____)
(name/firm)

☐ Additional counsel (co-counsel with:_____)
(name/firm)

☑ Amicus (in support of: Ross William Ulbricht, AKA Dread Pirate Roberts . . . Appellant)
(party/designation)

CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: _____

Type or Print Name: Steven R. Morrison