

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 23, 2016

By CM/ECF

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re: **United States v. Ross William Ulbricht,**
          **Docket No. 15-1815**

Dear Ms. Wolfe:

    I will soon be leaving the United States Attorney's Office. Accordingly, I respectfully request that my appearance be terminated in this matter.

                          Respectfully submitted,

                          PREET BHARARA
                          United States Attorney

                        By: /s/ Serrin Turner
                          Serrin Turner
                          Assistant United States Attorney
                          Tel: (212) 637-1946

cc: Joshua Dratel, Esq. (via CM/ECF)