NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: United States of America v. Ulbricht    Docket No.: 15-1815

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Corynne M. McSherry

Firm: Electronic Frontier Foundation

Address: 815 Eddy Street   San Francisco, CA  94109

Telephone: (415) 436-9333 x122    Fax: (415) 436-9993

E-mail: corynne@eff.org

Appearance for: Electronic Frontier Foundation, Amicus Curiae
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Ross Ulbricht, Defendant-Appellant )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on June 16, 2015    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Corynne M. McSherry

Type or Print Name: Corynne M. McSherry