

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 24, 2016

By CM/ECF

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re: **United States** v. **Ross William Ulbricht**,
         Docket No. 15-1815

Dear Ms. Wolfe:

    Pursuant to this Court's procedures for the setting of deadlines for filing briefs in criminal appeals, the Government respectfully submits this letter to advise the Court and its adversary that it intends to file its brief on appeal on or before April 12, 2016.

    In addition, the Government requests permission to file, as needed, a supplemental appendix with its brief on appeal in order to satisfy the requirements of Fed. R. App. P. 30 or to provide parts of the record that will assist the Court in resolving the questions presented on appeal.

    Finally, the Government respectfully requests that the Court accept this scheduling letter out of time.

                           Respectfully submitted,

                           PREET BHARARA
                         United States Attorney

                      By: /s/ Eun Young Choi
                         Eun Young Choi
                         Assistant United States Attorney
                         Tel: (212) 637-2187

cc: Joshua Dratel (via CM/ECF)