# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 15-1815

**Caption [use short title]**

**Motion for:** Leave to Appear Pro Hac Vice

UNITED STATES, Appellee

v.

ROSS WILLIAM ULBRICHT, Appellant

**Set forth below precise, complete statement of relief sought:**

the undersigned moves for leave to appear pro hac vice as counsel for Amicus party Drug Policy Alliance

**MOVING PARTY:**
☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☐ Appellee/Respondent

**OPPOSING PARTY:** _____

**MOVING ATTORNEY:** Jolene Forman

**OPPOSING ATTORNEY:** _____

[name of attorney, with firm, address, phone number and e-mail]

Drug Policy Alliance

1330 Broadway, Ste. 1426

Oakland, CA  94612

**Court-Judge/Agency appealed from:** Judge Katherine B. Forrest, Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain): _____

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this Court?   ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?   ☐ Yes ☑ No   (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No   If yes, enter date: _____

**Signature of Moving Attorney:**
s/Jolene Forman   **Date:** 2/26/2016   **Service by:** ☐ CM/ECF   ☑ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)