UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-1815 |
| Appellee, | |
| v. | DECLARATION OF JOLENE FORMAN IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE* |
| ROSS WILLIAM ULBRICHT, | |
| Appellant. | |

STATE OF CALIFORNIA     )
                        )
COUNTY OF ALAMEDA       )

I, Jolene Forman, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am one of the attorneys requesting leave to appear *pro hac vice* on behalf of *Amicus Curiae* Drug Policy Alliance ("DPA").

2. DPA intends to request leave of this Court to submit an *amicus* brief in this appeal regarding the sentence imposed on defendant Ross W. Ulbricht.

3. DPA attorney Tamar Todd contacted Assistant United States Attorney for the Southern District of New York Eun Young Choi, and she does not oppose the filing of this motion to appear *pro hac vice*.

4. DPA does not intend to request oral argument.

5. I certify that I am admitted to and a member of good standing of the State Bar of California.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

SIGNED this 26th day of February, 2016, at Oakland, California.

*s/Jolene Forman*
Jolene Foman