# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

United States,

v.

Ross W. Ulbricht.

**CERTIFICATE OF SERVICE***

Docket Number: 15-1815

I, Leslie Boston, hereby certify under penalty of perjury that on February 26, 2015 (date), I served a copy of Motion for Leave to Appear Pro Hac Vice, Declaration of Jolene Forman in Support of Motion, and Certificate of Service

(list all documents)

by (select all applicable)**

___ Personal Delivery      X United States Mail      ___ Federal Express or other Overnight Courier

___ Commercial Carrier      ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Joshua Dratel, Lindsay Lewis | 29 Broadway, Ste 1412 | New York | NY | 10006 |
| Michael Levy, Eun Choi | 1 St. Andrew's Plaza | New York | NY | 10007 |
| Steven Morrison | 1526 Robertson Court | Grand Forks | ND | 58201 |
| Joel Rudin | 600 5th Ave, 10th Fl | New York | NY | 10020 |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

February 26, 2016                                   s/Leslie Boston
Today's Date                                              Signature

Certificate of Service Form (Last Revised 12/2015)