**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone:  212-857-8500

**MOTION INFORMATION STATEMENT**

Docket Number(s): 15-1815 _____  Caption [use short title] _____

Motion for:  Leave to Appear Pro Hac Vice

_____

_____

Set forth below precise, complete statement of relief sought:

the undersigned moves for leave to appear

pro hac vice as counsel for Amicus party

Drug Policy Alliance

_____

_____

_____

_____

UNITED STATES, Appellee,

v.

ROSS WILLIAM ULBRICHT, Appellant

**MOVING PARTY:** _____

☐ Plaintiff          ☐ Defendant

☐ Appellant/Petitioner   ☐ Appellee/Respondent

**OPPOSING PARTY:** _____

**MOVING ATTORNEY:** Tamar Todd

**OPPOSING ATTORNEY:** _____

[name of attorney, with firm, address, phone number and e-mail]

Drug Policy Alliance

1330 Broadway, Ste. 1426

Oakland, CA  94612

Court-Judge/Agency appealed from: Judge Katherine B. Forrest, Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain): _____

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below?           ☐ Yes ☐ No

Has this relief been previously sought in this Court?  ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

Is oral argument on motion requested?    ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☐ Yes ☑ No  If yes, enter date: _____

**Signature of Moving Attorney:**

s/Tamar Todd _____ Date: 2/26/2016 _____   Service by: ☐ CM/ECF  ☑ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)