UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-1815 |
| Appellee, | |
| v. | DECLARATION OF TAMAR TODD IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE* |
| ROSS WILLIAM ULBRICHT, | |
| Appellant. | |

STATE OF CALIFORNIA      )
                         )
COUNTY OF ALAMEDA        )

I, Tamar Todd, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am one of the attorneys requesting leave to appear *pro hac vice* on behalf of *Amicus Curiae* Drug Policy Alliance ("DPA").

2. DPA intends to request leave of this Court to submit an *amicus* brief in this appeal regarding the sentence imposed on defendant Ross W. Ulbricht.

3. I have contacted Assistant United States Attorney for the Southern District of New York Eun Young Choi, and she does not oppose the filing of this motion to appear *pro hac vice*.

4. DPA does not intend to request oral argument.

5. I certify that I am admitted to and a member of good standing of the State Bar of California and the Northern District of California.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

SIGNED this 26th day of February, 2016, at Oakland, California.

*s/Tamar Todd*
Tamar Todd