# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of March, two thousand and sixteen.

_____

United States of America,

      Appellee,

v.

Ross William Ulbricht, AKA Dread Pirate Roberts, AKA Silk Road, AKA Sealed Defendant 1, AKA DPR,

      Defendant - Appellant.
_____

**ORDER**

Docket No. 15-1815

      Counsel for Appellee has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting April 12, 2016 as the brief filing date. Appellee moves the Court to accept the late-filed scheduling notification and for permission to file an Appellee's appendix.

      IT IS HEREBY ORDERED that Appellee's brief must be filed on or before April 12, 2016. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

      IT IS FURTHER ORDERED that Appellee's motions to late-file the scheduling notification and to file an Appellee's appendix are GRANTED.

      For the Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court

