# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of March, two thousand and sixteen.

_____

United States of America,

    Appellee,

    v.

Ross William Ulbricht, AKA Dread Pirate Roberts, AKA Silk Road, AKA Sealed Defendant 1, AKA DPR,

    Defendant-Appellant.

_____

**ORDER**

Docket No.    15-1815

    Tamar Todd, Esq. and Jolene Forman, Esq. move to be admitted *pro hac vice* to represent Drug Policy Alliance as *amicus curiae* in this appeal.

    IT IS HEREBY ORDERED that the motions are GRANTED, but counsel are advised that this Court's local rule 46.1(d) requires that an attorney seeking to be admitted *pro hac vice* be "able to demonstrate exceptional circumstances justifying admission to the particular proceeding." Counsel are directed to register as Filing Users under Local Rule 25.1 to file documents electronically in this case within three (3) days of the date of this order.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

