**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: United States v. Ross William Ulbricht  Docket No.: 15-1815

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Tamar Todd

Firm: Drug Policy Alliance, Office of Legal Affairs

Address: 1330 Broadway, Ste. 1426, Oakland, CA 94612

Telephone: 510-593-4908   Fax:

E-mail: ttodd@drugpolicy.org

Appearance for: Amici Curiae Drug Policy Alliance, et al
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Drug Policy Alliance, Law Enforcement Against Prohibition, JustLeadershipUSA, and Nancy Gertner )
(party/designation)

**CERTIFICATION**

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☑ I applied for admission on February 26, 2016.

Signature of Counsel: s/Tamar Todd

Type or Print Name: