**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s)**: 15-1815

**Caption [use short title]**

**Motion for:** Leave to File Amicus Brief

UNITED STATES, Appellee,

v.

ROSS WILLIAM ULBRICHT, Appellant

**Set forth below precise, complete statement of relief sought:**
the undersigned Drug Policy Alliance moves for leave to file an Amicus brief regarding the district court's sentence, out of time

**MOVING PARTY:** Drug Policy Alliance
☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☐ Appellee/Respondent

**OPPOSING PARTY:**

**MOVING ATTORNEY:** Tamar Todd
**OPPOSING ATTORNEY:**
[name of attorney, with firm, address, phone number and e-mail]

1330 Broadway, Ste. 1426
Oakland, CA 94612
510-593-4908 | ttodd@drugpolicy.org

**Court-Judge/Agency appealed from:** Judge Katherine B. Forrest, Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):

Opposing counsel's position on motion:
* ☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

*I have notified opposing counsel and have set forth the content of our understanding in my attached Declaration in Support of this Motion.

Is oral argument on motion requested?  ☐ Yes  ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this Court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency:

**Signature of Moving Attorney:**
s/Tamar Todd  **Date:** March 16, 2016  **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)