UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| UNITED STATES OF AMERICA, | No. 15-1815 |
|---|---|
| Appellee, | DECLARATION OF TAMAR TODD IN SUPPORT OF MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF OF THE DRUG POLICY ALLIANCE, LAW ENFORCEMENT AGAINST PROHIBITION, JUSTLEADERSHIPUSA, AND NANCY GERTNER |
| v. | |
| ROSS WILLIAM ULBRICHT, | |
| Appellant. | |

STATE OF CALIFORNIA     )
                        )
COUNTY OF ALAMEDA       )

I, Tamar Todd, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.  I am one of the Drug Policy Alliance ("DPA") attorneys admitted to appear *pro hac vice* on behalf of *Amici Curiae* Drug Policy Alliance ("DPA"), Law Enforcement Against Prohibition ("LEAP"), JustLeadershipUSA ("JLUSA"), and Nancy Gertner.

2.  *Amici* request leave of this Court to submit an *amicus* brief, out of time, addressing the sentence imposed on defendant Ross W. Ulbricht by the district court.

3.  I have contacted Assistant United States Attorney for the Southern District of New York Eun Young Choi, and she has informed me that the government does not object to the filing of an *amicus* brief out of time on the condition that the Court also permits the government to file a new scheduling letter restarting its 91-

1

day period for response to Appellant Ross Ulbricht's brief and provided that counsel for Appellant Mr. Ulbricht consent to these terms. I have spoken with Lindsay A. Lewis, Esq., appellate counsel for Mr. Ulbricht, and she has informed me that Mr. Ulbricht does not oppose the government seeking a new scheduling order restarting the 91-day period for responding to Appellant's brief.

4. DPA does not intend to request oral argument on this motion.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

SIGNED this 16th day of March, 2016, at Oakland, California.

*s/Tamar Todd*
Tamar Todd