# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** United States v. Ross William Ulbricht   **Docket No.:** 15-1815

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jolene Forman

Firm: Drug Policy Alliance, Office of Legal Affairs

Address: 1330 Broadway, Ste. 1426, Oakland, CA 94612

Telephone: 510-679-2316   Fax:

E-mail: jforman@drugpolicy.org

Appearance for: Amici Curiae Drug Policy Alliance, et al
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Drug Policy Alliance, Law Enforcement Against Prohibition, JustLeadershipUSA, and Nancy Gertner )
(party/designation)

## CERTIFICATION

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☑ I applied for admission on February 26, 2016.

Signature of Counsel: s/Jolene Forman

Type or Print Name: