# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of March, two thousand sixteen.

_____

United States of America,

        Appellee,

v.

Ross William Ulbricht, AKA Dread Pirate Roberts, AKA Silk Road, AKA Sealed Defendant 1, AKA DPR,

        Defendant - Appellant.

_____

**ORDER**

Docket No. 15-1815

The Drug Policy Alliance, Law Enforcement Against Prohibition, JustLeadershipUSA, and Nancy Gertner move for leave to file an *amici curiae* brief in support of the Appellant and for leave to file the brief out of time. The Government does not object to the filing of the *amici* brief out of time on the condition that the Court also permits the Government to file a new scheduling letter restarting its 91-day period for filing an answering brief.

Upon due consideration, IT IS HEREBY ORDERED that the motion is GRANTED, subject to reconsideration by the merits panel. The Government's request to reset the time for filing its brief is also GRANTED. The Government must file a new scheduling notification letter within 14 days of the date of this order.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court