

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 18, 2016

By CM/ECF

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    **United States v. Ross William Ulbricht,**
               Docket No. 15-1815

Dear Ms. Wolfe:

    Pursuant to this Court's procedures for the setting of deadlines for filing briefs in criminal appeals, and in response to the Court's order dated March 18, 2016 (*see* Dkt. 97), the Government respectfully submits this letter to advise the Court and its adversary that it intends to file its brief on appeal on or before June 17, 2016.

    In addition, the Government requests permission to file, as needed, a supplemental appendix with its brief on appeal in order to satisfy the requirements of Fed. R. App. P. 30 or to provide parts of the record that will assist the Court in resolving the questions presented on appeal.

                                Respectfully submitted,

                                PREET BHARARA
                              United States Attorney

                By: _____
                        Michael D. Neff
                        Assistant United States Attorney
                        Tel: (212) 637-2107

cc: Joshua Dratel, Esq. (via CM/ECF)