UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of March, two thousand and sixteen,

United States of America,

      Appellee,

v.

Ross William Ulbricht, AKA Dread Pirate Roberts, AKA Silk Road, AKA Sealed Defendant 1, AKA DPR,

      Defendant - Appellant.

**ORDER**
Docket No: 15-1815

Counsel for APPELLEE United States of America has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting June 17, 2016 as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before June 17, 2016.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court