# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 15-1815-CR

**Caption [use short title]**

**Motion for:** leave to file an oversize brief

**United States of America v. Ulbricht**

Set forth below precise, complete statement of relief sought:

The Government requests leave to file a brief not to exceed 40,000 words, less than the aggregate length of the appellant's brief and the briefs of amici curiae

**MOVING PARTY:** United States of America
- [ ] Plaintiff
- [ ] Defendant
- [ ] Appellant/Petitioner
- [✓] Appellee/Respondent

**OPPOSING PARTY:** Ross William Ulbricht

**MOVING ATTORNEY:** Preet Bharara, U.S. Attorney, Southern District of New York

**OPPOSING ATTORNEY:** Joshua L. Dratel

[name of attorney, with firm, address, phone number and e-mail]

By: Eun Young Choi, Assistant U.S. Attorney
One St. Andrew's Plaza, New York, New York 10007
(212) 637-2187
E-mail: Eun.Young.Choi@usdoj.gov

Joshua L. Dratel, P.C.
29 Broadway, Suite 1412, New York, New York 10006
(212) 732-0707
jdratel@joshuadratel.com

**Court-Judge/Agency appealed from:** The Honorable Katherine B. Forrest, United States District Judge, United States District Court for the Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes [ ] No (explain): _____

Opposing counsel's position on motion:
[✓] Unopposed [ ] Opposed [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes [✓] No [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this Court? [ ] Yes [ ] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested? [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [✓] No If yes, enter date: _____

**Signature of Moving Attorney:**
_Eun Young Choi_ **Date:** June 2, 2016

Has service been effected? [✓] Yes [ ] No [Attach proof of service]

## ORDER

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED DENIED**.

**FOR THE COURT:**
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____   By: _____

Form T-1080

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ROSS WILLIAM ULBRICHT,<br>   a/k/a DREAD PIRATE ROBERTS,<br>   a/k/a SILK ROAD,<br>   a/k/a SEALED DEFENDANT 1,<br>   a/k/a DPR,<br><br>          Defendant-Appellant. | **AFFIRMATION**<br><br>Dkt. No.   15-1815-CR |

**STATE OF NEW YORK**                         )
**NEW YORK COUNTY**                          )  **ss.:**
**SOUTHERN DISTRICT OF NEW YORK**    )

        EUN YOUNG CHOI, pursuant to Title 28, United States Code, Section 1746, hereby affirms under penalties of perjury:

        1.     I am an Assistant United States Attorney in the Office of Preet Bharara, United States Attorney for the Southern District of New York, and I am one of the attorneys representing the Government in this appeal.

        2.     I respectfully submit this Affirmation in support of the Government's unopposed motion for leave to file an oversized brief of 40,000 words in order to respond adequately to the arguments raised in the brief of defendant Ross William Ulbricht, a/k/a Dread Pirate Roberts, a/k/a Silk Road, a/k/a Sealed Defendant 1, a/k/a DPR, which contains 30,182 words, and the briefs of *amici curiae* the National Association of Criminal Defense Lawyers, which contains 6,895 words, and the Drug Policy Alliance, Law Enforcement Against Prohibition, JustLeadership USA, and Nancy Gertner, which contains 5,300 words.

1

**DISCUSSION**

3. Defendant Ross Ulbricht appeals from a judgment of conviction entered on June 1, 2015, in the United States District Court for the Southern District of New York, following a 12-day jury trial before the Honorable Katherine B. Forrest, United States District Judge.

4. On August 21, 2014, Superseding Indictment S1 14 Cr. 68 (KBF) (the "Superseding Indictment") was filed, charging the defendant in seven counts with: narcotics trafficking, in violation of Title 21, United States Code, Section 841(a) (Count One); narcotics trafficking by means of the Internet, in violation of Title 21, United States Code, Section 841(h) (Count Two); conspiracy to commit narcotics trafficking, in violation of Title 21, United States Code, Section 846 (Count Three); engaging in a continuing criminal enterprise, in violation of Title 21, United States Code, Section 848 (Count Four); conspiracy to commit or aid and abet computer hacking, in violation of Title 18, United States Code, Section 1030 (Count Five); conspiracy to traffic in fraudulent identification documents, in violation of Title 18, United States Code, Section 1028 (Count Six); and conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956 (Count Seven).

5. Trial began on January 13, 2015 and ended on February 4, 2015, when the jury found the defendant guilty on all counts.

6. On May 29, 2015, the District Court sentenced Ulbricht principally to life imprisonment. Ulbricht is currently serving his sentence.

7. Ulbricht filed his brief on appeal on January 12, 2016. The brief contains 30,182 words, and raises at least seven issues: (1) whether Ulbricht's Fifth and Sixth Amendment rights were infringed due to the District Court's preclusion of certain evidence,

denial of certain discovery, and denial of Ulbricht's request for a new trial; (2) whether the District Court abused its discretion by limiting the cross-examination of certain government witnesses; (3) whether the District Court abused its discretion by precluding two defense experts; (4) whether the District Court abused its discretion by excluding the admission of a statement of a non-testifying witness as hearsay; (5) whether there was cumulative error by the District Court which deprived Ulbricht of due process and a fair trial; (6) whether certain electronic search warrants and pen register and trap and trace orders violated the Fourth Amendment; and (7) whether the sentence imposed was procedurally and substantively unreasonable.

        8.     *Amicus curiae* the National Association of Criminal Defense Lawyers filed its brief on January 19, 2016. The brief contains 6,895 words, and raises at least one issue: whether the warrants lacked particularity so as to violate the Fourth Amendment.

        9.     *Amicus curiae* the Drug Policy Alliance, Law Enforcement Against Prohibition, JustLeadership USA, and Nancy Gertner filed their brief on March 29, 2016. The brief contains 5,300 words, and raises at least two issues: (1) whether Ulbricht's sentence violates the Eighth Amendment bar on cruel and unusual punishment; and (2) whether the sentence imposed was procedurally and substantively unreasonable.

        10.    The aggregate length of the appellant's and amicus briefs is approximately 42,377 words. Although there is some overlap of issues raised in these briefs, the issues require in-depth factual and legal analysis given the length of the trial at hand.

        11.    Although the Government has made, and will continue to make, every effort to limit the size of its brief, a complete and useful response to the appellant and amicus briefs may require up to 40,000 words.

12. For all of the foregoing reasons, the Government respectfully requests leave to file an oversized brief of no more than 40,000 words, less than the approximate length of the three briefs to which it must respond in this appeal. The Government's brief on appeal is due on June 17, 2016.

13. On June 2, 2016, I conferred with Joshua Dratel, Esq., who represents Ulbricht on appeal, and he has consented to this request on behalf of his client.

14. I affirm under penalties of perjury, pursuant to Title 28, United States Code, Section 1746, that the foregoing is true and correct.

Dated: New York, New York
       June 2, 2016

                                  /s/ Eun Young Choi
                                  Eun Young Choi
                                  Assistant United States Attorney
                                  Tel. No.: (212) 637-2187