# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of June, two thousand and sixteen.

_____

United States of America,

        Appellee,

v.

Ross William Ulbricht, AKA Dread Pirate Roberts, AKA Silk Road, AKA Sealed Defendant 1, AKA DPR,

        Defendant - Appellant.

_____

**ORDER**

Docket No. 15-1815

      The Government moves for leave to file an oversized answering brief of up to 40,000 words.

      IT IS HEREBY ORDERED that the motion is GRANTED.

      For the Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court