# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: United States v. Ulbricht    Docket No.: 15-1815

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: Timothy T. Howard

Firm: United States Attorney's Office for the Southern District of New York

Address: One St. Andrew's Plaza, New York, NY 10007

Telephone: (212) 637-2308    Fax: (212) 637-2429

E-mail: timothy.howard@usdoj.gov

Appearance for: United States of America/Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Margaret Garnett/U.S. Attorney's Office for the Southern District of New York )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Timothy T. Howard    TIMOTHY HOWARD

*Digitally signed by TIMOTHY HOWARD*
*DN: c=US, o=U.S. Government, ou=Dept of Justice, ou=EOUSA, cn=TIMOTHY HOWARD, 0.9.2342.19200300.100.1.1=15001002371455*
*Date: 2016.06.16 11:21:18 -04'00'*

Type or Print Name: Timothy T. Howard