# 15-1815

## United States Court of Appeals

### FOR THE SECOND CIRCUIT
### Docket No. 15-1815

UNITED STATES OF AMERICA,

*Appellee,*

—v.—

ROSS WILLIAM ULBRICHT,
also known as Dread Pirate Roberts, also known as Silk Road,
also known as Sealed Defendant 1, also known as DPR,

*Defendant-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

## SUPPLEMENTAL APPENDIX

PREET BHARARA,
*United States Attorney for the
Southern District of New York,
Attorney for the United States
of America.*
One St. Andrew's Plaza
New York, New York 10007
(212) 637-2200

# TABLE OF CONTENTS

PAGE

Silk Road screenshots taken by Special Agent Der-Yeghiayan

Government Exhibit 109
   *Silk Road homepage* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-1

Government Exhibit 111
   *Silk Road crack cocaine listing* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-3

Government Exhibit 119
   *Silk Road "Buyer's guide"* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-4

Government Exhibit 125J
   *DPR post on SR forum, 1/10/2012* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-7

Government Exhibit 132
   *Silk Road homepage* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-9


Photographs of Ulbricht's laptop screen following October 1, 2013 arrest

Government Exhibit 201A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-11

Government Exhibit 201C . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-13

Government Exhibit 201D . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-15

Government Exhibit 201G . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-17

Government Exhibit 201J . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-19

Government Exhibit 201L . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-21

Government Exhibit 201M . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-23

PAGE

<u>Documents recovered from Ulbricht laptop</u>

Government Exhibit 214
    *Screenshot of Bitcoin wallet file (wallet.dat)* . . . . . . . . . . . . . . . . . . . . . . . SA-25

Government Exhibit 240A
    *2010 journal* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-26

Government Exhibit 240B
    *2011 journal* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-30

Government Exhibit 240C
    *December 29, 2011 journal* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-34

Government Exhibit 240D
    *January 1, 2012 journal* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-36

Government Exhibit 241
    *Log, March 20, 2013 through September 30, 2013* . . . . . . . . . . . . . . . . . SA-38

Government Exhibit 250
    *Silk Road expense report* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-44

Government Exhibit 251
    *"Net Worth Calculator" spreadsheet* . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-53

Government Exhibit 255
    *Weekly "To Do" List* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-57

Government Exhibit 256
    *Andrew Jones a/k/a "Inigo" Driver's License* . . . . . . . . . . . . . . . . . . . . . SA-60

Government Exhibit 268
    *Silk Road "down for maintenance" webpage* . . . . . . . . . . . . . . . . . . . . . . SA-62

Government Exhibit 269
    *Dread Pirate Robert PGP public key* . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-63

<u>Fake identification documents ordered by Ulbricht</u>

Government Exhibit 402 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-64

PAGE

Bitcoin analysis documents

Government Exhibit 620A
*Summary chart reflecting direct flow of Bitcoins from Silk Road
Bitcoin wallets to Ulbricht laptop Bitcoin laptop* . . . . . . . . . . . . . . . . . . SA-65

Government Exhibit 630
*Screenshot of Blockchain reflecting March 31, 2013 payment
of Bitcoins from Bitcoin wallet recovered from Ulbricht laptop* . . . . . . . SA-66

Government Exhibit 631
*Screenshot of Blockchain reflecting April 8, 2013 payment
of Bitcoins from Bitcoin wallet recovered from Ulbricht laptop* . . . . . . . SA-67


Undercover drug purchases from Silk Road

Government Exhibit 801
*Chart summarizing undercover buys by
Homeland Security Investigations, Chicago Field Office* . . . . . . . . . . . SA-68

Government Exhibit 802
*Chart summarizing undercover buys by
Drug Enforcement Administration, New York Field Office* . . . . . . . . . . SA-69


Screenshots of Silk Road website as of October 2, 2013 seizure

Government Exhibit 910
*Silk Road homepage* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-70

Government Exhibit 911A
*Cocaine listings* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-71

Government Exhibit 911B
*Heroin listings* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-74

Government Exhibit 911C
*LSD listings* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-77

Government Exhibit 911D
*Methamphetamine listings* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-80

Government Exhibit 914
*Forgery listings* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-83

PAGE

**Government Exhibit 915B**
*Listing for fraudulent European passports and IDs* . . . . . . . . . . . . . . . . SA-84

**Government Exhibit 915C**
*Listing for fraudulent New York driver's license* . . . . . . . . . . . . . . . . . . SA-85

**Government Exhibit 915D**
*Listing for fraudulent Pennsylvania driver's license* . . . . . . . . . . . . . . . SA-88

**Government Exhibit 915E**
*Listing for fraudulent Tennessee driver's license* . . . . . . . . . . . . . . . . . SA-91

**Government Exhibit 915F**
*Listing for fraudulent New South Wales driver's license* . . . . . . . . . . . SA-94

**Government Exhibit 915G**
*Listing for forged social security card* . . . . . . . . . . . . . . . . . . . . . . . . . SA-97

**Government Exhibit 916D**
*Listing for remote access tool* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-100

**Government Exhibit 916E**
*Listing for remote access tool for Android phones* . . . . . . . . . . . . . . . . SA-101

**Government Exhibit 916I**
*Listing for e-mail account cracking tool* . . . . . . . . . . . . . . . . . . . . . . . . SA-102

**Government Exhibit 916J**
*Listing for Facebook, Twitter and YouTube hacking tool* . . . . . . . . . . SA-103

**Government Exhibit 916K**
*Listing for "I Will Crack Username & Password" service* . . . . . . . . . . SA-105

**Government Exhibit 916L**
*Listing for e-mail cracking tool* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-106

**Government Exhibit 916P**
*Listing for keylogger tool* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-108

**Government Exhibit 916U**
*Listing for distributed denial of service (DDoS) service* . . . . . . . . . . . SA-110

**Government Exhibit 916V**
*Listing for distributed denial of service (DDoS) service* . . . . . . . . . . . SA-111

**Government Exhibit 917**
*Money listings* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-112

PAGE

Government Exhibit 917A
*Listing for "$10,000 delivered" service* . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-115

Government Exhibit 917B
*Listing for "Vendors Cash In Ur Coins" service* . . . . . . . . . . . . . . . . . . . SA-116

Government Exhibit 917C
*Listing for anonymous VISA ATM card* . . . . . . . . . . . . . . . . . . . . . . . . . SA-118

Government Exhibit 917D
*Listing for anonymous VISA card* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-120

Government Exhibit 917E
*Listing for $100 Green Dot Moneypak* . . . . . . . . . . . . . . . . . . . . . . . . . SA-123

Government Exhibit 917F
*Listing for "Bitcoin Laundry" service* . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-125

## Silk Road transaction summary charts

Government Exhibit 940A
*Breakdown of Total Categorized Silk Road Sales* . . . . . . . . . . . . . . . . . SA-127

Government Exhibit 940B
*Sales of Fake IDs, Forgeries and Passports* . . . . . . . . . . . . . . . . . . . . . . SA-128

Government Exhibit 940C
*Sales in Money-Related Categories* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-129

Government Exhibit 940D
*Silk Road Transactions, January 2011-October 2013* . . . . . . . . . . . . . SA-130

Government Exhibit 940E
*Total Silk Road Sales of Selected Drugs* . . . . . . . . . . . . . . . . . . . . . . . . SA-131

Government Exhibit 940F
*Map depicting countries with 10 or more Silk Road vendors* . . . . . . . . SA-132

Government Exhibit 940G
*Map depicting countries with 100 or more Silk Road buyers* . . . . . . . . SA-133

PAGE

<u>Other documents</u>

Criminal Complaint in *United States v. Carl Mark Force IV, et al.*
    15 Mag. 70370 (N.D. Cal. Mar. 25, 2015)..........................  SA-134

Cooperation Agreement with Andrew Michael Jones, a/k/a "Inigo"
    dated October 2, 2014 ....................................  SA-229



GOVERNMENT
EXHIBIT
109
14 Cr. 68 (KBF)

**SA-2**





# Silk Road
anonymous market

Shop by Category

messages 0 | orders 0 | account ₿18.72

Search                Go

Hi, **aspire2b**
logout

a few words from
the Dread Pirate Roberts

## 0,5Gr Uncut Crack Cocaine!!

₿1.65   add to cart

seller: HappyTimezz(100)
ships from: Netherlands
ships to: Worldwide
category: Crack

bookmark this item

postage options:
NL (₿0.04)

report this item

### Description

Uncut Crack Cocaine.

- Product will be send within 12 hours after order is placed.
- It is possible to ship from Belgium. (Ask for info)
- I destroy all your information after the order has been furnished.

#info:
- I am aware of the latest stealth packaging
- Using the best quality materials.
- My packaging is professional and up-to-date
- Working with bit coins only, NO payments outside of escrow
- Shipping worldwide

GOVERNMENT
EXHIBIT
111
14 Cr. 68 (KBF)

# SA-4



## Buyer's guide

The currency used to buy stuff on Silk Road are Bitcoin. Bitcoin uses encryption and a system of peer-to-peer double checking to create a completely digital currency. No personal information is associated with your bitcoins at all, making them ideal for anonymous transactions. Additionally, Silk Road employs a built-in tumbler that mixes all incoming bitcoins through a series of dummy transactions before they ever leave. Click here for instructions on how to get Bitcoins, or visit Bitcoin.org to learn more.

Silk Road employs a escrow system for all transaction. This means that when you make a order the bitcoins are deducted from you wallet, moves into a temporary escrow account, then after the vendor sends to order they confirm it being sent. When you receive the package, you confirm it being received and the vendor revives the coin. If for whatever reason you do not receive the package you can send the order into resolution, where you and the vendor can resolve the problem or should that not work Silk Road well step in an resolve the issue. Keep in mind this system is to prevent fraud on both the end of the seller and the buyer.

### Contents [hide]
1 Connecting to Hidden Services
2 Getting bitcoins
3 Shopping Cart
   3.1 Receiving address
4 Payment
   4.1 Tumbler
5 Escrow
   5.1 Escrow hedge
6 Receiving packages
7 Purchasing statistics
8 Final note

### Connecting to Hidden Services

*Connecting to Hidden Services main article*

If you are reading this now, you have at least figured out how to access a tor hidden service, good job :) You have either installed tor and configured your browser to use it, or you are using a proxy such as tor2web. We strongly encourage you to connect to the hidden service directly rather than going through a proxy as it is much more secure and anonymous. The Tor Browser Bundle 🔒 is available for all major platforms.

### Getting bitcoins

*Bitcoin main article*

Click here for a list of reputable exchangers that will take many different forms of payment for Bitcoins. When they ask for your receiving address, give them the address on your account page that looks something like this:

1E8sKdGWSy9ysm5ndCbBfdySzRhiPwmYDr

Your deposit will appear in your account once the Bitcoin network confirms your transfer. This can take up to an hour or more. If for some reason your transfer doesn't come through, just let us know and be sure to include the address you sent the coins to.

Your account has a built-in eWallet for Bitcoins, so you can buy and sell here without ever having to worry about third-party services at all. When you sell something, your account is credited, and when you buy something, it is debited.

### Shopping Cart

*Shopping Cart main article*

The first step to placing an order is selecting the items you want to purchase by adding them to your shopping cart. From the cart, you may increase the quantity of your purchase, and select the appropriate postage option. See your vendor's page or the item description for postage instructions. When you've chosen your postage and quantity, click "update cart" to confirm the changes. Once your cart is ready, you must enter the address you would like your items sent to. This is the one point in the process where some kind of personal information is revealed. We take this very seriously and have taken every precaution to protect it.

### Receiving address

From the moment you submit your order, to the moment it is displayed to your vendor, the information is fully encrypted and totally unreadable. Then, as soon as your vendor marks your package with the address and confirms shipment, the address is deleted forever and is not retrievable. For the extra cautious, you can encrypt your information yourself with your vendor's public key so that even we at Silk Road would be unable to view it, even if we wanted to. See below for more ways to be safe.

### Payment

If you have enough funds in your account to cover your purchase, then your order will be validated instantly and sent on to your vendor. If not, then you must deposit enough Bitcoins into your account to cover your total.

When your order ships, its status will change from "processing" to "in transit." Now just kick back and wait for it to arrive. Once it does, don't forget to click "finalize" next to your order and leave feedback :)

# SA-5

## Tumbler

Just when you thought Silk Road couldn't be more secure, we went one step further. The tumbler sends all payments through a complex, semi-random series of dummy transactions, each with a new, one-use receiving address, making it nearly impossible to link your payment with any coins leaving the site. The quantity, frequency, and number of transactions are all varied chaotically in a way that mimics the transactions of the bitcoin economy as a whole.

## Escrow

### Escrow main article

Our commitment is to total satisfaction for each and every purchase you make here. If your package never arrives or is not in the condition you expected, you may have a chance at a full or partial refund of the purchase price. Just click "resolve" next to your order. Our resolution center gives you total flexibility in working out a mutually agreeable outcome with your vendor, whether you want to request a full or partial refund, release payment to your vendor, or extend the time you wait for arrival. In the rare event that an agreement can't be made, a Silk Road admin will be right there to mediate and investigate if necessary. The vast majority of orders are filled exactly as expected, but to avoid even the rare hang up, we strongly encourage you to read your vendor's feedback and ask questions of them ahead of time.

NEVER go around the escrow and pay a vendor directly. We will be totally unable to protect you in this event and the vendor will have much less motivation to serve you well. People HAVE been scammed this way. If a seller requests that you pay them directly, please let us know so we can address the situation.

## Escrow hedge

Unfortunately, the Bitcoin exchange rate isn't as stable as we would all like it to be, and can fluctuate wildly in a matter of hours, let alone the days or weeks it takes for a package to arrive. Because of this, there is a real danger that the Bitcoins being held in your escrow account will lose value by the time your vendor gets paid or you are refunded. So, we've given the option to vendors to hedge the future payments they are expecting from escrow such that the dollar value of the payment doesn't change as the Bitcoin exchange rate changes.

For example, a vendor is hedging the escrow for a 10 btc order you place with them, and the dollar value of your order when you purchase it is $100. Now, let's say your order never arrives and your vendor agrees to a full refund, but those 10 btc are no longer worth $100, they're worth $50! Because your vendor hedged the escrow, you won't get a refund of 10 btc, you'll get 20 btc equaling the original value of $100. Of course, the opposite is also true. If Bitcoins appreciate in value while your order is in escrow, your refund will be fewer Bitcoins, but still equaling the original dollar value.

When checking out, you will see which orders will be hedged and which won't. After the order is placed, your escrow balance will reflect the dollar value of your hedged orders and the Bitcoin value of your unhedged orders. All hedged orders are hedged as soon as the order is placed. So when getting a refund for hedged items, don't be surprised if the number of Bitcoins you get back is not the same as the amount you paid.

## Receiving packages

Use a different, unrelated address than the one where your item will be kept such as a friends house or P.O. box. Once the item arrives, transport it discretely to its final destination. Avoid abandoned buildings or any place where it would be suspicious to have mail delivered.

*Do not sign for your package.* If you are expecting a package from us, do not answer the door for the postman, let him leave it there and then transport it as described above. Do not use your real name. This tactic doesn't work in some places because deliveries won't be made to names not registered with the address. If you think this is a problem, send your self a test letter with the fake name and see if it arrives.

If you follow these guidelines, your chances of being detected are minimal. In the event that you are detected, deny requesting the package. Anyone can send anyone else anything in the mail.

## Purchasing statistics

Because you are totally anonymous on Silk Road, the vendors here have no way of knowing if they can trust you at first. To help them judge whether they want to do business with you or not, some statistics are kept about your past purchases. When you purchase an item, before the order is accepted, your vendor can see how long you have been a member on the site, how many orders have been shipped out to you, and what percentage of the payments you made for those purchases were ultimately refunded to you. They can also see how many orders you ignored and allowed to "auto-finalize." So, the best way to keep a good reputation and eventually be accepted by all of the vendors here is to finalize your orders as soon as they arrive and you confirm they are good, and to only request a refund when you deserve it. The statistics are weighted toward the present, so you must keep up your good behavior, but if you have a bad streak, you can recover by doing well going forward. You can view your own stats at any time by clicking the link on your account page.

## Final note

We do everything we can to protect your anonymity and ensure that your visits here bring you great satisfaction. However, you should understand the risks of possessing and using any of the items you purchase here. Research these matters before jumping in and be responsible for your actions. Learn how Tor and Bitcoin work so you can understand how to use them and where their limitations are. If you have any questions or concerns, we are here to support you.

Privacy policy   About Silk Road wiki   Disclaimers



SA-6





GOVERNMENT
EXHIBIT
125 J
14 Cr. 68 (KBF)

**658** Silk Road discussion / Re: State of the Road Address
« on: January 10, 2012, 02:17 am »

Thank you everyone for your comments and suggestions. One suggestion I especially like is the one about commission being affected by trade volume. To those of you that are either supportive of the change, or have faith in what I am doing regardless of whether you see the point or not, thank you for your support! I have done everything I can to earn that trust and I cherish it.

To those of you chalking my actions up to pure greed and ignoring the context for the changes, I say shame on you. When have I lied? When have I cheated or stolen from anyone here? When have I treated anyone unfairly? When have I lead you astray? Why do you turn on me now when I have poured my heart and soul into this community and project?

10% on $50 orders? We are talking about an extra $1.88! A $10 order? An extra 38 cents! Do you think this site built itself? Do you think it runs itself? Do you have any clue what goes on behind the scenes to keep this going? Do you have any idea the risk the people operating this site are taking? Do you have any clue what we've been through to get here today? Do you have any clue what it's going to take to get through the next year?

Whether you like it or not, I am the captain of this ship. You are here voluntarily and if you don't like the rules of the game, or you don't trust your captain, you can get off the boat. For those that stay, we at Silk Road will continue to do everything in our power to keep this market running smoothly and safely, and thank you again for your support!

Reply  Quote  Notify  Remove



## Silk Road
*anonymous market*

messages 0    orders 0    account $0.0000 $0.00

Search    [Go]

*a few words from*
the Dread Pirate Roberts

Hi, **cirrus**
*logout*

**From the forum**
- Buyer ratings discussion
- Feedback system changes
- HOW TO: Run your own relay and help the Tor network!
- Ask a drug expert physician about drugs and health
- Winning the war on drugs
- New display currencies
- Try Tails for a more secure OS

**Favorite vendors**
- Dread Pirate Roberts 5.0 *remove*
- Libertas 1.0  *remove*
- inigo 0.0  *remove*

### Shop by Category

Drugs *13,810*
Cannabis *2,934*
Dissociatives *199*
Ecstasy *1,274*
Intoxicants *75*
Opioids *367*
Other *82*
Precursors *62*
Prescription *4,659*
Psychedelics *1,754*
Stimulants *1,634*
Tobacco *219*
Apparel *767*
Art *15*
Books *1,322*
Collectibles *27*
Computer equipment *101*
Custom Orders *86*
Digital goods *886*
Drug paraphernalia *512*
Electronics *234*
Erotica *584*
Food *10*
Fireworks *35*
Forgeries *152*
Hardware *35*
Home & Garden *27*
Jewelry *104*
Lab Supplies *29*
Lotteries & games *165*
Medical *60*
Money *258*
Musical instruments *6*
Packaging *95*
Services *168*
Sporting goods *4*
Tickets *4*
Writing *8*



Boldabol 200 (B. Dragon), 10ml,200mg.ml
$66.11



PIRACETAM tbl. 100x1200mg (nootropil
$92.64

25X LSD BLOTTER
$421.19



7 grams of PURE MDMA Moonrocks.
$378.58

100x Green Android™ ( The New Mortal Kombat™ )
$547.65

2mg Xanax Bars from Wallgreens
$5.42






10.0g MDA - Reagent Tested
$550.00

HYDRO BUDS 2G
$40.00

SCIROXX - Nandrodex 300mg/ml 10ml USA ONLY
$114.21













10g Amnesia Haze
$194.77

4 Orange sunshine 300ug
$90.49

1/4 Bubba Kush
$90.20

GOVERNMENT EXHIBIT
**132**
14 Cr. 68 (KBF)





## SA-11



# SA-12



## SA-13



**SA-14**



# SA-15



cirrus

...ate conversation with ...ion/cirrus.

...one of the flagged messages for

...efore you started working for me,
...bit

...of the reporting requirements

...the atlantis
...oni                    🔒 Private

**Support - Tor Browser**

File  Edit  View  History  Bookmarks  Tools  Help

Support

silkroadvb5piz3r.onion/support_3/flags/post

sr ▾  hosts ▾  email ▾  ts  R  ip  Science of Stylometry...  Cyb

If you recovered only 75 percent you better work on your washing technique. You don't seem to know what you are doing. Amateur.

Ok ok ok, the troll has got me. I will come clean. My product is actually 124.5274 percent pure as tested by NASA. Happy now troll?

posted by: karamell23
in **discussion page**

○ nothing ○ clear flags                         Silk Road's #1 Alternative:
                                                http://atlantissipwnm3j.onion
○ suspend (days)    delete ○ post ○ all

                                                posted by: dontaskmewhy
                                                in **discussion page**

○ nothing ○ clear flags                         I ordered the 2g special. Everything was superb...
                                                except the meth. AoD was very prompt and honest
○ suspend (days)    delete ○ post ○ all         when I contacted him about quality issues and
                                                offered a reship. Been 4 days since he said it was
                                                sent, will update if he makes good on his word.
                                                Anyone received their reship yet?

                                                posted by: Jhexxx
                                                in **discussion page**

○ nothing ○ clear flags                         Hey! Still had the same issue but im working on it.
                                                Hes responding my message and we have a nice
○ suspend (days)    delete ○ post ○ all         convesation. Unlucky me i got the partyflocks when i
                                                just add them to the cart to try out. I really
                                                looooked/looking forwad to tryout the Coke. Since i
                                                got customers here back in sweden who i wanna
                                                give sample out to!

                                                Thoughts , Happy is answering just hang in there,
                                                Hoping to get my 10g Coke!

                                                posted by: sausageandmash

SAMSUNG

**GOVERNMENT
EXHIBIT
201 D**
14 Cr. 68 (KBF)

# SA-16





**SA-18**



**SA-19**



## SA-20



SA-21





**SA-23**



**SA-24**



SA-25

AccessData FTK Imager 3.0.0.1443
File View Mode Help
Evidence Tree
frosty
.gnome2
.dropbox-dist
.wine
.phlipple
.adobe
Downloads
.pulse
apps
.vnc
.thumbnails
.fontconfig
.macromedia
.gphoto
.dropbox
.pki
.samsung-tools
.freemind
.shotwell
Pictures
.bitcoin
blocks
chainstate
Documents
.VirtualBox
.mozilla
.kde
.config
websites
Public
Music
.gnome2_private
Templates
.gegl-0.0
Videos
VirtualBox VMs
.pingus
.torchat
.gimp-2.6
Ubuntu One
.dbus
.putty
.java
.nbi
netbeans-7.3.1
File List
Name Size Type Date Modified
blocks 4 KB Directory 8/27/2013 3:58:35 AM
chainstate 4 KB Directory 8/27/2013 4:20:13 AM
.lock 0 KB Regular File 6/13/2012 3:01:50 PM
db.log 0 KB Regular File 6/13/2012 3:01:50 PM
bitcoin.conf 1 KB Regular File 7/5/2013 5:46:35 AM
wallet.dat 46,776 KB Regular File 8/27/2013 5:07:16 AM
peers.dat 36 KB Regular File 8/27/2013 5:07:16 AM
debug.log 5,293 KB Regular File 8/27/2013 5:07:17 AM
Properties
General
Name wallet.dat
File Class Regular File
File Size 47,898,624
Physical Size 47,898,624
Start Cluster 31,897,600
Date Accessed 10/2/2013 1:58:02 AM
Date Created 4/7/2013 7:25:50 PM
Date Modified 8/27/2013 5:07:16 AM
Actual File True
UNIX Security Attributes
Unix Permissions -rw-rw-r--
UID 1,000
GID 1,000
Ext2/3/4 Information
Inode Number 3,674,229
Inode Change Time 8/27/2013 5:07:16 AM
0000000 00 00 00 00 01 00 00 00-00 00 00 00 62 31 05 00
0000010 09 00 00 00 00 10 00 00-00 09 00 00 00 00 00 00
0000020 AD 2D 00 00 00 00 00 00-00 00 00 00 00 00 00 00
0000030 20 00 00 00 30 00 B6 01-00 FC 00 00 4E 57 CB 3C
0000040 79 24 00 00 00 00 00 00-00 00 00 02 00 00 00 00
0000050 00 00 00 00 20 00 00 00-01 00 00 00 00 00 00 00
Cursor pos = 0; clus = 31897600; log sec = 255180800; phy sec = 286425472
sda4_crypt.dd/ubucrypt-root [588412MB]/NONAME [ext4]/[root]/home/frosty/.bitcoin/wallet.dat
GOVERNMENT
EXHIBIT
214
14 Cr. 68 (KBF)



SA-26

2010

I started the year in the middle of my stint with Good Wagon Books. Donny and I had worked on it the last quarter of 2009 and were trying to ramp up by hiring people to go door-to-door. It was a real struggle and by the end of our trial partnership, it was clear that we hadn't grown the business to the point that it made sense for me to stay on. I also had an offer for a job from Peter and David that sounded great and I was ready to move on and work for them on their private equity venture. Unfortunately, they were all smoke and mirrors and after several weeks of them not returning my calls, I realized there was not an opportunity for me there. This was extremely discouraging. There I was, with nothing. My investment company came to nothing, my game company came to nothing, Good Wagon came to nothing, and then this.

I had to find a job quickly, so I turned to Craig's List and found American Journal Experts. For the next six months, I edited scientific papers written by foreigners. It sucked. The hours were flexible, but it drained me. I hated working for someone else and trading my time for money with no investment in myself.

Up to this point, I had been working on selling my rental house in Pennsylvania. It had helped me stay afloat with around $600/mo in cashflow, but finally the sale came to a close. I made about $30k off the whole thing, and could finally start trading again. I had been practice trading for a while and saw an opportunity to take my $30k and make it as a day trader. $30k isn't alot to start with, and I didn't get off to a very good start with my trading.

Around that time, another opportunity came into my life. Donny had gotten a job offer from his brother in Dallas to be the VP of sales at their milling company. He didn't know what to do about Good Wagon, which he had grown somewhat to the point that he was making around $6k per month in sales. He made me an offer. 50% of the company and a $3k per month salary to take over and run the business going forward. I took the deal and we went to work on it. By the end of the

GOVERNMENT
EXHIBIT
240 A
14 Cr. 68 (KBF)

# SA-27

year, we had our best month on record with around $10k in sales in December.

   While all of this was happening, I began working on a project that had been in my mind for over a year.  I was calling it Underground Brokers, but eventually settled on Silk Road.  The idea was to create a website where people could buy anything anonymously, with no trail whatsoever that could lead back to them.  I had been studying the technology for a while, but needed a business model and strategy.  I finally decided that I would produce mushrooms so that I could list them on the site for cheap to get people interested.  I worked my ass off setting up a lab in a cabin out near Bastrop off the grid.  In hindsight, this was a terrible idea and I would never repeat it, but I did it and produced several kilos of high quality shrooms.  On the website side, I was struggling to figure out on my own how to set it up.  Driving out to Bastrop, working on Good Wagon, and trying to keep up my relationship with Julia was taking all of my time.  By the end of the year, I still didn't have a site up, let alone a server.

   I went through a lot over the year in my personal relationships as well.  I had mostly shut myself off from people because I felt ashamed of where my life was.  I had left my promising career as a scientist to be an investment adviser and entrepreneur and came up empty handed.  More and more my emotions and thoughts were ruling my life and my word was losing power.  At some point I finally broke down and realized my love for people again, and started reaching out.  Throughout the year I slowly re-cultivated my relationship with my word and started honoring it again.

   My relationship with Julia was pretty rocky throughout the year.  We even broke up for about a month and half toward the end.  I

## SA-28

couldn't even tell you now why it was a struggle, or why we broke up. On my side, I wasn't communicating well at all. I would let little things build up until I got mad. We eventually got back together and even moved in together, and it has been amazingly good since.

In 2011, I am creating a year of prosperity and power beyond what I have ever experienced before. Silk Road is going to become a phenomenon and at least one person will tell me about it, unknowing that I was its creator. Good Wagon Books will find its place and get to the point that it basically runs itself. Julia and I will be happy and living together. I have many friends I can count on who are powerful and connected.

# SA-29



# SA-30

2011
still working on good wagon books and Silk Road at the same time. Programming now. Patchwork php mysql. Don't know how to host my own site. Didn't know how to run bitcoind. Got the basics of my site written. Launched it on freedomhosting. Announced it on the bitcointalk forums. Only a few days after launch, I got my first signups, and then my first message. I was so excited I didn't know what to do with myself. Little by little, people signed up, and vendors signed up, and then it happened. My first order. I'll never forget it. The next couple of months, I sold about 10 lbs of shrooms through my site. Some orders were as small as a gram, and others were in the qp range. Before long, I completely sold out. Looking back on it, I maybe should have raised my prices more and stretched it out, but at least now I was all digital, no physical risk anymore. Before long, traffic started to build. People were taking notice, smart, interested people. Hackers. For the first several months, I handled all of the transactions by hand. When they came into my local bitcoin client, I matched them up with the amount and time of the purchase and did all of the necessary account adjustments. Between answering messages, processing transactions, and updating the codebase to fix the constant security holes, I had very little time left in the day, and I had a girlfriend at this time! At some point, a hacker found some major flaws in my code. I sent it to him for review and he came back with basically "this is amateur shit". I knew it too. I tried to work with him but I think he lost interest and since I wasn't charging commission, I only had my shroom money to pay him with. Thankfully that quadrupled from bitcoin increasing in price, little did I know I could've cashed out at 8x higher for a total of 32x! That would have gotten me off to a hell of a start. As it was, I cashed out all the way up and all the way down. I called the peak, my timing was just off. In any case, I decided to rewrite the site in an mvc framework as suggested by my benevolent hacker adviser. So, while still manually processing transactions and responding to a bigger and bigger message load, I learned to use codeigniter and began rewriting the site. At some point around this time, I also learned how to host my own site and was on my own servers. I think I made this plunge because I wasn't sure how much traffic freedomhost could handle, and I wanted control of my .onion domain. So, when I switched I posted a redirect from the old .onion to the new, ianxz6zefk72ulzz.onion. And yea, that was yet another learning curve, configuring and running a LAMP server, oh joy! But I was loving it. My ideas were actually working. Sure it was a little crude, but it worked! Rewriting the site was the most stressful couple of months I've ever experienced. I worked all day everyday, still processing transactions by hand, dealing with scammers, answering messages, meeting new strange people through my site and getting to know them. When I finally got the site ready, there were several new features including a tumbler and automated payment processing. The weekend of the switch was the peak of stress for me. Updating a live site to a whole new version is no easy task. You don't realize how many little pieces lay on top of one another so it works just right (at least when you code poorly like my amateur ass was doing). So for about 48 hours it was stop and start on the switch, but I finally got there and it was working. It looked like I didn't have to process the transactions manually anymore, but then the rot started. Some where, the site accounting wasn't balancing, and I was losing hundreds of dollars every few hours. I started to panic. I tried everything I could think of, but couldn't stop the bleeding. It was getting to be thousands of dollars and I was losing sleep and getting slow. I didn't give up though. I rewrote the entire transaction processor from scratch and some how it worked. To this day I don't know what the problem was. AND in addition to these stressors, Silk Road got its first press, the infamous Gawker article. When you look at the historical #s, you can see right when it happened. A huge spike in signups, and the beginning of an upward trend in commerce that would continue until the time of this writing, and hopefully for much longer. There was really a smattering of press at this time

GOVERNMENT
EXHIBIT
240 B
14 Cr. 68 (KBF)

# SA-31

including the local news in FL! Most interestingly, two US senators came out against the site and against bitcoin. They made a big deal out of it and called for a shutdown of the site. I started to get into a bad state of mind. I was mentally taxed, and now I felt extremely vulnerable and scared. The US govt, my main enemy was aware of me and some of it's members were calling for my destruction. This is the biggest force wielding organization on the planet. Eventually we got through it though and entered a more calm and harmonious phase, there were still the hackers and scammers, and occasional fuck ups by me when trying to add a feature of what not, but in general, working within the CI framework and getting a feel for linux allowed me to take it a little easier and get into a normal work rhythm. Some major advances were price pegging, vendor ranking, a more sophisticated feedback system, buyer stats, transaction logging, and building up the admin toolset. Most importantly, the market began it's path to maturity. Vendors and buyers forged great relationships, more vendors came in to fill holes in the market, others competed and variety, customer service, and professionalism emerged. After making about $100k and up to a good $20-25k monthly, I decided it was time to bring in some hired guns to help me take the site to the next level. This would prove to be the biggest challenge I had ever faced. I actually got to see a fairly wide range of employee types. SYG, the schmoozer who winds up being a waste, DA, the model employee. Super enthusiastic, hard working, and trainable. Then there is utah, professional who does it for the money. Get's the job done, but his heart isn't always in it. First I put up an ad for a system administrator. I needed someone to help me take the back end to the next level in security. I had many candidates duke it out in the forum on many topics from os to isolation to software to security. In the end, I made what I thought was a wise decision. Looking back, I picked the most vocal one who also was on board ideologically. At first he was very good, giving me lots of advise and helping me upgrade the server's security. We spent many hours on torchat configuring the server. We ran it on FreeBSD for the first time and it actually ran pretty well. Getting it set up was a total disaster, though. My host had suddenly stopped paying his upstream provider and dropped it on me that in a few days they would shut off the server. Luckily I had a backup and a spare server ready to go, so we decided to setup freebsd and run it. It was a trial by fire, but we eventually passed. The site was down for almost a week. You can see it die on the historical charts. For the next 3 months, SYG had my full attention. I was basically at his mercy because he knew FreeBSD and I didn't. We kept trying to implement different solutions, but he just kept dragging on and on. He was trying to get his bitcoin exchange thing going through the site at the same time and he just wasn't giving the site everything he had. In the end, he milked me for the last few weeks and eventually I had to let him go. It was a really painful lesson, but one I hopefully won't need to learn again. I eventually moved the site back to ubuntu where I am comfortable. At around the time SYG was falling out of favor, I started looking for someone new and utah was there. I gave him more and more responsibility and he gave me good time estimates and followed through on them. I was still working with SYG, so utah was set to work on rewriting the site. Around this time, Variety Jones showed up. This was the biggest and strongest willed character I had met through the site thus far. He quickly proved to me that he had value by pointing out a major security hole in the site I was unaware of. It was an attack on bitcoind. We quickly began discussing every aspect of the site as well as future ideas. He convinced me of a server configuration paradigm that gave me the confidence to be the sole server administrator and not work with someone else at all. He has advised me on many technical aspects of what we are doing, helped me speed up the site and squeeze more out of my current servers. He also has helped me better interact with the community around Silk Road, delivering proclamations, handling troublesome characters, running a sale, changing my name, devising rules, and on and on. He also helped me get my

# SA-32

head straight regarding legal protection, cover stories, devising a will, finding a successor, and so on. He's been a real mentor. Shortly after I met VJ, I started looking for a right hand man, an administrative assistant of sorts. Someone to answer messages, manage the forum and wiki, and eventually even dispute resolution. I found that man in Digital Alchemy, who was one of the original members of the site, and had been modding the forums for pretty much the whole time. There were lots of applicants, but for some reason DA stuck out as promising, and he has turned out to be invaluable. He quickly learned how to respond to messages and keep things running smoothly. Before long he was managing the forums, the wiki, the messages, the resolution center, scam prevention, and odd jobs for me like mini-research projects and tedious tasks. He works his ass off and will eventually get burnt out, so I need to find him some help at some point.

**SA-33**



# SA-34

12/29/2011

chatted with VJ again today. Him coming onto the scene has re inspired me and given me direction on the SR project. He has helped me see a larger vision. A brand that people can come to trust and rally behind. Silk Road chat, Silk Road exchange, Silk Road credit union, Silk Road market, Silk Road everything! And it's been amazing just talking to a guy who is so intelligent and in the same boat as me, to a certain degree at least. So, today we talked mostly about the exchange, what to charge, boundary conditions, etc. Then I went for a surf with Billy Becket. Caught a couple of good waves, chatted with him took some wipe outs, and went in. Soon after, I ran around the city with Ashely and Kelly. We drank some beer, walked around the city and botanical gardens. I then went out with Jessica. Our conversation was somewhat deep. I felt compelled to reveal myself to her. It was terrible. I told her I have secrets. She already knows I work with bitcoin wich is also terrible. I'm so stupid. Everyone knows I am working on a bitcoin exchange. I always thought honesty was the best policy, and now I don't know what to do. I should've just told everyone I am a freelance programmer or something, but I had to tell half truthes. It felt wrong to lie completely so I tried to tell the truth without revealing the bad part, but now I am in a jam. Everyone knows too much. Dammit.



GOVERNMENT
EXHIBIT

240 C

14 Cr. 68 (KBF)

# SA-35



## SA-36

January 1st 2012

Well, I'm choosing to write a journal for 2012. I imagine that some day I may have a story written about my life, and it would be good to have a detailed account of it. I did some work in the morning, can't remember now exactly what it was, but it wasn't long before I was responding to text messages and making plans to hang out on the beach. It was a holiday for everyone, so the beach was as packed as I've ever seen it. A teeming mass of humanity, helicopters flying overhead, waves crashing, a real spectacle. I was offered a ticket to a warehouse party by Nicole, but just couldn't bring myself to accept. I just was not in the partying mood. George also invited me to join him camping for 2-3 nights. I wanted to go, but the swell is low and it's just too much time away from Silk Road, and there is so much to do before the rents get here, and before I leave for Thailand. I need to get DigitalAlch set up handling the resolutions, and it just seems like Variety Jones gives my broad sweeping tasks on a daily basis. Emma, Jessica, Cally, Kim, Tim and a couple others, Mike, were all on the beach with me. Playing paddle ball and soaking up the sun. I've been thinking a bunch about what is next for me. I like my little life here in Bondi, but what if I love Thailand, or want to go on even further? I don't want to go backwards, and while I could see a lot more in Australia, I'm not even taking the opportunities that are coming up as it is. I need to find a place I can work from. Cheap and off the beaten path.

GOVERNMENT
EXHIBIT
240 D
14 Cr. 68 (KBF)

# SA-37

AccessData FTK Imager 3.0.0.1443
File View Mode Help
Evidence Tree
.gnome2
.dropbox-dist
.wine
.phlipple
.adobe
Downloads
.pulse
apps
.vnc
.thumbnails
.fontconfig
.macromedia
.gphoto
.dropbox
.pki
.samsung-tools
.freemind
.shotwell
Pictures
.bitcoin
Documents
books
archive
journal
2011
2012
Q1
January
week 1
taxes
.VirtualBox
.mozilla
.kde
.config
websites
Public
Music
.gnome2_private
Templates
.gegl-0.0
Videos
VirtualBox VMs
.pingus
.torchat
.gimp-2.6
Ubuntu One
.dbus
.putty
.java
File List
Name Size Type Date Modified
Daily.odt 13 KB Regular File 1/1/2012 9:47:24 PM
Properties
General
Name Daily.odt
File Class Regular File
File Size 12,315
Physical Size 16,384
Start Cluster 17,488,728
Date Accessed 10/2/2013 1:45:17 AM
Date Created 5/8/2012 8:51:04 PM
Date Modified 1/1/2012 9:47:24 PM
Actual File True
UNIX Security Attributes
Unix Permissions -rw-r--r--
UID 1,000
GID 1,000
Ext2/3/4 Information
Inode Number 4,327,120
Inode Change Time 7/12/2013 4:38:09 AM
0000 50 4B 03 04 14 00 00 08-00 00 EC AD 21 40 5E C6 PK········ì-!@^Æ
0010 32 0C 27 00 00 00 27 00-00 00 08 00 00 00 6D 69 2·'···'·······mi
0020 6D 65 74 79 70 65 61 70-70 6C 69 63 61 74 69 6F metypeapplicatio
0030 6E 2F 76 6E 64 2E 6F 61-73 69 73 2E 6F 70 65 6E n/vnd.oasis.open
0040 64 6F 63 75 6D 65 6E 74-2E 74 65 78 74 50 4B 03 document.textPK·
0050 04 14 00 00 08 00 00 EC-AD 21 40 76 DF 9E 78 0A ·······ì-!@vß·x·
0060 04 00 00 0A 04 00 00 08-00 00 00 6D 65 74 61 2E ···········meta.
0070 78 6D 6C 3C 3F 78 6D 6C-20 76 65 72 73 69 6F 6E xml<?xml version
0080 3D 22 31 2E 30 22 20 65-6E 63 6F 64 69 6E 67 3D ="1.0" encoding=
0090 22 55 54 46 2D 38 22 3F-3E 0A 3C 6F 66 66 69 63 "UTF-8"?>·<offic
00a0 65 3A 64 6F 63 75 6D 65-6E 74 2D 6D 65 74 61 20 e:document-meta
00b0 78 6D 6C 6E 73 3A 6F 66-66 69 63 65 3D 22 75 72 xmlns:office="ur
00c0 6E 3A 6F 61 73 69 73 3A-6E 61 6D 65 73 3A 74 63 n:oasis:names:tc
00d0 3A 6F 70 65 6E 64 6F 63-75 6D 65 6E 74 3A 78 6D :opendocument:xm
00e0 6C 6E 73 3A 6F 66 66 69-63 65 3A 31 2E 30 22 20 lns:office:1.0"
00f0 78 6D 6C 6E 73 3A 78 6C-69 6E 6B 3D 22 68 74 74 xmlns:xlink="htt
0100 70 3A 2F 2F 77 77 77 2E-77 33 2E 6F 72 67 2F 31 p://www.w3.org/1
0110 39 39 39 2F 78 6C 69 6E-6B 22 20 78 6D 6C 6E 73 999/xlink" xmlns
0120 3A 64 63 3D 22 68 74 74-70 3A 2F 2F 70 75 72 6C :dc="http://purl
0130 2E 6F 72 67 2F 64 63 2F-65 6C 65 6D 65 6E 74 73 .org/dc/elements
0140 2F 31 2E 31 2F 22 20 78-6D 6C 6E 73 3A 6D 65 74 /1.1/" xmlns:met
0150 61 3D 22 75 72 6E 3A 6F-61 73 69 73 3A 6E 61 6D a="urn:oasis:nam
0160 65 73 3A 74 63 3A 6F 70-65 6E 64 6F 63 75 6D 65 es:tc:opendocume
0170 6E 74 3A 78 6D 6C 6E 73-3A 6D 65 74 61 3A 31 2E nt:xmlns:meta:1.
0180 30 22 20 78 6D 6C 6E 73-3A 6F 6F 6F 3D 22 68 74 0" xmlns:ooo="ht
0190 74 70 3A 2F 2F 6F 70 65-6E 6F 66 66 69 63 65 2E tp://openoffice.
01a0 6F 72 67 2F 32 30 30 34-2F 6F 66 66 69 63 65 22 org/2004/office"
01b0 20 78 6D 6C 6E 73 3A 67-72 64 64 6C 3D 22 68 74 xmlns:grddl="ht
01c0 74 70 3A 2F 2F 77 77 77-2E 77 33 2E 6F 72 67 2F tp://www.w3.org/
01d0 32 30 30 33 2F 67 2F 64-61 74 61 2D 76 69 65 77 2003/g/data-view
01e0 23 22 20 6F 66 66 69 63-65 3A 76 65 72 73 69 6F #" office:versio
01f0 6E 3D 22 31 2E 32 22 3E-3C 6F 66 66 69 63 65 3A n="1.2"><office:
0200 6D 65 74 61 3E 3C 6D 65-74 61 3A 69 6E 69 74 69 meta><meta:initi
0210 61 6C 2D 63 72 65 61 74-6F 72 3E 66 72 6F 73 74 al-creator>frost
0220 79 20 3C 2F 6D 65 74 61-3A 69 6E 69 74 69 61 6C y </meta:initial
Cursor pos = 0; clus = 17488728; log sec = 139909824; phy sec = 171154496
sda4_crypt.dd/ubucrypt-root [588412MB]/NONAME [ext4]/[root]/home/frosty/Documents/journal/2012/Q1/January/week 1/Daily.odt



# SA-38

03/20/2013
someone posing as me managed to con 38 vendors out of 2 btc each with a fake message about a new silk road
posted about cartel formation and not mitigating vendor roundtable leaks.
worked on database error handling in CI

03/21/2013
main server was ddosed and taken offline by host
met with person in tor irc who gave me info on having custom hs guards
buying up servers to turn into hidden service guards

03/22/2013
deployed 2 guards on forum
adjusted check_deposit cron to look further back to catch txns that died with an error

03/23/2013
bought a couple of more servers from new hosts
organized local files
stripped out srsec db naming functions
introduced at least two bugs doing this

03/24/2013
been slowly raising the cost of hedging
orgainzed local files and notes

03/25/2013
server was ddosed, meaning someone knew the real IP.  I assumed they obtained it by becoming a guard node.  So, I
migrated to a new server and set up private guard nodes.  There was significant downtime and someone has mentioned
that they discovered the IP via a leak from lighttpd.

03/26/2013
private guard nodes are working ok.  still buying more servers so I can set up a more modular and redundant server
cluster.  redid login page.

03/27/2013
set up servers

03/28/2013
being blackmailed with user info.  talking with large distributor (hell's angels).

03/29/2013
commissioned hit on blackmailer with angels

04/01/2013
got word that blackmailer was excuted
created file upload script
started to fix problem with bond refunds over 3 months old

04/02/2013
got death threat from someone (DeathFromAbove) ███████████████████████████
█████. messaged googleyed about it.  goog says he doesn't know.  user is prolly friend of ██████ who he confided his
plan to.
applied fix to bond refund problem
stopped rounding account balance display

GOVERNMENT
EXHIBIT
241
14 Cr. 68 (KBF)

# SA-39

04/03/2013
spam scams have been gaining tracktion.  limited namespace and locked current accounts.
lots of delayed withdrawals.  transactions taking a long time to be accepted into blockchain.  Wallet was funded with single large transaction, so each subsequent transaction is requiring change to be verified.  lesson: wallets must be funded in small chunks.
got pidgin chat working with inigo and mg

04/04/2013
withdrawals all caught up
made a sign error when fixing the bond refund bug, so several vendors had very negative accounts.
switched to direct connect for bitcoin instead of over ssh portforward
received visual confirmation of blackmailers execution

04/05/2013
a distributor of googleyed is publishing buyer info
mapped out the ordering process on the wiki.
gave angels access to chat server

04/06/2013
made sure backup crons are working
gave angels go ahead to find tony76
cleaned up unused libraries on server
added to forbidden username list to cover I <-> l scam

04/07/2013
moved storage wallet to local machine
refactored mm page

04/08/2013
sent payment to angels for hit on tony76 and his 3 associates
began setting up hecho as standby
very high load (300/16), took site offline and refactored main and category pages to be more efficient

04/09/2013
problem with load was that APC was set to only cache up to 32M of data.  Changed to 5G and load is down to around 5/16.
ssbd considering joining my staff
transferring standby data to hecho standby server

04/10/2013
some vendors using the hedge in a falling market to profit off of me by buying from themselves.  turned of access log pruning so I can investigate later.  market crashed today.
being blackmailed again.  someone says they have my ID, but hasn't proven it.

04/11/2013
set up tor relays
asked scout to go through all images on site looking for quickbuy scam remnants
cimon told me of a possible ddos attack through tor and how to mitigate against it.
guy blackmailing saying he has my id is bogus

04/12/2013
removed last remnance of quickbuy scam
implemented new error controller

# SA-40

rewrote userpage

04/13/2013
inigo is in the hospital, so I covered his shift today.  Zeroed everything and made changes to the site in about 5 hours

04/14/2013
did support. inigo returned.
started rewritting orders->buyer_cancel, been getting error reports about it.

04/15/2013
day off

04/16/2013
rewrote buyer_cancel

04/17/2013
rewrote settings view

04/18/2013
modified PIN reset system

04/19/2013
added blockchain.info as xrate source and modified update_xrate to use both and check for discrepancies and log.
modified PIN reset system

04/20/2013
migrated to different host because current host would not connect to guards.  Bandwidth limited and site very slow
after migration.

04/21 - 04/30/2013
market and forums under sever DoS attack.  Gave 10k btc ransom but attack continued.  Gave smed server access.
Switched to nginx on web/db server, added nginx reverse proxy running tor hs.  reconfiged everything and eventually
was able to absorb attack.

05/01/2013
Symm starts working support today.  Scout takes over forum support.

05/02/2013
Attack continues.  No word from attacker.  Site is open, but occasionally tor crashes and has to be restarted.

05/03/2013
helping smed fight off attacker.  site is mostly down.  I'm sick.
Leaked IP of webserver to public and had to redeploy/shred
promoted gramgreen to mod, now named libertas

05/04/2013
attacker agreed to stop if I give him the first $100k of revenue and $50k per week thereafter.  He stopped, but there
appears to be another DoS attack still persisting.

05/05/2013
Attack is fully stopped.  regrouping and prioritizing next actions.

05/06/2013
working with smed to put up more defenses against attack

**SA-41**

05/07/2013
paid $100k to attacker

05/08/2013
reconfigured nginx to not time out.  almost all errors have disappeared.

05/10/2013
started buying servers for intro/guard nodes

05/11/2012
still buying servers

05/13/2013
helping catch up support
smed demo'ed multi address scheme for the forum

05/15/2013
more servers

05/22/2013
paid the attacker $50k

05/26/2013
tried moving forum to multi .onion config, but leaked ip twice.  Had to change servers, forum was down for a couple of days.

05/28/2013
finished rewritting silkroad.php controller

05/29/2013
rewrote orders page
paid attacker $50k weekly ransom
$2M was stolen from my mtgox account by DEA
added smed to payroll
rewrote cart page

05/30/2013


05/31/2013
$50k xferred to cimon

06/01/2013
someone claiming to be LE trying to infiltrate forum mods

06/02/2013
loaning $500k to r&w to start vending on SR.

06/03/2013
put cimon in charge of LE counter intel

06/04/2013

# SA-42

rewrote reso center

06/05/2013 - 09/11/2013
Haven't been logging. ████████████████████████████████████████

████████ did an interview with andy greenberg from forbes where i said i wasn't the original DPR, went over well with community. ████████████ ██████████████ r&w flaked out and disappeared with my 1/2 mil. smed has been working hard to develop a monitoring system for the SR infrastructure, but hasn't produced much in actual results. similarly cimon has been working on the mining and gambling projects, but no results forthcoming. created Anonymous Bitcoin Exchange (ABE) and have been trying to recruit tellers. the vendor "gold" is my best lead at the moment. nod is an H dealer on SR who says he has world class it skills and I am giving him a chance to show his stuff with ABE. <mark>did a "ratings and review" overhaul.</mark> It hasn't gone over too well with the community, but I am still working on it with them and I think it will get there eventually. tor has been clogged up by a botnet causing accessibility issues.

09/12/2013
Got a tip from oldamsterdam that supertrips has been busted. ████████████████████

09/13/2013
████████████████████████████████████████████████

<mark>09/11 - 09/18/2013</mark>
<mark>could not confirm ST bust.</mark> ███████████████████████████
████ <mark>Got covered in poison oak trying to get a piece of trash out of a tree in a park nearby and have been moping. went on a first date with amelia from okc.</mark>

09/19/2013
red pinged me and asked for meeting tomorrow.

09/19 - 09/25/2013
red got in a jam and needed $500k to get out. ultimately he convinced me to give it to him, but I got his ID first and had cimon send harry, his new soldier of fortune, to vancouver to get $800k in cash to cover it. red has been mainly out of communication, but i haven't lost hope. Atlantis shut down. I was messaged by one of their team who said they shut down because of an FBI doc leaked to them detailing vulnerabilities in Tor.

09/30/2013
████████████████████████████. spoke with inigo for a while about the book club and swapping roles with libertas. Had revelation about the need to eat well, get good sleep, and meditate so I can stay positive and productive.

# SA-43

AccessData FTK Imager 3.0.0.1443
File View Mode Help
Evidence Tree
gnome2_private
Templates
gegl-0.0
Videos
VirtualBox VMs
pingus
torchat
gimp-2.6
Ubuntu One
dbus
putty
java
nbi
netbeans-7.3.1
netbeans
cache
compiz-1
ssh
thunderbird
gconf
gstreamer-0.10
local
temp
mission-control
purple
Desktop
filezilla
Skype
elinks
wireshark
gvfs
backup
gnupg
launchpadlib
NetBeansProjects
lib64
selinux
sys
srv
opt
google
nonexistent
lib32
Unpartitioned Space [LVM2]
File List
Name Size Type Date Modified
keys 4 KB Directory 3/28/2013 6:44:02 AM
to write 4 KB Directory 5/27/2013 5:13:13 AM
wallets 4 KB Directory 6/22/2013 8:46:27 PM
collection 4 KB Directory 8/16/2013 1:01:36 AM
to read 4 KB Directory 9/13/2013 9:25:55 PM
reference 4 KB Directory 9/27/2013 7:49:25 PM
project references 4 KB Directory 10/1/2013 6:42:42 AM
NetWorthCalculator.ods 24 KB Regular File 12/2/2012 6:01:42 PM
dprid.zip.gpg 4 KB Regular File 6/19/2013 8:38:00 PM
servers_smed.ods 19 KB Regular File 6/29/2013 9:20:58 PM
sr_accounting.ods 42 KB Regular File 7/3/2013 7:25:28 PM
todo_monthly 1 KB Regular File 9/12/2013 10:00:19 PM
someday.txt 1 KB Regular File 9/13/2013 1:30:21 AM
emergency 1 KB Regular File 9/15/2013 4:34:25 AM
projects.txt 1 KB Regular File 9/22/2013 8:35:12 PM
collection.txt 1 KB Regular File 9/23/2013 5:48:49 PM
server_config.txt 10 KB Regular File 9/24/2013 4:08:09 AM
servers.ods 40 KB Regular File 9/26/2013 2:56:39 AM
todo_weekly 2 KB Regular File 10/1/2013 1:03:06 AM
designated.txt 1 KB Regular File 10/1/2013 4:37:55 AM
log.txt 10 KB Regular File 10/1/2013 5:43:24 AM
todo.txt 1 KB Regular File 10/1/2013 9:45:29 PM
Properties
General
Name log.txt
File Class Regular File
File Size 9,389
Physical Size 12,288
Start Cluster 87,648,307
Date Accessed 10/2/2013 6:00:07 AM
Date Created 10/1/2013 5:43:24 AM
Date Modified 10/1/2013 5:43:24 AM
Actual File True
UNIX Security Attributes
Unix Permissions -rw-rw-r--
UID 1,000
GID 1,000
Ext2/3/4 Information
Inode Number 3,677,791
Inode Change Time 10/1/2013 5:43:24 AM
03/20/2013
someone posing as me managed to con 38 vendors out of 2 btc each with a fake message about a new silk road
posted about cartel formation and not mitigating vendor roundtable leaks.
worked on database error handling in CI
03/21/2013
main server was ddosed and taken offline by host
met with person in tor irc who gave me info on having custom hs guards
buying up servers to turn into hidden service guards
03/22/2013
deployed 2 guards on forum
adjusted check_deposit cron to look further back to catch txns that died with an error
03/23/2013
bought a couple of more servers from new hosts
organized local files
stripped out srsec db naming functions
introduced at least two bugs doing this
03/24/2013
been slowly raising the cost of hedging
orgainized local files and notes
03/25/2013
server was ddosed, meaning someone knew the real IP. I assumed they obtained it by becoming a guard node. So, I migrated to a new se
03/26/2013
private guard nodes are working ok. still buying more servers so I can set up a more modular and redundant server cluster. redid log
03/27/2013
set up servers
03/28/2013
being blackmailed with user info. talking with large distributor (hell's angels).
sda4_crypt.dd/ubucrypt-root [588412MB]/NONAME [ext4]/[root]/home/frosty/backup/log.txt



# SA-44

sr_accounting.ods

| date | expense | total expenses | revenue | total_revenue | total | notes | |
|------|---------|----------------|---------|---------------|-------|-------|---|
| 07/17/2010 | | $0 | | $0 | $0 | start | |
| 07/18/2010 | $25 | $25 | | $0 | -$25 | lab clothes, carry over from fall 2009 | |
| 07/18/2010 | $31 | $56 | | $0 | -$56 | petri dishes, carry over from fall 2009 | |
| 07/20/2010 | $89 | $145 | | $0 | -$145 | hepa filter, carry over from fall 2009 | |
| 07/21/2010 | $6 | $150 | | $0 | -$150 | agar, carry over from fall 2009 | |
| 07/22/2010 | $4 | $154 | | $0 | -$154 | malt extract, carry over from fall 2009 | |
| 07/23/2010 | $6 | $160 | | $0 | -$160 | gas | |
| 07/26/2010 | $5 | $165 | | $0 | -$165 | digital timer | |
| 07/26/2010 | $6 | $171 | | $0 | -$171 | gas | |
| 07/26/2010 | $150 | $321 | | $0 | -$321 | Kelly deposit | |
| 07/26/2010 | $80 | $401 | | $0 | -$401 | pressure cooker | |
| 07/27/2010 | $20 | $421 | | $0 | -$421 | cleaning supplies, misc | |
| 07/27/2010 | $6 | $427 | | $0 | -$427 | gas | |
| 07/27/2010 | $452 | $879 | | $0 | -$879 | rent | |
| 07/29/2010 | $37 | $916 | | $0 | -$916 | misc | |
| 07/30/2010 | $6 | $922 | | $0 | -$922 | gas | |
| 07/31/2010 | $6 | $928 | | $0 | -$928 | gas | |
| 07/31/2010 | $46 | $974 | | $0 | -$974 | jars, deadbolt, propane | |
| 08/01/2010 | $33 | $1,007 | | $0 | -$1,007 | caulk, foil, strainers, tape | |
| 08/01/2010 | $6 | $1,013 | | $0 | -$1,013 | gas | |
| 08/01/2010 | $2,000 | $3,013 | | $0 | -$3,013 | payroll, me | |
| 08/01/2010 | $65 | $3,078 | | $0 | -$3,078 | window ac | |
| 08/02/2010 | $6 | $3,084 | | $0 | -$3,084 | gas | |
| 08/02/2010 | $10 | $3,094 | | $0 | -$3,094 | thermometers | |
| 08/06/2010 | $6 | $3,100 | | $0 | -$3,100 | gas | |
| 08/11/2010 | $6 | $3,106 | | $0 | -$3,106 | gas | |
| 08/13/2010 | $112 | $3,218 | | $0 | -$3,218 | containers, jars, hose, gluegun, plastic sheet, tape, trays, bleach, fan | |
| 08/13/2010 | $6 | $3,224 | | $0 | -$3,224 | gas | |
| 08/15/2010 | $33 | $3,258 | | $0 | -$3,258 | humidifier | |
| 08/16/2010 | $6 | $3,264 | | $0 | -$3,264 | gas | |
| 08/16/2010 | $7 | $3,271 | | $0 | -$3,271 | gloves, thermometer | |
| 08/16/2010 | | $3,271 | $22 | $22 | -$3,249 | returns | |
| 08/20/2010 | $52 | $3,323 | | $22 | -$3,301 | peat, verm, lime, gypsum | |
| 08/20/2010 | $27 | $3,350 | | $22 | -$3,328 | tyvek | |
| 08/21/2010 | $6 | $3,356 | | $22 | -$3,334 | gas | |
| 08/25/2010 | $6 | $3,362 | | $22 | -$3,340 | gas | |
| 08/26/2010 | $6 | $3,368 | | $22 | -$3,346 | gas | |
| 08/27/2010 | $6 | $3,374 | | $22 | -$3,352 | gas | |
| 08/28/2010 | $120 | $3,494 | | $22 | -$3,472 | blower | |
| 08/29/2010 | $6 | $3,500 | | $22 | -$3,478 | gas | |
| 08/29/2010 | $190 | $3,690 | | $22 | -$3,668 | humidifier | |
| 08/30/2010 | $6 | $3,696 | | $22 | -$3,674 | gas | |
| 09/01/2010 | $6 | $3,702 | | $22 | -$3,680 | gas | |
| 09/01/2010 | $2,000 | $5,702 | | $22 | -$5,680 | payroll, me | |
| 09/01/2010 | $410 | $6,112 | | $22 | -$6,090 | rent | |
| 09/04/2010 | $6 | $6,118 | | $22 | -$6,096 | gas | |
| 09/07/2010 | $6 | $6,124 | | $22 | -$6,102 | gas | |
| 09/12/2010 | $22 | $6,146 | | $22 | -$6,124 | acetone, gtape, measure tape, rubberbands | |
| 09/12/2010 | $6 | $6,152 | | $22 | -$6,130 | gas | |
| 09/14/2010 | $7 | $6,159 | | $22 | -$6,137 | denatured alcohol | |
| 09/14/2010 | $6 | $6,165 | | $22 | -$6,143 | gas | |



GOVERNMENT EXHIBIT 250
14 Cr. 68 (KBF)

# SA-45

sr_accounting.ods

| date | expense | total expenses | revenue | total_revenue | total | notes | |
|------|---------|----------------|---------|---------------|-------|-------|---|
| 09/15/2010 | $6 | $6,171 | | $22 | -$6,149 | gas | |
| 09/17/2010 | $6 | $6,177 | | $22 | -$6,155 | gas | |
| 09/18/2010 | $6 | $6,183 | | $22 | -$6,161 | gas | |
| 09/19/2010 | $6 | $6,189 | | $22 | -$6,167 | gas | |
| 09/20/2010 | $6 | $6,195 | | $22 | -$6,173 | gas | |
| 09/22/2010 | $6 | $6,201 | | $22 | -$6,179 | gas | |
| 09/22/2010 | $66 | $6,268 | | $22 | -$6,246 | petri dishes, wash bottles | |
| 09/23/2010 | $6 | $6,274 | | $22 | -$6,252 | gas | |
| 09/24/2010 | $6 | $6,280 | | $22 | -$6,258 | gas | |
| 09/25/2010 | $45 | $6,325 | | $22 | -$6,303 | comp | |
| 09/27/2010 | $6 | $6,331 | | $22 | -$6,309 | gas | |
| 09/30/2010 | $6 | $6,337 | | $22 | -$6,315 | gas | |
| 10/01/2010 | $2,000 | $8,337 | | $22 | -$8,315 | payroll, me | |
| 10/04/2010 | $6 | $8,343 | | $22 | -$8,321 | gas | |
| 10/04/2010 | $420 | $8,763 | | $22 | -$8,741 | rent | |
| 10/09/2010 | $70 | $8,833 | | $22 | -$8,811 | cooler, funnels, trays, mixer | |
| 10/09/2010 | $6 | $8,839 | | $22 | -$8,817 | gas | |
| 10/10/2010 | $6 | $8,845 | | $22 | -$8,823 | gas | |
| 10/12/2010 | $6 | $8,851 | | $22 | -$8,829 | gas | |
| 10/12/2010 | $12 | $8,863 | | $22 | -$8,841 | sheet, tote | |
| 10/14/2010 | $6 | $8,869 | | $22 | -$8,847 | gas | |
| 10/14/2010 | $12 | $8,881 | | $22 | -$8,859 | seed, corn | |
| 10/14/2010 | $3 | $8,884 | | $22 | -$8,862 | trays | |
| 10/15/2010 | $6 | $8,890 | | $22 | -$8,868 | gas | |
| 10/15/2010 | $22 | $8,912 | | $22 | -$8,890 | trays | |
| 10/17/2010 | $6 | $8,918 | | $22 | -$8,896 | gas | |
| 10/18/2010 | $6 | $8,924 | | $22 | -$8,902 | gas | |
| 10/20/2010 | $6 | $8,930 | | $22 | -$8,908 | gas | |
| 10/20/2010 | $23 | $8,953 | | $22 | -$8,931 | propane | |
| 10/21/2010 | $6 | $8,959 | | $22 | -$8,937 | gas | |
| 10/22/2010 | $19 | $8,978 | | $22 | -$8,956 | container, stepstool, pitcher | |
| 10/22/2010 | $6 | $8,984 | | $22 | -$8,962 | gas | |
| 10/23/2010 | $6 | $8,990 | | $22 | -$8,968 | gas | |
| 10/25/2010 | $6 | $8,996 | | $22 | -$8,974 | gas | |
| 10/26/2010 | $6 | $9,002 | | $22 | -$8,980 | gas | |
| 10/27/2010 | $6 | $9,008 | | $22 | -$8,986 | gas | |
| 10/27/2010 | $41 | $9,049 | | $22 | -$9,027 | peat, lime, ph | |
| 10/27/2010 | $130 | $9,179 | | $22 | -$9,157 | usonic humidifier | |
| 10/28/2010 | $6 | $9,185 | | $22 | -$9,163 | gas | |
| 10/28/2010 | $195 | $9,380 | | $22 | -$9,358 | return humidifier | |
| 10/29/2010 | $6 | $9,386 | | $22 | -$9,364 | gas | |
| 10/30/2010 | $6 | $9,392 | | $22 | -$9,370 | gas | |
| 10/30/2010 | $50 | $9,442 | | $22 | -$9,420 | heater, box | |
| 10/30/2010 | $3 | $9,445 | | $22 | -$9,423 | pot | |
| 10/31/2010 | $27 | $9,472 | | $22 | -$9,450 | corn | |
| 10/31/2010 | $6 | $9,478 | | $22 | -$9,456 | gas | |
| 11/01/2010 | $2,000 | $11,478 | | $22 | -$11,456 | payroll, me | |
| 11/02/2010 | $6 | $11,484 | | $22 | -$11,462 | gas | |
| 11/02/2010 | $435 | $11,919 | | $22 | -$11,897 | rent | |
| 11/03/2010 | $6 | $11,925 | | $22 | -$11,903 | gas | |
| 11/04/2010 | $6 | $11,931 | | $22 | -$11,909 | gas | |
| 11/05/2010 | $26 | $11,957 | | $22 | -$11,935 | bucket, dessicant | |
| 11/06/2010 | $6 | $11,963 | | $22 | -$11,941 | | |
| 11/07/2010 | $6 | $11,969 | | $22 | -$11,947 | | |
| 11/08/2010 | $6 | $11,975 | | $22 | -$11,953 | | |
| 11/09/2010 | $6 | $11,981 | | $22 | -$11,959 | | |

# SA-46

sr_accounting.ods

| date | expense | total expenses | revenue | total_revenue | total | notes | |
|---|---|---|---|---|---|---|---|
| 11/10/2010 | $20 | $12,001 | | $22 | -$11,979 | board and misc | |
| 11/10/2010 | $6 | $12,007 | | $22 | -$11,985 | | |
| 11/11/2010 | $6 | $12,013 | | $22 | -$11,991 | | |
| 11/12/2010 | $85 | $12,098 | | $22 | -$12,076 | silver app fee | |
| 11/12/2010 | $6 | $12,104 | | $22 | -$12,082 | | |
| 11/13/2010 | $6 | $12,110 | | $22 | -$12,088 | | |
| 11/14/2010 | $6 | $12,116 | | $22 | -$12,094 | | |
| 11/15/2010 | $6 | $12,122 | | $22 | -$12,100 | | |
| 11/17/2010 | $6 | $12,128 | | $22 | -$12,106 | | |
| 11/26/2010 | $162 | $12,290 | | $22 | -$12,268 | humidifier | |
| 12/01/2010 | $2,000 | $14,290 | | $22 | -$14,268 | payroll, me | |
| 12/03/2010 | | $14,290 | $260 | $282 | -$14,008 | humidifiers return | |
| 12/03/2010 | $195 | $14,485 | | $282 | -$14,203 | rent | |
| 12/04/2010 | $30 | $14,515 | | $282 | -$14,233 | scale | |
| 12/06/2010 | $13 | $14,528 | | $282 | -$14,246 | shelves | |
| 12/07/2010 | $34 | $14,562 | | $282 | -$14,280 | container and trays | |
| 01/01/2011 | $2,000 | $16,562 | | $282 | -$16,280 | payroll, me | |
| 01/02/2011 | $750 | $17,312 | | $282 | -$17,030 | payroll, da | |
| 01/03/2011 | $469 | $17,781 | | $282 | -$17,499 | rent, util | |
| 01/08/2011 | | $17,781 | $110 | $392 | -$17,389 | ian and joseph | |
| 01/08/2011 | $750 | $18,531 | | $392 | -$18,139 | payroll, da | |
| 02/01/2011 | $2,000 | $20,531 | | $392 | -$20,139 | payroll, me | |
| 03/01/2011 | $2,000 | $22,531 | | $392 | -$22,139 | payroll, me | |
| 04/01/2011 | $2,000 | $24,531 | | $392 | -$24,139 | payroll, me | |
| 04/15/2011 | $500 | $25,031 | | $392 | -$24,639 | server rent | |
| 05/01/2011 | $2,000 | $27,031 | | $392 | -$26,639 | payroll, me | |
| 05/05/2011 | | $27,031 | $17,569 | $17,961 | -$9,070 | sales | |
| 05/15/2011 | $500 | $27,531 | | $17,961 | -$9,570 | server rent | |
| 05/31/2011 | | $27,531 | $13,843 | $31,804 | $4,273 | commissions | |
| 06/01/2011 | $2,000 | $29,531 | | $31,804 | $2,273 | payroll, me | |
| 06/15/2011 | $500 | $30,031 | | $31,804 | $1,773 | server rent | |
| 07/01/2011 | $2,000 | $32,031 | | $31,804 | -$227 | payroll, me | |
| 07/15/2011 | $500 | $32,531 | | $31,804 | -$727 | server rent | |
| 07/25/2011 | | $32,531 | $11,488 | $43,292 | $10,761 | commissions | |
| 08/01/2011 | $4,000 | $36,531 | | $43,292 | $6,761 | payroll, me | |
| 08/06/2011 | | $36,531 | $17,176 | $60,468 | $23,937 | commissions | |
| 08/15/2011 | $500 | $37,031 | | $60,468 | $23,437 | server rent | |
| 08/28/2011 | | $37,031 | $29,642 | $90,110 | $53,079 | commissions | |
| 09/01/2011 | $4,000 | $41,031 | | $90,110 | $49,079 | payroll, me | |
| 09/15/2011 | $500 | $41,531 | | $90,110 | $48,579 | server rent | |
| 09/21/2011 | $2,000 | $43,531 | | $90,110 | $46,579 | payroll, utah | |
| 09/30/2011 | | $43,531 | $3,180 | $93,290 | $49,759 | commissions | |
| 09/30/2011 | $1,000 | $44,531 | | $93,290 | $48,759 | payroll, utah | |
| 10/01/2011 | $4,000 | $48,531 | | $93,290 | $44,759 | payroll, me | |
| 10/05/2011 | | $48,531 | $3,815 | $97,105 | $48,574 | commissions | |
| 10/06/2011 | | $48,531 | $6,412 | $103,517 | $54,986 | commissions | |
| 10/07/2011 | $1,000 | $49,531 | | $103,517 | $53,986 | payroll, utah | |
| 10/12/2011 | | $49,531 | $10,390 | $113,907 | $64,376 | commissions | |
| 10/12/2011 | | $49,531 | $3,461 | $117,368 | $67,837 | commissions | |
| 10/14/2011 | $1,000 | $50,531 | | $117,368 | $66,837 | payroll, utah | |
| 10/15/2011 | $4,000 | $54,531 | | $117,368 | $62,837 | payroll, syg | |
| 10/15/2011 | $1,000 | $55,531 | | $117,368 | $61,837 | server rent | |
| 10/17/2011 | | $55,531 | $1,532 | $118,900 | $63,369 | commissions | |
| 10/19/2011 | | $55,531 | $37,750 | $156,650 | $101,119 | commissions | |
| 10/23/2011 | $500 | $56,031 | | $156,650 | $100,619 | payroll, utah | |
| 10/25/2011 | | $56,031 | $3,216 | $159,866 | $103,835 | commissions | |
| 11/01/2011 | $4,000 | $60,031 | | $159,866 | $99,835 | payroll, me | |
| 11/04/2011 | $1,000 | $61,031 | | $159,866 | $98,835 | payroll, utah | |
| 11/08/2011 | | $61,031 | $46,735 | $206,601 | $145,570 | commissions | |

# SA-47

sr_accounting.ods

| date | expense | total expenses | revenue | total_revenue | total | notes | |
|---|---|---|---|---|---|---|---|
| 11/10/2011 | | $61,031 | $2,706 | $209,307 | $148,276 | commissions | |
| 11/11/2011 | $1,500 | $62,531 | | $209,307 | $146,776 | payroll, utah | |
| 11/15/2011 | $5,000 | $67,531 | | $209,307 | $141,776 | payroll, syg | |
| 11/15/2011 | $1,000 | $68,531 | | $209,307 | $140,776 | server rent | |
| 11/19/2011 | | $68,531 | $40,034 | $249,341 | $180,810 | commissions | |
| 11/19/2011 | $1,000 | $69,531 | | $249,341 | $179,810 | payroll, utah | |
| 11/25/2011 | $1,500 | $71,031 | | $249,341 | $178,310 | payroll, utah | |
| 11/28/2011 | $180 | $71,211 | | $249,341 | $178,130 | payroll, bounties | |
| 11/29/2011 | $330 | $71,541 | | $249,341 | $177,800 | payroll, bounties | |
| 12/01/2011 | $4,000 | $75,541 | | $249,341 | $173,800 | payroll, me | |
| 12/02/2011 | | $75,541 | $21,634 | $270,975 | $195,434 | commissions | |
| 12/04/2011 | $2,000 | $77,541 | | $270,975 | $193,434 | payroll, utah | |
| 12/05/2011 | $500 | $78,041 | | $270,975 | $192,934 | payroll, da | |
| 12/12/2011 | $975 | $79,016 | | $270,975 | $191,959 | payroll, bounties | |
| 12/12/2011 | $500 | $79,516 | | $270,975 | $191,459 | payroll, da | |
| 12/15/2011 | | $79,516 | $13,879 | $284,854 | $205,338 | commissions | |
| 12/15/2011 | $105 | $79,621 | | $284,854 | $205,233 | payroll, bounties | |
| 12/15/2011 | $2,000 | $81,621 | | $284,854 | $203,233 | payroll, syg | |
| 12/15/2011 | $3,000 | $84,621 | | $284,854 | $200,233 | payroll, utah | |
| 12/15/2011 | $1,000 | $85,621 | | $284,854 | $199,233 | payroll, utah | |
| 12/15/2011 | $1,000 | $86,621 | | $284,854 | $198,233 | server rent | |
| 12/18/2011 | | $86,621 | $32,729 | $317,583 | $230,962 | commissions | |
| 12/19/2011 | $500 | $87,121 | | $317,583 | $230,462 | payroll, da | |
| 12/23/2011 | $500 | $87,621 | | $317,583 | $229,962 | payroll, da | |
| 12/24/2011 | $800 | $88,421 | | $317,583 | $229,162 | payroll, bounties | |
| 12/24/2011 | $2,000 | $90,421 | | $317,583 | $227,162 | payroll, utah | |
| 12/25/2011 | | $90,421 | $5,000 | $322,583 | $232,162 | commissions | |
| 12/25/2011 | | $90,421 | $34,890 | $357,473 | $267,052 | commissions | |
| 12/26/2011 | $500 | $90,921 | | $357,473 | $266,552 | payroll, da | |
| 12/31/2011 | $640 | $91,561 | | $357,473 | $265,912 | payroll, bounties | |
| 12/31/2011 | $2,000 | $93,561 | | $357,473 | $263,912 | payroll, utah | |
| 01/01/2012 | $4,000 | $97,561 | | $357,473 | $259,912 | payroll, me | |
| 01/07/2012 | $1,000 | $98,561 | | $357,473 | $258,912 | donate to torservers | |
| 01/07/2012 | $2,000 | $100,561 | | $357,473 | $256,912 | payroll, utah | |
| 01/08/2012 | $630 | $101,191 | | $357,473 | $256,282 | payroll, bounties | |
| 01/08/2012 | $154 | $101,345 | | $357,473 | $256,128 | payroll, bounties | |
| 01/14/2012 | $750 | $102,095 | | $357,473 | $255,378 | bounties | |
| 01/14/2012 | $1,000 | $103,095 | | $357,473 | $254,378 | donate to torservers | |
| 01/14/2012 | $3,750 | $106,845 | | $357,473 | $250,628 | payroll | |
| 01/17/2012 | $1,166 | $108,011 | | $357,473 | $249,462 | server rent | |
| 01/19/2012 | $237 | $108,248 | | $357,473 | $249,225 | server rent | |
| 01/22/2012 | $1,000 | $109,248 | | $357,473 | $248,225 | donate to torservers | |
| 01/22/2012 | $500 | $109,748 | | $357,473 | $247,725 | server rent | |
| 01/28/2012 | $1,000 | $110,748 | | $357,473 | $246,725 | donate to torservers | |
| 01/28/2012 | $4,750 | $115,498 | | $357,473 | $241,975 | payroll | |
| 01/30/2012 | $750 | $116,248 | | $357,473 | $241,225 | payroll | |
| 01/31/2012 | $700 | $116,948 | | $357,473 | $240,525 | bounties | |
| 01/31/2012 | $5,000 | $121,948 | | $357,473 | $235,525 | payroll (Silk Chat) | |
| 02/01/2012 | $15,000 | $136,948 | | $357,473 | $220,525 | payroll (sr2.0) | |
| 02/04/2012 | $1,000 | $137,948 | | $357,473 | $219,525 | donate to torservers | |
| 02/04/2012 | $2,750 | $140,698 | | $357,473 | $216,775 | payroll | |
| 02/04/2012 | $160 | $140,858 | | $357,473 | $216,615 | server rent | |
| 02/05/2012 | $800 | $141,658 | | $357,473 | $215,815 | bounties | |
| 02/11/2012 | $1,000 | $142,658 | | $357,473 | $214,815 | donate to torservers | |
| 02/11/2012 | $2,750 | $145,408 | | $357,473 | $212,065 | payroll | |
| 02/12/2012 | $250 | $145,658 | | $357,473 | $211,815 | bounties | |
| 02/16/2012 | $2,394 | $148,052 | | $357,473 | $209,421 | server rent | |
| 02/17/2012 | $450 | $148,502 | | $357,473 | $208,971 | payroll | |
| 02/18/2012 | $1,000 | $149,502 | | $357,473 | $207,971 | bounties | |

# SA-48

sr_accounting.ods

| date | expense | total expenses | revenue | total_revenue | total | notes | |
|---|---|---|---|---|---|---|---|
| 02/18/2012 | $1,000 | $150,502 | | $357,473 | $206,971 | donate to torservers | |
| 02/19/2012 | $2,900 | $153,402 | | $357,473 | $204,071 | payroll | |
| 02/21/2012 | $132 | $153,534 | | $357,473 | $203,939 | server rent | |
| 03/02/2012 | | $153,534 | $65,933 | $423,406 | $269,872 | commissions | |
| 03/02/2012 | $2,800 | $156,334 | | $423,406 | $267,072 | payroll, me | |
| 03/03/2012 | $1,000 | $157,334 | | $423,406 | $266,072 | donate to torservers | |
| 03/03/2012 | $3,200 | $160,534 | | $423,406 | $262,872 | payroll | |
| 03/03/2012 | $15,000 | $175,534 | | $423,406 | $247,872 | payroll (sr2.0) | |
| 03/10/2012 | $1,000 | $176,534 | | $423,406 | $246,872 | donate to torservers | |
| 03/10/2012 | $3,200 | $179,734 | | $423,406 | $243,672 | payroll | |
| 03/12/2012 | $200 | $179,934 | | $423,406 | $243,472 | bounties | |
| 03/17/2012 | $200 | $180,134 | | $423,406 | $243,272 | bounties | |
| 03/17/2012 | $1,000 | $181,134 | | $423,406 | $242,272 | donate to torservers | |
| 03/17/2012 | $3,200 | $184,334 | | $423,406 | $239,072 | payroll | |
| 03/23/2012 | $1,400 | $185,734 | | $423,406 | $237,672 | server rent | |
| 03/25/2012 | $3,200 | $188,934 | | $423,406 | $234,472 | payroll | |
| 03/29/2012 | $772 | $189,706 | | $423,406 | $233,700 | server rent | |
| 04/07/2012 | $1,000 | $190,706 | | $423,406 | $232,700 | donate to torservers | |
| 04/07/2012 | $4,000 | $194,706 | | $423,406 | $228,700 | payroll | |
| 04/11/2012 | | $194,706 | $87,372 | $510,778 | $316,072 | commissions | |
| 04/11/2012 | $12,000 | $206,706 | | $510,778 | $304,072 | payroll, me | |
| 04/11/2012 | $37,000 | $243,706 | | $510,778 | $267,072 | yubikeys | |
| 04/13/2012 | $38,000 | $281,706 | | $510,778 | $229,072 | payroll (sr2.0) | |
| 04/14/2012 | | $281,706 | $43,000 | $553,778 | $272,072 | commissions | |
| 04/14/2012 | $1,000 | $282,706 | | $553,778 | $271,072 | donate to torservers | |
| 04/14/2012 | $4,000 | $286,706 | | $553,778 | $267,072 | payroll | |
| 04/16/2012 | $300 | $287,006 | | $553,778 | $266,772 | bounties | |
| 04/21/2012 | $1,000 | $288,006 | | $553,778 | $265,772 | donate to torservers | |
| 04/21/2012 | $4,000 | $292,006 | | $553,778 | $261,772 | payroll | |
| 04/22/2012 | | $292,006 | $8,000 | $561,778 | $269,772 | commissions | |
| 04/23/2012 | $12,000 | $304,006 | | $561,778 | $257,772 | 420 grand prize | |
| 04/23/2012 | $800 | $304,806 | | $561,778 | $256,972 | 420 grand prize | |
| 04/23/2012 | $32,000 | $336,806 | | $561,778 | $224,972 | 420 prizes | |
| 04/25/2012 | $4,000 | $340,806 | | $561,778 | $220,972 | payroll (forum) | |
| 04/25/2012 | $37,000 | $377,806 | | $561,778 | $183,972 | payroll (sr2.0) | |
| 04/28/2012 | $1,100 | $378,906 | | $561,778 | $182,872 | bounties | |
| 04/28/2012 | | $378,906 | $90,900 | $652,678 | $273,772 | commissions | |
| 04/28/2012 | $1,150 | $380,056 | | $652,678 | $272,622 | laptop | |
| 04/28/2012 | $4,000 | $384,056 | | $652,678 | $268,622 | payroll | |
| 04/28/2012 | $350 | $384,406 | | $652,678 | $268,272 | payroll, me | |
| 05/06/2012 | $1,000 | $385,406 | | $652,678 | $267,272 | donate to torservers | |
| 05/06/2012 | $4,000 | $389,406 | | $652,678 | $263,272 | payroll | |
| 05/08/2012 | $20,090 | $409,496 | | $652,678 | $243,182 | payroll (sr2.0) | |
| 05/11/2012 | $4,000 | $413,496 | | $652,678 | $239,182 | 420 grand prize | |
| 05/11/2012 | $2,000 | $415,496 | | $652,678 | $237,182 | donate to torservers | |
| 05/11/2012 | $4,000 | $419,496 | | $652,678 | $233,182 | payroll | |
| 05/18/2012 | | $419,496 | $142,090 | $794,768 | $375,272 | commissions | |
| 05/18/2012 | $1,500 | $420,996 | | $794,768 | $373,772 | donate to torservers | |
| 05/18/2012 | | $420,996 | $5,000 | $799,768 | $378,772 | invest | |
| 05/18/2012 | $100,000 | $520,996 | | $799,768 | $278,772 | op rr | |
| 05/18/2012 | $4,000 | $524,996 | | $799,768 | $274,772 | payroll | |
| 05/20/2012 | | $524,996 | $76,500 | $876,268 | $351,272 | invest | |
| 05/20/2012 | | $524,996 | $25,500 | $901,768 | $376,772 | invest | |
| 05/25/2012 | $1,000 | $525,996 | | $901,768 | $375,772 | donate to torservers | |
| 05/25/2012 | $4,000 | $529,996 | | $901,768 | $371,772 | payroll | |
| 06/01/2012 | | $529,996 | $10,000 | $911,768 | $381,772 | commissions | |
| 06/01/2012 | $1,000 | $530,996 | | $911,768 | $380,772 | donate to torservers | |
| 06/01/2012 | $4,000 | $534,996 | | $911,768 | $376,772 | payroll | |
| 06/02/2012 | $40,000 | $574,996 | | $911,768 | $336,772 | payroll (sr2.0) | |

# SA-49

sr_accounting.ods

| date | expense | total expenses | revenue | total_revenue | total | notes | |
|---|---|---|---|---|---|---|---|
| 06/03/2012 | | $574,996 | $26,000 | $937,768 | $362,772 | invest | |
| 06/05/2012 | $3,000 | $577,996 | | $937,768 | $359,772 | cp poker promo | |
| 06/05/2012 | $3,338 | $581,334 | | $937,768 | $356,434 | server rent | |
| 06/05/2012 | $150 | $581,484 | | $937,768 | $356,284 | server rent | |
| 06/05/2012 | $150 | $581,634 | | $937,768 | $356,134 | smsdragon | |
| 06/08/2012 | | $581,634 | $54,238 | $992,006 | $410,372 | commissions | |
| 06/08/2012 | $2,000 | $583,634 | | $992,006 | $408,372 | donate to torservers | |
| 06/08/2012 | $5,600 | $589,234 | | $992,006 | $402,772 | payroll | |
| 06/12/2012 | $600 | $589,834 | | $992,006 | $402,172 | bounties | |
| 06/16/2012 | $2,000 | $591,834 | | $992,006 | $400,172 | donate to torservers | |
| 06/16/2012 | $4,000 | $595,834 | | $992,006 | $396,172 | payroll | |
| 06/16/2012 | $18,000 | $613,834 | | $992,006 | $378,172 | payroll (forum) | |
| 06/16/2012 | $20,000 | $633,834 | | $992,006 | $358,172 | payroll (mail) | |
| 06/16/2012 | $20,000 | $653,834 | | $992,006 | $338,172 | payroll (sr2.0) | |
| 06/16/2012 | $1,800 | $655,634 | | $992,006 | $336,372 | server rent | |
| 06/17/2012 | | $655,634 | $66,400 | $1,058,406 | $402,772 | commissions | |
| 06/17/2012 | | $655,634 | $64,000 | $1,122,406 | $466,772 | invest | |
| 06/17/2012 | $160 | $655,794 | | $1,122,406 | $466,612 | server rent | |
| 06/18/2012 | | $655,794 | $33,713 | $1,156,119 | $500,325 | commissions | |
| 06/19/2012 | | $655,794 | $21,125 | $1,177,244 | $521,450 | commissions | |
| 06/19/2012 | $3,228 | $659,022 | | $1,177,244 | $518,222 | server rent | |
| 06/20/2012 | | $659,022 | $11,960 | $1,189,204 | $530,182 | commissions | |
| 06/22/2012 | $2,000 | $661,022 | | $1,189,204 | $528,182 | donate to torservers | |
| 06/22/2012 | $4,000 | $665,022 | | $1,189,204 | $524,182 | payroll | |
| 06/30/2012 | $775 | $665,797 | | $1,189,204 | $523,407 | bounties | |
| 07/06/2012 | | $665,797 | $13,543 | $1,202,747 | $536,950 | commissions | |
| 07/06/2012 | $1,000 | $666,797 | | $1,202,747 | $535,950 | donate to torservers | |
| 07/06/2012 | $4,000 | $670,797 | | $1,202,747 | $531,950 | payroll | |
| 07/06/2012 | $1,768 | $672,565 | | $1,202,747 | $530,182 | server rent | |
| 07/14/2012 | $2,000 | $674,565 | | $1,202,747 | $528,182 | donate to torservers | |
| 07/14/2012 | $8,000 | $682,565 | | $1,202,747 | $520,182 | payroll | |
| 07/19/2012 | $14,305 | $696,870 | | $1,202,747 | $505,877 | payroll, me | |
| 07/20/2012 | $2,701 | $699,571 | $32,005 | $1,234,752 | $535,181 | commissions | |
| 07/20/2012 | $1,000 | $700,571 | | $1,234,752 | $534,181 | donate to torservers | |
| 07/20/2012 | $4,000 | $704,571 | | $1,234,752 | $530,181 | payroll | |
| 07/20/2012 | $2,700 | $707,271 | | $1,234,752 | $527,481 | server rent | |
| 07/27/2012 | $1,000 | $708,271 | | $1,234,752 | $526,481 | donate to torservers | |
| 07/27/2012 | $4,000 | $712,271 | | $1,234,752 | $522,481 | payroll | |
| 08/03/2012 | $1,000 | $713,271 | | $1,234,752 | $521,481 | donate to torservers | |
| 08/03/2012 | $4,000 | $717,271 | | $1,234,752 | $517,481 | payroll | |
| 08/03/2012 | $474 | $717,745 | | $1,234,752 | $517,007 | server rent | |
| 08/11/2012 | $1,000 | $718,745 | | $1,234,752 | $516,007 | donate to torservers | |
| 08/11/2012 | $4,000 | $722,745 | | $1,234,752 | $512,007 | payroll | |
| 08/18/2012 | $1,000 | $723,745 | | $1,234,752 | $511,007 | donate to torservers | |
| 08/18/2012 | $4,000 | $727,745 | | $1,234,752 | $507,007 | payroll | |
| 08/24/2012 | | $727,745 | $28,974 | $1,263,726 | $535,981 | commissions | |
| 08/24/2012 | $10,000 | $737,745 | | $1,263,726 | $525,981 | donate to torservers | |
| 08/24/2012 | $2,000 | $739,745 | | $1,263,726 | $523,981 | payroll | |
| 08/24/2012 | $5,000 | $744,745 | | $1,263,726 | $518,981 | payroll, me | |
| 08/24/2012 | $500 | $745,245 | | $1,263,726 | $518,481 | server rent | |
| 08/29/2012 | $8,000 | $753,245 | | $1,263,726 | $510,481 | misc | |
| 08/29/2012 | $24,000 | $777,245 | | $1,263,726 | $486,481 | payroll (forum) | |
| 08/29/2012 | $16,000 | $793,245 | | $1,263,726 | $470,481 | payroll (forum) advance | |
| 08/29/2012 | $25,000 | $818,245 | | $1,263,726 | $445,481 | payroll (smed) | |
| 08/29/2012 | $30,000 | $848,245 | | $1,263,726 | $415,481 | payroll (sr2.0, exchange) | |
| 08/29/2012 | $10,000 | $858,245 | | $1,263,726 | $405,481 | slush | |
| 08/29/2012 | $17,000 | $875,245 | | $1,263,726 | $388,481 | travel | |
| 08/31/2012 | $2,000 | $877,245 | | $1,263,726 | $386,481 | donate to torservers | |
| 08/31/2012 | $4,000 | $881,245 | | $1,263,726 | $382,481 | payroll | |

# SA-50

sr_accounting.ods

| date | expense | total expenses | revenue | total_revenue | total | notes | |
|------|---------|----------------|---------|---------------|-------|-------|--|
| 09/06/2012 | $1,000 | $882,245 | | $1,263,726 | $381,481 | donate to torservers | |
| 09/06/2012 | $4,400 | $886,645 | | $1,263,726 | $377,081 | payroll | |
| 09/14/2012 | $4,800 | $891,445 | | $1,263,726 | $372,281 | payroll | |
| 09/14/2012 | $175 | $891,620 | | $1,263,726 | $372,106 | payroll, bounties | |
| 09/21/2012 | $1,000 | $892,620 | | $1,263,726 | $371,106 | donate to torservers | |
| 09/21/2012 | $2,000 | $894,620 | | $1,263,726 | $369,106 | payroll | |
| 09/28/2012 | | $894,620 | $152,475 | $1,416,201 | $521,581 | commissions | |
| 09/28/2012 | $1,000 | $895,620 | | $1,416,201 | $520,581 | donate to torservers | |
| 09/28/2012 | $2,100 | $897,720 | | $1,416,201 | $518,481 | payroll | |
| 10/05/2012 | $1,000 | $898,720 | | $1,416,201 | $517,481 | donate to torservers | |
| 10/05/2012 | $2,100 | $900,820 | | $1,416,201 | $515,381 | payroll | |
| 10/12/2012 | $1,000 | $901,820 | | $1,416,201 | $514,381 | donate to torservers | |
| 10/12/2012 | $4,400 | $906,220 | | $1,416,201 | $509,981 | payroll | |
| 10/12/2012 | $8,000 | $914,220 | | $1,416,201 | $501,981 | payroll, me | |
| 10/26/2012 | $500 | $914,720 | | $1,416,201 | $501,481 | donate to btcharts | |
| 10/26/2012 | $4,000 | $918,720 | | $1,416,201 | $497,481 | payroll | |
| 10/26/2012 | $1,000 | $919,720 | | $1,416,201 | $496,481 | donate to torservers | |
| 11/03/2012 | $4,400 | $924,120 | | $1,416,201 | $492,081 | payroll | |
| 11/03/2012 | $1,000 | $925,120 | | $1,416,201 | $491,081 | donate to torservers | |
| 11/16/2012 | $2,400 | $927,520 | | $1,416,201 | $488,681 | payroll | |
| 11/16/2012 | $2,000 | $929,520 | | $1,416,201 | $486,681 | donate to torservers | |
| 11/16/2012 | $93,150 | $1,022,670 | | $1,416,201 | $393,531 | cimon debacle, development | |
| 11/17/2012 | | $1,022,670 | $128,050 | $1,544,251 | $521,581 | commissions | |
| 11/18/2012 | $25,000 | $1,047,670 | | $1,544,251 | $496,581 | pay off hacker | |
| 11/23/2012 | $1,800 | $1,049,470 | | $1,544,251 | $494,781 | payroll | |
| 11/23/2012 | $2,000 | $1,051,470 | | $1,544,251 | $492,781 | donate to torservers | |
| 11/30/2012 | $1,800 | $1,053,270 | | $1,544,251 | $490,981 | payroll | |
| 11/30/2012 | $1,000 | $1,054,270 | | $1,544,251 | $489,981 | donate to torservers | |
| 11/30/2012 | $500 | $1,054,770 | | $1,544,251 | $489,481 | server rent | |
| 11/30/2012 | $2,500 | $1,057,270 | | $1,544,251 | $486,981 | server rent | |
| 12/07/2012 | $1,400 | $1,058,670 | | $1,544,251 | $485,581 | payroll | |
| 12/07/2012 | $1,000 | $1,059,670 | | $1,544,251 | $484,581 | donate to torservers | |
| 12/07/2012 | $1,030 | $1,060,700 | | $1,544,251 | $483,551 | server rent | |
| 12/14/2012 | $1,900 | $1,062,600 | | $1,544,251 | $481,651 | payroll | |
| 12/14/2012 | $1,000 | $1,063,600 | | $1,544,251 | $480,651 | donate to torservers | |
| 12/14/2012 | | $1,063,600 | $40,930 | $1,585,181 | $521,581 | commissions | |
| 12/15/12 | 25000 | $1,088,600 | | $1,585,181 | $496,581 | pay off hacker | |
| 12/20/2012 | $1,900 | $1,090,500 | | $1,585,181 | $494,681 | payroll | |
| 12/24/2012 | $1,000 | $1,091,500 | | $1,585,181 | $493,681 | donate to torservers | |
| 12/24/2012 | $3,159 | $1,094,659 | | $1,585,181 | $490,522 | server rent | |
| 12/27/2012 | $2,000 | $1,096,659 | | $1,585,181 | $488,522 | payroll | |
| 12/27/2012 | $1,000 | $1,097,659 | | $1,585,181 | $487,522 | donate to torservers | |
| 01/03/2013 | $2,300 | $1,099,959 | | $1,585,181 | $485,222 | payroll | |
| 01/04/2013 | $500 | $1,100,459 | | $1,585,181 | $484,722 | payroll, me | |
| 01/07/2013 | $537 | $1,100,996 | | $1,585,181 | $484,185 | server rent | |
| 01/10/2013 | $2,200 | $1,103,196 | | $1,585,181 | $481,985 | payroll | |
| 01/10/2013 | $1,000 | $1,104,196 | | $1,585,181 | $480,985 | donate to torservers | |
| 01/14/2013 | $4,500 | $1,108,696 | | $1,585,181 | $476,485 | server rent | |
| 01/17/2013 | $3,170 | $1,111,866 | | $1,585,181 | $473,315 | server rent | |
| 01/18/2013 | $60,000 | $1,171,866 | | $1,585,181 | $413,315 | payroll smed and dev team | |
| 01/24/2013 | $160,000 | $1,331,866 | | $1,585,181 | $253,315 | fpga's | 10k btc |

# SA-51

sr_accounting.ods

| date | expense | total expenses | revenue | total_revenue | total | notes | |
|------|---------|----------------|---------|---------------|-------|-------|--|
| 01/24/2013 | $2,200 | $1,334,066 | | $1,585,181 | $251,115 | payroll | |
| 01/24/2013 | $1,000 | $1,335,066 | | $1,585,181 | $250,115 | donate to torservers | |
| 01/24/2013 | $777 | $1,335,843 | | $1,585,181 | $249,338 | server rent | |
| 01/31/2013 | $2,400 | $1,338,243 | | $1,585,181 | $246,938 | payroll | |
| 01/31/2013 | $1,000 | $1,339,243 | | $1,585,181 | $245,938 | donate to torservers | |
| 02/05/2013 | $480 | $1,339,723 | | $1,585,181 | $245,458 | server rent | |
| 02/07/2013 | $1,200 | $1,340,923 | | $1,585,181 | $244,258 | payroll | |
| 02/07/2013 | $948 | $1,341,871 | | $1,585,181 | $243,310 | server rent | |
| 02/07/2013 | $1,000 | $1,342,871 | | $1,585,181 | $242,310 | donate to torservers | |
| 02/10/2013 | $474 | $1,343,345 | | $1,585,181 | $241,836 | server rent | |
| 02/14/2012 | $1,200 | $1,344,545 | | $1,585,181 | $240,636 | payroll | |
| 02/21/2013 | $1,800 | $1,346,345 | | $1,585,181 | $238,836 | payroll | |
| 02/21/2013 | $162,000 | $1,508,345 | | $1,585,181 | $76,836 | op greenville | |
| 02/21/2013 | | $1,508,345 | $444,745 | $2,029,926 | $521,581 | commissions | |
| 02/28/2013 | $2,200 | $1,510,545 | | $2,029,926 | $519,381 | payroll | |
| 03/01/2013 | $537 | $1,511,082 | | $2,029,926 | $518,844 | server rent | |
| 03/01/2013 | $2,742 | $1,513,824 | | $2,029,926 | $516,102 | server rent | |
| 03/07/2013 | $2,200 | $1,516,024 | | $2,029,926 | $513,902 | payroll | |
| 03/13/2013 | $2,733 | | | | | server rent | |
| 03/21/2013 | $2,500 | | | | | payroll | |
| 03/26/2013 | $5,000 | | | | | server rent | |
| 04/04/2013 | $3,000 | | | | | payroll | |
| 04/11/2013 | $2,500 | | | | | payroll | |
| 04/12/2013 | $15,000 | | | | | payroll, me | |
| 04/19/2013 | $2,500 | | | | | payroll | |
| 04/26/2013 | $2,500 | | | | | payroll | |
| 05/03/2013 | $3,000 | | | | | payroll | |
| 05/07/2013 | $50,000 | | | | | to cimon for fpga | |
| 05/08/2013 | $100,000 | | | | | pay off hacker | |
| 05/08/2013 | $3,500 | | | | | payroll | |
| 05/11/2013 | $530 | | | | | server rent | |
| 05/15/2013 | $2,000,000 | | | | | theft from mtgox | |
| 06/02/2013 | $500,000 | | | | | loan to r&w | |
| 06/05/2013 | $50,000 | | | | | pay off hacker | |
| 06/12/13 | $50,000 | | | | | pay off hacker | |
| 06/19/2013 | $50,000 | | | | | pay off hacker | |
| 06/26/2013 | $50,000 | | | | | pay off hacker | |
| 07/03/2013 | $50,000 | | | | | pay off hacker | |
| 07/03/2013 | $57,000 | | | | | to cimon | |

# SA-52



# SA-53

NetWorthCalculator.ods
personal

| Date | Liquid assets | Hard assets | Total debt | Net liquid | Net worth | Notes | Hard assets inventory | value (USD) | Liquid assets inventory | value (USD) | Debt inventory | liquid | illiquid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aug-06 | 71 | 750 | 0 | 71 | 821 | started at PSU | sr inc | 104000000 | usaa | 1400 | usaa | | |
| May-07 | 13059.78 | 750 | 0 | 13059.78 | 13809.78 | just before buying house | | | paypal | 50 | amex | | |
| May-09 | 7418.59 | 1930089 | 1671157.8 | 7418.59 | 33349.82 | | | | cash | 50 | | | |
| Jan-11 | 36063 | 3600 | 10124 | 25939 | 29539 | start as CEO of Good Wagon | samsung 700z | 800 | westpac | 1500 | | | |
| Feb-11 | 24347 | 14425 | 10019 | 14328 | 28753 | | | | | | | | |
| Apr-11 | 24821 | 14375 | 9248 | 15573 | 29948 | launch sr | bitcoins: | | | | | | |
| Jul-11 | 48343 | 14125 | 9816 | 38527 | 52652 | | Mtgox – sh | 4150 | | | | | |
| Aug-11 | 59283 | 14125 | 9628 | 49655 | 63780 | | instawallet | 60800 | | | | | |
| Aug-11 | 65361 | 14125 | 9699 | 55662 | 69787 | | sr | 3000 | | | | | |
| Aug-11 | 71536 | 15125 | 9530 | 62006 | 77131 | close GWB | hot storage | 64000 | | | | | |
| Sep-11 | 81969 | 15125 | 9602 | 72368 | 87492 | | | | | | | | |
| Sep-11 | 95469 | 15125 | 9602 | 85867 | 100992 | hire syg and h7 | | | | | | | |
| Oct-11 | 100368 | 15125 | 9504 | 90864 | 105989 | | | | | | | | |
| Oct-11 | 190236 | 13300 | 5505 | 184731 | 198031 | | | | | | | | |
| Nov-11 | 214566 | 300 | 0 | 214566 | 214866 | | | | | | | | |
| Dec-11 | 238897 | 300 | 552 | 238345 | 238645 | fire syg | | | | | | | |
| Dec-11 | 272069 | 300 | 9 | 272060 | 272360 | bitcoin theft | | | | | | | |
| Jan-12 | 68397 | 250 | 0 | 68397 | 68647 | | | | | | | | |
| Feb-12 | 179323 | 250 | 0 | 179323 | 179573 | | accounts receivable: | | | | | | |
| Apr-12 | 383800 | 250 | 0 | 383800 | 384050 | | | | outstanding checks (-) | | | | |
| Jun-12 | 3000 | 14235400 | 0 | 3000 | 14238400 | 0 | | | | | | | |
| | | | | | | 0 | | | | | | | |
| | | | | | | 0 | | | | | | | |
| | | | | | | 0 | | | | | | | |
| | | | | | | 0 | | | | | | | |
| | | | | | | 0 | | | | | | | |
| | | | | | | 0 | | | | | | | |
| | | | | | | 0 | Total | 104132750 | Total | 3000 | Total | 0 | 0.00 |
| | | | | | | 0 | | | Net Total | 3000 | | | |

GOVERNMENT
EXHIBIT
251
14 Cr. 68 (KBF)

**SA-54**



NetWorthCalculator.ods

# SA-55



NetWorthCalculator.ods

Cumulative

Case 15-1815, Document 121-1, 06/17/2016, 1796763, Page63 of 121

# SA-56



# SA-57

pay employees
    inigo - $1500
    libertas - $1500
    batman73 - $1000 // ssbd
    cirrus - $1000
    smedley - $2500
    spock8642 - $500 // drx
    albertpacino - $500 // pacino

check emails
    safe-mail.net
        dianewallace - bora
        donaldboone - loup
        nnsWp4tsgjrdhG3L, jKsbyiWqsAS6Gxo6 - maiden
    fastmail
        salesdept@ftml.net, sdept66 - btc
    mail.com
        jordanlind@linuxmail.org, RPGLdgjjveBtHpEN - lam

check server expirations
    add 1 month if within 1 month

update and test servers
    bora
    loup
    btc
    lam

check for CI update (currently 2.1.4)
    http://ellislab.com/codeigniter
    /var/www/market/system/core/Input.php
        + Line 313    $this->ip_address = '127.0.0.1';
        + Line 358  $this->ip_address = '127.0.0.1';
        + Line 359  //
        + Line 361  $this->ip_address = '127.0.0.1';

check for smf update (currently 2.0.5)
    http://download.simplemachines.org/

post on forum
post on twitter

review personal organization
    clear collection
    review projects
    review someday
    review references
    review "to read"

pay off bugger
    17LqFWnkP48nkgBsxt6fAtX1GJXBBTeRxc
    $55k



GOVERNMENT
EXHIBIT
255
14 Cr. 68 (KBF)

**SA-58**

write weekly summary

MEMORIZE
    memorize backup login
    memorize cimon email and dprid password
    memorize inigo handshake
        read any good books lately?
            anything by rothbard
        how much were you fined for posession
            $200

# SA-59



**SA-60**







AccessData FTK Imager 3.0.0.1443

File View Mode Help

Evidence Tree

- sda4_crypt.dd
  - ubucrypt-swap [15256MB]
  - ubucrypt-root [588412MB]
    - NONAME [ext4]
      - [root]
        - lost+found
        - boot
        - etc
        - media
        - var
          - lib
          - cache
          - spool
          - backups
          - log
          - local
          - tmp
          - opt
          - mail
          - crash
          - games
          - www
            - tumbler
            - ci
            - exchange
            - site_files
            - market
              - nbproject
              - public
              - application
                - language
                - logs
                - hooks
                - helpers
                - migrations
                - views
                  - mastermind
                  - messages
                  - account
                  - orders
                  - support
                - core
                - controllers
                - config
                - libraries
                - cache
                - models
                - third_party
                - errors
              - crons

File List

| Name | Size | Type | Date Modified |
|---|---|---|---|
| account | 4 KB | Directory | 9/14/2013 8:51:34 PM |
| mastermind | 4 KB | Directory | 8/29/2013 11:59:43 PM |
| messages | 4 KB | Directory | 9/6/2013 9:05:53 PM |
| orders | 4 KB | Directory | 8/28/2013 12:21:07 AM |
| support | 4 KB | Directory | 9/15/2013 11:21:18 PM |
| about.php | 4 KB | Regular File | 8/19/2013 4:45:44 PM |
| admin_template.php | 2 KB | Regular File | 8/26/2013 7:34:04 PM |
| buyers_guide.php | 11 KB | Regular File | 1/24/2013 2:47:30 AM |
| category.php | 2 KB | Regular File | 8/20/2013 9:38:11 PM |
| charter.php | 2 KB | Regular File | 8/19/2013 5:07:35 PM |
| closed.php | 28 KB | Regular File | 8/29/2013 11:52:31 PM |
| discussion.php | 1 KB | Regular File | 8/28/2013 4:33:49 AM |
| dpr_key.php | 2 KB | Regular File | 8/8/2013 10:25:04 PM |
| error.php | 1 KB | Regular File | 4/12/2013 6:10:16 AM |
| flag_submitted.php | 2 KB | Regular File | 8/19/2013 7:28:29 PM |
| home.php | 1 KB | Regular File | 7/22/2013 8:59:07 PM |
| homepage.php | 3 KB | Regular File | 10/1/2013 8:46:37 PM |
| index.html | 1 KB | Regular File | 12/26/2012 9:50:59 PM |
| item.php | 4 KB | Regular File | 8/31/2013 12:43:19 AM |
| pin_reset.php | 1 KB | Regular File | 7/22/2013 8:59:07 PM |
| register.php | 2 KB | Regular File | 7/22/2013 8:59:07 PM |
| reviews.php | 3 KB | Regular File | 8/31/2013 12:06:29 AM |
| search.php | 2 KB | Regular File | 8/20/2013 8:24:02 PM |
| sellers_guide.php | 17 KB | Regular File | 1/24/2013 2:47:30 AM |
| support.php | 3 KB | Regular File | 7/22/2013 8:59:07 PM |
| template.php | 33 KB | Regular File | 8/22/2013 2:56:27 AM |
| template_login.php | 4 KB | Regular File | 5/28/2013 11:15:17 PM |
| upload.php | 1 KB | Regular File | 7/22/2013 8:59:07 PM |
| user.php | 5 KB | Regular File | 8/31/2013 12:43:25 AM |
| write_review.php | 2 KB | Regular File | 8/25/2013 1:20:13 AM |

The following PGP key can be used to verify messages signed by the Silk Road administrator Dread Pirate Roberts:

```
-----BEGIN PGP PUBLIC KEY BLOCK-----

mQENBE2VWMwBCADcoI5qldde46EI80fHSTCS4CuJn1Py4AQjJvpAqFColeAm9xb1
/hb0ZUsG3vwod7uiPJdMlq3+1o3TSv9J1O3DPf7I50owQ9+S1ixXebouTvfpEKSb
dq1IWAu+O4PtlmFEb76MOmjOzoeV8We8kCRFq8ThoK979A1DR09KsaDfSjCITdsU
mQyVaRN0dCaj33V/QAPQybYAjNDEiNd0e1tV22n1dl6z2oVUgfJiuTVI5C0FhSKP
c3odexbKUSVk9tkUWcfnk8+9HF5jGNHnUSjWxMkG1uZUDdWKl4yJqQhBHdYqcz8A
hcJ6xADbFeoYEO6z5NEjXV0KmoDRCi4C7gdfABEBAAG0JFNpbGsgUm9hZCA8c3Rh
ZmZAc2lsa3JvYWRtYXJrZXQub3JnPokBOAQTAQIAIgUCTZVYzAIbDwYLCQgHAwIG
FQgCCQoLBBYCAwECHgECF4AACgkQAiJCO2e3+iVfzwf/dg6wj6an8xehD7tYOjMb
f9/RAKLCq+GMJlROQ7mPoOqUdnTrQ375Ld0MUJFEQUHsmijkDbl7rOLw0IuJHJsx
w9wy5nNANMEMxjspdGvi8HalDrXJC+EiD2xM0gz/XrDmTsHhpAZEgwddygZFuHxW
wxpBHGB2clLf4xYMX5TC7Z8QJLEdXx9DW5mZ1K9XuC+6fkMpUblzoRizmzk1NJ+y
g27mYo4KigysleshF3yyQ62as5apqIfgyYrJ/udwa4JQ8Le6dzB0d3o8mrrDXqHS
uxSdLGNLh1B71DphdsQxrx1W/468EubG+5PEf2DLqqbUYLDCxS3m4DN46woO/INt
5A==
=kHyk
-----END PGP PUBLIC KEY BLOCK-----
```

Properties

**General**

| | |
|---|---|
| Name | dpr_key.php |
| File Class | Regular File |
| File Size | 1,099 |
| Physical Size | 4,096 |
| Start Cluster | 48,556,591 |
| Date Accessed | 10/1/2013 11:00:23 PM |
| Date Created | 8/8/2013 10:25:04 PM |
| Date Modified | 8/8/2013 10:25:04 PM |
| Actual File | True |

**UNIX Security Attributes**

| | |
|---|---|
| Unix Permissions | -rw-rw-r-- |
| UID | 1,000 |
| GID | 1,000 |

**Ext2/3/4 Information**

| | |
|---|---|
| Inode Number | 35,913,735 |
| Inode Change Time | 8/8/2013 10:25:04 PM |

sda4_crypt.dd/ubucrypt-root [588412MB]/NONAME [ext4]/[root]/var/www/market/application/views/dpr_key.php

GOVERNMENT EXHIBIT 269
14 Cr. 68 (KBF)



**SA-64**



**SA-65**

## MONTHLY TRANSACTION SUMMARY

**ICELAND "BTC" SERVER/PHILADELPHIA "BACKUP" SERVER TO ULBRICHT LAPTOP WALLETS**

| MONTH | TRANSACTIONS | BTC RECEIVED | USD EQUIVALENT* |
|---|---|---|---|
| Sep-12 | 596 | 300,482 | $3,695,190.46 |
| Oct-12 | 279 | 146,839 | $1,877,974.64 |
| Nov-12 | 6 | 42,264 | $514,382.79 |
| Dec-12 | 1 | 5,275 | $66,880.98 |
| Jan-13 | 14 | 87,000 | $1,529,030.00 |
| Feb-13 | 24 | 72,000 | $1,530,750.00 |
| Mar-13 | 2 | 7,134 | $467,440.84 |
| Apr-13 | 1 | 3,900 | $526,500.00 |
| Jul-13 | 2,834 | 27,000 | $2,219,594.95 |
| Aug-13 | 3 | 8,362 | $931,807.95 |
| **Grand Total** | **3,760** | **700,254** | **$13,359,552.62** |



GOVERNMENT
EXHIBIT
620A
14 Cr. 68 (KBF)





# SA-68

| | Seizure Number | Purchase Date | Vendor | Date Analyzed | Net Weight (g) | Drug Detected |
|---|---|---|---|---|---|---|
| 1 | 20123901-00022501 | 1/8/2012 | JUERGEN2001 | 2/15/2012 | 0.98 | MDMA |
| 2 | 20123901-10252601 | 1/8/2012 | CHEMICAL BROTHERS | 2/17/2012 | 1 | MDMA |
| 3 | 20123901-00022401 | 1/8/2012 | JUERGEN2001 | 3/1/2012 | 0.85 | Amphetamine |
| 4 | 20123901-10261601 | 1/8/2012 | AMSTERDAMGOODS | 2/15/2012 | 1 | MDMA |
| 5 | 20123901-00023701 | 1/8/2012 | SESAMPINO | 2/15/2012 | 0.97 | MDMA |
| 6 | 20123901-00025901 | 1/8/2012 | MDMATE | 2/15/2012 | 1 | MDMA |
| 7 | 20123901-00025601 | 1/8/2012 | NAMASTE | 2/16/2012 | 0.31 | MDMA |
| 8 | 20123901-00024401 | 1/8/2012 | STREET PHARMACY | 2/21/2012 | 2.6 | MDMA |
| 9 | 20123901-00023701 | 1/8/2012 | SESAMPINO | 2/28/2012 | 1.1 | Cocaine Hydrochloride |
| 10 | 20123901-00023301 | 1/8/2012 | MROUID | 3/1/2012 | 11.1 | Meth Hydrochloride |
| 11 | 20123901-10263901 | 1/8/2012 | SUNSHINE | 3/6/2012 | 0.1 | 2C-B |
| 12 | 20123901-00023801 | 1/8/2012 | PEACE AND LOVE | 3/6/2012 | 0.13 | Oxycodone |
| 13 | 20123901-00026501 | 1/8/2012 | WALTER | 3/6/2012 | 0.19 | DMT |
| 14 | 20123901-00024501 | 1/8/2012 | HASHUK | 3/13/2012 | 1 | Marijuana |
| 15 | 20123901-00023401 | 1/8/2012 | ALTEREGO | 3/16/2012 | 19.2 | Morphine, Codine, Thebaine |
| 16 | 20123901-00023501 | 1/8/2012 | CRIPLED CRANIUM | 3/16/2012 | 0.011 | LSD |
| 17 | 20123901-00025801 | 1/8/2012 | YESHUA | 3/21/2012 | 1.2 | Bufotenine |
| 18 | 20123901-10390601 | 3/1/2012 | DUTCHAANBOD | 4/10/2012 | 0.61 | Cocaine Hydrochloride |
| 19 | 20123901-00037201 | 3/1/2012 | IVORY | 5/4/2012 | 0.24 | 2C-B/MDMA |
| 20 | 20123901-10390801 | 3/1/2012 | NORIEGA | 5/7/2012 | 0.49 | Heroin Hydrochloride |
| 21 | 20123901-10390701 | 3/1/2012 | MADE IN HOLLAND | 5/11/2012 | 0.35 | MDMA |
| 22 | 20123901-10390901 | 3/1/2012 | DRJOHNHALPERN | 5/11/2012 | 0.27 | MDMA |
| 23 | 20123901-00037601 | 3/1/2012 | SKYY | 5/14/2012 | 1.3 | MDMA/MDDMA |
| 24 | 20123901-00037901 | 3/1/2012 | DOPEYDWARF | 5/14/2012 | 0.24 | MDMA |
| 25 | 20123901-00038001 | 3/1/2012 | DAGOBERT | 5/14/2012 | 0.28 | MDMA |
| 26 | 20123901-00038101 | 3/1/2012 | MITANOX | 5/14/2012 | 1 | MDMA |
| 27 | 20123901-00039301 | 3/1/2012 | BLAATZOR | 5/4/2012 | 0.93 | Amphetamine |
| 28 | 20123901-00039401 | 3/1/2012 | MISTERSAFE | 5/14/2012 | 1.7 | MDMA |
| 29 | 20123901-00042101 | 3/1/2012 | MRNICE1 | 5/14/2012 | 0.1 | Heroin |
| 30 | 20123901-00042201 | 3/1/2012 | GOOGLEYED | 6/1/2012 | 16 | (No Controlled Substance) |
| 31 | 20123901-00055901 | 5/18/2012 | KITTYCAT | 7/24/2012 | 0.34 | MDMA |
| 32 | 20123901-00056101 | 5/29/2012 | DUTCHQUALITYBEANS | 7/24/2012 | 2 | MDMA |
| 33 | 20123901-00056201 | 5/18/2012 | MAGICALBONNY | 7/24/2012 | 0.63 | MDMA |
| 34 | 20123901-00056401 | 5/18/2012 | CLOUDSURFER | 7/24/2012 | 1 | MDMA |
| 35 | 20123901-00056501 | 5/18/2012 | SCHIZOFREEN | 7/25/2012 | 0.3 | MDMA |
| 36 | 20123901-00056501 | 5/18/2012 | SCHIZOFREEN | 7/25/2012 | 0.93 | MDMA |
| 37 | 20123901-00056301 | 5/18/2012 | AMSTERDOPE | 8/22/2012 | 0.97 | Amphetamine |
| 38 | 20123901-00062001 | 5/18/2012 | ABZU | 7/25/2012 | 1 | MDMA |
| 39 | 2013390100044601 | 3/6/2013 | BEST DUTCH DRUGS | 4/26/2013 | 1.1 | MDMA |
| 40 | 2013390100044701 | 3/6/2013 | EMONKEY | 4/26/2013 | 1.2 | MDMA |
| 41 | 2013390100045401 | 3/6/2013 | CHEMICALSISTERS | 4/26/2013 | 0.47 | MDMA |
| 42 | 2013390100045101 | 3/6/2013 | UGLYDOLL | 5/17/2013 | 0.21 | Heroin/MDMA |
| 43 | 2013390100044201 | 3/6/2013 | HAPPYTIMEZZ | 5/23/2013 | 0.44 | Cocaine Base |
| 44 | 2013390100044401 | 3/6/2013 | CHARLIEANDMOLLIE | 5/23/2013 | 0.49 | Cocaine Hydrochloride |
| 45 | 2013390100044501 | 3/6/2013 | ABZU | 7/18/2013 | 1 | Amphetamine |
| 46 | 2013390100045201 | 3/7/2013 | THE DUTCH GUY | 7/18/2013 | 0.089 | DMT |
| 47 | 2013390100044301 | 3/6/2013 | FREDTHEBAKER | 8/1/2013 | 0.014 | LSD |
| 48 | 2013390100045301 | 3/6/2013 | AAKOVEN | 8/1/2013 | 0.032 | LSD |
| 49 | 2013390100048201 | 3/6/2013 | NEVITA | 7/31/2013 | 1 | 25i-NBOMe |
| 50 | 2013390100049301 | 3/6/2013 | MERCURY 31 | 4/26/2013 | 2.1 | MDMA |
| 51 | 2013390100049401 | 3/6/2013 | DUTCHFLOWERS | 4/29/2013 | 1.3 | MDMA |
| 52 | 2013390100061401 | 4/11/2013 | AMSTERDOPE | 8/1/2013 | 0.1 | 5-MeO-DMT |

GOVERNMENT
EXHIBIT
801
14 Cr. 68 (KBF)

## Undercover Purchases from Silk Road Made by DEA New York Field Office

| Purchase Date | Vendor | Drug Ordered | Delivery Date | Lab Test Date | Net Weight (g) | Drug Detected |
|---|---|---|---|---|---|---|
| 9/22/2011 | ITALIANPILOT | heroin | 10/4/2011 | 10/11/2011 | 0.21 g | heroin |
| 1/3/2012 | PAPERCHASING | heroin | 1/12/2012 | 1/19/2012 | 0.39 g | heroin |
| 2/10/2012 | PHARMVILLE | oxycodone | 2/15/2012 | 5/10/2012 | 5.7 g | oxycodone |
| 3/6/2012 | PHARMVILLE | oxycodone | 3/11/2012 | 6/21/2012 | 26.3 g | oxycodone |
| 3/6/2012 | PHARMERJOHN | heroin | 3/9/2012 | 6/21/2012 | 2.9 g | heroin |
| 5/4/2012 | HYPERCITY | amphetamine | 5/11/2012 | 8/31/2012 | 0.46 g | amphetamine |
| 5/31/2012 | KALONJI | crack cocaine (cocaine base) | 6/8/2012 | 12/3/2012 | 5.3 g | cocaine base |
| 6/18/2012 | VICODIN | oxycodone | 6/28/2012 | 1/24/2013 | 0.54 g | oxycodone |
| 8/16/2012 | VICODIN | oxycodone | 8/21/2012 | 3/11/2013 | 2.7 g | oxycodone |
| 9/14/2012 | MOXYCOTTON | oxycodone | 9/26/2012 | 4/4/2013 | 2.3 g | oxycodone |
| 9/14/2012 | DEADHEAD777 | heroin | 9/26/2012 | 3/29/2013 | 0.52 g | heroin |
| 10/19/2012 | MOXYCOTTON | oxycodone | 10/25/2012 | 4/10/2013 | 2.3 g | oxycodone |
| 5/14/2013 | NOD | cocaine | 5/21/2013 | 8/29/2013 | 7.0 g | cocaine |

GOVERNMENT EXHIBIT
802
14 Cr. 68 (KBF)



# Silk Road
*anonymous market*

a few words from
the Dread Pirate Roberts

Hi, **FBINY** | *Logout*

messages 0   orders 0   account ฿0.0000

Search [ ] Go

From the forum
- DPR's Book Club: Cast your vote!
- Feedback system changes
- HOW TO: Run your own relay and help the Tor network!
- Ask a drug expert physician about drugs and health
- Winning the war on drugs

Shop by Category

Drugs 13,802
Cannabis 2,906
Dissociatives 203
Ecstasy 1,304
Intoxicants 71
Opioids 365
Other 82
Precursors 62
Prescription 4,650
Psychedelics 1,746
Stimulants 1,644
Tobacco 218
Apparel 753
Art 14
Books 1,322
Collectibles 26
Computer equipment 100
Custom Orders 87
Digital goods 892
Drug paraphernalia 496
Electronics 239
Erotica 584
Fireworks 34
Food 13
Forgeries 156
Hardware 35
Home & Garden 28
Jewelry 104
Lab Supplies 30
Lotteries & games 169
Medical 56
Money 269
Musical instruments 7
Packaging 91
Services 171
Sporting goods 3
Tickets 4
Writing 7



White DMT crystals 200 mg

฿0.2424



1G Mephedrone 4-MMC, 4-Methylmethcathinone 99.8%

฿0.2243



~100% pure MDMA capsules (x4) –

฿0.5506



French Seller Pure HC Flake Cocaine 0.5 Gr (500mg)

฿0.7216



Tramadol generic 100mg 100 count

฿0.4585

SILDENAFIL CITRATE

Sildenafil Citrate 25g. - ↔ From EU ↔

฿0.6572



Anavar 100 tabs @ 20mg

฿0.9830



Modafinil 200mg 100 pills Tracking + Free ship ●

฿0.7121

1 gr of AFGHAN OPIUM, Limited Stock.

฿0.5835















500mg NN-DMT - High Quality Wash!

฿0.5346

Majestic and High quality.

3.5g DMT - Majestic and High quality.

฿4.7925

MDMA Lowest Price Grams

฿0.4182

community forums | wiki | support

฿1 = $1.0000

GOVERNMENT
EXHIBIT
910
14 Cr. 68 (KBF)



Silk Road
anonymous market
messages 0 | orders 0 | account ฿0.0000
a few words from
the Dread Pirate Roberts
Search
Go
Hi, FBINY
logout
0
Shop by Category
Drugs 13,802
Stimulants 1,644
Cocaine 643
Candies 3
Coca leaves 12
Crack 32
2-DPMP 1
3,4DMMC 17
4-EMC 3
4-MEC 24
6-APB 36
A-PVP 35
Caffeine 11
D2PM 2
Dimethocaine 2
Ephedrine 39
Ethylphenidate 10
FAs 40
FMAs 22
FMCs 1
Khat 1
MDPPP 8
MDPV 60
Mephedrone 101
Meth 261
MOPPP 1
Pentedrone 17
Speed 266
Cannabis 2,906
Dissociatives 203
Ecstasy 1,304
Intoxicants 71
Opioids 365
Other 82
Precursors 62
Prescription 4,650
Psychedelics 1,746
Tobacco 218
Apparel 753
Art 14
Books 1,322
Collectibles 26
Computer equipment 100
Custom Orders 87
Digital goods 892
Drug paraphernalia 496
Electronics 239
Erotica 584
Fireworks 34
Food 13
Forgeries 156
Hardware 35
Home & Garden 28
Jewelry 104
Lab Supplies 30
Lotteries & games 169
Medical 56
Money 269
Musical instruments 7
Packaging 91
sort by: bestselling
Domestic only
update
GOVERNMENT EXHIBIT 911 A
14 Cr. 68 (KBF)
discuss this category 57
DISPATER
COCAINE 1G
seller: dispater 0.0
ships from: United Kingdom
฿0.7996
add to cart
1 gram high quality cocaine
seller: Lloydsbrothers 0.0
ships from: United Kingdom
฿1.3394
add to cart
GRAND OPENING SALE! PURE UNCUT COCA FISHSCALE 3.5G
seller: JustSmuggledN 0.0
ships from: United States of America
฿2.3522
add to cart
Panama's Finest...PURE FISHSCALE
BIG SUMMER SALE
1G Pure Cocaine Cristal !!!!!!
seller: c63amg 0.0
ships from: Netherlands
฿0.7388
add to cart
Symbiosis - 1g high quality uncut Cocaine flake
seller: Symbiosis 0.0
ships from: United Kingdom
฿1.3132
add to cart
8Ball (3.5g) of Cocaine
seller: CheapestCocaine 0.0
ships from: United States of America
฿1.5893
add to cart
1g Clean Columbian Cocaine - beautiful
seller: DrCol 0.0
ships from: United Kingdom
฿1.3064
add to cart
1 gram PURE RAW COLUMBIAN COCAINE - HQ GEAR
seller: Meerkovo 0.0
฿1.2937
add to cart

# SA-72



Electronics 239
Erotica 584
Fireworks 34
Food 13
Forgeries 156
Hardware 35
Home & Garden 28
Jewelry 104
Lab Supplies 30
Lotteries & games 169
Medical 56
Money 269
Musical instruments 7
Packaging 91
Services 171
Sporting goods 3
Tickets 4
Writing 7

**1g Clean Columbian Cocaine - beautiful**
seller: DrCol 0.0
ships from: United Kingdom
₿1.3064
add to cart

**1 gram PURE RAW COLUMBIAN COCAINE - HQ GEAR**
seller: Meerkovo 0.0
ships from: United Kingdom
₿1.2937
add to cart

**GRAND OPENING SALE! PURE UNCUT COCAINE, FISHSCALE**
seller: JustSmuggledN 0.0
ships from: United States of America
₿0.8214
add to cart

**1 GR. Pure Cocaine**
seller: FrankMatthews 0.0
ships from: Netherlands
₿0.8594
add to cart

**1 gram Cocaine Powder High Quality Peru Import**
seller: OZconnection 0.0
ships from: Australia
₿2.4297
add to cart

**5G Pure Cocaine Cristal !!!!!!**
seller: c63amg 0.0
ships from: Netherlands
₿3.1278
add to cart

**1g (1000mg) Pure Peruvian Cocaine (Zero Cutter)**
seller: dryice 0.0
ships from: Australia
₿3.3907
add to cart

**1gr UNCUT Crystal Cocaine!!**
seller: HappyTimezz 0.0
ships from: Netherlands
₿0.7551
add to cart

**1 GRAM ULTRA PURE COCAINE- LAB TESTED 90%+ PURITY**
seller: shine69 0.0
ships from: United Kingdom
₿1.3132
add to cart

**1 Gr Premium Fishscale Cocaine**
seller: lexq 0.0
ships from: Canada
₿0.9017
add to cart

1 Gr Premium Fishscale Cocaine

seller: lexq 0.0
ships from: Canada

4
3
2
1

฿0.9017
add to cart

3.5g of Cocaine **FAST SHIPPING**

seller: nationchemz 0.0
ships from: United States of America

5
4
3
2
1

฿1.4188
add to cart

7g of Amazing uncut Fishscale Cola

seller: JustSmuggledN 0.0
ships from: United States of America

no image

5
4
3
2
1

฿4.4803
add to cart

3.5 GRAMS OF GOOD QUALITY COCAINE
CHEAPEST IN UK!

seller: shine69 0.0
ships from: United Kingdom

5
4
3
2
1

฿2.2169
add to cart

COCAINE 3.5G

seller: dispater 0.0
ships from: United Kingdom

5
4
3
2
1

฿2.5533
add to cart

10G Pure Cocaine Cristal !!!!!!

seller: c63amg 0.0
ships from: Netherlands

5
4
3
2
1

฿6.1074
add to cart

3.5 GRAMS ULTRA PURE COCAINE- LAB TESTED
90%+

seller: shine69 0.0
ships from: United Kingdom

5
3
2
1

฿3.8710
add to cart

1 gram ***HIGH GRADE PREMIUM QUALITY
COCAINE***

seller: BestPricePills 0.0
ships from: United States of America

5
4
3
2
1

฿1.1452
add to cart

1Gr High Quality Cocaine from UK delivery 2 days

seller: FPUK 0.0
ships from: United Kingdom

5
4
3
2
1

฿1.1719
add to cart

3.5 grams High quality cocaine

seller: Lloydsbrothers 0.0
ships from: United Kingdom

5
4
3
2
1

฿4.0125
add to cart

1 2 3 > Last ›



**Silk Road**
*anonymous market*

messages 0 | orders 0 | account ฿0.0000

Search [                    ] Go

the DPR whish from
the Dread Pirate Roberts

Hi, **FBINY**
logout

Shop by Category

Drugs 13,802
  Opioids 365
    Heroin 205
      Black tar 13
      Brown 48
      White 23
      AH-7921 16
    Kratom 18
    Opium 44
  Cannabis 2,906
  Dissociatives 203
  Ecstasy 1,304
  Intoxicants 71
  Other 82
  Precursors 62
  Prescription 4,650
  Psychedelics 1,746
  Stimulants 1,644
  Tobacco 218
Apparel 753
Art 14
Books 1,322
Collectibles 26
Computer equipment 100
Custom Orders 87
Digital goods 892
Drug paraphernalia 496
Electronics 239
Erotica 584
Fireworks 34
Food 13
Forgeries 156
Hardware 35
Home & Garden 28
Jewelry 104
Lab Supplies 30
Lotteries & games 169
Medical 56
Money 269
Musical instruments 7
Packaging 91
Services 171
Sporting goods 3
Tickets 4
Writing 7

sort by: [bestselling] ☐ Domestic only [update]

discuss this category 22

**GOVERNMENT
EXHIBIT
911 B**
14 Cr. 68 (KBF)

**Heroin China White One Gram**
seller: supremesmoke 0.0
ships from: United States of America

5
4
3
2
1

฿1.8303
add to cart

**HIGH QUALITY #4 HEROIN ALL ROCK DIRECTLY FROM KEY**
seller: gotsitall 0.0
ships from: United States of America

5
4
3
2
1

฿1.6858
add to cart

**East Coast Style Heroin Stamps x10 (3 FREE!!!)**
no image
seller: deezletime 0.0
ships from: United States of America

5
4
3
2
1

฿0.7388
add to cart

**0.5g Golden Triangle Heroin #4 AUSTRALIAN DEALER**
seller: ozexpress 0.0
ships from: Australia

5
4
3
2
1

฿1.9105
add to cart

**1G Afghan Heroin (Light Brown Powder #3) Strong!**
seller: c63amg 0.0
ships from: Netherlands

5
4
3
2
1

฿0.8089
add to cart

**1g Golden Triangle Heroin #4 AUSTRALIAN DEALER**
seller: ozexpress 0.0
ships from: Australia

5
4
3
2
1

฿3.6248
add to cart

**2.5G Afghan Heroin (Light Brown Powder #3) Strong!**
seller: c63amg 0.0
ships from: Netherlands

5
4
3
2
1

฿1.8544
add to cart

**Gram of Heroin**
seller: DieselTherapy 0.0

5
4
3
2

฿0.5228

# SA-75

| | | | |
|---|---|---|---|
| Diesel Therapy | **Gram of Heroin**<br>seller: DieselTherapy 0.0<br>ships from: United States of America | 5<br>4<br>3<br>2<br>1 | ฿0.5228<br>add to cart |
| | **Heroin China White 1/2 Gram**<br>seller: supremesmoke 0.0<br>ships from: United States of America | 5<br>4<br>3<br>2<br>1 | ฿1.2261<br>add to cart |
| no image | **Blue Diamond Heroin 1 Gram**<br>seller: DieselTherapy 0.0<br>ships from: United States of America | 5<br>4<br>3<br>2<br>1 | ฿0.8588<br>add to cart |
| | **1/2 GR- # 4 AFGHAN HEROIN - US XPRESS**<br>seller: subsrgood 0.0<br>ships from: United States of America | 5<br>4<br>3<br>2<br>1 | ฿0.9708<br>add to cart |
| no image | **HEROIN 1G**<br>seller: dispater 0.0<br>ships from: United Kingdom | 5<br>4<br>3<br>2<br>1 | ฿0.7999<br>add to cart |
| no image | **East Coast Style Heroin Stamps x 50 Bags (1 Brick)**<br>seller: deezletime 0.0<br>ships from: United States of America | 5<br>4<br>3<br>2<br>1 | ฿2.5888<br>add to cart |
| JIMMY BOYLE | **my mid priced batch. HIGH QUALITY heroin no3. 0.5g**<br>seller: jimmy boyle 0.0<br>ships from: United Kingdom | 5<br>4<br>3<br>2<br>1 | ฿0.7147<br>add to cart |
| | **1 gram of #4 SE Asian White Rock Heroin**<br>seller: OZconnection 0.0<br>ships from: Australia | 5<br>4<br>3<br>2<br>1 | ฿2.5888<br>add to cart |
| | **Uncut Raw brown Heroin #4 1 Gram WARNING UNCUT RAW**<br>seller: FreeWay 0.0<br>ships from: United States of America | 5<br>4<br>3<br>2<br>1 | ฿1.9505<br>add to cart |
| | **1g #3 Afghan Brown Heroin, FAST shipping**<br>seller: JunkieXXL 0.0<br>ships from: Germany | 5<br>4<br>3<br>2<br>1 | ฿0.6315<br>add to cart |
| no image | **Blue Diamond Stamp Bags**<br>seller: DieselTherapy 0.0 | 5<br>4<br>3<br>2 | ฿0.0897 |

# SA-76



**1g #3 Afghan Brown Heroin, FAST shipping**

seller: JunkieXXL 0.0
ships from: Germany

5
4
3
2
1

฿0.6315
add to cart

no image

**Blue Diamond Stamp Bags**

seller: DieselTherapy 0.0
ships from: United States of America

5
4
3
2
1

฿0.0897
add to cart



**5G Afghan Heroin (Light Brown Powder #3) Strong!!!**

seller: c63amg 0.0
ships from: Netherlands

5
4
3
2
1

฿3.5775
add to cart

no image

**1 gram afghan h #4**

seller: Tomorrowman 0.0
ships from: Canada

5
4
3
2
1

฿1.7098
add to cart



**NYC HEROIN STAMPS**

seller: deluxedelivery 0.0
ships from: United States of America

5
4
3
2
1

฿0.1651
add to cart



**Pure, Uncut Black Tar Heroin (BTH) 1 Gram**

seller: purest 0.0
ships from: United States of America

5
4
3
2
1

฿1.4281
add to cart



**0.5G Afghan Heroin (Light Brown Powder #3) Strong!**

seller: c63amg 0.0
ships from: Netherlands

5
4
3
2
1

฿0.4937
add to cart



**1/2 Gram Pure, Uncut Black Tar Heroin**

seller: purest 0.0
ships from: United States of America

5
4
3
2
1

฿0.7796
add to cart



**Heroin Stamp Bags**

seller: DieselTherapy 0.0
ships from: United States of America

5
4
3
2
1

฿0.0598
add to cart

1 2 3 > Last ›





# SA-77

**Silk Road**
*anonymous market*

messages **0** | orders **0** | account **฿0.0000**

a few words from the Dread Pirate Roberts

Search [ ] Go

**GOVERNMENT EXHIBIT 911 C**
14 Cr. 68 (KBF)

Hi, **FBINY**
*logout*

0

Shop by **Category**

- Drugs *13,802*
  - Psychedelics *1,746*
    - LSD *305*
      - Blotter *225*
      - Candy *2*
      - Liquid *17*
      - Microdots *14*
    - 2C family *299*
    - 3C family *13*
    - 4-AcO family *52*
    - 4-HO family *24*
    - 5-MeO family *85*
    - AL-LAD *8*
    - AMT *5*
    - Bufotenin *1*
    - DMT *164*
    - DOx *44*
    - DPT *12*
    - Entheogens *9*
    - Ibogain *8*
    - LSA *5*
    - LSZ *16*
    - Mescaline *47*
    - MET *1*
    - Mimosa Hostilis *11*
    - Muscimol *2*
    - NBOMe *375*
    - Salvia *31*
    - Shrooms *195*
    - TMA Family *1*
  - Cannabis *2,906*
  - Dissociatives *203*
  - Ecstasy *1,304*
  - Intoxicants *71*
  - Opioids *365*
  - Other *82*
  - Precursors *62*
  - Prescription *4,650*
  - Stimulants *1,644*
  - Tobacco *218*
- Apparel *753*
- Art *14*
- Books *1,322*
- Collectibles *26*
- Computer equipment *100*
- Custom Orders *87*
- Digital goods *892*
- Drug paraphernalia *496*
- Electronics *239*
- Erotica *584*
- Fireworks *34*
- Food *13*
- Forgeries *156*
- Hardware *35*
- Home & Garden *28*
- Jewelry *104*
- Lab Supplies *30*
- Lotteries & games *169*
- Medical *56*
- Money *269*
- Musical instruments *7*
- Packaging *91*
- Services *171*
- Sporting goods *3*
- Tickets *4*
- Writing *7*

sort by: bestselling | ☐ Domestic only | update

discuss this category *38*

**10 hits of POTENT and CLEAN LSD - White label**
seller: Tessellated 0.0
ships from: Canada
5 4 3 2 1
฿0.9708
add to cart

**10 x 120 mic LSD Tabs. PROMO PRICE. Trusted Vendor**
seller: alaska 0.0
ships from: Germany
5 4 3 2 1
฿0.8438
add to cart

**10 x 150ug LSD Blotters - PURE, CLEAN and POTENT**
seller: Peaceful 0.0
ships from: Australia
5 4 3 2 1
฿1.0487
add to cart

**25 x120 mic LSD Tabs. FULL PICTURE. Trusted Vendor**
seller: alaska 0.0
ships from: Germany
5 4 3 2 1
฿1.6459
add to cart

**20 x 150ug LSD Blotters - PURE, CLEAN and POTENT**
seller: Peaceful 0.0
ships from: Australia
5 4 3 2 1
฿1.9225
add to cart

**10 blotters *Dalai Lama LAB TESTED @ 210ug***
seller: FartBomber 0.0
ships from: Netherlands
5 4 3 2 1
฿0.9830
add to cart

**25 hits of POTENT and CLEAN LSD - White label**
seller: Tessellated 0.0
ships from: Canada
5 4 3 2 1
฿2.3522
add to cart

**50 x DUTCH Premium LSD - Clean REAL - Lab test**
seller: HollandOnline 0.0
ships from: Netherlands
5 4 3 2 1
฿1.9185
add to cart

**200 x120 mic LSD Tabs. PROMO PRICE. Trusted Vendor**
seller: alaska 0.0
ships from: Germany
5 4 3 2 1
฿8.9672
add to cart

Services *171*
Sporting goods *3*
Tickets *4*
Writing *7*

**200 x120 mic LSD Tabs. PROMO PRICE. Trusted Vendor**
seller: alaska 0.0
ships from: Germany
5 4 3 2 1
฿8.9672
add to cart

**Haizenberg Hoffman HQ LSD 100UG x10 blotters**
seller: Haizenberg 0.0
ships from: Czech Republic
5 4 3 2 1
฿0.5755
add to cart

**25 blotters *Dalai Lama LAB TESTED @ 210ug***
seller: FartBomber 0.0
ships from: Netherlands
5 4 3 2 1
฿2.0306
add to cart

**5 blotters *Dalai Lama LAB TESTED @ 210ug***
seller: FartBomber 0.0
ships from: Netherlands
5 4 3 2 1
฿0.5346
add to cart

**Haizenberg Hoffman LSD x5 Blotters -100UG !**
seller: Haizenberg 0.0
ships from: Czech Republic
5 4 3 2 1
฿0.3296
add to cart

**100 x DUTCH Premium LSD - Clean REAL - Lab test**
seller: HollandOnline 0.0
ships from: Netherlands
5 4 3 2 1
฿3.7562
add to cart

**50 hits of POTENT and CLEAN LSD - White label**
seller: Tessellated 0.0
ships from: Canada
5 4 3 2 1
฿4.4803
add to cart

**Haizenberg Hoffman HQ LSD 100UG x25 blotters**
seller: Haizenberg 0.0
ships from: Czech Republic
5 4 3 2 1
฿1.2666
add to cart

**LSD - RED MICRODOTS - 120/125UG x100 DOTS**
seller: jerseycow 0.0
ships from: Ireland
5 4 3 2 1
฿4.7258
add to cart

**100x LSD blotter WoW**
seller: OrderOfThePhoenix 0.0
5 4 3 2
฿4.6670

# SA-79



**100x LSD blotter WoW**

seller: OrderOfThePhoenix 0.0
ships from: United States of America

5
4
3
2
1

฿4.6670

add to cart

**50x LSD blotter WoW 100ug**

seller: OrderOfThePhoenix 0.0
ships from: United States of America

5
4
3
2
1

฿2.4642

add to cart

**10 x DUTCH Premium LSD - Clean 8 REAL - Lab test**

seller: HollandOnline 0.0
ships from: Netherlands

5
4
3
2
1

฿0.5705

add to cart

**LSD - RED MICRODOTS - 120/125UG x10 DOTS**

seller: jerseycow 0.0
ships from: Ireland

5
4
3
2
1

฿0.7612

add to cart

**4 Potent LSD blotters**

seller: Clearance 0.0
ships from: United States of America

5
4
3
2
1

฿0.4281

add to cart

**25x LSD blotter WoW 100ug**

seller: OrderOfThePhoenix 0.0
ships from: United States of America

5
4
3
2
1

฿1.4935

add to cart

**50 x 150ug LSD Blotters - PURE, CLEAN and POTENT**

seller: Peaceful 0.0
ships from: Australia

5
4
3
2
1

฿3.8450

add to cart

**3 blotters *Dalai Lama LAB TESTED @ 210ug***

seller: FartBomber 0.0
ships from: Netherlands

5
4
3
2
1

฿0.3337

add to cart

1 2 3 > Last ›



# SA-80

**Silk Road**
*anonymous market*

messages 0 | orders 0 | account ฿0.0000

a few words from the Dread Pirate Roberts

Search [ ] Go

GOVERNMENT EXHIBIT 911 D
14 Cr. 68 (KBF)

Hi, **FBINY**
*logout*

0

Shop by **Category**

- Drugs *13,802*
  - Stimulants *1,644*
    - Meth *261*
    - 2-DPMP *1*
    - 3,4DMMC *17*
    - 4-EMC *3*
    - 4-MEC *24*
    - 6-APB *36*
    - A-PVP *35*
    - Caffeine *11*
    - Cocaine *643*
    - D2PM *2*
    - Dimethocaine *2*
    - Ephedrine *39*
    - Ethylphenidate *10*
    - FAs *40*
    - FMAs *22*
    - FMCs *1*
    - Khat *1*
    - MDPPP *8*
    - MDPV *60*
    - Mephedrone *101*
    - MOPPP *1*
    - Pentedrone *17*
    - Speed *266*
  - Cannabis *2,906*
  - Dissociatives *203*
  - Ecstasy *1,304*
  - Intoxicants *71*
  - Opioids *365*
  - Other *82*
  - Precursors *62*
  - Prescription *4,650*
  - Psychedelics *1,746*
  - Tobacco *218*
- Apparel *753*
- Art *14*
- Books *1,322*
- Collectibles *26*
- Computer equipment *100*
- Custom Orders *87*
- Digital goods *892*
- Drug paraphernalia *496*
- Electronics *239*
- Erotica *584*
- Fireworks *34*
- Food *13*
- Forgeries *156*
- Hardware *35*
- Home & Garden *28*
- Jewelry *104*
- Lab Supplies *30*
- Lotteries & games *169*
- Medical *56*
- Money *269*
- Musical instruments *7*
- Packaging *91*
- Services *171*
- Sporting goods *3*
- Tickets *4*
- Writing *7*

sort by: bestselling ☐ Domestic only [update]

discuss this category *55*

**3.5 Grams (Ball) Pure Crystal Methamphetamine**
seller: chaletla 0.0
ships from: United States of America
฿1.4935 add to cart

**ICE / 5 POINTS (0.5G)**
seller: AUSexpress 0.0
ships from: Australia
฿1.9575 add to cart

**XXx 0.5g High Quality Chinese Ice/Meth XXx**
seller: IceIceIce 0.0
ships from: Australia
฿2.3518 add to cart

**XXx 0.25g High Quality Chinese Ice/Meth XXx**
seller: IceIceIce 0.0
ships from: Australia
฿1.2812 add to cart

**7 Grams Pure Crystal Methamphetamine**
seller: chaletla 0.0
ships from: United States of America
฿2.8002 add to cart

**14 Grams Pure Crystal Methamphetamine**
seller: chaletla 0.0
ships from: United States of America
฿5.2271 add to cart

**XXx 1g High Quality Chinese Ice/Meth XXx**
seller: IceIceIce 0.0
ships from: Australia
฿4.2735 add to cart

**One gram High Quality Crystal Meth (ICE)**
seller: have a puff 0.0
ships from: Australia
฿3.8450 add to cart

**Half Gram (0.5g) High Quality Crystal Meth (ICE)**
seller: have a puff 0.0
฿2.0274

# SA-81



Writing /

Half Gram (0.5g) High Quality Crystal Meth (ICE)

seller: have a puff 0.0
ships from: Australia

฿2.0274
add to cart

Tina .5g (Half Gram) Just imported huge shards!

seller: mrmerlin25 0.0
ships from: United Kingdom

฿1.2100
add to cart

0.25 imported meth

seller: tucksh0p 0.0
ships from: Australia

฿1.3070
add to cart

0.1 POINT - ICE. METHAMPHETAMINE. HIGH GRADE.

seller: SydneysFinest 0.0
ships from: Australia

฿0.4544
add to cart

ICE / 8 BALL (3.5G)

seller: AUSexpress 0.0
ships from: Australia

฿11.0110
add to cart

1.0g Crystal Meth Ice Shards

seller: MarijuanaIsMyMuse 0.0
ships from: Canada

฿0.8214
add to cart

1 Gram Pure Crystal Methamphetamine

seller: chaletia 0.0
ships from: United States of America

฿0.6721
add to cart

0.5G PURE METHAMPHETAMINE UNCUT +++

seller: BreakingEven 0.0
ships from: Australia

฿1.9225
add to cart

XXX 3.5g High Quality Chinese Ice/Meth XXX

seller: IceIceIce 0.0

฿12.5420

# SA-82



**XXX 3.5g High Quality Chinese Ice/Meth XXX**
seller: Icelcelce 0.0
ships from: Australia
5
4
3
2
1
฿12.5420
add to cart

**XXX 1.75g High Quality Chinese Ice/Meth XXX**
seller: Icelcelce 0.0
ships from: Australia
5
4
3
2
1
฿6.9947
add to cart

**0.50 imported meth**
seller: tucksh0p 0.0
ships from: Australia
5
4
3
2
1
฿2.2703
add to cart

**1 gram imported meth**
seller: tucksh0p 0.0
ships from: Australia
5
4
3
2
1
฿4.0098
add to cart

**0.5 HALF GRAM - ICE. METHAMPHETAMINE. HIGH GRADE.**
seller: SydneysFinest 0.0
ships from: Australia
5
4
3
2
1
฿1.7477
add to cart

**crystal methamphetamines .25 gram**
seller: xinhai 0.0
ships from: United States of America
5
4
3
2
1
฿0.2241
add to cart

**ICE / Quater Oz (7.0G)**
seller: AUSexpress 0.0
ships from: Australia
5
4
3
2
1
฿20.9730
add to cart

**7g Pure Methamphetamine Ice + Free Shipping!**
seller: AmericaOnDrugs 0.0
ships from: United States of America
5
4
3
2
1
฿2.9865
add to cart

**NEW! 1 GR. High Quality Meth/ICE/Bohemian Cuisine**
seller: icemancz 0.0
ships from: Germany
5
4
3
2
1
฿0.8869
add to cart

1 2 3 > Last ›

฿1 = ฿1.0000

community forums | wiki | support

# SA-83



**Silk Road**
*anonymous market*

messages **0** | orders **0** | account **฿0.0000**

a few words from
the Dread Pirate Roberts

**Search** [ ] Go

Hi, **FBINY**
*logout*
0

Shop by **Category**

# Europe Fake documents Passports, ID, DL, Diplomas!

฿19.4570

add to cart | bookmark | discuss 0 | report

| **Item info:** | |
|---|---|
| seller | vengativ0 0.0 |
| ships from | undeclared |
| ships to | Worldwide |
| category | Forgeries |

*postage options:*
UPS EMS (฿0.7468) ?

**Description**

SERVICE REAL/FAKE DOCUMENTS (NOT SCANS!)

--------------
Passports (from 900 eur-1500 eur)

Denmark, Latvia, Poland, Sweden, Holland, Lithuania

NEW - we Can make according to your desire passports which won't be in a loss some time - month,
Two, half a year, year or even.
---------------------

Driver license (from 150 eur- 300 EUR)
(with real data info 500 EUR)

USA DL (PA, FL, IL, NJ) all security , UV, helograms, barcode , magnetic line

Germany, Bulgaria, Romania, Slovakia, Portugal, Spain, Poland, Estonia, Czech Republic, England old , England new, Uk Permit, International DL
Cscs UK, Lithuania, Israel - ( with helograms , UV security )

Holland , Denmark - cheaper (without helograms)

Lithuania - cheaper (without helograms)

--------------------------------

Personal Identity Card (from 150 eur- 300 EUR) (with real data info 500 EUR )

Germany, Spain, Portugal ,Latvia, Poland, Slovakia, Estonia, Lithuania - (Helograms , UV security)

Lithuania, France - cheaper , (without helograms)

---------------------------------------------------
(from 350 eur- 800 EUR)

University certificates Lithuanian, School certificates
Car documents - FRANCE , HOLLAND , LITHUANIA , GERMANY - (fake and orignals)
We can do all stamps !
----------------------------------------------

There was a possibility to help people to leave to Europe Russia, Ukraine, Англия, Cyprus, Mexico.....
Let's help with the visa as with passports which won't be in a loss.
All passports will be Valid while you won't arrive into place where it is necessary to you.
Also we can help to leave or arrive to you to the necessary country, all depends on complexity of reception of the visa

etc., all is discussed separately with each client.

**Reviews:**
sort by: freshness go ?

GOVERNMENT
EXHIBIT
915 B
14 Cr. 68 (KBF)

*฿1 = ฿1.0000*

community forums | wiki | support



**SA-85**



# SA-86

What is the best way to send the ID form + pic?

Fill out your ID form, provide an Anonfiles picture link and send it in an PGP encrypted message at checkout. If you don't know how to encrypt yet use privnote.com to upload the ID form along with the Anonfiles picture link.

Anonfiles URL: anonfiles.com
Privnote URL: privnote.com

For those who want to start PGP encrypting, download the program GPG4USB, its the easiest encryption tool to use

GPG4USB URL: http://gpg4usb.cpunk.de/
*Include shipping details at checkout*

-----BEGIN PGP PUBLIC KEY BLOCK-----
Version: GnuPG v1.4.11 (MingW32)

mQGiBFBinv4RBACiMKVLxmpgiuaH9ZRLonOn2V+1MVGNJkqqpK77XH+bGGSiYvzi
l3fasWYeF6m1g97vafpB9Q/H+d75RfXBMsN+g0i29jQR4/iXw/ZwzUitG+rAercL
LH/YfUDP2AePya+2KtKSFUJrSuHagh0wj8V/ri52P149UtAi8Q/qArWtiwCg51vM
qWjLEWJSAWQkr0ZYvZGcZXUD/0HkRTxy5pU7HFgK0kBMqdOJ5XSXLlBk8TyQBlea
dJY07tiI5zXuYmhxAUkxKdzzVvXSgJKBD0mNPGpTHJgUesvmEMKhTZrmebCuMql/
hv2HF596Uv/u8qQlfyfBXeb0LQ3rfLvBV+zLBgR62LOXVXlL+bkBw2h3QiHFOsly
FphHA/9f7RKERPSaWLHK6g30a2zsPbdf5yFSuC5JIqvGj0lqtci7ap4XjSDV6zth
n4znmlx+Peo66VtBC2pq1o/zf6PF/QEEAuY8lUbGGTinOqXWxgv4FffUJkVqO7Gd
iLmRapWs8WW7x1IKIhLPflUPf9ABRD1B/peEYlpat9TattdgH7QIS2luZ09mQ2x1
YnMgPGtpbmdvZmNsdWJzZQHRvcm1haWwwub3JnPohiBBMRAgAiBQJQJQYp7+AhsjBgsJ
CAcDAgYVCAIJCgsEFgIDAQIeAQIXgAAKCRCqda8F7pGKlk1RAKCOkSNTqAhorXHu
okIPvq9l/rns1gCbBJqNdORqpk6auf7BlFh3LGgBPsK5Ag0EUGKe/hAIAK/0e1il
GfK7QJ3tfSRv8AHGIFhuKeO7kPuilzSTPf97C34Zgy0o2vUQ1HtkrTqNsSAW5OJ+
ou+gdDOCU5VDf4WWNVagnRe7SLfa8yzNvPih5SjTlxNLEAHgD18UllwVAnPmRFBP
X+FJZSza9xYhCUdYwNgpz7VAoPazCRPAVKqurLzvTtk5nhCx2XzDxngplOuCoHGF
W9Ki6KaE8SzXwOH2GmbLqAREEHWJqWuMU8Z4Py8kYiTi6yQXilxF7+Ij5njkR1Vv
QLmSdRMKUYY+qPUbQifpWqQZJnQezP4Fq04h8Bi/hjytvEintTOMgot9pmQ16fxP9
G8HtP4oOEICr4GMAAwYH/31mfy/wSD9BXoc0gOgTap7Q5wbid69KfMM1eDmGStAs
cf1U37WdfUqA+hNo+LQMpUonz//dJMRsTyq5df116Dh39W32Y4o0P9MD50WQrWSc
wl2XLsjPplQSnLvVaEdFU0l4uTfYgwLwjIMzonmWnZdNW2iOBm9l0RSei+y6ao8l
f2Vmg7Q6u+x+waBumPvmPgEtyksqv3whzPGMLA85DWTnFVJS9mH0d2WQQWvPrzKr
ZVKfLfL3aikVheCR32LpfUZlFOdNDZg+3HrQc7l1L6G5pUGwCM7SFovER6yMawgB
MVP6w2vSHXke2AJCYnvh1JeO+HxnVR4ATM2Cs9qLYGOISQQYEQIACQUCUGKe/glb
DAAKCRCqda8F7pGKlviCAKCBJCKAR/F2D76uD/8qxr5S1Dby9wCfWJGJyQrw9J9S
ELuFH6y5RtX4+TU=
=t1H/
-----END PGP PUBLIC KEY BLOCK-----

**Reviews:**

# SA-87

## Reviews:

sort by: [ freshness ] [go] (?)

**irepdaronx**
orders spent vendors
1+ ฿1+ 1+

*review for:* **New York Driver's License (Hologram + Scannable)**    qty: 1    price: ฿1+    1y 4m old    5 of 5

Very honest seller. As straight up as you can get in an industry where I have only encountered the opposite! Would recommend!! 5/5

---

**alias hidden**
stats: (hidden)

*review for:* **New York Driver's License (Hologram + Scannable)**    1y 5m old    5 of 5

Awesome as always :)

---

**alias hidden**
stats: (hidden)

*review for:* **New York Driver's License (Hologram + Scannable)**    1y 6m old    1 of 5

Terrible quality, looks 0 fake, got denied twice, doesn't even scan. Made me FE now I can't get my money back, don't even think about buying from this guy.

---

**alias hidden**
stats: (hidden)

*review for:* **New York Driver's License (Hologram + Scannable)**    1y 6m old    2 of 5

I gave him over 2 weeks in advanced notice and told him I did not want it unless it was here in time. Claims to have sent out the package on friday although the tracking states that the post office did not receive it until the following Tuesday. I am very upset I worked with this vendor. I do not recommend. The only reason why he gets a 2 is because he did send it.

---

**alias hidden**
stats: (hidden)

*review for:* **New York Driver's License (Hologram + Scannable)**    1y 6m old    3 of 5

took forever but refunded so its all good

---

**alias hidden**
stats: (hidden)

*review for:* **New York Driver's License (Hologram + Scannable)**    1y 6m old    4 of 5

Quality not quite the same as original, but the vendor made me a deal on another product.

---

**alias hidden**
stats: (hidden)

*review for:* **New York Driver's License (Hologram + Scannable)**    1y 7m old    5 of 5

great communication, cant wait!

---

**alias hidden**
stats: (hidden)

*review for:* **New York Driver's License (Hologram + Scannable)**    1y 7m old    5 of 5

Great response times and photo! Guy is legit, don't waste your time with anyone else.

---

**alias hidden**
stats: (hidden)

*review for:* **New York Driver's License (Hologram + Scannable)**    1y 7m old    5 of 5

Looks amazing. Great communication and service. Will be back! 5/5

---

**alias hidden**
stats: (hidden)

*review for:* **New York Driver's License (Hologram + Scannable)**    1y 7m old    5 of 5

FE

---

1 2 3 >

# Silk Road
*anonymous market*

Shop by Category

messages 0 | orders 0 | account ฿0.0000

Search _____ Go

*a few words from*
the Dread Pirate Roberts

Hi, **FBINY**
*logout*



## Pennsylvania Drivers License
### (Holograms+Scannable)

**Item info:**

| | |
|---|---|
| seller | KingOfClubs 0.0 |
| ships from | undeclared |
| ships to | Worldwide |
| category | Fake IDs |

**฿1.4935**

add to cart | bookmark | discuss 1 | report

*postage options:*
Regular (฿0.0000) ⓘ



GOVERNMENT
EXHIBIT
915 D
14 Cr. 68 (KBF)

## Description

ID Form:

(Whatever info you provide below will be the same info that goes on the card, please double check to make sure there are no mistakes)

Name:
Date of Birth (MM/DD/YY):
Height:
Weight:
Hair Color:
Eye Color:
Issue Date: (If you dont provide an issue date ill make one up for you)
Address: (If you dont provide an address ill make one up for you)
-Take 1 photo taken with a digital camera against a wall, from the shoulders up. (The better the pic the better the ID, you can also get passport photos done and scan them, up to you)
**Try to avoid having shadows in the pictures, if there is a shadow I will do my best to edit accordingly**
-If you want your own signature, draw your signature on paper, take a pic and attach it. (If you dont send a signature or if the signature you sent isnt usable I'll make one up for you.)

What is the best way to send the ID form + pic?

Fill out your ID form, provide an Anonfiles picture link and send it in an PGP encrypted message at checkout. if you don't know how to encrypt yet use privnote.com to upload the ID form along with the Anonfiles picture link.

Anonfiles URL: anonfiles.com
Privnote URL: privnote.com

For those who want to start PGP encrypting, download the program GPG4USB, its the easiest encryption tool to use

GPG4USB URL: http://gpg4usb.cpunk.de/
*Include shipping details at checkout*

-----BEGIN PGP PUBLIC KEY BLOCK-----
Version: GnuPG v1.4.11 (MingW32)

mQGiBFBinv4RBACiMKVLxmpgiuaH9zFtLonOn2V+1MVGNJkqqpK77XH+bGGSiYvzi
I3fasWYeF6m1g97vafpB9Q/H+d75RfXBMsN+g0i29jQR4i/xwIZwzUiG+rAercL
LH7vfUDP2AePya+2KtKSFUrJSuHagNf0wj8V/rifi52P149UA8Q/qArWtiwCg51vM
qWjLEW3SAWQkr0ZYvzGcZXUD/0HkRTxy5pU7HFgK0kMqdOJ5XSXLlBk8TyQBlea
d3Y07iri5zXuYmhxAUkxkdzzVxXSgJKBD0mNPGpTHJgUesvniEMKhTZmebCuMql/
hv2HF596Jv/u8qQtfyfBXeb0LQ3rf1vBV+zLBqR62LOXVXiL+bk8Wzh3QiHFOsIy
FpIHA/9i77RKERPSaWLHK6g30a2zsPbdf5yFSuC5JIqvGj0Iqtci7ap4XjSDV6zth
n4zimlix+Peo66VtBC2pq1o/2f6PF/QEEAuY8lUbGGTrnOqXWxgv4FftUJkVqO7Gd
iLnRapWs8WW7x1KIhLPfiUPf9ABRD1B/peEYIpat9TatrdqH7QIS2lu209mQzx1
YnMgPGtpbmdVzmNstWJzQHRvcm1hwWwu3JtrPoHiBBMRAgAiBQJQYp7+AhsjBgsJ
CAcDAgYVCAJCgsEFgIDAQIeAQIXgAAKCRCpda8F7pGKik1RAkCOkSNTqAhorXHu
okiPvqBl/ms1gCbB3gNdORqki6auf7BIFi3LGg8PsK5Ag0EUGke/nAI4K/0e1iI
GfK7QJ3f6SR9AHGifIHuKeO7HPuIz5TPI97C34ZgyOo2vUQ1HtkrTqNSSAW5OJ+
ou+gdDoCU5VDi4WWNagnRe7SLfa8yzNvnPih5SjTIxNLEAHgD18JiIwAnPmRFBP
X+F.IZSza9xYhCuVwNqpz7VAoPazCRPAVKqurLzvTIk5nCx2XzDxngplOuCoHGF
W9Ki6KaE8ScxWoH2Gcmbi.qaREEHWJtqWvtMU8Z4Pjy8kYiTi6yQXiKF7+Ij5njkR1Vv
QLmsdRMKUYY+qPUb0JfipWqQZJnQezP4Fqo4hi8Bi/hjyrEntTOMgd9pniQ16fxP9
G8htP4oOEiCr4GMAAwYH/31mfy/wSD9BXcoq0oqTap7Q5w/bid69KfMM1eDmGsIAs
d1U37WdfUqA+hNo+LQMpUonz/dJMRsTyq5df116Dh39NJ32Y4o0P9MD50WO0rWSc
wi2XLsjPpfQSnLvVaEdFU0I4uTYgwLwjIMzormWnZdNW2iOBm9I0RSei+y6ao8l
f2Vmg7Q6i+x+waBumPvmPgEJwksqo3whzPGMLA85DWTnFV.JS9mH0d2WQWPrzKr
ZVKfLfL3aiKheCR321pfU2IFodhiDZg+3Hfqc7I1L6G5pUGwCM7SF0vER6yMawgB
MVP6w2vSHJXkke2AJCYnvh1JeO+HxnVR4ATM2Cs9qLYGOiSQQYEQiACqUCUGKe/glb
DAAKCRCqda8F7pGKlviCAKCB3CKAR/F2D76uD/8qxr5S1DbyOwCtWJGJyQrw9J9S
EIuFH6y5RtX4+TU=
=1L.H/
-----END PGP PUBLIC KEY BLOCK-----

**Reviews:**

**SA-90**

**Reviews:**

sort by: freshness

[go] (?)

| | | |
|---|---|---|
| **alias hidden** stats: (hidden) | *review for:* Pennsylvania Drivers License (Holograms+Scannable) good communication quality ID | 1y 4m old 5 of 5 |
| **alias hidden** stats: (hidden) | *review for:* Pennsylvania Drivers License (Holograms+Scannable) good communication, quality ID | 1y 4m old 5 of 5 |
| **alias hidden** stats: (hidden) | *review for:* Pennsylvania Drivers License (Holograms+Scannable) quick, good product, responsive seller | 1y 4m old 5 of 5 |
| **alias hidden** stats: (hidden) | *review for:* Pennsylvania Drivers License (Holograms+Scannable) Leave feedback here | 1y 6m old 5 of 5 |
| **alias hidden** stats: (hidden) | *review for:* Pennsylvania Drivers License (Holograms+Scannable) Looks great! | 1y 6m old 5 of 5 |
| **alias hidden** stats: (hidden) | *review for:* Pennsylvania Drivers License (Holograms+Scannable) not bad, quickly corrected an error. little smaller than original. all in all, good transaction | 1y 7m old 5 of 5 |
| **alias hidden** stats: (hidden) | *review for:* Pennsylvania Drivers License (Holograms+Scannable) Good vendor. There had been a minor issue with the photo, but he fixed it and sent me a replacement. | 1y 8m old 5 of 5 |
| **alias hidden** stats: (hidden) | *review for:* Pennsylvania Drivers License (Holograms+Scannable) Great Communicator, FE. Will update. | 1y 8m old 5 of 5 |
| **alias hidden** stats: (hidden) | *review for:* Pennsylvania Drivers License (Holograms+Scannable) Super helpful and sample pics look excellent. FE early and will update when I receive it | 1y 9m old 5 of 5 |
| **alias hidden** stats: (hidden) | *review for:* Pennsylvania Drivers License (Holograms+Scannable) Easy to work with, great communication .will update soon. | 1y 9m old 5 of 5 |

Ɓ1 = Ɓ1.0000

community forums wiki support



# Silk Road
*anonymous market*

messages 0 | orders 0 | account ฿0.0000

Search | Go

Hi, **FBINY**
*logout*

Shop by Category

## Tennessee Driver's License (Holograms + Scannable)

**฿1.4935**

add to cart | bookmark | discuss 0 | report

**GOVERNMENT EXHIBIT**
**915 E**
14 Cr. 68 (KBF)

### Item info:

| | |
|---|---|
| seller | KingOfClubs 0.0 |
| ships from | undeclared |
| ships to | Worldwide |
| category | Fake IDs |

*postage options:*
Regular (฿0.0000)

## Description

**Price Includes Free Regular Shipping Worldwide**

ID FORM:

(Whatever info you provide below will be the same info that goes on the card, please double check to make sure there are no mistakes)

Name:
Date of Birth (MM/DD/YY):
Height:
Weight:
Hair Color:
Eye Color:
Issue Date: (If you dont provide an issue date i'll make one up for you)
Address: (If you dont provide an address ill make one up for you)
-Attach 1 photo taken with a digital camera, against a white wall, from the shoulders up
-If you want your own signature, draw the sig in black ink on white paper, take a closeup pic of the sig with a digital camera. If you dont send a sig, i'll make one up for you.
**Please only send high quality pictures**

What is the best way to send the ID form + pic?

Fill out your ID form, provide an Anonfiles picture link and send it in an PGP encrypted message at checkout. If you don't know how to encrypt yet use privnote.com to upload the ID form along with the Anonfiles picture link.

Anonfiles URL: anonfiles.com
Privnote URL: privnote.com

For those who want to start PGP encrypting, download the program GPG4USB, its the easiest encryption tool to use

GPG4USB URL: http://gpg4usb.cpunk.de/
*Include shipping details at checkout*

**Please provide your ID form before or during checkout, this avoids possible late/cancelled orders (it's difficult to keep track of orders on my end when the ID form hasn't been sent by the buyer), also remember to include your shipping details at checkout**

-----BEGIN PGP PUBLIC KEY BLOCK-----
Version: GnuPG v1.4.11 (MingW32)

mQGiBFBinv4RBACiMKVLxmpgiuaH9ZRLonOn2V+1MVGNJkqqpK77XH+bGGSiYvzi
l3fasWYeF6m1g97vafpB9Q/H+d75fRfXBMtSn+g0i29jQR4fiXw/ZwzUitG+rAecL
LH/Yf1UDP2AePya+2KtiKSFUJ/rSuHaglh0wj8V/ii52P149tUAi8Q/qArWtiwCg51vM
qWjLEWJSAWVQkrOZYvZGcZxUD/0HiRTxy5pU7HFgK0kBMqdOJ5XSXLIBk8TyQBlea
dJY07til5zXuYmhxaUkxKdzzVvXSgJKBD0mNPGpTHJgUesvmEMKhTZmebCiMql/
hv2H-F596Uv/u8qQtfyfBXeb0LQ3rf1vBV+zLBqR62LOXVXiL+bABwzh3QjHFOsiy
FphHA9f7KRERPSaWLHKGg30azzsPbdf5yFSuC5JIqvGj0qtq7ap4XjiSDV6zth
n4zmmIx+Peo66Vt8C2pq1o2fi6FF/QEEAuY8iUbGTinQqXWxgv4FfiUJkVqO7Gd
iLmRapW3sWWV7x1KIhLPfiUPf9ABRD1B/peEYIpat9Tattdqdf7Q1S2IuZ09mQ2x1
YnMgPGt pbmdvZmNsoWJzQHVRvcmn1haWwub3Jn PohiBBMRAgAiBQJQYp7+Ahs jBqs J
CAcDAgYVCAJCgsFgIDAQleAQIXgAAKCRCqda8F7pgKkiLRAKCOKSNTqAhorXHu
okiPvq9i/ms1gCbBJqNdORapk6auf7BIFh3LGgBPsKSAq0EUGke/hAIAK/0e1iI
GfK7Qi3fSRv8AHGIFhukeO7KPuil2STP97C34ZgyOo2vUQ1HtkrTqNsSAW5OJ+
ou+gdDOCU5VDf4WWNVaqnRe7SLfa8yzNvPih5SjTtxNLEAHgO18UllwVanPmRFBP
X+FJZsza9xYhCUdYwNgpz7VAoPazCRPAVKqurLzvTfK5nhCx2XzdxngiOuCoHGF
W9Ki6KaE8SzXwOH2EcmbLqAREEHWJqWuMU8Z4Py8KYTi6yQXikF7+IJ5njkR1Vv
QLmSdRMKUYY+qPUbQfifpWqQZJnQezP4Fq04nBB/ihytnEnTOMgot9pmQ16fxP9
G8HtP4oOEICr4GMAAwYH/31mfy/wSD9BXoo0gOgTap7Q5wbidi69KfMM1eDmGStAs
d1U37WdfiUqA+hNo+LQMpUonz/dJMRsTyq5df116Di39W32Y4o0P9MD50WQrWSc
wl2XsLsJPpiQSnLvVaEdFU04uTfYgwLwjIMzonmWnZdWn2iOBm9i0RSei+y6ao8l
f2Vmg7Q6u+x+waBumPvmPgEIvksqv3wh2PGMLA85DWTnFVJS9mHOd2WQQWvPrzKr
ZVKf1fL3aiKVheCR32LpfUZIFOdNDZg+3HrQc7lL1Gg5pUGwCM7SFowER6yMawgB
MVP6wz2GSHXke2AJCYnvh1JeO+HxnVR4ATM2Cs9qLYGOlSQQYEQIACQUCUGcUKe/glb
DAAKCRCqda8F7pGKlviCAKCB3CKAR/F2D76uD/8qxrSS1Dby9wCWJG3JyQrw9J9S
ELuFH6y6RtX4+TU=
=t1H/
-----END PGP PUBLIC KEY BLOCK-----

**Reviews:**

sort by: [freshness] [go]

| | |
|---|---|
| **alias hidden**<br>stats: (hidden) | *review for: Tennessee Driver's License (Holograms + Scannable)*<br>Great ID and fast | 1y 5m old | 5 of 5 |

| | |
|---|---|
| **alias hidden**<br>stats: (hidden) | *review for: Tennessee Driver's License (Holograms + Scannable)*<br>Leave feedback here | 1y 6m old | 5 of 5 |

| | |
|---|---|
| **alias hidden**<br>stats: (hidden) | *review for: Tennessee Driver's License (Holograms + Scannable)*<br>Finalized early but was sent picture of final product. Looks like great work in the picture.<br>So far so good | 1y 8m old | 5 of 5 |

| | |
|---|---|
| **alias hidden**<br>stats: (hidden) | *review for: Tennessee Driver's License (Holograms + Scannable)*<br>Seems like a good seller.good communication | 1y 8m old | 5 of 5 |

| | |
|---|---|
| **alias hidden**<br>stats: (hidden) | *review for: Tennessee Driver's License (Holograms + Scannable)*<br>remarkable pkg eager to try | 1y 9m old | 5 of 5 |

community forums | wiki | support

Ƀ1 = Ƀ1.0000

**SA-94**

 **Silk Road** *anonymous market*

messages 0 | orders 0 | account ฿0.0000

a few words from the Dread Pirate Roberts 

Search [                    ] Go

Hi, **FBINY** *logout*

Shop by **Category**



## New South Wales Driving License (Holograms+Scans)

**฿1.4935**

add to cart | bookmark | discuss 1 | report

**Item info:**

| | |
|---|---|
| seller | KingOfClubs 0.0 |
| ships from | undeclared |
| ships to | Worldwide |
| category | Fake IDs |

*postage options:*
Regular (฿0.0000) ?

---

### Description

Do you need a Medicare Card as well?
Driver's Licence & Health Card Combo: http://silkroadvb5piz3r.onion/silkroad/item/16ee29bc70

**Price Includes Free Regular Shipping Worldwide**

ID FORM:

(Whatever info you provide below will be the same info that goes on the card, please double check to make sure there are no mistakes)

Class: Full (Yellow Top) or Provisional (Red Top)
Name:
Date of Birth (MM/DD/YY):
Address: (If you don't provide an address ill make one up for you)
-Attach 1 photo taken with a digital camera, against a white wall, from the shoulders up
-If you want your own signature, draw the sig in black ink on white paper, take a closeup pic of the sig with a digital camera. If you don't send a sig, i'll make one up for you.
**Please only send high quality pictures**

What is the best way to send the ID form + pic?

Fill out your ID form, provide a Anonfiles picture link and send it in an PGP encrypted message at checkout. If you don't know how to encrypt yet use privnote.com to upload the ID form along with the Anonfiles picture link.

Anonfiles URL: anonfiles.com
Privnote URL: privnote.com

For those who want to start PGP encrypting, download the program GPG4USB, its the easiest encryption tool to use

GPG4USB URL: http://gpg4usb.cpunk.de/
*Include shipping details at checkout*

**Please provide your ID form before or during checkout, this avoids possible late/cancelled orders (it's difficult to keep track of orders on my end when the ID form hasn't been sent by the buyer), also remember to include your shipping details at checkout**

GOVERNMENT EXHIBIT
915 F
14 Cr. 68 (KBF)

**SA-95**

Public Key:

-----BEGIN PGP PUBLIC KEY BLOCK-----
Version: GnuPG v1.4.11 (MingW32)

mQGiBFBinv4RBACiMKVLxmpgiuaH9ZRLonOn2V+1MVGNJkqqpK77XH+bGGSiYvzi
l3fasWYeF6m1g97vafpB9Q/H+d75RfXBMsN+g0i29jQR4/iXw/Zwz UitG+rAercL
LH/YfUDP2AePya+2KtKSFUJrSuHagh0wj8V/ri52P149UtAi8Q/qArWtiwCg51vM
qWjLEWJSAWQkr0ZYvZGcZXUD/0HkRTxy5pU7HFgK0kBMqdOJ5XSXLlBk8TyQBlea
d1Y07ti15zXuYmhxAUkxKdzzVvXSgJKBD0mNPGpTHJgUesvmEMKhTZrmebCuMql/
hv2HF596Uv/u8qQlfyfBXeb0LQ3rfLvBV+zLBgR62LOXVXlL+bkBw2h3QiHFOsIy
FphHA/9f7RKERPSaWLHK6g30a2zsPbdf5yFSuC5JIqvGj0lqtci7ap4XjSDV6zth
n4znmlx+Peo66VtBC2pq1o/zf6PF/QEEAuY8lUbGGTinOqXWxgv4FffUJkVqO7Gd
iLmRapWs8WW7x1IKIhLPflUPf9ABRD1B/peEYlpat9TattdgH7QlS2luZ09mQ2x1
YnMgPGtpbmdvZmNsdWWJzQHRvcm1haWwvub3JnPohiBBMRAgAiBQJQYp7+AhsjBgsJ
CAcDAgYVCAIJCgsEFgIDAQIeAQIXgAAKCRCqda8F7pGKlk1RAKCOkSNTqAhorXHu
okIPvq9l/rns1gCbBJqNdORqpk6auf7BlFh3LGgBPsK5Ag0EUGKe/hAIAK/0e1il
GfK7QJ3tfSRv8AHGIFhuKeO7kPuilzSTPf97C34Zgy0o2vUQ1HtkrTqNsSAW5OJ+
ou+gdDOCU5VDf4WWNVagnRe7SLfa8yzNvPih5SjTIxNLEAHgD18UllwVAnPmRFBP
X+FJZSza9xYhCUdYwNgpz7VAoPazCRPAVKqurLzvTtk5nhCx2XzDxngplOuCoHGF
W9Ki6KaE8SzXwOH2GmbLqAREEHWJqWuMU8Z4Py8kYiTi6yQXilxF7+Ij5njkR1Vv
QLmSdRMKUYY+qPUbQIfpWqQZJnQezP4Fq04h8Bi/hjytvEntTOMgot9pmQ16fxP9
G8HtP4oOElCr4GMAAwYH/31mfy/wSD9BXoc0gOgTap7Q5wbid69KfMM1eDmGStAs
cf1U37WdfUqA+hNo+LQMpUonz//dJMRsTyq5df116Dh39W32Y4o0P9MD50WQrWSc
wl2XLsjPplQSnLvVaEdFU0l4uTfYgwLwjlMzonmWnZdNW2iOBm9l0RSei+y6ao8l
f2Vmg7Q6u+x+waBumPvmPgEIyksqv3whzPGMLA85DWTnFVJS9mH0d2WQQWvPrzKr
ZVKfLfL3aikVheCR32LpfUZIFOdNDZg+3HrQc7l1L6G5pUGwCM7SFovER6yMawgB
MVP6w2vSHXke2AJCYnvh1JeO+HxnVR4ATM2Cs9qLYGOISQQYEQIACQUCUGKe/glb
DAAKCRCqda8F7pGKlviCAKCBJCKAR/F2D76uD/8qxr5S1Dby9wCfWJGJyQrw9J9S
ELuFH6y5RtX4+TU=
=t1H/
-----END PGP PUBLIC KEY BLOCK-----

Reviews:

sort by: freshness    go    ?



| Unknown yalllllllll | review for: *New South Wales Driving License (Holograms+Scans)*  qty: 1  price: ฿1+ | 1y 3m old  4 of 5 |
| --- | --- | --- |
| orders spent vendors | Turn around was good enough wouldnt complain. ID is possibly passable corners are | |
| 10+  ฿1+  1+ | very very suspicious looks as if they were cut with scissors (makes slightly squarish | |
| | corners). All in all would recommend as the price isnt to bad and it is excellent for what you pay. | |

# SA-96

| **ausdream420** | review for: *New South Wales Driving License (Holograms+Scans)* | qty: 1 | price: ฿1+ | 1y 3m old | 5 of 5 |
|---|---|---|---|---|---|
| orders spent vendors<br>1+ ฿10+ 1+ | FE, Will update when product arrives.<br>Looks very nice in the preview, vendor very helpful.<br>Will be getting more once this one tested.<br><br>5/5 | | | | |

| **Ozdeliver** | review for: *New South Wales Driving License (Holograms+Scans)* | qty: 1 | price: ฿1+ | 1y 3m old | 5 of 5 |
|---|---|---|---|---|---|
| orders spent vendors<br>10+ ฿10+ 10+ | 2weeks to get to aus ID looks good hopefully it works well thanks mate | | | | |

| **Aussiebonghead90** | review for: *New South Wales Driving License (Holograms+Scans)* | qty: 1 | price: ฿1+ | 1y 3m old | 5 of 5 |
|---|---|---|---|---|---|
| orders spent vendors<br>10+ ฿10+ 10+ | It has been 25 days and still hasn't arrived to Aus, am trying to sort out a fair resolution will update with results | | | | |

| **dosandroz** | review for: *New South Wales Driving License (Holograms+Scans)* | qty: 1 | price: ฿1+ | 1y 4m old | 5 of 5 |
|---|---|---|---|---|---|
| orders spent vendors<br>1+ ฿1+ 1+ | Speedy Work, superior product | | | | |

| **zidn99** | review for: *New South Wales Driving License (Holograms+Scans)* | qty: 1 | price: ฿1+ | 1y 4m old | 5 of 5 |
|---|---|---|---|---|---|
| orders spent vendors<br>10+ ฿100+ 10+ | excellent service!! trusted recommended vendor!! A++ service | | | | |

| **Butters1** | review for: *New South Wales Driving License (Holograms+Scans)* | qty: 1 | price: ฿1+ | 1y 4m old | unrated |
|---|---|---|---|---|---|
| orders spent vendors<br>1+ ฿1+ 1+ | FE early... great communication. nice person. hopefully it arrives. | | | | |

| **Assymetry** | review for: *New South Wales Driving License (Holograms+Scans)* | qty: 1 | price: ฿1+ | 1y 4m old | 5 of 5 |
|---|---|---|---|---|---|
| orders spent vendors<br>10+ ฿100+ 10+ | Slight mishap but KingOfClubs was quick to respond and sort the situation out. Very communicative. Second order I've had with them/him/her.<br><br>ID's are pretty well made and IMO would pass for most necessary things. Stopping short of somewhere that may scrutinize them heavily under policy (maybe high end stores, banks, birth deaths and marriages ect?). Post Offices and the like they have all worked flawlessly. | | | | |

| **TheDarkKnight123** | review for: *New South Wales Driving License (Holograms+Scans)* | qty: 1 | price: ฿1+ | 1y 4m old | 5 of 5 |
|---|---|---|---|---|---|
| orders spent vendors<br>1+ ฿1+ 1+ | This vendor is great, would definitely recommend for speedy processing.. Haven't yet received item but I have enough faith from my last transaction | | | | |

| **alias hidden** | review for: *New South Wales Driving License (Holograms+Scans)* | | | 1y 4m old | 5 of 5 |
|---|---|---|---|---|---|
| stats: (hidden) | Satisfied with product, delivery was longer than expected, but communication from vendor was reassuring. | | | | |

1 2 3 > Last ›

฿1 = ฿1.0000

# SA-97



## Description

This is a listing for a forged social security card. The card will look just like it looks in the picture (it is supposed to be offset as the real ones are printed that way). It will be printed on thick tag board cards and will be two sided. These are about just as good as the real ones as they have passed inside a bank before to open an account. These can even be used as one of the two forms of ID needed to open a PO box, so this and one other fake ID and you have a PO box under a fake name if you pay cash or use a prepaid card if card is required. The card will have whatever name and number you ask me to put on it. It will come unsigned and you will have to sign the signature on the card itself in ink as required for it to be valid. These are great if you just need to temporarily replace your card quicker than the formal process or need to assume another number or identity. This order will come with 4 identical cards in case you loose one, it gets something spilled on it or has wear and tear. This may also be used as secondary back up ID. If you match it to a fake ID and your fake is ever called into question presenting a backup matching ID will always clear any doubt. In addition if you assume another identity and all you have in your wallet is a fake ID and some cash it looks a little empty and suspicious, having more forms of ID and more cards to fill it up makes it look real, so buying this and more of my forged items will build a solid cover identity. Below is the order form.

Info Needed to Make Card:
1. Name (first, middle, last)
2. Number (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)
*Please ensure to provide the name to be put on the card in all uppercase.

After you create the above order form make sure you paste it into the address/memo section in the shopping cart at check out, do not message it to me as then a copy is left in your sent box and my inbox needing to be deleted. Make sure before you place the order you save a copy of the order form and all info in case for cuts out or SR does otherwise you will have to redo the whole thing, then after the order is placed delete and destroy the saved backup copy.

This item will be shipped between two strips of cardboard to armor it from mistreatment from mail carriers and to ensure it is not bent or damaged. I will also put it inside a plastic bag if you request me to before I put it in the envelope in case you live in an area where your package or mail is left in a moist environment such as it is snow season and it will be left on your doorstep, so just as if that is needed as this is a paper item. It will be in a discreet envelope and will be sealed in a way that is tamper evident, meaning if opened it cannot be resealed the same way and will show. The small envelope will be shipped with a tracking number without a signature so this way tabs can be kept on it without you giving out a signature or having to be home. It should fit in nearly every mail box or slot but still could be left on door steps. After you finalize the order I destroy the files using the Gutmann method of file destruction and shred the postal receipt in a paper shredder to keep this private, I suggest you do the same to any messages and destroy the envelope it came in by a paper shredder or burning it,

I can also do a cheaper version of the card where it is just a print out of the card designed to look like a xerox scan of the card in case all you need it for is to show to an employer or school as proof you have one and not bring in the actual card you can order just a scan from me at a much cheaper price and have the scan mailed to you or have a pdf emailed to you encrypted. Here is the link to the digital version:
⚓ Forged Social Security Card - Digital Copy ⚓
http://silkroadvb5piz3r.onion/silkroad/item/c2510150e7

Some users in the Silk Road marketplace have passed over this item or voiced concern regarding the appearance of the card. These users have asked why the card looks different than the Social Security card that they have that is their legit one. This is because this forged copy I am offering is not the current generation but the generation prior. The card was changed to a new generation after 9-11 when security measures were increased. The new cards have color change ink of the letters "USA" at the bottom center in the same kind of color change ink that is on U.S. currency down in the bottom right corner. In addition the background seal is different on the new copies. Both this forged generation and the new generations are valid. This is because Social Security cards are issued at birth or upon gaining citizenship and are good for the rest of your life, they do not expire. So if you are born before September 11, 2001 using my forged earlier generation is more credible than if you have a generation of Social Security card that was created well after you were born as it would be a dead giveaway. This way there are less anti counterfeiting measures on the card for someone to test and it will match you age / appearance. This card has received all 5/5 reviews and has passed every time so you are in good hands, use with extreme confidence.

Please keep in mind that despite the illicit black market nature of Silk Road that this marketplace does have a strict set of rules that all buyers and sellers are held to. One of those rules is that selling real identities or identity info is strictly banned. I simply make the forged Social Security cards with information provided by the customer. I do not sell real Social Security numbers, I do not have real Social Security numbers on hand and I will not refer you to anyone who does. Please do not message me and ask for any of that information or offer to sell any of that to me. I will simply delete your message. If say a buyer purchases this item and provides a real name and number then the order will get processed. I do not verify if the information is real or not so that is allowed on Silk Road, just I cant sell any real info.

➤➤➤➤➤➤➤➤➤➤➤➤➤
✈Get Express Processing➤
➤➤➤➤➤➤➤➤➤➤➤➤➤
If you need this item quickly I now offer a way to get express processing. If you order the express processing listing in conjunction with this listing, then instead of your order being processed after the other orders placed ahead of you; your order will be processed before any other order and shipped before any other order. This way you do not have to frantically message me asking for a speedy process and offering to pay extra, you can simply save time and just order the express processing. Please keep in mind that express processing does not alter the postage / delivery method option. Express processing will only get yours processed and shipped first, you will still need to select the proper postage option you want, so if you need it via EMS then select EMS when ordering, then order the express processing on top of that, this way digital orders do not pay for postage they will not use and buyers who only want priority or first class with their express processing can do so.
Express Processing Link: http://silkroadvb5piz3r.onion/silkroad/item/50c685cd7e

Message me with any questions you may have. Below is my PGP key:

GOVERNMENT
EXHIBIT
915 G
14 Cr. 68 (KBF)

# SA-98

-----BEGIN PGP PUBLIC KEY BLOCK-----
Version: BCPG C# v1.6.1.0

mI0EUKoJSgEEAIiTaD7qkByVwJosnHa/X5GFPM/3KvME2vSDtEBRGD9wkaMLjSU5
n9jN+evRjYkV1pqkQmdiLi/UZC8vl79Z9fkFMm3bAZwE8QyLCgc4nptbjJEXMHy0p
PyO0TXv25bNn47feLonxU7Y2txAVBxvmV9wn+ROTC5XOCQxRAbD9Pf8hABEBAAG0
GG5fbWVkZWNsaW5lLmNvbQ==QIRE80b3JtYWsLm9yZ4icBBABAgAGBQJQgjlKAAoJECYPcbgx
NF1BtLwD/0CS/2ockY0LZZ980W0d9XOznqA6Zbdhr0qm2e/wlXEIrHDmsYSYp+TE
IP4ngBCiwG1K7Mxpesz8IDzqhtcnvfowXh0gGMMM1qzrKv90T5xeklOvWtPNvWpx
jtLf2s0xjrocPkTZ1r4Ny/kKO/z6H7FIkuihzZdHr2dyIRSf1R
=dqgO
-----END PGP PUBLIC KEY BLOCK-----

Below are some of my most popular items:

☯ Forged Rite Aid Prescription Rx Labels ☯
http://silkroadvb5piz3r.onion/silkroad/item/36a29435a8

☯ Forged WalMart Prescription Rx Labels ☯
http://silkroadvb5piz3r.onion/silkroad/item/5be03cf610

☯ Forged Walgreens Prescription Rx Labels ☯
http://silkroadvb5piz3r.onion/silkroad/item/e1dfe73823

☯ Forged Binghamton University Student ID ☯
http://silkroadvb5piz3r.onion/silkroad/item/68e8ca3e17

☯ Forged Hawaii Drivers License Digital Copy ☯
http://silkroadvb5piz3r.onion/silkroad/item/1bc67dddaf

☯ Forged Florida Drivers License Digital Copy ☯
http://silkroadvb5piz3r.onion/silkroad/item/6697040cb4

☯ Forged Auto Insurance Card - Allstate ☯
http://silkroadvb5piz3r.onion/index.php/silkroad/item/1abf67932f

☯Forged Proof of Auto Insurance Card State Farm☯
http://silkroadvb5piz3r.onion/index.php/silkroad/item/6e697780de

☯ AAA Emergency Road Service Mebership Card ☯
http://silkroadvb5piz3r.onion/silkroad/item/68be66ab9d

☯ Forged W-2 Tax Form ☯
http://silkroadvb5piz3r.onion/silkroad/item/5587e9f674

☯ Forged Service Dog ID / Fake Guide Dog ID Card ☯
http://silkroadvb5piz3r.onion/index.php/silkroad/item/ffe011cc42

☯ Forged American Red Cross Cards All Classes! ☯
http://silkroadvb5piz3r.onion/index.php/silkroad/item/cfa5bbedb5

☯ 50 Opium Poppy Seeds - (Papaver Somniferum) ☯
http://silkroadvb5piz3r.onion/silkroad/item/08281d97eb

☯ 100 Opium Poppy Seeds - (Papaver Somniferum) ☯
http://silkroadvb5piz3r.onion/index.php/silkroad/item/23d2460b8e

☯ 1000 Opium Poppy Seeds - (Papaver Somniferum) ☯
http://silkroadvb5piz3r.onion/index.php/silkroad/item/dda19aa671

☯ Forged Prescription Rx Labels - Customized! ☯
http://silkroadvb5piz3r.onion/silkroad/item/1ee45cc6d1

☯ Adobe Photoshop CS6 ☯
http://silkroadvb5piz3r.onion/silkroad/item/f0bfa9d54d

☯ Adobe Photoshop CS5 ☯
http://silkroadvb5piz3r.onion/silkroad/item/be21463e1d

☯ Adobe Dreamweaver CS5 ☯
http://silkroadvb5piz3r.onion/silkroad/item/f26bf2e692

☯ Adobe Illustrator CS5 ☯
http://silkroadvb5piz3r.onion/silkroad/item/5249680d2b

☯ Adobe Illustrator CS6 ☯
http://silkroadvb5piz3r.onion/index.php/silkroad/item/0bb00cedc9

☯ Adobe Fireworks CS3 ☯
http://silkroadvb5piz3r.onion/silkroad/item/38982a22b0

☯ Adobe Acrobat Pro 10 ☯
http://silkroadvb5piz3r.onion/silkroad/item/ff3a0e64a4

☯ MDMA Synthesis Instructions eBook ☯
http://silkroadvb5piz3r.onion/index.php/silkroad/item/198434ed95

☯ Organic Chemistry Laboratory Survival Manual ☯
http://silkroadvb5piz3r.onion/index.php/silkroad/item/beddd07685

☯ Guide to Postal Smuggling eBook ☯
http://silkroadvb5piz3r.onion/silkroad/item/d94a013127

Metta Tags: cannabis, oxycontin, bicoins, BTC, MDMA, speed, spores, heroin, methamphetamine, cash, vicodin, oxycodone, morphine, weed, marijuanna, ebook, methadone, NMDA, PCP, GHB, viagra, levitra, cialis, Vardenafil, Sildenafil, Seroquel, Quetiapine, norco, lortab, watson, 10mg, 5mg, 40mg, xanax, 5mg, 1mg, 2mg, alprazolam, benzos, benzodiazepines, klonopin, valium, diazepam, pill cutter, apple bags, drug baggies, ziplock, red dice, Pseudoephedrine, merchandise, silk road, adobe, illustrator, photoshop, acrobat, pro, dreamweaver, CS3, CS4, CS5, CS6, CS7, M357, depakote, Wellbutrin, Bupopion, Divalproex Sodium, fireworks, qvar, Beclomethasone Dipropionate, thailand, redbull, original, synthesis, flexeril, cyclobenzaprine, epipen, shot, Adrenaline, Epinephrine, leaf, yellow bus, neon, orange, stash can, free, organic, chemistry, ID, service dog, guide, badge, fake, drivers license, passport, social security, hacking, internet, cyber, American Red Cross, CPR, First Aid, AED, auto, insurance, digital copy, florida, hawaii, binghamton university, new york, student, staff, geico, postal, smuggling, tax, taxes, money, laundering, alibi, doctors note, receipt, credit, card, WalMart, CVS, CostCo, Rite Aid, QFC, safeway, AAA, triple A, roadside assistence, coupon, discount, w-2, tax, taxes, employment, paystub, express

# SA-99

**Reviews:**

sort by: [freshness] [go] (?)

| **msnastytime69** | *review for:* ⚛ **Forged Social Security Card** ⚛ | *qty:* 1 | *price:* ฿0+ | 1y 3m old | 5 of 5 |
|---|---|---|---|---|---|
| orders spent vendors<br>10+ ฿1+ 10+ | thanks. :) | | | | |

| **MaBell** | *review for:* ⚛ **Forged Social Security Card** ⚛ | *qty:* 1 | *price:* ฿0+ | 1y 3m old | 5 of 5 |
|---|---|---|---|---|---|
| orders spent vendors<br>1+ ฿1+ 1+ | Absolutely amazing. I made a mistake and the vendor worked with me and even provided an extra card.<br><br>This is my new go to guy for ID forgeries | | | | |

| **MyAliasName** | *review for:* ⚛ **Forged Social Security Card** ⚛ | *qty:* 1 | *price:* ฿0+ | 1y 3m old | 5 of 5 |
|---|---|---|---|---|---|
| orders spent vendors<br>10+ ฿10+ 10+ | I am impressed! I just did a side by side check with the real deal version of this era card...and it is a very nice product!<br>The only problem you could possibly have if ever using this card in person, it that it simply looks brand new for a card<br>that has not been issued for several years now. But most are using it for scans, etc...so no problems there.<br><br>BONUS: The vendor is kind enough include several copies with your order (Props To This Vendor). It is very helpful that several copies are<br>included, bc I can try different aging methods on one or two of the cards to try and make it look a bit older and beat up...like an authentic card<br>issued in this era.<br><br>Will definitely do business with again! | | | | |

| **Christian Slater** | *review for:* ⚛ **Forged Social Security Card** ⚛ | *qty:* 1 | *price:* ฿0+ | 1y 3m old | 5 of 5 |
|---|---|---|---|---|---|
| orders spent vendors<br>10+ ฿100+ 10+ | These will pass with no problems. Thank you. | | | | |

| **jamesh4nd** | *review for:* ⚛ **Forged Social Security Card** ⚛ | *qty:* 1 | *price:* ฿0+ | 1y 3m old | 5 of 5 |
|---|---|---|---|---|---|
| orders spent vendors<br>1+ ฿0+ 1+ | Came packaged like a pro! Look pretty good as well! Thanks ND! | | | | |

| **happynolucky** | *review for:* ⚛ **Forged Social Security Card** ⚛ | *qty:* 1 | *price:* ฿0+ | 1y 3m old | 5 of 5 |
|---|---|---|---|---|---|
| orders spent vendors<br>1+ ฿1+ 1+ | Very quick shipping, and the cards look great! Thanks a ton! | | | | |

| **yankees25** | *review for:* ⚛ **Forged Social Security Card** ⚛ | *qty:* 1 | *price:* ฿0+ | 1y 4m old | 5 of 5 |
|---|---|---|---|---|---|
| orders spent vendors<br>10+ ฿100+ 10+ | +++++++AAAAAA++++++++ Vendor. Great fakes, super turnaround time and exras, if you pay the express amt.<br><br>Perfect to back up my fake license. | | | | |

| **swishaman** | *review for:* ⚛ **Forged Social Security Card** ⚛ | *qty:* 1 | *price:* ฿0+ | 1y 4m old | 5 of 5 |
|---|---|---|---|---|---|
| orders spent vendors<br>1+ ฿1+ 1+ | Super Fast Super Stealth shipping. SS card is damn near the real thing. I cant tell not a single difference from the original.<br>Seller is highly recommended and will be my go to for any of his forgeries. If you go anywhere but him first you are try<br>losing out. Did I mention he was also kind enough to give me four for the price of one. On top of that the item was half off. You will not find a<br>better more legit seller then this one. Thanks again | | | | |

| **dannyvermin** | *review for:* ⚛ **Forged Social Security Card** ⚛ | *qty:* 1 | *price:* ฿0+ | 1y 4m old | 4 of 5 |
|---|---|---|---|---|---|
| orders spent vendors<br>1+ ฿0+ 1+ | Excellent product, looks totally real. Seller was very responsive. | | | | |

| **KushDragon420** | *review for:* ⚛ **Forged Social Security Card** ⚛ | *qty:* 1 | *price:* ฿0+ | 1y 4m old | 2 of 5 |
|---|---|---|---|---|---|
| orders spent vendors<br>10+ ฿10+ 1+ | Shipping is quick, contact is straight to business. But the quality is not at all what I was expecting. | | | | |

1 2 3 > Last ›

community forums | wiki | support

# SA-100





**SA-101**



GOVERNMENT
EXHIBIT
916 E
14 Cr. 68 (KBF)

## Silk Road
*anonymous market*

You wonderful from
the Dread Pirate Roberts

Hi, FBINY
*logout*

messages 0    orders 0    account ฿0.0000

Search                                                     Go

Shop by Category

### Android RAT + Tutorial

TMO2012

**฿0.0187**

add to cart | bookmark | discuss 0 | report

**Item info:**

| | |
|---|---|
| seller | sniffsniff 0.0 |
| ships from | undeclared |
| ships to | Worldwide |
| category | Digital goods |

*postage options:*
DO NOT SEND ME A DIE ⓘ

### Description

This listing will be for an Android RAT and setup tutorial. Please only purchase if you have previous experience with RATs.

Here is some of the media it's capable of stealing:

Contacts
Personal information
Phone call logs
Pictures
SMS messages (sent & received)
WhatsApp messages

Here are the some of the other features:

Microphone streaming
Real-time location via GPS/3G/4G
Real-time phone status (missed call, missed SMS message, etc)
Real-time SMS message monitoring
Remote camera control
Remote phone calling
Remote SMS sending
Remote URL opening
Remote vibrations
Video streaming

I will also throw in an Android APK binder for a limited time (allows you to execute the stealer when the victim opens the binded Android app).

If you have any questions, feel free to send me a message.

~sniffsniff

### Reviews:

sort by: freshness          go  ⓘ

#1 = ฿1.0000

community forums | wiki | support



Hi, **FBINY**
*logout*

## Silk Road
*anonymous market*

Shop by Category

messages **0** | orders **0** | account **฿0.0000**

Search | Go

# Email Account Cracker - BeST PRiCE on SR!!!!

**฿0.0746**

add to cart | bookmark | discuss *0* | report

Item info:

| | |
|---|---|
| seller | mesa23Sz 0.0 |
| ships from | United States of America |
| ships to | Worldwide |
| category | Digital goods |

*postage options*
Digital Download (฿0. (?)

## Description

This tool will allow you to crack nearly any email account. All you need to know is the smtp sever and port (a quick google search can solve that).

It's extremely easy to use and I'll even throw in a little .gif image showing you how to use it.

This can crack:
gmail
hotmail
yahoo
email
and any others you need.

## Reviews:

sort by: freshness | go (?)

**WakeTheEffUp**

orders spent vendors
10+ ฿100+ 10+

*review for: Email Account Cracker - BeST PRiCE on SR!!!!* qty: *1* price: *฿0+*

Nothing but a few .exe thrown into a zip file. No instructions or directions from the vendor included.

P.S. - 3 different Anti Virus programs said 2 or 3 of the files were backdoors!

Terrible transaction - would not recommend to ANYONE unless you want to allow this vendor to "pwn" your computer!

1y 4m old | 1 of 5

GOVERNMENT
EXHIBIT
916 I
14 Cr. 68 (KBF)

฿1 = ฿1.0000

community forums | wiki | support



**Silk Road**
anonymous market

messages 0 | orders 0 | account ฿0.0000

Search [                    ] Go

a few words from
the Dread Pirate Roberts

Hi, **FBINY**
logout

Shop by Category

## Hack Facebook Twitter and YouTube Accounts

**Item info:**
seller        optiman 0.0
ships from     undeclared
ships to       Worldwide
category       Services

postage options:
Free (฿0.0000) ⓘ

฿0.1404

add to cart | bookmark   discuss 2 | report

### Description

*For Android Devices only (Cellphones, Tablets etc)

Get accounts sessions over connected WiFi and Access to Facebook, Twitter, YouTube, Google, WhatsApp, and More social webs like you're the account owner.

You can Read, Write, Upload, Delete, View All Personal Info, Messages, Photos, Friends, Comments, etc...

YOU GET 6 APPS
2 Similar Apps for get accounts sessions.
1 App for only get Facebook account sessions.
2 App for spy WhatsApp messages transfers.
1 App to protect yourself from such attacks.

* You may need a rooted device. The file weight is 2.4MB.

Feel free to ask any questions.
Optiman

**Reviews:**
sort by: freshness [          ] go ⓘ

bponury
id: a73eac5af619ec55e7f3596...

**Bartosz Testowy**
id: 10000213816339d

bponury
id: 21q560afz04f06dc27be9ee...

**Bartosz Ponurkiewicz**
id: decaf6d274d5f45d7-96fa...

GOVERNMENT
EXHIBIT
916 J
14 Cr. 68 (KBF)

**AviadOooo**
orders spent vendors
1+  B0+  1+

| review for: *Hack Facebook Twitter and YouTube Accounts*   qty: 1   price: B0+ | 1y 3m old   5 of 5 |
|---|---|
| really one of the best sellers i came across at SR. | |

**alias hidden**
stats: (hidden)

| review for: *Hack Facebook Twitter and YouTube Accounts* | 1y 4m old   5 of 5 |
|---|---|
| Great deal! Seller is really supportive. | |

**alias hidden**
stats: (hidden)

| review for: *Hack Facebook Twitter and YouTube Accounts* | 1y 4m old   5 of 5 |
|---|---|
| Fast and Good seller | |

**alias hidden**
stats: (hidden)

| review for: *Hack Facebook Twitter and YouTube Accounts* | 1y 4m old   5 of 5 |
|---|---|
| as always great seller | |

**alias hidden**
stats: (hidden)

| review for: *Hack Facebook Twitter and YouTube Accounts* | 1y 4m old   5 of 5 |
|---|---|
| Leave feedback here | |

**alias hidden**
stats: (hidden)

| review for: *Hack Facebook Twitter and YouTube Accounts* | 1y 5m old   5 of 5 |
|---|---|
| Looks good will update once I play with it | |

**alias hidden**
stats: (hidden)

| review for: *Hack Facebook Twitter and YouTube Accounts* | 1y 5m old   5 of 5 |
|---|---|
| Leave feedback here | |

**alias hidden**
stats: (hidden)

| review for: *Hack Facebook Twitter and YouTube Accounts* | 1y 5m old   3 of 5 |
|---|---|
| not bad. | |

**alias hidden**
stats: (hidden)

| review for: *Hack Facebook Twitter and YouTube Accounts* | 1y 5m old   5 of 5 |
|---|---|
| fast handeling! | |

**alias hidden**
stats: (hidden)

| review for: *Hack Facebook Twitter and YouTube Accounts* | 1y 5m old   5 of 5 |
|---|---|
| thanks | |

**alias hidden**
stats: (hidden)

1 2 3 > Last ›

B1 = B1.0000



## Description

This listing will be for a list of contacts that can crack random accounts on any website that has a login page.

Please note that I will not crack any finance-related website accounts.

If you are interested in having a specific account cracked, get in touch with me and we can make a deal.

If you have any questions, feel free to send me a message.

~sniffsniff

GOVERNMENT
EXHIBIT
916 K
14 Cr. 68 (KBF)

## Reviews:



sort by: freshness    go   ?

| blindio222 | review for: *I Will Crack ANY Username+Password*   qty: 1   price: ฿0+ | 1y 3m old | 5 of 5 |
| orders spent vendors | write your review here | | |
| 10+  ฿10+   10+ | | | |

| alias hidden | review for: *I Will Crack ANY Username+Password* | 1y 6m old | 5 of 5 |
| stats: (hidden) | fe'd but this guy is good for it | | |

| alias hidden | review for: *I Will Crack ANY Username+Password* | 1y 8m old | 5 of 5 |
| stats: (hidden) | this time, it was not possible, vendor provided 100% refund, very nice guy | | |

| alias hidden | review for: *I Will Crack ANY Username+Password* | 1y 8m old | 5 of 5 |
| stats: (hidden) | AWESOME VENDOR, GREAT FEEDBACK QUICK TURNAROUND. WILL DEFF COME BACK FOR NEW BUSINESS. | | |

฿1 = ฿1.0000

community forums | wiki | support



a few kegs las from
the Dread Pirate Roberts

Hi, **FBINY** *logout*

**Silk Road**
*anonymous market*

messages 0 | orders 0 | account ฿0.0000

Search [ ] Go

Shop by Category

# Email Cracking Tool

**฿0.0187**

add to cart | bookmark | discuss 0 | report

**Item info:**

| | |
|---|---|
| seller | sniffsniff 0.0 |
| ships from | undeclared |
| ships to | Worldwide |
| category | Digital goods |

*postage options:*
DO NOT SEND ME AD ⑦

**GOVERNMENT EXHIBIT**
**916 L**
14 Cr. 68 (KBF)

TMO2012

## Description

This program is capable of cracking almost any email account (provided you know SMTP and port).

I will include 2-3 word lists as well as an updated list of SMTP and ports for 30+ email providers.

If you have any questions, feel free to send me a message.

~sniffsniff

## Reviews:

sort by: freshness [ ] go ⑦⑦

**ahotboy3k**
orders spent vendors
10+ ฿10+ 10+

*review for: Email Cracking Tool* qty: 1 price: ฿0+
great dude with great software gonna be keeping a eye on this dude for the futuere

1y 3m old | 5 of 5

**alias hidden**
stats: (hidden)

*review for: Email Cracking Tool*
You the man! Great stuff :)

1y 4m old | 5 of 5

| | | |
|---|---|---|
| **alias hidden**<br>stats: (hidden) | *review for: Email Cracking Tool*<br>FE, was messaged almost instantly. (: | 1y 4m old   5 of 5 |
| **alias hidden**<br>stats: (hidden) | *review for: Email Cracking Tool*<br>awesome! | 1y 5m old   5 of 5 |
| **alias hidden**<br>stats: (hidden) | *review for: Email Cracking Tool*<br>Leave feedback here | 1y 5m old   5 of 5 |
| **alias hidden**<br>stats: (hidden) | *review for: Email Cracking Tool*<br>5/5 vendor helped me with some questions | 1y 5m old   5 of 5 |
| **alias hidden**<br>stats: (hidden) | *review for: Email Cracking Tool*<br>superb as always!! | 1y 5m old   5 of 5 |
| **alias hidden**<br>stats: (hidden) | *review for: Email Cracking Tool*<br>Leave feedback here | 1y 5m old   5 of 5 |
| **alias hidden**<br>stats: (hidden) | *review for: Email Cracking Tool*<br>Seems to be working, thank you. | 1y 5m old   5 of 5 |
| **alias hidden**<br>stats: (hidden) | *review for: Email Cracking Tool*<br>Item came, works as expected. | 1y 5m old   5 of 5 |

1 2 3 > Last >

*B1 = B1.0000*



# Silk Road
*anonymous market*

messages **0** | orders **0** | account **฿0.0000**

a few krauls from
the Dread Pirate Roberts

Hi, **FBINY**
*logout*

GOVERNMENT
EXHIBIT
**916 P**
14 Cr, 68 (KBF)

Search [                    ] Go

Shop by Category

## Keylogger

add to cart | bookmark | discuss 0 | report

**฿0.0414**

**Item info:**

| | |
|---|---|
| seller | supremePSY 0.0 |
| ships from | United States of America |
| ships to | Worldwide |
| category | Digital goods |

*postage options:*
none (฿0.0000)

## Description

\*\*This will not keylog your computer. You have my word as a trusted seller. This will however make your antivirus throw up some red flags, so before you download it turn it OFF.\*\*

The link that I will send you will be a keylogger creator. The .exe file is not the keylogger, it only creates the keylogger for you to then run on someone elses computer. You can PM me if you have any issues with how to use it. It is pretty easy to use and self explanatory.

## Reviews:

sort by: [ freshness ] go

**zapadios**

*review for: Keylogger*    *qty: 1*    *price: ฿0+*

it's really easy to use, thanks

orders spent vendors
10+   ฿1+   1+

1y 3m old    5 of 5

| | | |
|---|---|---|
| **alias hidden**<br>stats: (hidden) | *review for: Keylogger*<br>Fast and very helpful, definitely treats his customers with great care | 1y 4m old   5 of 5 |
| **alias hidden**<br>stats: (hidden) | *review for: Keylogger*<br>thanks received . will try | 1y 6m old   5 of 5 |
| **alias hidden**<br>stats: (hidden) | *review for: Keylogger*<br>Leave feedback here | 1y 6m old   5 of 5 |
| **alias hidden**<br>stats: (hidden) | *review for: Keylogger*<br>quick and easy peasy | 1y 6m old   5 of 5 |
| **alias hidden**<br>stats: (hidden) | *review for: Keylogger*<br>dumbass confusing on my part, either way this guy is the man -- helpful and legit. 5/5. | 1y 6m old   5 of 5 |
| **alias hidden**<br>stats: (hidden) | *review for: Keylogger* | 1y 6m old   5 of 5 |
| **alias hidden**<br>stats: (hidden) | *review for: Keylogger*<br>Fast and smooth transaction! | 1y 6m old   5 of 5 |
| **alias hidden**<br>stats: (hidden) | *review for: Keylogger*<br>Perfect! | 1y 7m old   5 of 5 |
| **alias hidden**<br>stats: (hidden) | *review for: Keylogger*<br>Just what I needed! THANKS! | 1y 7m old   5 of 5 |

1 2 3 >

GOVERNMENT
EXHIBIT
**916 U**
14 Cr. 68 (KBF)

# Silk Road
*anonymous market*

Shop by Category

messages 0 | orders 0 | account ฿0.0000

Search [ ] Go

a favorite from
the Dread Pirate Roberts

Hi, FBINY
*logout*

## Professional DDoS Service (70+ Gbps)



TMO2012

฿0.0374

add to cart | bookmark | discuss 0 | report

**Item info:**

| | |
|---|---|
| seller | sniffsniff 0.0 |
| ships from | undeclared |
| ships to | Worldwide |
| category | Services |

*postage options:*
DO NOT SEND MEAD ⑦

## Description

"In computing, a denial-of-service attack (DoS attack) or distributed denial-of-service attack (DDoS attack) is an attempt to make a machine or network resource unavailable to its intended users. Although the means to carry out, motives for, and targets of a DoS attack may vary, it generally consists of efforts to temporarily or indefinitely interrupt or suspend services of a host connected to the internet." - Wikipedia

I will be using multiple attack methods capable of taking down anything from a home connection to well-protected business websites.

This listing is for the consultation only. After we agree on a price, I will set up a custom listing and when I'm finished, you will leave feedback here.

Pricing will range anywhere from $5 to $200 an hour, depending on the type of connection and if it's protected by CloudFlare, etc.

If you have any questions, feel free to send me a message.

–sniffsniff

**Reviews:**

sort by: freshness [ ] go ⑦

#1 = ฿1.0000

**Silk Road**
anonymous market

messages 0 | orders 0 | account ฿0.0000

...a few words from
the Dread Pirate Roberts

Hi, **FBINY**
logout

Search [ ] Go

Shop by Category

## Distribuited Denial Of Service on 1 IP for 48h

฿3.8764

add to cart | bookmark | discuss 0 | report

**Item info:**

| | |
|---|---|
| seller | drupks 0.0 |
| ships from | Italy |
| ships to | Worldwide |
| category | Services |

postage options:
setup (฿0.0000) ⑦

### Description

Distribuited Denial Of Service on 1 IP for 48h

F.E. REQUIRED - if the host dont go down.. 100% REFOUND or feedback me as a scammer.

http://silkroadvb5piz3r.onion/silkroad/item/ae95aa85aa <- Denial Of Service for 96 h
Other Customer reviews:

rating review freshness
5 of 5 FE 2 months
5 of 5 FE on request 3 months

http://silkroadvb5piz3r.onion/silkroad/item/c6ba100504 <- Denial Of Service for 48 h
Other Customer reviews:

rating review freshness
5 of 5 Updating feedback. If you ever need a dDOS - USE this guy. Absolutely fucking brilliant service. Cant thank you enough. 3 months

### Reviews:

sort by: freshness [ ] go ⑦

฿1 = ฿1.0000

GOVERNMENT
EXHIBIT
**916 V**
14 Cr. 68 (KBF)

community forums | wiki | support

# SA-112

Silk Road
anonymous market
messages 0 | orders 0 | account ฿0.0000
Search
Go
the Dread Pirate Roberts
Hi, FBINY
logout
0
Shop by Category
Money 269
Bullion 27
Digital currencies 48
Apparel 753
Art 14
Books 1,322
Collectibles 26
Computer equipment 100
Custom Orders 87
Digital goods 892
Drug paraphernalia 496
Drugs 13,802
Electronics 239
Erotica 584
Fireworks 34
Food 13
Forgeries 156
Hardware 35
Home & Garden 28
Jewelry 104
Lab Supplies 30
Lotteries & games 169
Medical 56
Musical instruments 7
Packaging 91
Services 171
Sporting goods 3
Tickets 4
Writing 7
sort by: bestselling
Domestic only
update
discuss this category 9
$1,000 US Dollars (10 $100 bills)
seller: gold 0.0
ships from: United States of America
฿9.3597
add to cart
$10,000 US Dollars (100 $100 bills)
seller: gold 0.0
ships from: United States of America
฿91.6370
add to cart
$100 US Dollars (1 $100 bill)
seller: gold 0.0
ships from: United States of America
฿0.9830
add to cart
$1000 USD Cash AND 1 Ounce Amer. Buffalo Gold Coin
seller: gold 0.0
ships from: United States of America
฿19.9820
add to cart
£100 - Tesco Vouchers UK
seller: Mr BlackHat 0.0
ships from: United Kingdom
฿0.3050
add to cart
$100 Bill
seller: CashExpress 0.0
ships from: United States of America
฿0.9180
add to cart
ANONYMOUS VISA ATM CARD EUR/ USD + Bank ACC
seller: BioCanna 0.0
ships from: Poland
฿0.3421
add to cart
ANONYMOUS | VISA ATM DEBIT CARD | EUR/USD/GBP
฿0.1380
add to cart
GOVERNMENT EXHIBIT 917
14 Cr. 68 (KBF)



# SA-113

| | | | |
|---|---|---|---|
| ANONYMOUS \| VISA ATM DEBIT CARD \| EUR/USD/GBP<br>seller: Iamapoorboytoo 0.0<br>ships from: Poland | 5<br>4<br>3<br>2<br>1 | | ฿0.1380<br>add to cart |
| Australian Bank account 4.4k a day withdraw limit.<br>seller: tucksh0p 0.0<br>ships from: Australia | 5<br>4<br>3<br>2<br>1 | | ฿19.4570<br>add to cart |
| $100 Green Dot Moneypak<br>seller: freemoney 0.0<br>ships from: United States of America | 5<br>4<br>3<br>2<br>1 | | ฿0.9098<br>add to cart |
| ATM Cash Machine Hack...<br>seller: UK Stealth 0.0<br>ships from: United States of America | 5<br>4<br>3<br>2<br>1 | | ฿0.6000<br>add to cart |
| BTC loaded on Anonymous Inter. Checking/ATM Cards<br>seller: PureO 0.0<br>ships from: undeclared | 5<br>4<br>3<br>2<br>1 | | ฿0.9981<br>add to cart |
| $1000 cash (10 x $100s) Express shipping available<br>seller: MagicBeats 0.0<br>ships from: United States of America | 5<br>4<br>3<br>2<br>1 | | ฿8.5890<br>add to cart |
| $100 Increment Vanilla Visa Pre-Paid or Moneypaks<br>seller: catfish916 0.0<br>ships from: United States of America | 5<br>4<br>3<br>2<br>1 | | ฿0.8692<br>add to cart |
| ANONYMOUS VISA/MASTER CARD BTC WASH WITHDRAW MONEY<br>seller: DrugsAndCash 0.0<br>ships from: Germany | 5<br>4<br>3<br>2<br>1 | | ฿0.2863<br>add to cart |
| Anonymous EUR Visa debit card w IBAN 4 ATM cashout<br>seller: starlight 0.0<br>ships from: Netherlands | 5<br>4<br>3<br>2<br>1 | | ฿0.4166<br>add to cart |
| Sell your Moneypak for quick BTC here<br>seller: freemoney 0.0 | 5<br>4<br>3<br>2 | | ฿0.2063 |

casnout

seller: starlight 0.0
ships from: Netherlands

5
4
3
2
1

฿0.4166
add to cart

---

no image

Sell your Moneypak for quick BTC here

seller: freemoney 0.0
ships from: United States of America

5
4
3
2
1

฿0.2063
add to cart

---

EST 2011

VERIFIED BITSTAMP ACCOUNT IBAN AND VISA ATTACHED

seller: fake 0.0
ships from: undeclared

5
4
3
2
1

฿1.4860
add to cart

---

CASHOUT

BTC Cashout 2 private Anon Bank Acct w ATMBankcard

seller: PureO 0.0
ships from: undeclared

5
4
3
2
1

฿8.1675
add to cart

---

no image

1 Troy Ounce Gold Coin S. African Kruggerand

seller: gold 0.0
ships from: United States of America

5
4
3
2
1

฿12.1140
add to cart

---

PayPal

Make STEALTH PAYPAL and withdraw 100% anonymous $

seller: NoQuarter 0.0
ships from: undeclared

5
4
3
2
1

฿0.0826
add to cart

---

BITCOIN
ATM

BTC to Cashout 10% deposit

seller: PureO 0.0
ships from: undeclared

5
4
3
2
1

฿0.1007
add to cart

---

Silk Road
User: gold

1/10 Troy Ounce Gold Coin American Eagle Bullion

seller: gold 0.0
ships from: United States of America

5
4
3
2
1

฿1.3555
add to cart

---

ATM Cash Machine Hack... ++CHEAPEST on SR++

seller: mesa235z 0.0
ships from: United States of America

5
4
3
2
1

฿0.4853
add to cart

---

PATRIOT ACT PROOF MONEY LAUNDERING PROCEDURE!!!

seller: delmar813 0.0
ships from: United States of America

5
4
3
2
1

฿0.2886
add to cart

---

1 2 3 > Last ›