# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 15-1815

**Caption [use short title]**

**Motion for:** an extension of time in which to file the Reply Brief on Appeal

United States v. Ross William Ulbricht

**Set forth below precise, complete statement of relief sought:**

a motion for an extension of time to file the Reply Brief on Appeal until August 1, 2016, in light of the extraordinary length of the government's oversized brief, conflicting deadlines in other appeals in the Second and Ninth Circuits, and an unanticipated injury suffered by my associate, who will be participating in the writing of the brief.

**MOVING PARTY:** Ross Ulbricht
- [ ] Plaintiff
- [ ] Defendant
- [✓] Appellant/Petitioner
- [ ] Appellee/Respondent

**OPPOSING PARTY:** United States of America

**MOVING ATTORNEY:** Joshua L. Dratel, Esq.

**OPPOSING ATTORNEY:** Eun Young Choi, Esq.

[name of attorney, with firm, address, phone number and e-mail]

Joshua L. Dratel, Law Offices of Joshua L. Dratel, P.C.
29 Broadway, Suite 1412, New York, NY 10006
(212) 732 - 0707; jdratel@joshuadratel.com

Eun Young Choi, United States Attorney's Office, S.D.N.Y.
One St. Andrew's Plaza, New York, NY 10007
(212) 637 - 2187; eun.young.choi@usdoj.gov

**Court-Judge/Agency appealed from:** Hon. Katherine B. Forrest

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes [ ] No (explain):

Opposing counsel's position on motion:
[✓] Unopposed [ ] Opposed [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes [✓] No [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this Court? [ ] Yes [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested? [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [✓] No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ Joshua L. Dratel    **Date:** June 23, 2016    Service by: [✓] CM/ECF  [ ] Other [Attach proof of service]

**Form T-1080** (rev. 12-13)