UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket No. 15-1815 |
| Appellee, | DECLARATION IN SUPPORT OF ROSS ULBRICHT'S MOTION |
| - against - | FOR AN EXTENSION OF TIME IN WHICH TO FILE HIS |
| ROSS WILLIAM ULBRICHT, | REPLY BRIEF ON APPEAL |
| Appellant. | |

------------------------------------------------------X

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

JOSHUA L. DRATEL, pursuant to 28 U.S.C. §1746, hereby declares under penalty of perjury:

1. I am an attorney and represent Defendant-Appellant Ross Ulbricht in his appeal from his conviction and sentence in Docket No. 15-1815 [14 Cr. 68 (KBF) in the District Court]. I make this declaration in support of Mr. Ulbricht's motion for a four-week extension of time until August 1, 2016, in which to file his Reply Brief. *See* 2d Cir. Local Rule 27 (f)(1). I have been in contact with Assistant United States Attorney Eun Young Choi, who has informed me that the government does not oppose this request.

2. Mr. Ulbricht was tried in January-February 2015, and the jury returned a verdict of guilty February 4, 2015. Sentencing occurred May 29, 2015, and judgment was entered June 1, 2015. Mr. Ulbricht was sentenced to life imprisonment without parole.

3. Presently, Mr. Ulbricht's Reply Brief is due Friday, July 1, 2016. This is Mr.

1

Ulbricht's first motion for an extension for the Reply Brief. Mr. Ulbricht made one previous request for an extension of time to file his Opening Brief and Appendix, which this Court granted December 2, 2015. For the reasons detailed below, it is respectfully submitted that the requested extension is appropriate to enable counsel to prepare the Reply Brief on Mr. Ulbricht's behalf in this complex and detailed case that included substantial pretrial motions, a four-week trial, and a sentence that resulted in a term of life imprisonment.

    4. The extension is requested in order to permit counsel to prepare the Reply Brief on Mr. Ulbricht's behalf fully and effectively. The reasons are as follows:

    (a)  in response to Appellant's Opening Brief, the government requested (and received) an extension of time to file its Brief as well as permission to file an oversized brief. The government then filed a 159-page brief (37,016 words) and a 233-page supplemental appendix last Friday, June 17, 2016. In that regard, the government's Brief exceeds the length of the Appellant's 140-page (30,182 words) Brief. The government also requested the unsealing of various documents related to the case just prior to the filing of their Brief. In order to respond to the government's Brief, the Appellant will also likely first have to request the unsealing of still additional documents and will also have to supplement the Record on Appeal. Thus, the review and preparation of the Reply Brief in the context of such considerable briefing and additional elements of the record merits additional time to compose the Reply Brief;

    (b)  during this same period, I have the following pre-existing commitments: (a) a Brief on Appeal in *United States v. Chambers*, Docket 16-163 (a case I tried in the

        Southern District of New York) due July 22, 2016; and (b) a Reply Brief in the Ninth Circuit in *United States v. Moalin*, Docket 13-50572, a case involving the only criminal prosecution based on the National Security Agency's bulk telephony metadata collection program (and in which the government's Brief was 24,556 words), due August 15, 2016;

(c)    the July 4th holiday, as well as previously scheduled staff and associate vacations, will intervene during the period requested, necessitating the four additional weeks sought; and

(d)    my associate, Lindsay A. Lewis, Esq., who tried this case with me and is participating in writing the reply brief, last week suffered an extraordinary and unanticipated medical issue – a tear in her medial gastrocnemius muscle – which has impeded her ability to walk and required her to seek medical attention and to utilize crutches. She must go for a follow-up visit to the doctor in another week or so, and her injury will necessitate bi-weekly physical therapy appointments for the next four to six weeks;

5. Accordingly, it is respectfully requested that counsel be afforded the additional time to prepare a Reply Brief that addresses the government's oversize Brief, and to do so in the most effective and concise manner possible.[1]

6. As set forth **ante** at ¶ 1, AUSA Eun Young Choi has informed counsel that the government does not object to this motion.

---

[1] While credited to so many different people that it defies confident attribution, the saying, "I would have written a shorter letter if I had more time," is nevertheless applicable to this situation.

3

WHEREFORE, it is respectfully requested that the Court grant this application in its entirety, and grant an extension of time until August 1, 2016, to file Appellant's Reply Brief on Appeal and for any other such relief as this Court deems just and proper.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. 28 U.S.C. §1746. June 23, 2016.

/s/ Joshua L. Dratel
JOSHUA L. DRATEL