UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of June, two thousand and sixteen.

_____

United States of America,

    Appellee,                                     **ORDER**

v.                                                     Docket No. 15-1815

Ross William Ulbricht, AKA Dread Pirate Roberts, AKA Silk Road, AKA Sealed Defendant 1, AKA DPR,

    Defendant - Appellant.

_____

    Appellant Ross Ulbricht moves for an extension of time until August 1, 2016 to file a reply brief. The motion is unopposed.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                                      For the Court:

                                                      Catherine O'Hagan Wolfe,
                                                      Clerk of Court

