# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 15-1815

**Caption [use short title]**

**Motion for:** leave to file an oversized reply brief pursuant to Local Rule 27.1(e) and leave to file this motion out of time

United States

v.

Ross Ulbricht

**Set forth below precise, complete statement of relief sought:**

This motion requests leave to file an oversized brief pursuant to Local Rule 27.1(e) and leave to file this motion out of time.

**MOVING PARTY:** Ross Ulbricht
☐ Plaintiff  ☑ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

**OPPOSING PARTY:** United States of America

**MOVING ATTORNEY:** Joshua L. Dratel

**OPPOSING ATTORNEY:** Eun Young Choi; Michael D. Neff; Timothy T. Howard; Adam S. Hickey

[name of attorney, with firm, address, phone number and e-mail]

Joshua L. Dratel, Esq., Law Offices of Joshua L. Dratel, P.C.

29 Broadway Suite 1412 New York New York 10006

(212) 732 - 0707; jdratel@joshuadratel.com

Eun Young Choi, Esq.; Michael D. Neff, Esq.; Timothy T. Howard, Esq.; Adam S. Hickey, Esq.

United States Attorneys Office, SDNY; 1 St. Andrews Plaza, New York, New York 10006

(212) 637 - 2187; eun.young.choi@usdoj.gov

**Court-Judge/Agency appealed from:** The Honorable Katherine B. Forrest, United States District Judge, SDNY

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this Court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date:

**Signature of Moving Attorney:**
/s/ Joshua L. Dratel   **Date:** August 1, 2016   **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)