# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 15-1815

**Caption [use short title]**

**Motion for:** leave to file Supplemental Appendix pursuant to Local Rule 30(g), to supplement record on appeal, Fed.R.App.P. 10(e), to permit government to file sur-reply directed to the contents of Supplemental Appendix, and to file motion out of time

United States

v.

Ross Ulbricht

**Set forth below precise, complete statement of relief sought:**

Motion for leave to file a supplemental appendix, pursuant to Local Rule 30(g), to supplement the record on appeal, pursuant to Fed.R.App.P. 10(e), to permit the government to file a sur-reply directed specifically and only to the contents of the Supplemental Appendix, and to file this motion out of time.

**MOVING PARTY:** Ross Ulbricht
- [ ] Plaintiff
- [✓] Defendant
- [✓] Appellant/Petitioner
- [ ] Appellee/Respondent

**OPPOSING PARTY:** United States of America

**MOVING ATTORNEY:** Joshua L. Dratel

**OPPOSING ATTORNEY:** Eun Young Choi; Michael D. Neff; Timothy T. Howard; Adam S. Hickey

[name of attorney, with firm, address, phone number and e-mail]

Joshua L. Dratel, Esq., Law Offices of Joshua L. Dratel, P.C.
29 Broadway Suite 1412 New York New York 10006
(212) 732 - 0707; jdratel@joshuadratel.com

Eun Young Choi, Esq.; Michael D. Neff, Esq.; Timothy T. Howard, Esq.; Adam S. Hickey, Esq.
United States Attorneys Office, SDNY; 1 St. Andrews Plaza, New York, New York 10006
(212) 637 - 2187; eun.young.choi@usdoj.gov

**Court-Judge/Agency appealed from:** The Honorable Katherine B. Forrest, United States District Judge, SDNY

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes [ ] No (explain):

Opposing counsel's position on motion:
[✓] Unopposed [ ] Opposed [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes [✓] No [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this Court? [ ] Yes [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested? [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [✓] No If yes, enter date:

**Signature of Moving Attorney:**
/s/ Joshua L. Dratel  **Date:** August 1, 2016  **Service by:** [✓] CM/ECF [ ] Other [Attach proof of service]

---

**Form T-1080** (rev. 12-13)