UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-----------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No. 15-1815 |
| - v. - | DECLARATION OF JOSHUA L. DRATEL IN SUPPORT OF MOTION FOR LEAVE TO FILE |
| ROSS ULBRICHT, | A SUPPLEMENTAL APPENDIX, PURSUANT TO LOCAL RULE |
| Defendant-Appellant. | 30(g), TO SUPPLEMENT THE RECORD ON APPEAL, PURSUANT TO FED.R.APP.P. 10(e), TO PERMIT THE GOVERNMENT TO FILE A SUR-REPLY AS TO THE CONTENTS OF SUPPLEMENTAL APPENDIX AND TO FILE MOTION OUT OF TIME |

-----------------------------------------------------------------x

JOSHUA L. DRATEL, pursuant to 28 U.S.C. §1746, hereby declares under penalty of perjury:

1. I am an attorney, and I make this declaration in support of Defendant-Appellant Ross Ulbricht's motion for leave to file a Supplemental Appendix, pursuant to Local Rule 30(g), to supplement to record on appeal, pursuant to Fed.R.App.P. 10(e), to permit the government to file a sur-reply directed to the contents of Appellant's Supplemental Appendix, and to file this motion out of time. A copy of the proposed Supplemental Appendix is attached hereto as Exhibit 1.

2. For the reasons set forth below, it is respectfully submitted that this four- page supplemental appendix containing two versions of the same United States Marshals Service Intake Form (one redacted and one unredacted) is necessary in light of the fact that the unredacted version of the document, which on information and belief was produced on a hard drive provided

1

directly to the defendant in custody, was discovered subsequent to the filing of Mr. Ulbricht's Initial Brief (and therefore was not previously included in the record). The unredacted document contains critical information related to Mr. Ulbricht's appeal.

3. I have been in contact with Assistant United States Attorney Eun Young Choi, and she has informed me that the government consents to Mr. Ulbricht's request to file a four-page proposed Supplemental Appendix consisting of the two documents described **ante**, and which defense counsel provided to the government in conjunction with request for the government's position, on the condition – to which Mr. Ulbricht consents – that this motion also seek permission for the government to file a sur-reply in response, to be directed specifically and only to the contents of the Supplemental Appendix.

4. In particular, the two documents included in the proposed supplemental appendix were produced in conjunction with the government's February 25, 2014, discovery disclosure pursuant to Rule 16(a), Fed.R.Crim.P., as part of Mr. Ulbricht's "pedigree information." On information and belief, a redacted version of the United States Marshals Services Intake Form, with metadata indicating it was last modified February 12, 2014, was provided to defense counsel under the file name "Booking Form," and an *unredacted* version of the same form, with metadata indicating it was last modified February 24, 2014, was separately produced directly to Mr. Ulbricht on a hard drive around that same time, with the file name "USMS Intake." Otherwise, the forms are identical.

5. As indicated in Mr. Ulbricht's Reply Brief, the United States Marshals' Intake Form was completed upon his arrest October 2, 2013, and the *unredacted* version of this form lists under the "Arrested or Received Information" section, as the *only* law enforcement officer, "Carl

Force," of "DEA . . . Baltimore, MD, US." The redacted version of this form, provided to defense counsel, has Force's name redacted. It also redacts the name of another officer listed in the "Booking Information" section elsewhere on the form.[1] Also as indicated in Mr. Ulbricht's Reply Brief, the unredacted version of this form contained in the proposed Supplemental Appendix is of the utmost importance to Mr. Ulbricht's case because it relates directly to POINT I of Mr. Ulbricht's Brief, which involves the preclusion at trial of evidence related to former SA Force's corruption while a DEA Special Agent investigating the Silk Road web site that forms the subject matter of this case.

      6. This motion is being made out of time because, as noted above, the critical document (the United States Marshals Services Intake Form Without Government Redaction) was not in the possession of defense counsel and instead had to be retrieved from Mr. Ulbricht directly at the Metropolitan Correctional Center, and then provided to the printer for purposes of submitting it in conjunction with the Reply Brief. As noted **ante**, at ¶2, the government consents to this motion on the condition, to which Mr. Ulbricht consents, that the motion also seek permission for the government to file a sur-reply in response, to be directed specifically and only to the contents of the Supplemental Appendix.

---

[1] It should be noted that for the purposes of the public filing Appellant's counsel has redacted Mr. Ulbricht's pedigree information and other sensitive information pursuant to Rule 49.1, Fed.R.Crim.P. To distinguish between redactions by the government and those made by Appellant's attorneys, Appellant's redactions are in black. The government's redactions are in grey. In addition, the two documents included in the proposed Supplemental Appendix are denoted as "United States Marshals Services Intake Form *With Government Redaction*" and "United States Marshals Services Intake Form *Without Government Redaction*." (Emphasis added).

WHEREFORE, it is respectfully requested that the Court grant this application in its entirety, and grant Mr. Ulbricht leave to file a supplemental appendix, pursuant to Local Rule 30(g), to supplement to record on appeal, pursuant to Fed.R.App.P. 10(e), to permit the government to file a sur-reply directed to the contents of Appellant's supplemental appendix, to file this motion out of time, and for any other such relief as this Court deems just and proper.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. 28 U.S.C. §1746. August 1, 2016.

      /s/ Joshua L. Dratel
    JOSHUA L. DRATEL