# 15-1815

## IN THE
## United States Court of Appeals
### FOR THE SECOND CIRCUIT

UNITED STATES OF AMERICA,

*Appellee,*

v.

ROSS WILLIAM ULBRICHT, AKA Dread Pirate Roberts, AKA Silk Road, AKA Sealed Defendant 1, AKA DPR,

*Defendant-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK - NEW YORK CITY

**APPELLANT'S SUPPLEMENTAL APPENDIX**

JOSHUA L. DRATEL, P.C.
Suite 1412
29 Broadway
New York, NY 10006
(212) 732-0707

*Counsel for Defendant-Appellant*

# APPELLANT'S SUPPLEMENTAL APPENDIX

United States Marshals Service Intake Form
With Government Redaction .......................................................................... ASA-1

United States Marshals Service Intake Form
Without Government Redaction ..................................................................... ASA-3



**ULBRICHT, ROSS WILLIAM**
**Trans ID:** 43652337
**FBI No:** 689118WD9
**FBI Name:** ULBRICHT,ROSS WILLIAM
**DOB:** ▮▮▮ 1984
**Date Arrested or Received:** 10/02/2013
**Charges:** 3533 - Cocaine

Package is Current
Received: 10/04/2013 14:54:03

## Personal History

### General Information
- **FBI Name:** ULBRICHT,ROSS WILLIAM
- **FBI No:** 689118WD9
- **Trans ID:** 43652337
- **Aliases:**
  - ROBERTS, DREAD PIRATE
  - ROAD, SILK
- **Status:** JABS Updated
- **Package ID:** CAUSM040000000001380736608228
- **Phone:** ▮▮▮▮▮▮▮▮ (R);
- **Address:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

### Detention Information
- **Location:** 9GG
- **Date:** 10/02/2013

### Biographic Information
- **Gender:** Male
- **Race:** White
- **Ethnicity:**
- **DOB:** ▮▮▮ 1984
- **Hair:** Brown
- **Eye:** Hazel
- **Height:** 6' 1"
- **Weight:** 195
- **Identifying Characteristics (NCIC Code, Description):** NONE
- **Marital Status:** Single
- **Occupation:**
- **Health Status:**
- **Education:**
- **Medications:** NONE
- **Birth City:** AUSTIN
- **Birth State:** TEXAS
- **Birth Country:** USA
- **Citizenship:** USA

### Arrested or Received Information
- **Officer Name:** ▮▮▮▮▮▮▮▮
- **Jurisdiction:**
- **Charges (Charge, Offense Date):** 3533 - Cocaine — 01/17/2013
- **Warrant Numbers:** NONE
- **Agency:** DEA
- **ORI:** MDDEA0100
- **Agency Site:** , BALTIMORE, MD, US
- **Date Arrested or Received:** 10/02/2013
- **Originating Agency**

| | |
|---|---|
| Agent: | Phone: |
| Agency: | Site: |
| Place Arrested or Received: | , , , |
| Fingerprint Date: | 10/02/2013 |
| Armed Description: | |
| Drug History: | |
| Mental Competency: | |
| Special Handling: | INTERNATIONAL DRUG CONSPIRACY |
| Arrested or Received Narrative: | |

## Booking Information

| | | | |
|---|---|---|---|
| Agent: | | Agency: USMS | ORI: CAUSM0400 |
| Site: , SAN FRANCISCO, CA, US | Role: | Date: 10/02/2013 | |

## Offender Identification - Numeric Identifiers

| | | |
|---|---|---|
| Trans ID: 43652337 | USMS/BOP No: 18870111 | SSN: 628168933 |
| NADDIS No: | Agency Case No: USMS GC-12-0097 | FBI No: 689118WD9 |
| INS No: | | |

## Identifying Documents
NONE

## Vehicle Information
NONE

## Incarceration Information
NONE

## Separatee Information
NONE

## Associates Information
NONE

## Immediate Family Information

| Name | Relationship | Phone | Address |
|---|---|---|---|
| ULBRICHT, KIRK Steven | Father | R) | US |
| ULBRICHT, Lyn Lacava | Mother | R) | |

**Limited Official Use**

Joint Automated Booking System - Limited Official Use          Page 1 of 2



| Field | Value |
|---|---|
| **ULBRICHT, ROSS WILLIAM** | |
| Trans ID: | 43652337 |
| FBI No: | 689118WD9 |
| FBI Name: | ULBRICHT,ROSS WILLIAM |
| DOB: | ▇ 1984 |
| Date Arrested or Received: | 10/02/2013 |
| Charges: | 3533 - Cocaine |

Package is Current
Received: 10/04/2013 14:54:03

## Personal History

### General Information
- **FBI Name:** ULBRICHT,ROSS WILLIAM
- **FBI No:** 689118WD9
- **Trans ID:** 43652337
- **Aliases:**
  - ROBERTS, DREAD PIRATE
  - ROAD, SILK
- **Status:** JABS Updated
- **Package ID:** CAUSM040000000001380736608228
- **Phone:** ▇
- **Address:** ▇

### Detention Information
- **Location:** 9GG
- **Date:** 10/02/2013

### Biographic Information
- **Gender:** Male
- **Race:** White
- **Ethnicity:**
- **DOB:** ▇ 1984
- **Hair:** Brown
- **Eye:** Hazel
- **Height:** 6' 1"
- **Weight:** 195
- **Identifying Characteristics (NCIC Code, Description):** NONE
- **Marital Status:** Single
- **Occupation:**
- **Health Status:**
- **Education:**
- **Medications:** NONE
- **Birth City:** AUSTIN
- **Birth State:** TEXAS
- **Birth Country:** USA
- **Citizenship:** USA

### Arrested or Received Information
- **Officer Name:** Force, Carl
- **Phone:** 410-244-3527
- **Jurisdiction:**
- **Charges (Charge, Offense Date):** 3533 - Cocaine | 01/17/2013
- **Warrant Numbers:** NONE
- **Agency:** DEA
- **ORI:** MDDEA0100
- **Agency Site:** , BALTIMORE, MD, US
- **Date Arrested or Received:** 10/02/2013
- **Originating Agency**

https://www.cjis.gov/jabs/query_showPrinterFriendlyPersonalHistory.do?transactionId=43...    2/12/2014

**ASA-3**

**Agent:** 　　**Phone:**
**Agency:** 　　**Site:**
**Place Arrested or Received:** , , ,
**Fingerprint Date:** 10/02/2013　　**Armed Description:**
**Drug History:** 　　**Mental Competency:**
**Special Handling:** INTERNATIONAL DRUG CONSPIRACY　　**Arrested or Received Narrative:**

## Booking Information

**Agent:** LEFORT, AUSTIN　　**Phone:** 4154367660　　**Agency:** USMS　　**ORI:** CAUSM0400
**Site:** , SAN FRANCISCO, CA, US　　**Role:** 　　**Date:** 10/02/2013

## Offender Identification - Numeric Identifiers

**Trans ID:** 43652337　　**USMS/BOP No:** 18870111　　**SSN:** 628168933
**NADDIS No:** 　　**Agency Case No:** USMS GC-12-0097　　**FBI No:** 689118WD9
**INS No:**

## Identifying Documents
NONE

## Vehicle Information
NONE

## Incarceration Information
NONE

## Separatee Information
NONE

## Associates Information
NONE

## Immediate Family Information

| Name | Relationship | Phone | Address |
|---|---|---|---|
| ULBRICHT, KIRK Steven | Father | (R) | |
| ULBRICHT, Lyn Lacava | Mother | (R) | |

**Limited Official Use**