UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of August, two thousand and sixteen,

_____

United States of America,

      Appellee,

v.

Ross William Ulbricht, AKA Dread Pirate Roberts, AKA Silk Road, AKA Sealed Defendant 1, AKA DPR,

      Defendant - Appellant.
_____

**ORDER**
Docket No. 15-1815

IT IS HEREBY ORDERED that Appellant's motion for leave to file an oversized reply brief is GRANTED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court