**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: United States v. Ulbricht           Docket No.: 15-1815

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Joshua J. Horowitz

Firm: Joshua J. Horowitz, Esq.

Address: 50 Broadway, 27th Floor

Telephone: 212-203-9011     Fax: 716-535-1686

E-mail: joshua.horowitz@techlawny.com

Appearance for: Ross William Ulbricht / Appellant
(party/designation)

**Select One:**

[ ] Substitute counsel (replacing lead counsel: _____)
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____)
(name/firm)

[✓] Additional counsel (co-counsel with: Joshua L. Dratel / Joshua L. Dratel, P.C.)
(name/firm)

[ ] Amicus (in support of: _____)
(party/designation)

**CERTIFICATION**

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____.

Signature of Counsel: /s/ Joshua Horowitz
(Digitally signed by Joshua Horowitz
DN: cn=Joshua Horowitz, o, ou, email=joshua.horowitz@techlawny.com, c=US
Date: 2016.09.03 11:42:21 -04'00')

Type or Print Name: Joshua J. Horowitz