LAW OFFICES OF
## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

September 12, 2016

**BY ECF**

Ms. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
for the Second Circuit
United States Courthouse
40 Foley Square
New York, NY 10007

ATTN: Calendar Team

      Re:    *United States v. Ross Ulbricht*
                    Docket No. 15-1815

Dear Sir or Madam:

      This letter respectfully requests permission for Joshua J. Horowitz, Esq., a member of the defense team representing Defendant-Appellant Ross Ulbricht, to bring a Macbook Pro laptop computer to oral argument in the above-entitled matter, currently calendared for October 6, 2016 at 10:00 a.m.

      The laptop computer will be used to access the expansive trial record during the course of oral argument, if necessary. All computer files comprising the record below will be stored locally on the laptop computer and will not require access to the Internet or any other external devices. The Appendix consists of seven printed volumes and a supplemental appendix – itself unwieldy – and that constitutes but a fraction of the entire record, which in many respects was created in, and exists in, digital form.

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**

Ms. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
for the Second Circuit
September 12, 2016
Page 2 of 2

Accordingly, it is respectfully requested that Mr. Horowitz be permitted to bring a a Macbook Pro laptop computer containing the trial record to oral argument.

Respectfully Submitted,

Joshua L. Dratel

JLD/wgs

cc:   Eun Young Choi
      Assistant United States Attorney