# 15-1815

## IN THE

## United States Court of Appeals

### FOR THE SECOND CIRCUIT

UNITED STATES OF AMERICA,

*Appellee,*

v.

ROSS WILLIAM ULBRICHT, AKA Dread Pirate Roberts, AKA Silk Road, AKA Sealed Defendant 1, AKA DPR,

*Defendant-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK - NEW YORK CITY

**APPELLANT'S SUPPLEMENTAL APPENDIX**

JOSHUA L. DRATEL, P.C.
Suite 1412
29 Broadway
New York, NY 10006
(212) 732-0707

*Counsel for Defendant-Appellant*

# APPELLANT'S SUPPLEMENTAL APPENDIX

United States Marshals Service Intake Form
With Government Redaction .......................................................................... ASA-1

United States Marshals Service Intake Form
Without Government Redaction ..................................................................... ASA-3

Joint Automated Booking System - Limited Official Use　　　　　　　　　Page 1 of 2



**ULBRICHT, ROSS WILLIAM**
**Trans ID:** 43652337
**FBI No:** 689118WD9
**FBI Name:** ULBRICHT,ROSS WILLIAM
**DOB:** ▮▮▮▮ 1984
**Date Arrested or Received:** 10/02/2013
**Charges:**
3533 - Cocaine

Package is Current
Received: 10/04/2013 14:54:03

## Personal History

### General Information
- **FBI Name:** ULBRICHT,ROSS WILLIAM
- **FBI No:** 689118WD9
- **Trans ID:** 43652337
- **Aliases:**
  - ROBERTS, DREAD PIRATE
  - ROAD, SILK
- **Status:** JABS Updated
- **Package ID:** CAUSM04000000001380736608228
- **Phone:** ▮▮▮▮▮▮ (R);
- **Address:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

### Detention Information
- **Location:** 9GG
- **Date:** 10/02/2013

### Biographic Information
- **Gender:** Male
- **Race:** White
- **Ethnicity:**
- **DOB:** ▮▮▮▮ 1984
- **Hair:** Brown
- **Eye:** Hazel
- **Height:** 6' 1"
- **Weight:** 195
- **Identifying Characteristics (NCIC Code, Description):** NONE
- **Marital Status:** Single
- **Occupation:**
- **Health Status:**
- **Education:**
- **Medications:** NONE
- **Birth City:** AUSTIN
- **Birth State:** TEXAS
- **Birth Country:** USA
- **Citizenship:** USA

### Arrested or Received Information
- **Officer Name:** ▮▮▮▮▮▮
- **Jurisdiction:**
- **Charges (Charge, Offense Date):**
  - 3533 - Cocaine　　01/17/2013
- **Warrant Numbers:** NONE
- **Agency:** DEA
- **ORI:** MDDEA0100
- **Agency Site:** , BALTIMORE, MD, US
- **Date Arrested or Received:** 10/02/2013
- **Originating Agency**

|  |  |  |  |
|---|---|---|---|
| **Agent:** | | **Phone:** | |
| **Agency:** | | **Site:** | |

| | |
|---|---|
| **Place Arrested or Received:** | , , , |
| **Fingerprint Date:** | 10/02/2013 |
| **Armed Description:** | |
| **Drug History:** | |
| **Mental Competency:** | |
| **Special Handling:** | INTERNATIONAL DRUG CONSPIRACY |
| **Arrested or Received Narrative:** | |

## Booking Information

| | | | | | |
|---|---|---|---|---|---|
| **Agent:** | | **Agency:** | USMS | **ORI:** | CAUSM0400 |
| **Site:** | , SAN FRANCISCO, CA, US | **Role:** | | **Date:** | 10/02/2013 |

## Offender Identification - Numeric Identifiers

| | | | | | |
|---|---|---|---|---|---|
| **Trans ID** | 43652337 | **USMS/BOP No:** | 18870111 | **SSN:** | |
| **NADDIS No:** | | **Agency Case No:** | USMS GC-12-0097 | **FBI No:** | 689118WD9 |
| **INS No:** | | | | | |

## Identifying Documents
NONE

## Vehicle Information
NONE

## Incarceration Information
NONE

## Separatee Information
NONE

## Associates Information
NONE

## Immediate Family Information

| Name | Relationship | Phone | Address |
|---|---|---|---|
| ULBRICHT, KIRK Steven | Father | R) | US |
| ULBRICHT, Lyn Lacava | Mother | R) | |

**Limited Official Use**

Joint Automated Booking System - Limited Official Use     Page 1 of 2



**ULBRICHT, ROSS WILLIAM**
Trans ID: 43652337
FBI No: 689118WD9
FBI Name: ULBRICHT,ROSS WILLIAM
DOB: ▮▮▮ 1984
Date Arrested or Received: 10/02/2013
Charges: 3533 - Cocaine

Package is Current
Received: 10/04/2013 14:54:03

**Personal History**

## General Information
- FBI Name: ULBRICHT,ROSS WILLIAM
- FBI No: 689118WD9
- Trans ID: 43652337
- Aliases:
  - ROBERTS, DREAD PIRATE
  - ROAD, SILK
- Status: JABS Updated
- Package ID: CAUSM04000000001380736608228
- Phone: ▮▮▮
- Address: ▮▮▮

## Detention Information
- Location: 9GG
- Date: 10/02/2013

## Biographic Information
- Gender: Male
- Race: White
- Ethnicity:
- DOB: ▮▮▮ 1984
- Hair: Brown
- Eye: Hazel
- Height: 6' 1"
- Weight: 195
- Identifying Characteristics (NCIC Code, Description): NONE
- Marital Status: Single
- Occupation:
- Health Status:
- Education:
- Medications: NONE
- Birth City: AUSTIN
- Birth State: TEXAS
- Birth Country: USA
- Citizenship: USA

## Arrested or Received Information
- Officer Name: Force, Carl
- Phone: 410-244-3527
- Jurisdiction:
- Charges (Charge, Offense Date): 3533 - Cocaine    01/17/2013
- Warrant Numbers: NONE
- Agency: DEA
- ORI: MDDEA0100
- Agency Site: , BALTIMORE, MD, US
- Date Arrested or Received: 10/02/2013
- Originating Agency

**Agent:** 
**Phone:** 
**Agency:** 
**Site:** 
**Place Arrested or Received:** , , ,
**Fingerprint Date:** 10/02/2013
**Armed Description:** 
**Drug History:** 
**Mental Competency:** 
**Special Handling:** INTERNATIONAL DRUG CONSPIRACY
**Arrested or Received Narrative:** 

## Booking Information

**Agent:** LEFORT, AUSTIN    **Phone:** 4154367660    **Agency:** USMS    **ORI:** CAUSM0400
**Site:** , SAN FRANCISCO, CA, US    **Role:**     **Date:** 10/02/2013

## Offender Identification - Numeric Identifiers

**Trans ID:** 43652337    **USMS/BOP No:** 18870111    **SSN:** 
**NADDIS No:**     **Agency Case No:** USMS GC-12-0097    **FBI No:** 689118WD9
**INS No:** 

## Identifying Documents
NONE

## Vehicle Information
NONE

## Incarceration Information
NONE

## Separatee Information
NONE

## Associates Information
NONE

## Immediate Family Information

| Name | Relationship | Phone | Address |
|---|---|---|---|
| ULBRICHT, KIRK Steven | Father | (R) | |
| ULBRICHT, Lyn Lacava | Mother | (R) | |

**Limited Official Use**