LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL

LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

September 12, 2016

**BY ECF**

Ms. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
for the Second Circuit
United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *United States v. Ross Ulbricht*
         Docket No. 15-1815

Dear Ms. Wolfe:

  This letter is submitted on behalf of Defendant-Appellant Ross Ulbricht, whom I represent in the above-entitled appeal, and provides an explanation for the filing of a corrected redacted version of Appellant's Supplemental Appendix in Mr. Ulbricht's case. In the original publicly filed version of Appellant's Supplemental Appendix (Docket #135) Mr. Ulbricht's Social Security Number was inadvertently left unredacted. In the corrected publicly filed supplemental appendix, filed today, this sensitive information is redacted.

  In light of the sensitive nature of the information in the initially filed version (Docket #135), it is respectfully requested that Docket #135 be removed from the docket sheet and/or that the link to Docket #135 be disabled to prevent PACER users from accessing the document.

            Respectfully Submitted,

            Joshua L. Dratel

JLD/lal
cc: Eun Young Choi, Assistant United States Attorney