UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of September, two thousand and sixteen,

_____

| | |
|---|---|
| United States of America, | **ORDER** |
| Appellee, | Docket No. 15-1815 |
| v. | |
| Ross William Ulbricht, AKA Dread Pirate Roberts, AKA Silk Road, AKA Sealed Defendant 1, AKA DPR, | |
| Defendant - Appellant. | |

_____

Joshua J. Horowitz, Esq. is hereby authorized to bring a Macbook Pro laptop computer into Courtroom 1703 of the Thurgood Marshall U.S. Courthouse for the limited purpose of readily accessing briefs, appendices, and other material directly related to oral argument in the above-referenced matter on Thursday, October 6, 2016. Any use of the computer is limited to counsel's table.

Counsel identified in this Order certifies that he will not use the laptop computer inside the courtroom to make or record images or sounds or to send or receive wireless transmissions. Counsel also certifies that the laptop computer lacks any infrared ports or alternatively that counsel has disabled all infrared ports.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court