LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                                                            STEVEN WRIGHT
—                                                                                    *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

September 30, 2016

**BY ECF**

Ms. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
for the Second Circuit
United States Courthouse
40 Foley Square
New York, NY 10007

          Re:    *United States v. Ross Ulbricht,*
                     Docket No. 15-1815

Dear Ms. Wolfe:

      This letter is submitted on behalf of Defendant-Appellant Ross Ulbricht pursuant to Rule 28(j), Fed.R.App.P., to inform the Court of two supplemental authorities that have come to counsel's attention after briefing in this appeal (which is set for oral argument October 6, 2016). The first is *In re 650 Fifth Avenue and Related Properties*, 2016 WL 3913403, at *21 (2d Cir. July 18, 2016) ("nor did the warrant particularize categories of computerized information for which there was probable cause to seize, or the temporal scope of the materials that could be seized"), which relates to POINT VI, pp. 98-108, involving the "particularity" required by the Fourth Amendment.

      The second is *In re Grand Jury Subpoena JK-15-029 (Kitzhaber)*, 828 F.3d 1083 (9th Cir. 2016), also involving POINT VI, regarding "particularity" in the context of a subpoena as well as the privacy interest a person possesses with respect to the content of emails.

                                                                           Respectfully Submitted,

                                                                           Joshua L. Dratel

JLD/
cc:    Eun Young Choi
        Assistant United States Attorney