LAW OFFICES OF

## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                                                                 STEVEN WRIGHT
—                                                                                  *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

October 4, 2016

**<u>BY ECF</u>**

Ms. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
for the Second Circuit
United States Courthouse
40 Foley Square
New York, NY 10007

                    Re:     *United States v. Ross Ulbricht,*
                               <u>Docket No. 15-1815</u>

Dear Ms. Wolfe:

      This letter is submitted on behalf of Defendant-Appellant Ross Ulbricht, in regard to the upcoming oral argument in Mr. Ulbricht's case, scheduled for this Thursday, October 6, 2016, at 10 a.m. In light of the large crowd this case drew to the courtroom during Mr. Ulbricht's trial, and that we anticipate a similarly sizeable crowd at oral argument, it is respectfully requested that a bench be set aside to accommodate Mr. Ulbricht's six or so close family members attending oral argument.

                                                          Respectfully Submitted,

                                                          Joshua L. Dratel

JLD/
cc:     Eun Young Choi
           Assistant United States Attorney